IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )      CR No. 21-245
                                    )      Washington, D.C.
        vs.                         )      March 23, 2023
                                    )      9:30 a.m.
SHANE JENKINS,                      )
                                    )      Day 3
            Defendant.              )
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          David Perri
                             USAO
                             LRM: Weaver, Tracie
                             Federal Building
                             United States Courthouse
                             1125 Chapline Street,
                             Suite 3000
                             Wheeling, WV 26003
                             (304) 234-0100
                             Email: david.perri@usdoj.gov

                             Holly Fugiel Grosshans
                             DOJ-USAO
                             601 D Street NW
                             Washington, D.C. 20001
                             (202) 252-6737
                             Email:
                             holly.grosshans@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:            Dennis E. Boyle
                             Blerina Jasari
                             BOYLE & JASARI LLP
                             1050 Connecticut Ave
                             Suite 500
                             Washington, D.C. 20036
                             (202) 430-1900
                             Email:
                             dboyle@dennisboylelegal.com
                             Email:
                             bjasari@dennisboylelegal.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| AMY AVILA | 636 | 765 | | |
| CRAIG STOREMSKI | 782 | 812 | | |
| JASON McINTYRE | 815 | 834 | | |
| MUSTAFA AK | 835 | 871 | 873 | |

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|---|---|
| 111 | 638 |
| 111.1 | 646 |
| 112 | 650 |
| 113 | 657 |
| 113 | 657 |
| 109.7 | 661 |
| 109.8 | 663 |
| 109.4 | 665 |
| 109.5 | 667 |
| 109.2 | 671 |
| 109.10 | 674 |
| 114.1 | 676 |
| 114.3 | 684 |
| 114.2 | 687 |

| | |
|---|---|
| 115 | 692 |
| 115.1 | 699 |
| 115.3 | 702 |
| 117 | 708 |
| 118 | 710 |
| 120 | 714 |
| 201.1 | 715 |
| 201.2 | 717 |
| 201.3 | 718 |
| 201.4 | 719 |
| 201.5 | 720 |
| 204.1 | 721 |
| 204.2 | 722 |
| 204.3 | 723 |
| 204.4 | 725 |
| 204.5 | 728 |
| 204.6 | 729 |
| 204.7 | 729 |
| 204.8 | 730 |
| 204.9 | 732 |
| 204.13 | 734 |
| 204.14 | 736 |
| 204.18 | 738 |
| 204.15 | 739 |
| 204.16 | 740 |

204.19                                        741

204.20                                        742

204.21                                        743

204.22                                        744

204.23                                        745

204.24.1                                      746

204.24.2                                      747

204.26 pg 1                                   749

204.27                                        751

204.25                                        755

203.1                                         757

203.2                                         758

122.1 THRU 122.20                             790

302.1.2 THRU 308                              806

106.5                                         833

121                                           867

- - -

INDEX OF EXHIBITS

- - -

DEFENDANT'S _____                     ADMITTED

1                                             780

PROCEEDINGS

1

2          COURTROOM DEPUTY:  Good morning, Your Honor.

3   This is Criminal Case No. 21-245, the United States of

4   America versus Shane Jenkins.

5              David Perri and Holly Grosshans for the

6   government.

7              Dennis Boyle and Blerina Jasari for the defense.

8              The defendant is appearing in person for these

9   proceedings.

10              THE COURT:  Okay.  Good morning, everyone.

11              Are we ready to proceed?

12              MR. BOYLE:  I believe so, Your Honor.

13              At the appropriate time, if we're going to do a

14   charging conference tomorrow, I was going to request that we

15   could do that, perhaps, remotely.

16              THE COURT:  We can have a conversation about that,

17   Mr. Boyle.  I did get a message from you about that and your

18   commitments.

19              Bottom line is, I'm disinclined to do a charge

20   conference where you are not physically present with your

21   client.  So if you can't do it Friday afternoon, then we'll

22   just do it first thing Monday.  I don't think that's going

23   to really slow us down that much, okay?

24              MR. BOYLE:  Okay.  Thank you, Your Honor.

25              COURTROOM DEPUTY:  Jury panel.

```
 1                    (Jury entered the courtroom.)
 2              THE COURT:  Okay.
 3              Good morning and welcome back, everybody.  It's
 4    nice to have all of you with us.  Please be seated, and we
 5    are ready to continue this morning.
 6              Agent Avila, why don't you come back on.
 7              Mr. Boyle, are you ready to begin your
 8    cross-examination?
 9              MR. BOYLE:  Your Honor, I think the government is
10    still on.
11              THE COURT:  Oh, that's right, I think the
12    government is still on.  My apologies; I'm jumping ahead.
13              MS. GROSSHANS:  Thank you, Your Honor.
14              Mr. Perri, ready when you are.
15              MR. PERRI:  Thank you, Your Honor.
16                            - - -
17    AMY AVILA, WITNESS FOR THE GOVERNMENT, HAVING BEEN
18    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
19    FOLLOWS:
20                    DIRECT EXAMINATION (CONTINUED)
21                            - - -
22    BY MR. PERRI:
23        Q    Good morning, Agent Avila.
24        A    Good morning.
25        Q    So I would like to direct your attention to
```

1    another area --

2        A    Okay.

3        Q    -- and present you with some videos in relation to

4    another area of the west front, and this being the tunnel.

5            The first video I'd like to show you is

6    United States Exhibit 111; I'll show the witness only.

7        A    I recognize it.

8        Q    Thank you.

9            How did you obtain this video?

10       A    From the United States Capitol Police.

11           It's --

12       Q    Okay.

13       A    I'm sorry, Metro Police, not U.S. Capitol.  This

14   is Metro.

15       Q    The Metropolitan Police Department?

16       A    Yes.

17       Q    Could you move the microphone just a little

18   closer.  Thank you.

19           And have you had a chance to review this video in

20   connection with preparation for your testimony?

21       A    Yes, I have.

22       Q    And can you tell us whether or not the defendant

23   appears in this video?

24       A    Yes, he does.

25       Q    Okay.

638

1          And this is a video of about 15 minutes, right?

2     A    Yes.

3          MR. PERRI:  We would move for admission of

4    United States Exhibit 111.

5          MR. BOYLE:  No objection, Your Honor.

6          THE COURT:  To the entirety of it?

7          MR. BOYLE:  No objection to the entirety of it.

8          THE COURT:  Okay.  All right.

9          So Exhibit 111 will be admitted.

10                                   (Government's Exhibit 111
                                       received into evidence.)
11

12         THE COURT:  So, Counsel, it's now up for the jury.

13   Are you intending to play the whole thing?

14         MR. PERRI:  Yes, Your Honor.

15         THE COURT:  Okay.

16         So are you going to play the full 15 minutes?

17         MR. PERRI:  Yes, Your Honor.

18         THE COURT:  Okay.

19         (Video played)

20         THE WITNESS:  I think that the first two minutes,

21   it doesn't have sound and then...

22         (Video played)

23         THE WITNESS:  Did you want me to identify the --

24   BY MR. PERRI:

25    Q    Well, let's talk about it a little bit.

1          You said that you obtained this video from the

2   Metropolitan Police Department?

3      A    Yes, it's a body-worn camera.

4      Q    And did you -- did this have to do with any

5   particular officer?

6      A    Officer Ak.

7      Q    Okay.

8          And can you point him out on the video?

9      A    He's actually the one standing on the ledge.

10          Right there, he's spraying some of the rioters

11   with the pepper spray or OC spray.

12          MR. BOYLE:  Your Honor, we would object to any

13   narration of the video.

14          THE WITNESS:  Okay.

15          MR. PERRI:  Just asked her to point out the

16   officer, Your Honor.

17   BY MR. PERRI:

18      Q    Agent, at this point, has the defendant already

19   appeared in the video?

20      A    Yes, he has.

21      Q    Could we back up, please, to the beginning.

22          And how do you recognize him?

23      A    The clothing that he wore that day.

24      Q    Which is?

25      A    The blue hoodie, the red Nautica beanie.

1   Q   Okay.

2       And at what point in relation to the tunnel

3   entrance is he?

4   A   Right at the front basically, the entrance.

5       MR. PERRI:  Okay.

6       Continue.

7       (Video played)

8       MR. PERRI:  Stop, please.

9   BY MR. PERRI:

10  Q   Could you please circle his arm.

11  A   (Witness complied.)

12      He's holding onto a shield.

13  Q   And could you please circle the shield.

14  A   (Witness complied.)

15      MR. PERRI:  All right.  Can we remove those marks,

16  please.

17      Continue.

18      (Video played)

19      MR. PERRI:  Can we stop there.

20  BY MR. PERRI:

21  Q   At some point there, did you see spray being

22  administered?

23  A   Yes.

24  Q   And who was the recipient of the spray?

25      MR. BOYLE:  Objection.

1          THE COURT:  She can point out where the spray was

2   directed and who she believes it hit.  It's fine.

3          THE WITNESS:  I believe it hit Shane Jenkins in

4   the face.

5          MR. PERRI:  Continue, please.

6          (Video played continuously)

7          MR. PERRI:  Stop there, please.

8   BY MR. PERRI:

9     Q    Were you able to tell where the spray was directed

10  there?

11    A    Yes.  At Shane Jenkins once again.

12         MR. PERRI:  Continue, please.

13         (Video played)

14         MR. PERRI:  Stop it, please.

15  BY MR. PERRI:

16    Q    Were you able to identify at that point where the

17  spray was directed?

18    A    Yes, at Mr. Jenkins.

19         MR. PERRI:  Continue.

20         (Video played continuously)

21         MR. PERRI:  Stop, please.

22  BY MR. PERRI:

23    Q    Were you able to determine what his body posture

24  is at that point?

25         THE COURT:  Can I just ask you to please have her

1   identify him and not describe.

2            Go ahead.

3   BY MR. PERRI:

4       Q    Could you point out his arm.

5       A    It was holding onto the -- like, pushing back on

6   the wall.

7            MR. PERRI:  Thank you.  Continue.

8            (Video played)

9            THE WITNESS:  Actually, that wasn't really his arm

10  that I just circled.

11  BY MR. PERRI:

12      Q    I'm sorry?

13      A    That wasn't his arm that I circled, just so you

14  know.

15           You need to go back a little bit at like 4:06

16  right at the beginning.

17           A little bit further back, sorry.

18           Right there.

19  BY MR. PERRI:

20      Q    Could you circle his arm?

21      A    (Witness complied.)

22      Q    And what is it touching?

23      A    The wall, interior of the wall, or the interior of

24  the tunnel entrance.

25

```
 1                 MR. PERRI:  Continue.

 2                 (Video played continuously)

 3    BY MR. PERRI:

 4        Q    Could you circle, please, where the defendant is

 5    at this point.

 6        A    (Witness complied.)

 7        Q    And where is that in relation to the entrance of

 8    the tunnel?

 9        A    He's much further inside now.

10                 MR. PERRI:  Continue, please.

11                 (Video played continuously)

12                 MR. PERRI:  Stop it, please.

13    BY MR. PERRI:

14        Q    Is the defendant still in the tunnel at this

15    point?

16        A    Yes, he is.

17                 MR. PERRI:  Okay.  Continue.

18                 (Video played)

19                 MR. PERRI:  Stop, please.

20    BY MR. PERRI:

21        Q    Is he in the tunnel at this point?

22                 THE COURT:  Can you just ask her, please, to

23    identify where she believes he is.

24    BY MR. PERRI:

25        Q    If you see the defendant, could you identify him,
```

```
 1   please?
 2        A    Actually, I'm not sure.
 3             MR. PERRI:  Okay.
 4             Continue.
 5             (Video played)
 6             THE WITNESS:  So he's out at this point.
 7   BY MR. PERRI:
 8        Q    I'm sorry?
 9        A    He's out of the tunnel at this point.  He's been
10   pushed out.
11             MR. PERRI:  Okay.  Continue.
12             (Video played)
13             THE WITNESS:  He's right there.
14             Sorry, he's over here, walking out.
15   BY MR. PERRI:
16        Q    Okay.
17             Can we erase both of those and would you please
18   indicate where you see him.
19        A    (Witness complied.)
20        Q    Okay.
21             And that's outside the entrance?
22        A    Yes.
23             MR. PERRI:  Continue.
24             (Video played)
25             MR. PERRI:  Stop.
```

BY MR. PERRI:

    Q    What is being shown now?

         What is this area of the tunnel?

    A    It's the interior of the building.  I think it's

on its -- it's just where, like, the officers were going to

the restroom and stuff to...

         MR. PERRI:  Thank you.

         And continue.

         (Video played)

         MR. PERRI:  Okay.  Thank you.

BY MR. PERRI:

    Q    All right.

         And with respect to that same exhibit, we would

like to present you with United States Exhibit 111.1, which

is a very short clip of that video, to show now.

         Can you indicate what's being circled there?

    A    Shane Jenkins.

    Q    And can you indicate what else is being circled?

    A    The shield.

         (Video played)

         MR. PERRI:  Can you stop there.

         THE COURT:  Hang on.

         The jury is not seeing this.

         MR. PERRI:  Oh.

         MR. BOYLE:  I don't think it was admitted.

1          But we have no objection, Your Honor.

2          THE COURT:  Okay.  All right.  Exhibit 111.1 will

3  be admitted.

4                              (Government's Exhibit 111.1
                                   received into evidence.)

5

6  BY MR. PERRI:

7      Q    Could you please indicate what the circle is.

8      A    Yes, Shane Jenkins holding on to the shield.

9          (Video played continuously)

10 BY MR. PERRI:

11     Q    Please let us know if you see at some point that

12 there's spray directed at him in this clip.

13     A    Okay.

14          Right there, he got sprayed.

15     Q    Now, as we continue to watch, could you please

16 indicate whether or not the person you've identified as

17 Shane Jenkins continues to hold on to the shield after being

18 sprayed?

19     A    Yes.

20          Yeah, he gets underneath the shield for cover.

21          Gets sprayed again.

22     Q    We would like to now show you United States

23 Exhibit Number 112.  This is the CCTV video.

24          This is a video of similar duration.  And could

25 you please show that to the witness only.

```
1              (Video played)
2    BY MR. PERRI:
3        Q    Do you recognize it?
4        A    I do.
5        Q    How do you recognize it?
6        A    It's the CCTV video from inside the tunnel
7    pointing out.
8        Q    Who obtained this?
9        A    The U.S. Capitol police.
10       Q    And you obtained it from them?
11       A    Yes.
12       Q    Have you had a chance to watch the entire thing?
13       A    Yes, I have.
14       Q    Does it, in fact, show the defendant for long
15   periods of time?
16       A    Yes, it does.
17       Q    And how does it relate to the exhibit you just
18   saw, 111?
19       A    It will overlap in time.  It will be the same time
20   period.
21       Q    And with respect to the view?
22       A    Oh.
23            With respect to the view, it's an elevated view
24   looking out on to the lower West Terrace, and you'll be able
25   to see Officer Ak get up on the ledge.
```

1    Q    Is it the same location that was depicted in 111?

2    A    Yes, it is.

3    Q    At the same time?

4    A    Yes.

5         MR. PERRI:  Okay.

6         We would move for the admission of this exhibit,

7    Your Honor, and ask that it be published.

8         MR. BOYLE:  No objection, Your Honor.

9         THE COURT:  Let's get on the phone before we show

10   it to the jury.

11        (Bench conference)

12        THE COURT:  How long is this video?

13        MR. PERRI:  It's 17 minutes, Your Honor.

14        THE COURT:  Okay.  Because the last one included

15   footage long after Mr. Jenkins was out of the scene.

16        And, you know, you can play this up until the

17   point that he kind of disappears from the front of the west

18   tunnel.

19        MR. PERRI:  Understood, Your Honor.

20        THE COURT:  Okay?

21        MR. BOYLE:  Your Honor --

22        THE COURT:  Unless you want it all played,

23   Mr. Boyle.

24        MR. BOYLE:  We want it played at least through the

25   nine-minute mark, Your Honor.

1            THE COURT:  Okay.

2            Is there anything of value after the nine minute

3   mark?

4            MR. PERRI:  Yes, there is, Your Honor.  There's

5   points where he holds the shield all by himself that were

6   not depicted in the previous video.

7            THE COURT:  Okay.

8            Is there any objection to them playing the whole

9   thing?

10            MR. BOYLE:  No objection, Your Honor.

11            If it does get to a point where he's no longer

12   there, we would expect the government would cut it off at

13   that point.

14            THE COURT:  Okay.

15            I just -- I don't have a sense of whether he's

16   coming in and out of the scene or whatever the case may be.

17            MR. PERRI:  Yes.  I probably should have ended the

18   other one earlier so as not to show that rear tunnel

19   footage.

20            THE COURT:  All right.

21            That's what I'm trying to avoid again.  So, you

22   know, it came in, I didn't know what was going to be shown,

23   there was no objection.  But I want to be very mindful of

24   this going forward with these very long videos.

25            So if at some point Mr. Jenkins is no longer in

1    the scene or whatever happens after he's left the scene is

2    no longer relevant, then my expectation is it will be cut

3    off there and it will be cut off there for purposes of it

4    going back to the jury as well.

5               MR. PERRI:  Understood, Your Honor.

6               THE COURT:  Okay.  Thank you.

7               (Open court)

8               THE COURT:  All right.  112 is admitted subject to

9    the discussions at the bench.

10                                    (Government's Exhibit 112
                                        received into evidence.)

11

12   BY MR. PERRI:

13        Q    Before we start this, can you identify the time of

14   this video?

15        A    Yes, 3:56 p.m.

16        Q    And that's real-time, right?

17        A    Yes, it is.

18        Q    That's not the run time of the video, right?

19        A    Correct.

20        Q    Okay.

21             And is it typical for CCTV video footage to be

22   time-stamped?

23        A    Yes, it is.

24        Q    Okay.

25             And before we start, is it possible to see -- is

1    it possible for you to identify exactly where Officer Ak is

2    in this video?

3         A    Yes, I can.

4         Q    Could you please circle him.

5         A    (Witness complied.)

6              I think at the beginning, it's a different

7    officer, and then Officer Ak gets up.

8         Q    Okay.  Let us know.

9         A    Okay.

10             MR. PERRI:  Continue.

11   BY MR. PERRI:

12        Q    What's the significance of the red circle?

13        A    That's Shane Jenkins.

14        Q    Is he in the tunnel at this point?

15        A    No, he's not.

16             (Video played)

17   BY MR. PERRI:

18        Q    Does this video have sound?

19        A    No, they don't have sound.

20        Q    Why?

21        A    The CCTV Capitol videos do not have sound.

22             So I think he got down, that officer got down, and

23   Officer Ak will be the next one coming up.

24             (Video played)

25

1    BY MR. PERRI:

2        Q    What's the significance of that red circle?

3        A    That's the location of Shane Jenkins at this time.

4        Q    Agent, is it flat on the other side of that

5    entrance?

6        A    No.  There's stairs.

7        Q    Okay.

8             What's the significance of that circle there?

9        A    That's Shane Jenkins.

10       Q    And that circle there?

11       A    Shane Jenkins, where he's located.

12       Q    Is he at the top of the steps yet?

13       A    I don't think so.  I'm not sure.

14            So that's Officer Ak who just got up on that ledge

15   to the right.

16       Q    Is he the officer that was administering the spray

17   in the last video?

18       A    Yes, he was.

19       Q    Please indicate whether and where you see the

20   defendant get sprayed.

21       A    (Witness complied.)

22       Q    And what is that circle indicating?

23       A    Shane Jenkins.

24       Q    Has his position advanced at all?

25       A    Yes, it has.

```
 1              His hand is on the shield now.
 2       Q    Can you indicate where the police line is now, how
 3  far it has advanced?
 4       A    The police line is kind of back in here.
 5       Q    And what is this circle showing?
 6       A    Shane Jenkins.
 7       Q    And where is his arm?
 8       A    On the shield, the handle of the shield.
 9       Q    On the handle of the shield, you said?
10       A    Yes.
11              So he's inside the tunnel right now, right here
12  with his arm on the...
13       Q    Is that his hand on the wall?
14       A    Yes.
15       Q    Can you indicate whether you see him being
16  sprayed?
17       A    Yeah.  I'm sorry, he just got sprayed.
18       Q    Has the police line moved at all?
19       A    Yes.  They've been pushed back.
20              MR. PERRI:  Stop, please.
21  BY MR. PERRI:
22       Q    Just now, did you see two individuals hanging off
23  of the structure there get sprayed?
24       A    Yes.
25       Q    What was their reaction to getting sprayed?
```

1          MR. BOYLE:  Objection.

2          THE COURT:  Sustained.

3    BY MR. PERRI:

4       Q    Did you see whether the spray affected them?

5       A    Yes, it did it.

6          MR. BOYLE:  Objection.

7          THE COURT:  Sustained.

8          The jury can take a look at it for itself.

9          MR. PERRI:  Please continue.

10          (Video played)

11          THE WITNESS:  He gets sprayed again right there.

12    BY MR. PERRI:

13       Q    Would you please circle him.

14       A    (Witness complied.)

15       Q    Can you tell whether his position has advanced at

16    all?

17       A    Yes.  He's further in the tunnel.

18       Q    And what does the circle show now?

19       A    Shane Jenkins.

20       Q    Through your investigation, are you aware of what

21    these blotches are?

22       A    Yes.

23       Q    What is it?

24       A    Some type of pepper spray that they were spraying

25    in.

1          MR. PERRI:  Stop there, please.

2    BY MR. PERRI:

3        Q    Can you identify the defendant?

4        A    Yes.  With his hand on the shield.

5        Q    Can you circle his hand, please?

6        A    (Witness complied.)

7          MR. PERRI:  Continue.

8          (Video played)

9          MR. PERRI:  Stop, please.

10   BY MR. PERRI:

11       Q    Can you identify whether or not any other person

12   is holding on to the shield at that point?

13       A    It does not appear that anyone else is holding on.

14         MR. PERRI:  And could you please go back just a

15   second or two.

16         (Video played continuously)

17         MR. PERRI:  Stop there, please.

18   BY MR. PERRI:

19       Q    As the position of the shield, can you tell

20   whether or not it's above his head?

21       A    Yes.

22         MR. PERRI:  Continue.

23   BY MR. PERRI:

24       Q    Are you still able to see the defendant at this

25   point?

1    A    Yes.

2    Q    Okay.

3         Is he still in view?

4    A    No.

5         MR. PERRI:  All right.  Stop it, please.

6  BY MR. PERRI:

7    Q    Okay.  We would like to show you what's been

8  marked for identification purposes as United States Exhibit

9  113.

10        Please take a look and let us know if you

11 recognize it.

12   A    Yeah, I recognize it.

13   Q    Okay.

14        How did you find this video?

15   A    Open source.

16   Q    And how does it correspond with the videos we've

17 just watched, namely 111 and 112?

18   A    You can -- it's around the same time.  You can see

19 Mr. Jenkins entering the tunnel.

20   Q    And is the view any different?

21   A    Yes.  It's from kind of the side of the tunnel or

22 back further.

23   Q    Are we inside or outside the tunnel?

24   A    We're outside the tunnel.

25   Q    And does it, in fact, show the defendant?

1      A    Yes, it does.

2           MR. PERRI:  We would move for admission of

3  United States Exhibit 113.

4           MR. BOYLE:  No objection, Your Honor.

5                                (Government's Exhibit 113
                                   received into evidence.)
6

7           MR. BOYLE:  Subject to the same limitation the

8  Court imposed earlier.

9           THE COURT:  113 is admitted.

10          MR. PERRI:  Thank you, Your Honor.

11                               (Government's Exhibit 113
                                   received into evidence.)
12

13  BY MR. PERRI:

14     Q    Were there any indications that allow you to see

15  the correlation between Exhibits 113, 111, and 112?

16     A    Yes.

17     Q    Okay.

18          Would you be able to point those out if we play

19  the video.

20     A    Yes.

21          (Video played)

22          THE WITNESS:  Do you want me to point out the

23  defendant?

24  BY MR. PERRI:

25     Q    I'm sorry?

1        A    Did you want me to point out the defendant?

2        Q    Yes, please.

3        A    (Witness indicating.)

4             MR. PERRI:  Stop it.

5   BY MR. PERRI:

6        Q    Where is he in relation to the entrance of the

7   tunnel?

8        A    Right at the entry.

9        Q    And what is the viewpoint of this particular

10  camera?

11       A    Somebody standing on the ledge.

12            I believe it was Gina standing on the ledge.

13            MR. PERRI:  Okay.  Continue.

14            (Video played)

15            MR. PERRI:  Stop.

16  BY MR. PERRI:

17       Q    Are you still able to see the defendant?

18       A    Yes.  Right here.

19       Q    And we know this because of what distinctive

20  clothing?

21       A    His blue hoodie and the black jacket.

22            MR. PERRI:  Okay.  Continue.

23            (Video played)

24            MR. PERRI:  Stop, please.

25

```
 1   BY MR. PERRI:
 2        Q    Are you aware of what that cylindrical object is?
 3        A    Yes.  That's an OC spray.
 4        Q    When you say "OC spray," what does that mean?
 5        A    Like a pepper spray.
 6             MR. PERRI:  Okay.
 7             Continue.
 8             (Video played)
 9             MR. PERRI:  Stop it, please.
10   BY MR. PERRI:
11        Q    Do you recognize any particular individuals that
12   you identified in other videos?
13        A    If you roll it back a little bit.
14             There's the guy on the ledge with the Trump scarf.
15        Q    Okay.
16        A    And then we see that spray coming in, too, in the
17   other video.
18        Q    Okay.
19        A    And you can actually see that canister, that large
20   canister.
21             MR. PERRI:  You can stop it there.
22   BY MR. PERRI:
23        Q    Do you recognize him?
24        A    You can see the eagle head guy.
25        Q    Can you circle eagle head guy?
```

1          A      (Witness complied.)

2                 MR. PERRI:  Continue.

3                 (Video played)

4                 THE WITNESS:  He's holding on to the shield.

5                 MR. PERRI:  Can you stop it there, please.

6     BY MR. PERRI:

7          Q      Can you indicate the defendant's arm?

8          A      Sure.

9          Q      And are you able to tell what object he's holding?

10         A      The shield, riot shield.

11         Q      Can you circle the point where he's holding it?

12         A      (Witness complied.)

13                MR. PERRI:  Continue, please.

14                (Video played)

15                MR. PERRI:  Stop.

16    BY MR. PERRI:

17         Q      Can you circle the point at which you see him

18    holding the shield?

19         A      (Witness complied.)

20                MR. PERRI:  Continue.

21                (Video played)

22    BY MR. PERRI:

23         Q      All right.

24                Now we would like to show you -- I want to show

25    you another -- actually a screenshot which is called

1    United States Exhibit 109.7.

2        A    I recognize it.

3        Q    Does it, in fact, show the defendant?

4        A    Yes, it does.

5        Q    And where did you get this?

6        A    Open-source video.

7        Q    So it's a screenshot of an open-source video that

8    you found?

9        A    Yes.  Sorry.

10       Q    And what time and place does it depict?

11       A    Around the same time, whenever he's leaving the

12   tunnel.

13       Q    Okay.

14            Similar to what we've been watching?

15       A    Yes, same time period.

16            MR. PERRI:  All right.  We would move the

17   admission of United States Exhibit 109.7, Your Honor.

18            MR. BOYLE:  No objection.

19            THE COURT:  109.7 is admitted.

20                              (Government's Exhibit 109.7
                                  received into evidence.)
21

22   BY MR. PERRI:

23       Q    Are if you're able to see the defendant, would you

24   please indicate where he is.

25       A    (Witness complied.)

```
 1        Q     Okay.

 2              And can you tell whether or not he is making a

 3   facial expression?

 4        A     Yeah.  Appears to be wincing.

 5              MR. BOYLE:  Objection.

 6              THE COURT:  Sustained.

 7              Come on, Counsel.

 8   BY MR. PERRI:

 9        Q     Okay.

10              We would now like to show you United States

11   Exhibit 109.8.

12              (Video played)

13              MR. PERRI:  Oh, stop for a second.

14   BY MR. PERRI:

15        Q     A question as to timing.

16              Based on your comparison of these several videos

17   that we've been talking about, are you able to tell at what

18   point in time that image of the defendant occurs in relation

19   to things that have been happening in the tunnel?

20        A     Yes.

21              Based on the CCTV and as he's walking out, he

22   pulls his hood down, you can see the black part, his black

23   balaclava.

24        Q     All right.  Thank you.

25              May we see 109.8.
```

1    A    I recognize it from that same video, the

2  screenshot.

3    Q    Another screenshot from the same video, from 109?

4    A    Yes.

5    Q    Okay.

6         And do you see the defendant there?

7    A    Yes, I do.

8    Q    And is the time and place the same as what we've

9  been talking about?

10    A    Yes, it is.

11         MR. PERRI:  We move for the admission of this

12  exhibit.

13         MR. BOYLE:  No objection.

14         THE COURT:  109.8 is admitted.

15                        (Government's Exhibit 109.8
                               received into evidence.)
16  BY MR. PERRI:

17    Q    Could you please circle the defendant.

18    A    (Witness complied.)

19    Q    Are you able to see whether he has something in

20  his hand?

21    A    Yes.  A water bottle.

22    Q    Are you able to see any other individuals that

23  have helped you correspond these videos in regards to time?

24    A    Yes.  Eagle head guy.  And then the guy --

25    Q    Could you circle him?

```
 1        A     (Witness complied.)

 2        Q     Any other people?

 3        A     And then these guys up here on the ledge who keep

 4   going into the tunnel.

 5        Q     And does that allow you to know that you're seeing

 6   the same events, just from different angles?

 7        A     Yes.

 8        Q     Now, we would like to show you United States

 9   Exhibit 109.4, which is a clip of 109.

10              (Video played)

11              THE WITNESS:  I recognize it.

12   BY MR. PERRI:

13        Q     Do you recognize that video?

14        A     Yes.

15        Q     Where did you get it?

16        A     Open source.

17        Q     Through your investigation?

18        A     Yes.

19        Q     And does it, in fact, show the defendant?

20        A     It does.

21        Q     Is it before or after the damage has been caused

22   to the window?

23        A     After.

24        Q     And where is he in relation to the structures on

25   the west front?
```

1      A    He is by the window to the left of the tunnel.

2            MR. PERRI:  We would ask for 109 -- 109.4 to be

3    admitted, Your Honor.

4            MR. BOYLE:  No objection.

5            THE COURT:  All right.  109.4 is admitted.

6                                  (Government's Exhibit 109.4
                                      received into evidence.)
7

8            THE WITNESS:  Here he is right here.

9    BY MR. PERRI:

10     Q    Now, we'd like to show you another clip of that

11   same video, 109.5.

12           (Video played)

13           THE WITNESS:  I recognize it.

14   BY MR. PERRI:

15     Q    And is this another clip of the same video that

16   you just talked about?

17     A    Yes, it is.

18     Q    Does it show the defendant?

19     A    It does.

20     Q    And at the same location, same time?

21     A    Yes.

22           MR. PERRI:  We'd move for admission of this

23   exhibit.

24           MR. BOYLE:  Your Honor, we would object as being

25   cumulative.

1            THE COURT:  I'll sustain the objection.  It is

2     essentially the same video as we just saw last time.

3            MR. PERRI:  May we get on the phones, Your Honor?

4            THE COURT:  Sure.

5            (Bench conference)

6            MR. PERRI:  So what we're attempting to do is

7     showing the defendant's course of action.

8            And at some point, he goes back to the window,

9     Your Honor, to retrieve his backpack, and then we'll go back

10    to the tunnel.

11           So that's -- I know it appears like something

12    we've shown earlier, but that's the purpose for introducing

13    this, is simply to point out that now he has retrieved his

14    backpack.

15           THE COURT:  So you believe this is actually after

16    he exits the tunnel and then comes back over to the window?

17    Is that what you're telling me?

18           MR. PERRI:  Yes, Your Honor.

19           THE COURT:  Okay.

20           All right.  In light of that, I'll overrule the

21    objection.

22           MR. PERRI:  Thank you.

23           (Open court)

24           THE COURT:  The objection will be overruled then.

25           So 109.5 will be admitted and shown to the jury.

1                                          (Government's Exhibit 109.5
                                          received into evidence.)

2

3               (Video played)

4    BY MR. PERRI:

5        Q    Okay.

6               In these two last videos, 109.4 and 109.5,

7    do you see whether the defendant has done anything with his

8    backpack?

9        A    Yeah.

10               In the first video, he did not have his backpack

11   and now he does.

12       Q    Okay.

13               And then where does he proceed after putting on

14   his backpack?

15       A    Down over to the tunnel area.

16       Q    Okay.

17               So is it fair to say then that he left the tunnel

18   area, went to the window, got his backpack, and then did

19   what?

20               THE COURT:  The objection will be sustained.

21               Next question, please.

22   BY MR. PERRI:

23       Q    Based on your investigation, what's the next thing

24   he does after that video?

25       A    He goes to the tunnel and begins throwing stuff at

1   officers.

2        Q    Okay.  All right.

3             Now, in relation to these various throws, I want

4   to start showing you some videos and some clips.

5             I would first like to show you 109.2.

6        A    Okay.

7             (Video played)

8             THE WITNESS:  I recognize that.

9   BY MR. PERRI:

10       Q    You recognize that?

11       A    Uh-huh.

12       Q    And what location is that?

13       A    The lower West Terrace by the window and tunnel.

14       Q    Okay.

15            And does the defendant appear in that video?

16       A    He does.

17            MR. PERRI:  And -- all right.

18            We would move for admission of this exhibit,

19   Your Honor.

20            MR. BOYLE:  Your Honor, we would object.

21            THE COURT:  Okay.

22            MR. BOYLE:  Can we get on the phone for a second?

23            (Bench conference)

24            THE COURT:  Basis, Mr. Boyle?

25            MR. BOYLE:  Your Honor, the first part of the

669

1  video is irrelevant and inflammatory.

2          It's not related to where the defendant is later

3  on in the video, so we would object to the first part of the

4  video, what's on the screen right now.

5          MR. PERRI:  May I respond, Your Honor?

6          THE COURT:  Well -- yeah, go ahead.

7          MR. PERRI:  So, Your Honor, the window is now

8  completely broken out and items are coming out of the

9  window, including the drawer that the defendant is about to

10 throw.

11         This video explains where that drawer came from.

12         And then later on in the video, he's going to

13 actually throw that drawer.

14         THE COURT:  All right.

15         I didn't see it come out the window.  Has that

16 happened yet?

17         MR. PERRI:  No.

18         THE COURT:  Okay.

19         So when does that happen?  When does he -- because

20 I didn't see him in the video either.

21         MR. PERRI:  He comes -- it comes out of the window

22 at about 40 seconds.  And then he throws it at about a 1:10.

23         MR. BOYLE:  Your Honor, if I could explain.

24         The drawer does not come out and go directly to

25 the defendant; it's handed to the defendant later by someone

```
1   else.

2           THE COURT:  Okay.

3           (Open court)

4           COURTROOM DEPUTY:  Parties, would you come up to

5   the bench?

6           (Bench conference)

7           THE COURT:  What if we just run it from the

8   30-second mark?

9           MR. BOYLE:  I'm sorry, I couldn't hear.

10          THE COURT:  What if we run it from the 30-second

11  mark for the jury?

12          MR. BOYLE:  30-second mark.  Okay.

13          MR. PERRI:  So I think this is going to come into

14  play with several exhibits.

15          And we would like to point out that if we aren't

16  going to have a limiting instruction as a motions in limine,

17  it's going to be important for the jury to have as much

18  information as possible as to the nature of these items.

19          And for them to know this was an item of furniture

20  that came out of the room, that's going to go and connect

21  with our testimony from the guy from the Architect of the

22  Capitol.  And this drawer was a substantial item.

23          MR. BOYLE:  Your Honor, we will stipulate the door

24  came from the Capitol.

25          THE COURT:  Yeah, let's just -- let's try and just
```

1  primarily stick to the video that shows him.  I understand

2  the context is important, and so some before...

3          MR. PERRI:  If I may, before I forget, Your Honor,

4  the time lapse between the point that drawer comes out of

5  the window and the point where it reaches his hand is

6  extraordinary as well.

7          THE COURT:  Okay.  That's fine.

8          But the concern of Mr. Boyle is that you've got

9  all kinds of other items coming out of that window that are

10  not related to this defendant.

11          MR. PERRI:  And he's not alleged to have thrown

12  any --

13          THE COURT:  I understand, but that's all the more

14  reason not to show it, right?

15          I mean, you've got a lot of evidence here; let's

16  avoid something that's unduly prejudicial, all right?  So

17  let's start it at the 30-second mark.

18          MR. PERRI:  Yes, Your Honor.

19          (Open court)

20          THE COURT:  All right.  109.2 will be admitted

21  from the time point that we discussed at the bench.

22                              (Government's Exhibit 109.2

                                   received into evidence.)

23

24          MR. PERRI:  Okay.

25          Can you please play that at the 30-second mark.

```
 1              (Video played)
 2              MR. PERRI:  Stop it, please.
 3   BY MR. PERRI:
 4      Q     Agent, can you tell whether or not that window
 5   that was -- that we saw damaged earlier is completely broken
 6   out?
 7      A     Yes, it is.
 8      Q     And can you see an object come out?
 9      A     Yes.  A drawer, a desk drawer.
10              MR. PERRI:  Can you back it up like two seconds.
11              Stop.
12              One more second.  Yeah.
13              THE WITNESS:  Yeah, right there.
14              Do you want me to circle it?
15   BY MR. PERRI:
16      Q     Can you circle it?
17      A     (Witness complied.)
18              MR. PERRI:  All right.  Continue, please.
19              (Video played)
20              MR. PERRI:  Stop, please.
21   BY MR. PERRI:
22      Q     You indicated whether or not you could identify
23   the defendant in this picture?
24      A     Yes, I can.
25      Q     Where is he?
```

1        A      (Witness indicated.)

2               MR. PERRI:  And back up just a couple seconds.

3               A few more.

4               Continue.

5               (Video played)

6               MR. PERRI:  Stop.

7    BY MR. PERRI:

8        Q     Are you able to see whether he has something in

9    his hand?

10       A     Yes.  He has the desk drawer in his hand.

11       Q     Does that appear to be the same desk drawer?

12       A     Yes.

13              MR. BOYLE:  Objection.

14              THE COURT:  That'll be -- that's overruled.

15              The jury will ultimately make that determination

16   but the witness can point out the object.

17   BY MR. PERRI:

18       Q     Okay.

19              And are you able to tell where he's holding that?

20       A     You mean --

21       Q     What part of the object?

22       A     The bottom of the desk drawer or the back of the

23   desk drawer.

24              MR. PERRI:  Okay.  Continue.

25              (Video played)

```
 1              MR. PERRI:  All right.  One moment, Your Honor.

 2              (Government counsel conferred off the record.)

 3    BY MR. PERRI:

 4       Q    Okay.

 5              And United States Exhibit 109.10 is a screenshot

 6    of the same clip.  We would ask the witness be presented

 7    with that exhibit.

 8       A    Yes.

 9       Q    Do you recognize it?

10       A    I recognize it from the same video, a screenshot.

11       Q    Okay.

12              MR. PERRI:  We'll move for the admission of

13    109.10, which is just a screenshot of what was just

14    admitted.

15              MR. BOYLE:  No objection.

16              THE COURT:  All right.  109.10 is admitted.

17                                  (Government's Exhibit 109.10
                                         received into evidence.)
18

19

20

21

22

23

24

25
```

1          MR. PERRI:  We would like to present the witness

2    with United States Exhibit 109.12.

3          Okay.  May the witness please take a look at

4    109.12.

5          Okay.  I have the wrong number, so I apologize for

6    that.

7          MR. PERRI:  I would like to present you instead

8    with 114.

9          (Video played)

10          THE WITNESS:  Yeah, I recognize this.

11   BY MR. PERRI:

12      Q    How do you recognize that one?

13      A    It's from open-source video.

14      Q    Is this the J. Robertson video?

15      A    Yes.

16      Q    Okay.

17          And does it, in fact, show the defendant?

18      A    Yes, it does.

19      Q    All right.

20          Next I would like to present you with a clip of

21   that video, and that is United States Exhibit 114.1.

22          Do you recognize that?

23      A    I do.

24      Q    And does this clip, in fact, show the defendant?

25      A    Yep.

1      Q     At which location?

2      A     In the lower west tunnel entrance walking up.

3      Q     And in connection with the throws?

4      A     Yes.

5            MR. PERRI:  We would move for admission of a clip

6      called United States Exhibit 114.1.

7            MR. BOYLE:  No objection, Your Honor.

8            THE COURT:  Okay.  114.1 is admitted.

9                                  (Government's Exhibit 114.1

                                      received into evidence.)

10

11           (Video played)

12           MR. PERRI:  Stop it, please.

13           Start from the beginning.

14           Stop.

15     BY MR. PERRI:

16     Q     Agent, can you tell us what this red circle

17     signifies?

18     A     The location of Shane Jenkins.

19     Q     Do you see him there?

20     A     I do.

21     Q     Can you identify any characteristics or special

22     features of his clothing?

23     A     Yes.

24           The black jacket, the blue hoodie, and the red

25     Nautica.

1          Also, that furry hat he was wearing, too.

2     Q    Where did we see the furry hat before?

3     A    In an early morning screenshot selfie thing.

4     Q    The one where he's at the mall with the

5  Washington Monument?

6     A    Yes.

7     Q    And were you able to identify where the defendant

8  is in relation to the structures of the west front at this

9  point?

10    A    Yes.

11    Q    Where?

12    A    Lower West Terrace heading up into the tunnel.

13    Q    Okay.

14         In relation to the steps, where is he?

15    A    He's lower on the steps.

16    Q    Okay.

17    A    Further down the steps.

18    Q    About how far from the tunnel entrance?

19    A    I don't know.

20         Approximately -- I don't know.  I'm not sure.

21  Ten feet maybe.

22         MR. PERRI:  Okay.

23         Continue.

24         (Video played)

25         MR. PERRI:  Stop.

1    BY MR. PERRI:

2        Q    Are you able to see whether he has anything in his

3    hands?

4        A    Yes, he does.

5        Q    What is that?

6        A    It's a riot shield from the police.

7        Q    Where you able to tell whether his position is

8    advancing?

9        A    It is advancing.

10            MR. PERRI:  Continue.

11            (Video played)

12            MR. PERRI:  Stop.

13            Go back a few seconds.

14    BY MR. PERRI:

15        Q    Up at the tunnel entrance, are you able to see

16    anybody that you've used for comparison purposes?

17        A    Yes, the eagle head guy.

18        Q    And anybody else near him?

19        A    And the one standing on the ledge up there.

20            MR. PERRI:  Okay.

21            Continue.

22            (Video played)

23            MR. PERRI:  Stop.

24    BY MR. PERRI:

25        Q    Were you able to see whether the defendant threw

1    anything at that point?

2        A    Yes.  He's thrown now two items.  That's the

3    second item.

4        Q    Can we go back to the first one.

5        A    There's the first throw, yeah.

6        Q    Okay.

7             Can you circle his hand, please.

8        A    (Witness complied.)

9        Q    And can you circle the object that's in his hand.

10       A    (Witness complied.)

11       Q    Okay.

12            Is the shield -- is he still holding the shield at

13   this point?

14            MR. BOYLE:  Objection.

15            THE COURT:  It's overruled.

16            You can answer that.

17            THE WITNESS:  I believe he still is, yes.

18            MR. PERRI:  Okay.  Continue.

19            (Video played)

20            THE WITNESS:  Oh, no, he's put it down, I think.

21            MR. PERRI:  Stop.

22            THE WITNESS:  Yeah, I think he put it down by

23   then.

24            He puts the shield down before he throws that

25   thing.

1   BY MR. PERRI:

2       Q    Is your testimony that he put the shield down

3   before making the first throw?

4            THE COURT:  That's sustained.  The jury can make

5   that determination.

6            Go ahead.

7            MR. PERRI:  Continue.

8            (Video played)

9            MR. PERRI:  Stop.

10  BY MR. PERRI:

11      Q    Were you able to see whether or not he throws

12  something else there?

13      A    Yes.  He throws a large stick-like item.

14      Q    Could we go back to the point where the item is in

15  his hand.

16           Can you circle the item, please.

17      A    (Witness complied.)

18      Q    And is this the second item?

19      A    Yes, this is the second time.

20      Q    Second throw?

21      A    Second throw.

22           MR. PERRI:  Okay.  Continue.

23           (Video played)

24           MR. PERRI:  Stop.

25

1    BY MR. PERRI:

2        Q    Can you indicate whether or not you see something

3    in his hand at this point?

4        A    Yes, there is.

5        Q    Can you circle it.

6        A    It's really long.

7        Q    Okay.

8             Can you tell anything about the nature of that

9    item?

10        A    It looks like bent metal of some sort.

11        Q    Okay.

12             And is this Number 3?

13        A    Yes, this is throw Number 3.

14             MR. PERRI:  Continue.

15             (Video played)

16             THE WITNESS:  It almost looks like a golf club or

17    something bent.

18             MR. PERRI:  It's not going to get any clearer.

19    BY MR. PERRI:

20        Q    Can you circle the outline out of that item?

21        A    Sure.

22             MR. PERRI:  Okay.  Play.

23             (Video played)

24             MR. PERRI:  Stop.

25

1   BY MR. PERRI:

2       Q    Can you see whether or not the defendant appears

3   to bend over?

4       A    Yes, he does.

5       Q    And what would be the surface down there?

6       A    The stairs.

7            MR. PERRI:  Okay.

8            Continue.

9            (Video played)

10           MR. PERRI:  Stop.

11  BY MR. PERRI:

12      Q    Can you point out the defendant's arm here?

13      A    Sure.

14           Right here.

15      Q    And can you tell whether or not he has another

16  object in his hand?

17      A    Yes, he does.

18           Some white pole or pipe of some sort.

19      Q    White pole or pipe.

20           And would this be what-number throw?

21      A    Four.

22           MR. PERRI:  Continue.

23           Stop.

24  BY MR. PERRI:

25      Q    And can you tell whether all those items go --

1    actually get thrown into the tunnel?

2              MR. BOYLE:  Objection.

3              THE COURT:  Sustained.

4              MR. PERRI:  All right.

5              We would like to present the witness with

6    United States Exhibit 114.3, which is a clip of

7    United States Exhibit 114.

8              (Video played)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1   BY MR. PERRI:

2       Q    Do you recognize this?

3       A    Yes, I do.  It's the same video.

4       Q    This is another clip of the J. Robertson video?

5       A    Yes.

6       Q    And do you see the defendant in this clip?

7       A    Yes, I do.

8       Q    In connection with these throws?

9       A    Yes.

10           MR. PERRI:  We'd move for admission of this

11  exhibit, Your Honor, 114.3.

12           MR. BOYLE:  No objection, Your Honor.

13           THE COURT:  All right.  114.3 is admitted.

14                                (Government's Exhibit 114.3
                                      received into evidence.)
15

16           MR. PERRI:  Stop.

17           Back up just a second.

18  BY MR. PERRI:

19      Q    Okay.

20           Can you identify where you see the defendant?

21      A    Yes.

22           Right down here, the bottom left-hand corner of

23  the screen.

24      Q    Can you indicate whether or not you see an object

25  in his hand?
```

```
 1        A     Yes.  A flag.

 2        Q     A flag, the fabric part of the flag?

 3        A     Flag and flagpole.

 4        Q     And what part is he holding?

 5        A     The flagpole.

 6              MR. PERRI:  Can we play that, please.

 7              (Video played)

 8              MR. PERRI:  Stop.

 9   BY MR. PERRI:

10        Q     Do you see whether or not he has his backpack with

11   him now?

12        A     Yes, he does.

13              MR. PERRI:  Continue.

14              (Video played)

15              MR. PERRI:  Stop.

16   BY MR. PERRI:

17        Q     Could you tell me whether or not he changed his

18   position on the stairs?

19        A     Yes.  He went back down.

20        Q     We'd now like to present you with United States

21   Exhibit 114.2, which is a clip of 114.

22              THE COURT:  Counsel, before you play it, why don't

23   we go ahead and take our morning break.

24              It's a little bit before 11:00 now.  We will

25   resume at 11:15.  We'll see you all shortly.
```

1    Thank you very much.

2              COURTROOM DEPUTY:  All rise.

3              (Jury exited the courtroom.)

4              THE COURT:  All right.  See everybody in

5    15 minutes.

6              I'll ask you not to discuss your testimony during

7    the break.  Thank you.

8              COURTROOM DEPUTY:  This Court stands in recess.

9              (Recess from 11:00 a.m. to 11:17 a.m.)

10             COURTROOM DEPUTY:  Jury panel.

11             (Jury entered the courtroom.)

12             THE COURT:  All right.  Welcome back.  Please be

13   seated, everyone.

14             MR. PERRI:  Okay.

15             Agent, I think when we left off, we were about to

16   start talking about United States Exhibit 114.2.

17             Could we please show the witness that exhibit.

18             And that is a clip of 114, which starts at 6

19   minutes and 57 seconds of the full video.

20             COURTROOM DEPUTY:  Could you please try plugging

21   it back in.

22             THE COURT:  I'm sorry, what was the number again?

23             114 --

24             MR. PERRI:  114.2.

25             (Video played)

BY MR. PERRI:

Q    Do you recognize this?

A    Yes, I do.

Q    And what does it show in comparison to --
I'm sorry, how does it relate in comparison to what we've
been just looking at?

A    It's a clip from the same video at the lower west
tunnel.

Q    All right.

And it shows the defendant?

A    It does.

Q    And this is part of the J. Robertson video?

A    Yes.

Q    We move for admission of 114.2, which is a clip,
Your Honor.

MR. BOYLE:  No objection, Your Honor.

THE COURT:  114.2 is admitted.

                              (Government's Exhibit 114.2
                                received into evidence.)

            (Video played continuously)

BY MR. PERRI:

Q    Could you identify the defendant, please?

A    Yes.  In the red circle with the red beanie on.

Q    And were you able to tell whether or not he
changed his position?

1     A     Yes.  He moves forward towards the actual tunnel

2  area up the stairs.

3          MR. PERRI:  Okay.  Continue.

4          (Video played)

5          MR. PERRI:  Stop it, please.

6  BY MR. PERRI:

7     Q     Are you able to tell whether or not he has

8  anything in his hand at this point?

9     A     Yes, he has the drawer.

10    Q     And are you able to tell how he's holding it?

11    A     From the bottom edge.

12    Q     Are you able to tell whether it's above his head

13 or at the same level at his head?

14    A     Above his head.

15         MR. BOYLE:  Objection, Your Honor.

16         THE COURT:  Sustained.

17         MR. PERRI:  Please continue to play.

18         (Video played)

19         MR. PERRI:  Stop.

20 BY MR. PERRI:

21    Q     And what number throw is that?

22    A     Number 6.

23    Q     Okay.

24          The flag was 5?

25    A     The flag was 5.

689

```
 1                This is Number 6.

 2                MR. PERRI:  Continue.

 3                (Video played)

 4                MR. PERRI:  Stop.

 5   BY MR. PERRI:

 6         Q    Are you able to see whether he has an object in

 7   his hand at this point?

 8         A    Yes, he does.

 9         Q    Could you please circle his hand and circle the

10   object.

11         A    (Witness complied.)

12         Q    And what number throw is this?

13         A    Number 7.

14         Q    And how does that appear to you in the video, that

15   object?

16         A    Some black pole or pipe or something.

17                MR. PERRI:  Continue.

18                (Video played)

19                MR. PERRI:  Stop.

20   BY MR. PERRI:

21         Q    Are you able to tell whether he changes his

22   position?

23         A    Yes.  He moves down the stairs.

24                MR. PERRI:  Continue.

25                (Video played)
```

1              MR. PERRI:  Stop.

2    BY MR. PERRI:

3        Q    Are you able to tell whether he has something in

4    his hand at this point?

5        A    Yes, he does.

6        Q    Can you please circle his hand.

7        A    (Witness complied.)

8        Q    And can you circle the object?

9        A    Sorry, that was all of the object in his hand.

10             MR. PERRI:  If we could go back a few seconds,

11   I want to ask you how that object appears to you.

12             Stop.

13   BY MR. PERRI:

14       Q    How does that object appear to you?

15       A    It looks like crumpled metal of some sort.

16       Q    Did you say "crumpled"?

17       A    Crumpled metal or bent metal.

18       Q    Okay.

19             MR. PERRI:  Continue.

20             (Video played)

21             MR. PERRI:  Stop.

22   BY MR. PERRI:

23       Q    Were you able to tell whether his position changes

24   after that throw?

25       A    Yes.  He comes back down the stairs.

1              MR. PERRI:  Continue.

2              (Video played)

3              THE WITNESS:  And he picks up that white pipe.

4    BY MR. PERRI:

5         Q    What number throw the crumpled metal?

6         A    Number 8.

7              MR. PERRI:  Stop.

8    BY MR. PERRI:

9         Q    Are you able to tell whether he has something in

10   his hand at this point?

11        A    Yes, he does.

12        Q    What does it appear to be?

13        A    A white pole or pipe of some sort.

14        Q    So in that clip, you see throws 1 through 8?

15        A    I think we started at 6.

16             MR. BOYLE:  Your Honor, I'm going to object.

17   Asked and answered.

18             THE COURT:  Let's move forward, please.

19             MR. PERRI:  Continue.

20             (Video played)

21             MR. PERRI:  And that's the end.

22   BY MR. PERRI:

23        Q    All right.

24             We would like to show you a CCTV video now.  This

25   is United States Exhibit 115.  And I believe this starts at

1    4:26 something in realtime.

2              It's about 7.5 minutes.

3              (Video played continuously)

4    BY MR. PERRI:

5        Q    Do you recognize this?

6        A    Yes, I do.

7        Q    And how does this relate in terms of the time and

8    location to what we've been looking at?

9        A    It's the same time and location.

10       Q    And is the view different?

11       A    Yes.  The view is looking out at the rioters from

12   the police.

13       Q    Okay.

14             And with respect to the tunnel, what is the view?

15       A    It's inside the tunnel, looking out.

16       Q    And are you able to see the defendant?

17       A    Yes, I am.

18       Q    In connection with these throws?

19       A    Yes.

20             MR. PERRI:  We would move for admission of

21   United States Exhibit 115.

22             MR. BOYLE:  No objection, Your Honor.

23             THE COURT:  115 is admitted.

24                                    (Government's Exhibit 115
                                           received into evidence.)
25

1    BY MR. PERRI:

2        Q    Please indicate whether you see the defendant make

3    a throw.

4            (Video played)

5            MR. PERRI:  Stop.

6    BY MR. PERRI:

7        Q    Do you see any individuals that you've been using

8    to help you correspond the different videos?

9        A    Yes.

10       Q    Who have you seen?

11       A    Officer Ak up on the ledge.

12       Q    Can you circle him, please.

13       A    (Witness complied.)

14       Q    And do you see any individuals in the crowd?

15       A    Yes, the eagle head guy.

16       Q    Can you circle him?

17       A    (Witness complied.)

18           MR. PERRI:  Okay.

19           Continue to play.

20           (Video played)

21           MR. PERRI:  Stop.

22   BY MR. PERRI:

23       Q    Please indicate whether you see the defendant.

24       A    Yes, I do.

25       Q    And can you circle his arm?

1      A      (Witness complied.)

2      Q      Can you see whether he has anything in his hand?

3      A      Yes, he does.

4      Q      And could you tell us what the time signature is

5  for this particular throw?

6      A      4:27.

7      Q      4:27 what?

8      A      :11 p.m.

9      Q      So 4:27:11 p.m. on January 6th, 2021?

10     A      Yes.

11     Q      Okay.

12            And which number throw is this?

13     A      I believe this is the second throw.

14            MR. PERRI:  Continue.

15            (Video played)

16            MR. PERRI:  Stop.

17  BY MR. PERRI:

18     Q      Were you able to tell whether the defendant

19  disappeared from view for a minute?

20     A      Yes.

21            MR. PERRI:  Continue.

22            (Video played)

23            MR. PERRI:  Stop.

24  BY MR. PERRI:

25     Q      Do you see whether or not he has something in his

1    hand at this point?

2        A    Yes, he did.

3        Q    Can you circle the object.

4        A    I think you have to go back a little bit.

5             There.

6        Q    Okay.

7             And which number throw would this be?

8        A    Can you play it again?

9             It's either the second or third.

10            I think that's the second throw.

11            Third.

12            MR. PERRI:  Okay.  Stop.

13   BY MR. PERRI:

14       Q    You indicated that there was another throw there?

15       A    Yes.

16            MR. PERRI:  Could we go back a few seconds.

17            (Video played)

18            MR. PERRI:  Stop.

19   BY MR. PERRI:

20       Q    Did you see something there?

21       A    Yeah, you can see him throw another object right

22   there.

23            MR. BOYLE:  Your Honor, I object.

24            THE COURT:  Basis?

25            MR. BOYLE:  This is -- the jury is perfectly

```
 1   capable of seeing and interpreting the video without the
 2   witness's narration.
 3            Furthermore, we don't believe the witness was
 4   present to observe any of this --
 5            THE COURT:  Understood.
 6            MR. BOYLE:  -- and she's just testifying from the
 7   video.
 8            THE COURT:  Well, I mean, she -- I've allowed her
 9   to identify objections and Mr. Jenkins, but let's just
10   go ahead and run this since we've seen it from another
11   angle.
12            (Video played)
13            MR. PERRI:  Could we advance that to 4:32, please.
14            Can you go back a second.
15            Stop.
16   BY MR. PERRI:
17       Q   Were you able to identify the defendant at that
18   point?
19       A   No.
20            MR. PERRI:  Okay.
21            Continue.
22            (Video played)
23            MR. PERRI:  Stop.
24            Continue.
25            THE WITNESS:  Right there was the flag.
```

```
 1              THE COURT:  Okay.
 2    BY MR. PERRI:
 3         Q    Can you go back a second and circle the flag
 4    you're talking about.
 5         A    You have to go back a little bit further.
 6         Q    Okay.
 7         A    Oh, no, that's not it.
 8              Keep going.  Sorry.
 9              Right there.
10              You can see the flag coming in right here.
11         Q    Okay.
12              And that's the flag that you testified about
13    previously?
14         A    Yes.
15         Q    We'd like to show you United States Exhibit 115.1,
16    which is a clip of 115.  It begins at 4:27:11 real-time.
17              And, again, would you point out, Agent --
18              MR. PERRI:  I'm sorry, we'd move for the admission
19    of that exhibit.  And if I forgot to move for the last one,
20    I move for that one, too.
21              THE COURT:  I'm sorry, 115 was the last one.
22    What's this one?
23              MR. PERRI:  115.1.
24              THE COURT:  Okay.
25              And these --
```

1        MR. BOYLE:  No objection other than the ones we

2   made, Your Honor.

3        THE COURT:  Okay.  115.1 is admitted then.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                                    (Government's Exhibit 115.1
                                      received into evidence.)
 2

 3              MR. PERRI:  And 115 also, Your Honor.

 4              THE COURT:  I think that was already admitted.

 5              MR. PERRI:  Okay.

 6              Can you go back a second and I wanted to ask the

 7     witness about the red circle.

 8              THE WITNESS:  Yep, that's around Shane Jenkins.

 9              MR. PERRI:  Okay.  Can you play it a few seconds.

10     BY MR. PERRI:

11         Q    And do you see his arm there?

12         A    Yes.

13         Q    Can you point it out?

14         A    (Witness complied.)

15         Q    And do you see an object in his hand?

16         A    Yes, he's got an object in his hand.

17              MR. PERRI:  Continue.

18              (Video played)

19     BY MR. PERRI:

20         Q    And that was at about 4:27:14, right?

21         A    Yes.

22         Q    And what's the significance of that?

23              MR. PERRI:  Can you stop and go back two seconds.

24              (Video played continuously)

25
```

1    BY MR. PERRI:

2        Q    Who's that there?

3        A    Shane Jenkins.

4        Q    Do you see his arm?

5        A    Yes.

6        Q    Can you circle it?

7        A    (Witness complied.)

8        Q    Do you see an object in his hand?

9        A    Yes.

10       Q    Can you circle that?

11       A    (Witness complied.)

12       Q    Okay.

13            And this would have been which of the objects you

14   talked about?

15       A    I think that was the fourth one, the white pole.

16            MR. PERRI:  Continue.

17   BY MR. PERRI:

18       Q    Now, we'd like to show you United States Exhibit

19   115.2, which is another clip of 115.  It begins at 4:32:34

20   real-time.

21            MR. PERRI:  Stop.

22            THE WITNESS:  That was the flag.

23            MR. PERRI:  Okay.

24            Can we go back and circle the flag, please.

25            Oh, I'm sorry.  We would move for the admission of

```
 1   115.2.
 2               MR. BOYLE:  Your Honor, we would object as
 3   cumulative.
 4               MR. PERRI:  These are clips that show specific
 5   throws, Your Honor, and therefore, we have --
 6               THE COURT:  Well, 115 is in, right?
 7               MR. PERRI:  -- the entire -- yes, 115, I believe,
 8   is in.
 9               THE COURT:  Okay.
10               I don't think we need the clips then.  So 115 is
11   in.
12               (Government counsel conferred off the record.)
13   BY MR. PERRI:
14       Q    And United States Exhibit 115.3, this was a
15   screenshot that was previously used.
16       A    Yes, that's from that video.
17       Q    Is that a screenshot from that video?
18       A    Yes, it is.
19       Q    And is that one of the images that was
20   incorporated into the stipulation for identity?
21       A    Yes.
22               MR. PERRI:  We would move for the admission of
23   United States Exhibit 115.3.
24               MR. BOYLE:  No objection.
25               THE COURT:  Okay.  It will be admitted.
```

1                                      (Government's Exhibit 115.3
                                        received into evidence.)
2

3    BY MR. PERRI:

4         Q    Can we please show the witness 116.

5         A    I recognize that.

6         Q    How do you recognize it?

7         A    It's an open-source video from *The Washington*

8    *Post*.

9         Q    Did you find this video?

10        A    Yes.

11        Q    And with respect to the time and location that

12   we've been considering, namely the entrance to the tunnel

13   and the throws, how does this relate?

14        A    It's the same timing.

15        Q    All right.

16             And does it, in fact, show the defendant?

17        A    Yes, it does.

18             MR. PERRI:  We would move for admission of

19   United States Exhibit 196.  It's a minute and ten seconds,

20   Your Honor.

21             MR. BOYLE:  Your Honor, can I have a second?

22             (Defense counsel conferred off the record.)

23             MR. BOYLE:  Your Honor, could we get on the phone?

24             (Bench conference)

25             MR. BOYLE:  Your Honor, we object to the first

1    part of the video.  We believe the first part of the video

2    shows Brian Sicknick, the officer that died, being dragged

3    out.

4              The defendant is not in that frame or part of that

5    video, so we would ask it be restricted to only these parts

6    where he appears.

7              MR. PERRI:  Your Honor, this is an overview, and

8    it's only a minute and ten seconds long.

9              THE COURT:  Can you queue up where he is, because

10   I have to confess, I didn't see, either -- in the short

11   portion that you've played for her, I did not see him.

12             MR. PERRI:  Okay.  I think it's in the -- I know

13   he's in the beginning.

14             THE COURT:  Okay.  Could you queue it up so I can

15   actually see it.

16             MR. PERRI:  Oh.  Yes.  Sure.

17             He's right there, Your Honor.

18             THE COURT:  I now saw it.

19             And the guy with the flagpole that is beating down

20   on the ground is Officer Sicknick, is that right, with the

21   beard?

22             MR. PERRI:  I don't know.  But the defendant is

23   literally several feet from where that happened.

24             THE COURT:  Is that the only time he appears in

25   the video?

1          MS. GROSSHANS:  No, Your Honor.  He'll keep --

2    this is the video of the throws into the tunnel.

3          THE COURT:  The throw what?

4          MS. GROSSHANS:  The throws into the tunnel.

5          So the defendant will appear again.

6          THE COURT:  All right.  Well, let it run.

7          That's it?

8          MS. GROSSHANS:  Oh, I'm sorry, Your Honor, I was

9    thinking this was another video.  So, yes, that's the

10   entirety of the video.

11         THE COURT:  All right.

12         I'm going to keep it out.  There's only so many

13   times you can show the same thing over and over again from

14   different angles, and this one in particular has some very

15   violent confrontations that involve other people and not

16   Mr. Jenkins.  And it's pretty evident what's going on around

17   him, so I don't think it adds very much.

18         MR. PERRI:  So may I respond to that, Your Honor?

19         So our response to it would be that, again, it's

20   very important for the jury to be able to see every possible

21   view of these objects so that they can assess whether or not

22   they appear to be dangerous or deadly weapons.

23         THE COURT:  I think they've seen this angle and

24   seen the objects plenty of times.

25         And so given the probative value for which it's

1   being offered, it's, in a sense, cumulative, and there's a

2   fair amount in there that is highly prejudicial.  So

3   I'm going to exclude it, okay?

4           (Open court)

5           THE COURT:  All right.  So the objection to 116 is

6   sustained.

7           MR. PERRI:  Next we would like to present the

8   witness with United States Exhibit 117.

9   BY MR. PERRI:

10      Q    Do you recognize this, Agent?

11      A    I do.  Yes, I do.

12      Q    And how would you describe it in connection with

13  the videos we've been just watching in terms of timing and

14  location?

15      A    It's the same time, same location.

16           It's a video a little bit closer up where you can

17  see more clearly what's going on.

18      Q    Okay.

19           Including the throws?

20      A    Including the throws.

21           MR. PERRI:  We would move for the admission of

22  United States Exhibit 117.

23           MR. BOYLE:  We would make the same objection,

24  Your Honor.

25           (Video played)

1              (Bench conference)

2              THE COURT:  This is the first set of throws,

3    correct?

4              MR. PERRI:  This is the view of throws two, three,

5    and four.

6              And this really is some of the best views.

7              THE COURT:  So you can run it, but you need to

8    stop it after the fourth throw.

9              MR. PERRI:  Okay.  Thank you, Your Honor.

10             (Open court)

11             THE COURT:  The objection is overruled subject to

12   the limitation at the bench.

13             (Video played)

14             MR. PERRI:  Stop.

15             Can you go back a couple seconds.

16             THE WITNESS:  Here's a --

17   BY MR. PERRI:

18        Q    And you've just drawn a blue circle there.

19        A    Sorry.

20             MR. PERRI:  Stop.

21   BY MR. PERRI:

22        Q    Can you identify the defendant?

23        A    Yes, I can.

24        Q    Can you circle him, please.

25        A    (Witness complied.)

1          MR. PERRI:  Okay.  Advance it a second or two.

2          Stop.

3    BY MR. PERRI:

4      Q    At this point, are you able to indicate whether or

5    not there's an object in his hand?

6      A    Yes.

7      Q    Can you circle the object.

8      A    (Witness complied.)

9      Q    And which of the throws is this?

10     A    This is the second throw.

11     Q    And this is the object you described as?

12     A    A white stick or something.

13     Q    And can you see whether or not it's cut off on

14   either end?

15     A    It looks like a sharp point on one end.

16          MR. PERRI:  We would move for admission of

17   United States Exhibit 117 and then present to you, with

18   similarly, I believe, is this same screenshot in connection

19   with 117, we're calling it 117.1.

20          THE COURT:  Sorry, did the jury see 117 play?

21          COURTROOM DEPUTY:  Yeah.

22          THE COURT:  It did?  Okay.

23          But I thought you were going to -- okay.

24   Go ahead.

25          I take it you're going to go back to it?

1          MR. PERRI:  117.1 is this one, Your Honor.

2          THE COURT:  No, no, I know.  But in terms of the

3  rest of what we talked about, you're going to go back to

4  117?

5          MR. PERRI:  Yes, Your Honor, we are going back.

6          THE COURT:  Okay.  I just want to make sure

7  I understand what you're doing.

8          Go ahead.

9          MR. PERRI:  We would move for the admission of

10  this screenshot of 117, Your Honor.

11          MR. BOYLE:  No objection.

12          THE COURT:  All right.  It will be admitted.

13                              (Government's Exhibit 117
                                 received into evidence.)
14

15          MR. PERRI:  Okay.  Can we go back to 117 and play

16  from this point.

17          (Video played)

18          THE WITNESS:  He just threw another object.

19          MR. PERRI:  Okay.  Can we go back a couple

20  seconds?

21          Is it possible to do that in slow motion?

22          Stop.

23  BY MR. PERRI:

24      Q    Can you circle his arm, please.

25      A    (Witness complied.)

1      Q    And can you tell whether or not there's something

2  in his hand?

3      A    Yes, there is.

4      Q    Can you circle that item.

5      A    (Witness complied.)

6      Q    And which number throw would this be?

7      A    I think this is four.

8      Q    And you previously --

9      A    It might be two.  I'm sorry.

10          You might have to replay that for me so I can be

11  sure.

12          THE COURT:  That's all right.  The jury will have

13  it with them.  I don't know that we need to be so precise.

14          Let's keep moving forward, please.

15          (Video played continuously)

16          MR. PERRI:  Can we stop the video, please.

17          Thank you.

18  BY MR. PERRI:

19      Q    We would now like to present you with

20  United States Exhibit 118.

21      A    I recognize this.

22  BY MR. PERRI:

23      Q    Where did you obtain this video from?

24      A    From Officer Hunter at the Metropolitan Police

25  Department.

1    Q    You say from Officer Hunter at the Metropolitan

2    Police Department.

3         What type of video is this?

4    A    This is his body-worn camera.

5    Q    Okay.

6         And you obtained this as part of your

7    investigation?

8    A    Yes, I did.

9    Q    Does it, in fact, show one of the throws?

10    A    Yes, it does.

11    Q    And is it approximately the same time and location

12    as what we've just been watching?

13    A    Yes, it is.

14         MR. PERRI:  Your Honor, this is a body-cam video.

15    It starts at 4:22 real-time.  We would move for its

16    admission.  It's 38 seconds long.

17         MR. BOYLE:  Was that the entire video we just saw?

18         THE COURT:  I believe so.

19         MR. BOYLE:  We have no objection.

20         THE COURT:  Okay.  118 will be admitted.

21                                (Government's Exhibit 118
                                   received into evidence.)
22         (Video played)

23         MR. PERRI:  Stop.

24    BY MR. PERRI:

25    Q    Were you able to identify that object?

1    A    Yes.

2    Q    What is it?

3    A    That's the desk drawer.

4    Q    And can you tell us what the time signature is up

5  in the right-hand corner?

6    A    4:32 p.m.

7    Q    4:32 and what?

8    A    And 38 seconds on January 6th, 2021.

9         MR. PERRI:  Continue.

10        (Video played continuously)

11        MR. PERRI:  One moment, Your Honor.

12        (Government counsel conferred off the record.)

13        MR. PERRI:  I'd like to show the witness

14  United States Exhibit 119.

15  BY MR. PERRI:

16    Q    Agent, as a result of your investigation, were you

17  able to match up several videos on the basis of that one

18  feature, the drawer?

19    A    Yes.

20    Q    And do those videos include United States Exhibits

21  115.2, 118, and 109.2?

22    A    Yes.

23    Q    And is it the same feature, the same item that

24  we've been talking about in your testimony?

25    A    Yes, it is.

1      Q    At the same point in time and the same location?

2      A    Yes, it is.

3           MR. PERRI:  We move for the admission of

4  United States Exhibit 119, which is a compilation video.

5           THE COURT:  Hang on.

6           Can I --

7           MR. BOYLE:  Your Honor, we believe it's

8  cumulative.

9           THE COURT:  Can you just run it for me, please.

10  How long is it?

11           MR. PERRI:  This is -- one second, Your Honor.

12           It's only a minute and 22 seconds, Your Honor.

13           THE COURT:  Can I?

14           (Bench conference)

15           THE COURT:  So, I'm sorry, is this just a

16  combination of various clips we've already seen all focused

17  on the drawer?

18           MS. GROSSHANS:  Yes, that is what this is.

19           THE COURT:  Okay.

20           Can you just run it so I can take a look at what

21  we're trying to get at here.

22           MR. PERRI:  Sure, no problem., Your Honor.

23           Go ahead and run it.

24           (Video played)

25           MR. PERRI:  This shows the progression of the

1  drawer from the window to being thrown in the tunnel.

2          We think it's relevant.  It helps the jury

3  understand and process the evidence that they've been

4  seeing, see how it all fits together.

5          THE COURT:  Okay.  I don't know if I need to see

6  any more.

7          The government doesn't need this.  It's plainly

8  obvious he's throwing a desk drawer into the tunnel.  You've

9  got all the component parts of it.  I don't think you need

10  this.  It is cumulative.  So I'm going to exclude it, okay?

11          (Open court)

12          THE COURT:  All right.  That objection will be

13  sustained.

14          MR. PERRI:  So we would like to show you

15  United States Exhibit 120.

16  BY MR. PERRI:

17      Q    Do you recognize this?

18      A    Yes, I do.

19      Q    Where did this image come from?

20      A    From Twitter.

21      Q    You found it in your investigation?

22      A    Yes.

23      Q    And is this one of the images that was used and

24  incorporated into the ID stipulation?

25      A    Yes.

1          MR. PERRI:  We move for admission of United States

2    Exhibit 120.

3          MR. BOYLE:  No objection.

4          THE COURT:  All right.  120 is admitted.

5                              (Government's Exhibit 120
                                received into evidence.)
6    BY MR. PERRI:

7      Q    Does this image show the defendant's neck tattoo?

8      A    Yes, it does.

9      Q    Are you able to see what it says?

10     A    Yes, "Mama tried."

11     Q    Agent, I want to talk to you a little bit about

12   your -- any material that you found on the defendant's

13   phone.

14     A    Okay.

15     Q    Specifically, did you find any text messages on

16   the defendant's phone?

17     A    Yes.

18     Q    Okay.

19          Any text messages which pertain to his presence

20   and activity at January 6th?

21     A    Yes, I did.

22     Q    I would like to show you what's been marked as

23   United States Exhibit 201.1.

24          Is this a fair and accurate representation, aside

25   from the redactions, of the messages that you found on the

1    defendant's phone?

2        A    Yes.

3            MR. PERRI:  We would move for the admission of

4    Exhibit 201.1.

5            MR. BOYLE:  No objection, Your Honor.

6            THE COURT:  201.1 is admitted.

7                                    (Government's Exhibit 201.1
                                        received into evidence.)
8

9            MR. PERRI:  Is it possible to expand that at all,

10   starting with the top.

11           Okay.

12   BY MR. PERRI:

13       Q    And whose statement is this?

14       A    Shane Jenkins.

15       Q    Can you read it, please.

16       A    "The Electoral College certificates are opened by

17   Mike Pence, people are going to object, Senators and

18   Congressman and it could get cray cray."

19       Q    Are you familiar with the term "cray cray"?

20       A    Yes.

21       Q    What's your understanding of that?

22       A    That means crazy.

23       Q    What is the date of that, please?

24       A    December 28th, 2020.

25       Q    So this is prior to the riot?

```
 1        A    Yes.

 2             MR. PERRI:  And can we see the bottom part,

 3   expanded.

 4   BY MR. PERRI:

 5        Q    All right.

 6             Do you see another statement there from Shane

 7   Jenkins?

 8        A    Yes.

 9        Q    Can you read it, please?

10        A    "Potentially fights, riots."

11        Q    And is this from the same conversation on the same

12   date?

13        A    Yes, it is.

14             MR. PERRI:  I'd like to show you United States

15   Exhibit 201.2.

16             THE COURT:  I'm sorry, what was the date of that

17   last text message?

18             MR. PERRI:  12/28/20.

19             THE COURT:  Okay.  Thank you.

20   BY MR. PERRI:

21        Q    Do you recognize this one?

22        A    Yes, I do.

23        Q    Is this another text message that you found on the

24   defendant's phone?

25        A    Yes.
```

```
 1              MR. PERRI:  We move for the admission of 201.2.

 2              MR. BOYLE:  No objection.

 3              THE COURT:  Okay.  It will be admitted.

 4                              (Government's Exhibit 201.2
                                    received into evidence.)
 5

 6              MR. PERRI:  Would you please highlight or expand

 7    the top part.

 8    BY MR. PERRI:

 9         Q    Could you read that, please.

10         A    "I have to do some research before I go to bed."

11         Q    And that's a statement by Shane Jenkins?

12         A    Yes.

13         Q    What's the date?

14         A    January 5th, 2021.

15              MR. PERRI:  Could you expand the bottom part,

16    please.

17    BY MR. PERRI:

18         Q    Could you please indicate whether you see a

19    message there?

20         A    Yes, I do.

21         Q    Read it, please.

22         A    "Probably gonna say no knives or tomahawks dang

23    it."

24         Q    And is that a statement by Shane Jenkins?

25         A    Yes.
```

718

1      Q    Is there a date associated with it?

2      A    January 5th, 2021.

3      Q    A day before the riot?

4      A    Yes, sir.

5      Q    Evening or morning, can you tell?

6      A    9:34 p.m.

7      Q    The next one is 201.3.

8           Do you recognize that one?

9      A    Yes, I do.

10     Q    Another text message that you found on his phone?

11     A    Yes.

12     Q    And this is his message?

13     A    It is.

14     Q    And it's from what date?

15     A    From January 6th, 2021 at 3:42 p.m.

16          MR. PERRI:  We move for admission of 201.3.

17          MR. BOYLE:  No objection.

18          THE COURT:  It will be admitted.

19                              (Government's Exhibit 201.3
                                   received into evidence.)
20

21   BY MR. PERRI:

22     Q    So what time of day on January 6th?

23     A    3:42 p.m.

24     Q    And we saw some videos from even later than that,

25   correct?

1      A     Yes, we did.

2      Q     What does that tell you about his presence and

3  location at this particular time when he's writing this

4  message?

5            MR. BOYLE:  Objection.

6            THE COURT:  That's sustained.  Go ahead.

7  BY MR. PERRI:

8      Q     Can you read the message, please?

9      A     Sure.

10           "Yeah sprayed tear gassed and billy clubbed."

11     Q     And that's his message?

12     A     Yes.

13     Q     I'd like to the show you 201.4.

14           Do you recognize this?

15     A     I do.

16     Q     Another text message that you found on his phone?

17     A     Yes.

18     Q     What's the date?

19     A     January 7th, 2021.

20           MR. PERRI:  We move for admission of 201.4.

21           MR. BOYLE:  No objection, Your Honor.

22           THE COURT:  All right.  It will be admitted.

23                                  (Government's Exhibit 201.4
                                        received into evidence.)

24

25

1              MR. PERRI:  Could we blow that up a little bit.

2    BY MR. PERRI:

3        Q    Could you read it, please.

4        A    "Oh it was nuts I got hit with a billy club and

5    tear gassed and pepper sprayed."

6        Q    And that was -- did you indicate the date?

7        A    January 7th, 2021.

8        Q    And one more I'd like to bring to your attention

9    is, 201.5.

10             Is this another that you found on the defendant's

11   phone?

12       A    Yes, I did.

13       Q    Pertains to his experience and participation in

14   the riot?

15       A    Yes.

16             MR. PERRI:  We'd move for the admission of 201.5.

17             MR. BOYLE:  No objection, Your Honor.

18             THE COURT:  Okay.  It will be admitted.

19                                 (Government's Exhibit 201.5
                                        received into evidence.)
20

21             MR. PERRI:  Can you expand that, please.

22   BY MR. PERRI:

23       Q    Would you read the message, please?

24       A    "It was the most amazing thing ever man, damn what

25   the media says."

```
 1      Q      And this is Shane Jenkins' message?

 2      A      Yes.

 3      Q      Okay.

 4             Now I'd like to ask you about some -- whether you

 5   found any Facebook messages on the phone.

 6      A      Yes, and through our search warrant.

 7      Q      And also on his account online --

 8      A      Yes.

 9      Q      -- through the ISP?

10      A      Yes.

11      Q      Okay.

12             I would like to show you Facebook message marked

13   204.1.

14             What's the date on this?

15      A      November 7th, 2020.

16             MR. PERRI:  We move for admission of this exhibit,

17   Your Honor.

18             MR. BOYLE:  No objection, Your Honor.

19             THE COURT:  It will be admitted.

20                                  (Government's Exhibit 204.1

21                                     received into evidence.)

22             MR. PERRI:  I guess blow it up a little bit.

23   BY MR. PERRI:

24      Q      Can you read it?

25      A      "I'm so mad right now about the election."
```

1    Q    The next one is 204.2.  Please take a look at

2  that.

3    A    Yep.

4    Q    Do you recognize this as another Facebook message

5  that you found?

6    A    Yes.

7    Q    And it's his Facebook message?

8    A    Yes, it is.

9         MR. PERRI:  Please let the -- we would like to

10  seek the admission of 204.2.

11         MR. BOYLE:  No objection, Your Honor.

12         THE COURT:  It will be admitted.

13                              (Government's Exhibit 204.2
                                  received into evidence.)
14

15         MR. PERRI:  Could you blow up the text, please.

16  BY MR. PERRI:

17    Q    What's the date on that?

18    A    November 7th, 2020.

19    Q    Could you read it, please.

20    A    "I'm just thinking if they didn't take measures to

21  prevent this then that has to be a huge miscalculation, they

22  knew the potential for voter fraud and knew mail in ballots

23  are the democrats weapon so what gives?  I believe the

24  hammer is yet to come down but we will see it in the coming

25  weeks -- we will see in the coming weeks it's not over yet,

1   I could care less what the press says."

2       Q    And this is prior to the riot?

3       A    Yes.

4       Q    The next one is 204.3.

5            I'm sorry, did I say after the riot?  I meant

6   before the riot?

7       A    Oh.  Yeah.  Before the riot, I'm sorry.

8       Q    My mistake.

9            204.3.  Do you recognize this one?

10      A    Yes, I do.

11      Q    Is this another one of his Facebook messages, the

12  defendant?

13      A    Yes.

14      Q    What's the date?

15      A    December 18th, 2020.

16           MR. PERRI:  We move for admission of 204.3.

17           MR. BOYLE:  No objection, Your Honor.

18                                  (Government's Exhibit 204.3
                                     received into evidence.)
19

20  BY MR. PERRI:

21      Q    Agent, I'd like to ask you to read that.

22      A    "You are exactly right.  The next and final step

23  is for Congress to act.  The Electoral College is basically

24  the mail in coffin" -- I think he meant nail in coffin --

25  "mysterious ballots?  I didn't wanna sound disrespectful to

1    anyone.  But who in the hell would believe that if they knew

2    anything about the process.

3            "No it's certificates that go to the president of

4    the Senate is what I was talking about."

5            "Yes sir.  That's why we have a court system.  To

6    settle all disputes.  Bring it to court.  Based upon the

7    latest court rulings.  Might not want to do that.

8            "They will go to the Senate and be presided over

9    by Mike Pence, Vice President, also president of the

10   Senate."

11       Q    Okay.

12            And, for the record, those messages are clearly

13   marked as to whether or not Shane Jenkins is speaking or

14   another Facebook user is speaking, and they're in a

15   conversation?

16       A    Yes, they are.

17       Q    And you have redacted the names to protect

18   privacy?

19       A    Yes, I did.

20       Q    I'd like to show you 204.4.

21            Do you recognize this one?

22       A    Yes.

23       Q    Is this another one of the Facebook messages from

24   Shane Jenkins that you found?

25       A    Yes.

```
 1            MR. PERRI:  We move for admission of 204.4.

 2            MR. BOYLE:  No objection.

 3            THE COURT:  204.4 is admitted.

 4                              (Government's Exhibit 204.4
                                    received into evidence.)
 5

 6            MR. PERRI:  Would you blow that up, please.

 7            Oh, it's fairly large.  Never mind.

 8   BY MR. PERRI:

 9       Q    Could you read that.

10       A    "Have you seen any evidence, or read any of the

11   reports from any of the counties?  Or the most recent 36

12   page report?  Schtap demanding that we take a look at the

13   evidence isn't treason and you can't claim fair election.

14   The electors are still disputed, and more Senators plan on

15   disputing the certification of the elector votes so it'll be

16   fine I have no doubt."

17       Q    That's on what date?

18       A    December 22nd, 2020.

19       Q    I would like to show you 204.5.

20            And this is several messages from Shane Jenkins,

21   correct?

22       A    Yes.

23       Q    What's the date?

24       A    January 1st and -- I mean, January 2nd and 3rd --

25       Q    Okay.
```

1      A      -- of 2021.

2      Q      And this, again, pertains to the defendant's

3   presence and experience at the Capitol during the riot?

4      A      It's before it, yes.

5      Q      Anticipating.  Correct.

6           MR. PERRI:  We would move for admission of 204.5.

7           MR. BOYLE:  Your Honor, we would object to the

8   first sentence, or the first part.

9           MR. PERRI:  May we be heard?

10          (Bench conference)

11          MR. PERRI:  Your Honor, I understand that the

12   defendant doesn't like this language, but these are his

13   words.

14          And this is very important to show his intent in

15   coming to the Capitol.  It wasn't just to have a peaceful

16   protest.  He was going to physically interfere with what was

17   going on there.

18          And it's certainly more probative than prejudicial

19   in that it goes to his state of mind and his intentions in

20   connection with the 1512 and other charges.

21          MR. BOYLE:  Your Honor, if I could respond.

22          The only part we object to is the "I honestly wish

23   we could drag Nancy and killary," which I think is probably

24   supposed to be Hilary "out," and give them the "what for."

25          I mean, we think that's obviously hyperbole and

1    alludes to other acts of violence that never occurred from

2    this defendant.

3            MR. PERRI:  And our response would be that that's

4    for the jury to decide.

5            THE COURT:  Well -- so the objection is overruled.

6            It is clearly prejudicial, but it is his words.

7    They clearly bear on his intent.  The date of the message is

8    1/2/21, four days before the 6th.

9            And it shows a great deal of antipathy and

10   violence -- antipathy toward members of Congress and

11   former -- potentially former Secretary of State, Democratic

12   candidate for President.

13           And it indicates some forward-looking intention of

14   possible violence.

15           The defense might suggest this is hyperbole, but

16   we'll let the jury decide that.

17           So the object will be overruled.

18           Counsel, I should have said -- well, just please

19   just refer to the events as January 6th, as opposed to the

20   riot, okay?

21           MR. PERRI:  Yes, Your Honor.

22           THE COURT:  Thank you.

23           (Open court)

24           THE COURT:  The objection is overruled.

25           MR. PERRI:  So 204.5 is admitted, Your Honor?

1          THE COURT:  It is.

2                              (Government's Exhibit 204.5
                                received into evidence.)
3

4    BY MR. PERRI:

5          Q    Would you please read these statements.

6          A    "I honestly wish we could drag ole chuck Nancy and

7    killary out and give em the what for.

8               "I sent him the pic, and I have some sog tomahawks

9    and tactical blades can I take those?

10              "LOL I don't like the idea of a war top popping

11   off and all I can to is punch lol."

12         Q    And how do you understand those three names that

13   are mentioned in the first one?

14              THE COURT:  That is not for her to interpret.  The

15   jury can do that.  Thank you.

16   BY MR. PERRI:

17         Q    And so these are three statements made by Shane

18   Jenkins on Facebook?

19         A    Yes.

20         Q    The next one is 204.6.

21              Do you recognize that one?

22         A    Yes, I do.

23         Q    Is that another Facebook message from Shane

24   Jenkins?

25         A    Yes.

1     Q     What date is associated with that?

2     A     January 4th, 2021.

3           MR. PERRI:  We would move for the admission of

4     204.6.

5           MR. BOYLE:  No objection.

6           THE COURT:  It will be admitted.

7                                    (Government's Exhibit 204.6
                                      received into evidence.)
8

9           MR. PERRI:  Would you be able to expand that,

10    please.

11    BY MR. PERRI:

12    Q     Would you please read the message, Agent Avila.

13    A     "8 to ten million expected in Dc on the 6th to

14    demand an audit of all votes in this election."

15    Q     Okay.

16          And United States Exhibit 204.7.

17          Do you recognize this one?

18    A     Yes.

19    Q     Another one of Shane Jenkins' Facebook messages?

20    A     Yes.

21          MR. PERRI:  We move for admission of this exhibit.

22          MR. BOYLE:  No objection.

23          THE COURT:  All right.  It will be admitted.

24                                    (Government's Exhibit 204.7
                                      received into evidence.)
25

1          MR. PERRI:  Okay.  Can you expand it at all?

2     BY MR. PERRI:

3          Q    Would you read that.

4          A    "There's plenty of other folks who are going to

5     intervene, he will preside over the hearing and then most

6     likely they will demand an audit of the votes in the swing

7     states or maybe all states who knows.  Audit meaning

8     determine which ones are valid and which aren't.  Where the

9     paper was made where the ink is from.  What type of printers

10    were used, authenticating signatures, looking for creases,

11    looking for dead people voting.  Analyzing a statistics.

12    I can't wait."

13         Q    Moving on to 204.8.

14              Do you recognize this one?

15         A    Yes, I do.

16         Q    Is this a statement the defendant made on

17    Facebook?

18         A    Yes.

19         Q    And what date?

20         A    January 5th, 2021.

21              MR. PERRI:  We move for the admission of 204.8.

22              MR. BOYLE:  No objection.

23              THE COURT:  It will be admitted.

24                                  (Government's Exhibit 204.8
                                     received into evidence.)

25

1    BY MR. PERRI:

2        Q    Would you please read the message.

3        A    "I'm taking tomahawks and knives.

4             "I'm going full brave heart."

5        Q    So what time of day was it on January 5th?

6        A    4:26 UTC.  So minus --

7        Q    That's where you convert?

8        A    Like 10.

9        Q    Is it five hours' difference?

10       A    11.

11       Q    Okay.

12            Moving on to the next one, 204.9.

13            Could we go back to the last one for a second.

14            Are you familiar with *Braveheart*?

15       A    Yes.

16            MR. BOYLE:  Objection.

17            THE COURT:  Sustained.

18   BY MR. PERRI:

19       Q    Okay.  The next exhibit, 204.9.

20            Do you recognize that?

21       A    I do.

22       Q    Do you recognize it as another statement the

23   defendant made on Facebook?

24       A    Yes.

25       Q    And are these posts or instant messages or what?

1    A    This one is -- this one is a post, it looks like.

2    Or a comment on a post, I guess.

3    Q    All right.  And what date is it relating to?

4    A    It was posted on January 5th, 2021.

5         MR. PERRI:  We move for the admission of 204.9.

6         MR. BOYLE:  No objection.

7         THE COURT:  It will be admitted.

8                              (Government's Exhibit 204.9
                                  received into evidence.)
9

10        MR. PERRI:  Can you blow it up.

11   BY MR. PERRI:

12   Q    Would you read that, please.

13   A    "I'll be in DC tomorrow to demand an audit of all

14   ballots in swing states.  It's time for men to stand in the

15   gap for this country."

16   Q    The next one is 204.10.

17        Do you recognize that one?

18   A    Yes, I do.

19        MR. PERRI:  I think this one's already been

20   admitted, Your Honor.

21        THE COURT:  Yeah, it's in.

22   BY MR. PERRI:

23   Q    So this one having already been admitted, could

24   you read that.

25   A    "Patriots out in full force it's just now 7am."

1    Q    And we saw this one earlier in the trial, right?

2    A    Yes, it was a caption of a video.

3    Q    Okay.

4         And when and where is the video from?

5    A    The video is from the Washington Monument at

6    7:00 a.m.

7    Q    And where was he at that time?

8    A    He was out at the Monument looking -- he was

9    panning around a big line of people.

10    Q    And it's from the video that he made?

11    A    It's from the video that he made, yes.

12    Q    Okay.  The next one is 204.11.

13         MR. PERRI:  Okay.  I believe 204.11 and 204.12

14    have been admitted also.

15         THE COURT:  Yeah, they're both in.

16    BY MR. PERRI:

17    Q    So we've seen these two before, correct?

18    A    Yes, we have.

19         MR. PERRI:  Could you show 204.12 as well.

20    BY MR. PERRI:

21    Q    Could you identify the fur hat that you've spoken

22    about.

23    A    Yes, that's the one, that selfie.

24    Q    Can you circle it?

25    A    (Witness complied.)

1    Q    Is that the same hat you saw in the video of him

2  on the steps?

3    A    Yes, it is.

4    Q    Moving on to 204.13.

5         Do you recognize this?

6    A    Yes.

7    Q    What date is it from?

8    A    January 7th, 2021.

9         MR. PERRI:  We move for the admission of 204.13.

10        MR. BOYLE:  No objection.

11        THE COURT:  Admitted.

12                              (Government's Exhibit 204.13
                                  received into evidence.)
13

14  BY MR. PERRI:

15    Q    Would you please read his statement.

16    A    "It was basically a March to and into the capital

17  over peaceful, my head says otherwise and billy clubs hurt

18  and pepper spray and tear gas sucks.  Well glad you aren't

19  big headed, wish I could've seen it, it was something to

20  behold.  Never been to DC but when I did come I kicked it's

21  ass.  Lmao Are you single?"

22  BY MR. PERRI:

23    Q    Okay.  204.14.

24         Do you recognize this one?

25    A    Yes, I do.

1      Q    Is this a conversation -- or an excerpt of a

2    conversation?

3      A    Yes, it is.

4      Q    Did it involve Shane Jenkins?

5      A    It did.

6      Q    Does he make multiple statements?

7      A    Yes.

8      Q    And is this another Facebook message you found?

9      A    Yes.

10          MR. PERRI:  We move for the admission of 204.14.

11          MR. BOYLE:  We object, Your Honor.

12          May I get on the phone?

13          (Bench conference)

14          MR. BOYLE:  Your Honor, this happened -- this

15    conversation apparently comes from March, so it was long

16    after the fact.

17          THE COURT:  Why do you say it's March?  It's dated

18    January 7th, 2021.

19          MR. BOYLE:  Oh, I'm sorry, Your Honor.  I was

20    looking at the March 11th on the top.

21          THE COURT:  Yeah, I don't know why it says March

22    11th.

23          But the other messages are dated January 6th,

24    January 6th, January 7th, 7th, so on.

25          MR. BOYLE:  Okay.  No objection, Your Honor.

```
 1              THE COURT:  Okay.

 2              (Open court)

 3              THE COURT:  204.14 will be admitted.

 4                              (Government's Exhibit 204.14
                                    received into evidence.)
 5     BY MR. PERRI:

 6        Q    What date is this conversation from?

 7        A    Well, most of it is on January 6th and

 8     January 7th.

 9        Q    Okay.

10              And, again, you've redacted some names to protect

11     people's privacy?

12        A    Yes.

13        Q    Can you read the conversation for us?

14              THE COURT:  I'm sorry, could you just blow up the

15     top half.

16              MR. PERRI:  I'm sorry?

17              THE COURT:  Could you blow up the top half,

18     please.

19              THE WITNESS:  "How you liking Washington DC?

20              "Please be careful.

21              "It's beautiful, hate the cops, capital was nice

22     lmao.

23              "That's awesome yeah that's were I grew up haha

24     I'm surprised they let y'all in they're always really strict

25     about all of that especially near the White House... I'm
```

1    glad you were safe too because it can get pretty crazy over

2    there."

3        Q    Would you blow up the bottom half.

4        A    "Oh they didn't let us in have you not checked the

5    news lol.

6            "We stormed the capital.

7            "Lol dang.

8            "Growing up there I knew not to do anything.

9            "Around the White House."

10       Q    Okay.

11           Moving on to 204.18, 204.18.

12           Is this a continuation of 204.14?

13       A    Yes.

14       Q    And what date is that conversation again?

15       A    January 7th.

16           MR. PERRI:  We move for the admission of 204.18.

17           MR. BOYLE:  No objection, Your Honor.

18           THE COURT:  Okay.  It will be admitted.

19

20

21

22

23

24

25

1                                      (Government's Exhibit 204.18

                                       received into evidence.)

2

3          MR. PERRI:  Can you segment off the top part and

4    blow it up, please.

5    BY MR. PERRI:

6      Q    Agent, would you be able to read that?

7      A    "Hahah well idgaf it was amazing.

8           "They will literally arrest you.

9           "That's good.

10          "Not today lol."

11          That was Shane.

12          "Your still there.

13          "Yes ma'am.

14          "You stay around the constitution avenue.

15          "Whatever you do if you catch the subway don't go

16   to the south part of Washington.

17          "The heights is mostly gang area and capital

18   heights not even the cops go in that area.

19          "Chinatown, friendship heights, union station,

20   Georgetown, foggy bottom all good areas.

21          "Well stay safe and warm because I know the wind

22   hits different.

23          "I'm at 806 15th st at the Sofitel" or however you

24   say that.

25          "Yeah your by Georgetown, Chinatown, federal

```
1    triangle.

2              "Good area."

3        Q    What is the Sofitel?

4        A    It's a hotel north of the White House.

5        Q    And what is it in connection with this case?

6        A    It's where Shane Jenkins stayed.

7        Q    When he visited the Capitol?

8        A    Yes.

9        Q    For January 6th?

10       A    Yes.

11       Q    The next one is 204.15.

12            Do you recognize this?

13       A    Yes, I do.

14       Q    Is this another one of the Facebook messages that

15   you found in your investigation?

16       A    Yes, it is.

17       Q    Is it his statement?

18       A    Yes.

19            MR. PERRI:  We move for the admission of 204.15.

20            MR. BOYLE:  No objection.

21            THE COURT:  It will be admitted.

22                             (Government's Exhibit 204.15
                                   received into evidence.)
23

24            MR. PERRI:  Could you blow that up, please.

25
```

1    BY MR. PERRI:

2        Q    Agent, would you read that?

3        A    "That's why I was at the capital, we the people

4    demand to be heard, we knew pence was gonna stab us in the

5    back."

6            MR. PERRI:  Please show the witness 204.16.

7    BY MR. PERRI:

8        Q    Do you recognize this?

9        A    Yes.

10       Q    Another one of Shane Jenkins' statements on

11   Facebook?

12       A    Yes, it is.

13       Q    And what date?

14       A    January 7th, 2021.

15           MR. PERRI:  We move for the admission of 204.16.

16           MR. BOYLE:  No objection.

17           THE COURT:  Okay.  It will be admitted.

18                           (Government's Exhibit 204.16
                                received into evidence.)
19

20           MR. PERRI:  Blow that up, please.

21   BY MR. PERRI:

22       Q    Please read that, Agent.

23       A    "I mean it was but this is our country and I

24   cannot stand by and watch them steal it.  If they swear

25   Biden in I'm going to have to reevaluate things.  When we

```
 1   have proof that more people voted in states than registered
 2   and we certify those results something is wrong."
 3             MR. PERRI:  Please show the witness 204.17.
 4   BY MR. PERRI:
 5        Q    Do you recognize that?
 6        A    Yes.  That's from that same group of messages.
 7        Q    It's the same group of messages we just saw?
 8        A    Uh-huh.
 9        Q    Okay.  We can skip that one.
10             Let's go to 204.19.
11             Do you recognize this?
12        A    Yes.
13        Q    And is this another statement of Shane Jenkins
14   regarding the events of January 6th?
15        A    Yes.
16             MR. PERRI:  We move for the admission of 204.19.
17             MR. BOYLE:  No objection.
18             THE COURT:  Admitted.
19                              (Government's Exhibit 204.19
20                                 received into evidence.)
21   BY MR. PERRI:
22        Q    What date is indicated there?
23        A    January 7th, 2021.
24             MR. PERRI:  Would you please blow that up so she
25   can read it.
```

1    BY MR. PERRI:

2        Q    Go ahead.

3        A    "I get it, but the sentiment is and was, We the

4    people demand to be heard, when they evacuated the Senators

5    and Congressmen and the Vice President I'm pretty sure they

6    got the message.  It wasn't frivolous it wasn't for fun.  We

7    want to know how you certify votes in a state that had more

8    voters than registered voters?  In multiple states."

9        Q    Next one is 204.20.

10           Do you recognize that one, Agent?

11       A    Yes.

12       Q    Is it another one of his Facebook messages related

13   to January 6th?

14       A    Yes, it is.

15           MR. PERRI:  We move for the admission of 204.20.

16           MR. BOYLE:  No objection.

17           THE COURT:  It will be admitted.

18                              (Government's Exhibit 204.20
                                   received into evidence.)
19

20   BY MR. PERRI:

21       Q    Are you able to read that?

22       A    Yes.

23       Q    Please do so.

24       A    "Well dang it lol, you okay?  What lead to the

25   actual storming of the building?

1              "What lead to it was a stealing of the election

2     lol."

3              MR. PERRI:  Could we see 204.21?

4     BY MR. PERRI:

5         Q    Another Facebook message from the defendant?

6         A    Yes.

7         Q    And what's the date here?

8         A    January 7th, 2021.

9              MR. PERRI:  We move for the admission of 204.21.

10             MR. BOYLE:  No objection.

11             THE COURT:  It will be admitted.

12                              (Government's Exhibit 204.21
                                  received into evidence.)
13

14             MR. PERRI:  Could you blow that up, please.

15    BY MR. PERRI:

16        Q    And there's a redaction in there, correct?

17        A    Yes.

18        Q    Go ahead.

19        A    "I get it, I believe when they evacuated the Vice

20    President and Senators and Congressmen the understood we are

21    tired of it.  We demand an audit.  That's it, if they refuse

22    well then we the people can take further measures.  It

23    wasn't vandalism, it was a message.  Don't let the media

24    spin it, think about it.  You have to break eggs to make and

25    omelette, don't think 'omg those poor eggs', it's deadly

1    serious when people said, 'give me liberty or give me death'

2    people bled and died serving this country I'll be damned if

3    I stand silently by while we are bought by China."

4         Q    The next message is 204.22.

5         A    I recognize it.

6         Q    Is it another one of his Facebook messages?

7         A    Yes.

8         Q    And it relates to the events of January 6th?

9         A    Yes, it does.

10             MR. PERRI:  We move for the admission of 204.22.

11             MR. BOYLE:  No objection, Your Honor.

12             THE COURT:  Okay.  It will be admitted.

13                               (Government's Exhibit 204.22
                                  received into evidence.)

14

15   BY MR. PERRI:

16        Q    Are you able to read that, Agent?

17        A    Yes.

18        Q    Go ahead.

19        A    "I support a republic for the people by the people

20   and if we are -- and we are tired of their crap" --

21   I'm sorry, let me start over.

22             "I support a republic for the people by the people

23   and if we are tired of their crap I support burning it down,

24   or whatever we the people choose to do."

25        Q    And there's a redaction there covering the name of

1    the person that he's talking with, right?

2        A    Yes.

3        Q    204.23.

4            Is that another one of his Facebook messages?

5        A    It is.

6        Q    Do you recognize that from your investigation?

7        A    Yes, I do.

8            MR. PERRI:  Okay.

9            We move for the admission of 204.23.

10            MR. BOYLE:  No objection, Your Honor.

11            THE COURT:  Admitted.

12                              (Government's Exhibit 204.23
                                 received into evidence.)

13

14            MR. PERRI:  Can he blow that up, please, Noah.

15    BY MR. PERRI:

16        Q    Please read the message.

17        A    "I honestly don't know that was the intentional it

18    was people being fired up and tired of the crap.  For me the

19    sentiment was we elect you slimey little creatures you

20    better freaking hear us and it's deadly serious.  They built

21    a gallows outside, we the people... For me I want an audit

22    to authenticate every vote, throw the dead ones out and

23    figure out how more voted than were registered, if trump

24    loses then fine, but until then burn it down."

25

```
 1   BY MR. PERRI:

 2       Q    The next one is 204.241 -- I'm sorry, 204.24.1.

 3            And could you please tell us if you recognize

 4   that.

 5       A    Yes, I do.

 6       Q    Is that a conversation?

 7       A    Yes, it is.

 8       Q    And the person he's talking to, their name has

 9   been redacted, right?

10       A    Yes, it has.

11       Q    Do you recognize this as one of his messages?

12       A    Yes, I do.

13            MR. PERRI:  We move for the admission of 204.24.1.

14            MR. BOYLE:  No objection, Your Honor.

15            THE COURT:  Admitted.

16                               (Government's Exhibit 204.24.1
                                   received into evidence.)
17

18            MR. PERRI:  Could you expand the first half.

19   BY MR. PERRI:

20       Q    Please read that.

21       A    "I'm a history teacher.

22            "Nice well you know then, I'm sad mike pence is or

23   has failed us.

24            "Never has there been a change of power so

25   contested.  It's truly fascinating to me.
```

1            "Yes I didn't see that coming.

2            "I do not believe it's over, I believe it was the

3    enemy fully exposing himself and stepping into our trap.

4    Now the trap is sprung.  I pray.

5            "Please be safe.  Keep us updated from the front."

6       Q    The second half?

7       A    "Yes ma'am I'm flying home today.

8            "How did y'all know this was going to happen?

9            "Patriots, if you want to know I'll do my best to

10   keep you informed ma'am.

11           "Like how did that many people organize.

12           "Ok.

13           "well the President asked us to come, he requested

14   a 'wild' rally.

15           "True."

16      Q    What date is this conversation from?

17      A    January 7th, 2021.

18      Q    Okay.  And the next exhibit is 204.24.2.

19           Can you tell us how this relates to the last one?

20      A    It's a continuation.

21           MR. PERRI:  We move for the admission of 204.24.2?

22           MR. BOYLE:  No objection.

23           THE COURT:  It will be admitted.

24                            (Government's Exhibit 204.24.2
                                  received into evidence.)
25

1                MR. PERRI:  Would you highlight the top half.

2    BY MR. PERRI:

3        Q    Please read that.

4        A    "It was the most beautiful thing I've ever seen.

5             "I was teaching all afternoon and no idea.

6             "Really.  I mean I'm antisocial media especially

7    with the censorship crap now, but they are useful for me

8    hearing what's going on.

9             "Most Republicans on my feed are saying violence

10   was shipped in my antifa.

11            "Democrats are nasty smug it's sickening.

12            "Don't believe the hype, I love to blame it on

13   someone but it is 'we the people' we bought that building,

14   we demand to be heard, clearly this election is questionable

15   at best, we demand an audit.

16            "Will we get one?

17            "I don't know, I don't believe it's over, two

18   weeks will tell.

19            "For sure.

20            "Didn't see your face on America's most wanted at

21   the capitol rally.

22            "Haha thank god I was wearing a mask most of the

23   time lol.

24            And then he "sent a video."

25

1    BY MR. PERRI:

2         Q    204.26.

3         A    I recognize that.

4         Q    How do you recognize this?

5         A    That's from his Facebook page, too.  It's a

6    posting.

7         Q    Okay.

8              Does this relate to any of the other messages?

9         A    Yes, it does.

10        Q    Can you explain?

11        A    Yes.

12             It was part of the -- it was one of the ones

13   talking about him getting billy clubbed.

14        Q    Okay.

15             And this is something that he sent in connection

16   with that message?

17        A    Yes.

18             MR. PERRI:  We move for the admission of 204.26.

19             MR. BOYLE:  No objection.

20             THE COURT:  It will be admitted.

21                            (Government's Exhibit 204.26 pg 1
                                      received into evidence.)
22

23   BY MR. PERRI:

24        Q    This is actually two pages, right?

25        A    Yes, it is.

1          The next page has the date and the caption.

2          MR. PERRI:  Can we see the next page also?

3    BY MR. PERRI:

4      Q    What is the date?

5      A    January 7th, 2021.

6          THE COURT:  Hang on.

7          Can we take that down, please, for a moment.

8          Get on the phone.

9          (Bench conference)

10         THE COURT:  I'm going to exclude this.

11         This is really -- it's not probative, and it's

12   highly prejudicial, okay?

13         MR. PERRI:  May I respond, Your Honor?

14         THE COURT:  No.

15         Let's move on.  It's getting close to lunch.

16   Thank you.

17         (Open court)

18         THE COURT:  So the first page will be admitted;

19   the second page will not.

20   BY MR. PERRI:

21     Q    204.27.

22         Do you recognize this?

23     A    Yes, I do.

24         That's also from his Facebook, available to the

25   public.  It was a video.

1    Q    And we've seen this in connection with other

2    exhibits, correct?

3    A    Yes, we have.

4         MR. PERRI:  We move for the admission of 204.27.

5         MR. BOYLE:  No objection, Your Honor.

6         THE COURT:  It will be admitted.

7                                (Government's Exhibit 204.27
                                    received into evidence.)
8

9         MR. PERRI:  And that's all for the Facebook

10   messages, Your Honor.

11        THE COURT:  All right.  Let's go ahead and take

12   our lunch break then.

13        Ladies and gentlemen, it is now 12:40.  We will

14   take our lunch break.  We'll resume at 1:40.

15        Just the same reminders as usual:  Please do not

16   discuss the case even amongst yourselves, no independent

17   research, no communications on social media or otherwise.

18        We look forward to seeing you after lunch.

19   Thank you.

20        COURTROOM DEPUTY:  All rise.

21        (Jury exited the courtroom.)

22        THE COURT:  Okay.  We'll see everybody after

23   lunch.

24        I'll just ask you not to discuss your testimony.

25   Thank you.

1          MS. GROSSHANS:  Your Honor, for clarification, is

2     it okay for us to speak to her as long as we don't speak to

3     her about her testimony?  We won't talk about the case.

4          MR. BOYLE:  Your Honor, yesterday, there was a

5     clarification about what she should do with the evidence and

6     we didn't have any objection to that.

7          THE COURT:  I don't know what you're

8     contemplating.  But if you're talking about sitting

9     downstairs and having lunch together, I'd rather have you

10    avoid doing that because there are jurors walking around.

11         MS. GROSSHANS:  Okay.

12         THE COURT:  All right?  Thank you.

13         MS. GROSSHANS:  Thank you.

14         COURTROOM DEPUTY:  This Court stands in recess.

15         (Recess from 12:42 p.m. to 1:43 p.m.)

16         THE COURT:  Just while we have a moment, I am

17    going to ask, if I haven't mentioned this already, to make

18    sure exhibit lists are sent back to the jury to assist them

19    in identifying what's been admitted.

20         Looking at the government's exhibit list, there

21    are descriptions in here that I would consider somewhat

22    testimonial.  For example, it says in a parenthetical,

23    (D breaking window at 00:29), (D talking about breaking

24    window).

25         MS. GROSSHANS:  I can come up the list before it

```
 1   goes back to the jury.
 2            THE COURT:  Yeah, I just wanted to flag that for
 3   you now.  If you could work on that and make sure Mr. Boyle
 4   and Ms. Jasari take a look at it.
 5            MS. GROSSHANS:  We will also work on clipping
 6   those two videos that we did not admit, and will show those
 7   videos to them as well.
 8            THE COURT:  Terrific.  Thank you, Counsel.
 9            MR. BOYLE:  Your Honor, we have four exhibits, but
10   I think all of the -- or three exhibits.
11            All of our exhibits have been introduced by the
12   government, so...
13            (Counsel conferred off the record.)
14            MR. BOYLE:  Never mind, Your Honor.
15            THE COURT:  Okay.
16            MR. BOYLE:  Sorry.
17            THE COURT:  No problem.
18            COURTROOM DEPUTY:  Jury panel.
19            (Jury entered the courtroom.)
20            THE COURT:  Okay.  I hope everybody had a nice
21   lunch.  It's good to see you again.  Have a seat, everybody,
22   and let us proceed.
23   BY MR. PERRI:
24       Q    Good afternoon, Agent Avila.
25       A    Good afternoon.
```

1    Q    We were talking about the defendant's social media

2    posts.

3    A    Yes.

4    Q    And we had just finished discussing all of the

5    Facebook posts and comments and messages.

6         I would now like to ask you if you found any

7    messages from Instagram?

8    A    Yes.

9    Q    Okay.

10        And there was just one of those, right?

11   A    Yes.

12   Q    Okay.

13        And did you find that on his phone or in his

14   account?

15   A    His account.

16        MR. PERRI:  I would like to show the witness

17   United States Exhibit 204.25.

18        THE COURT:  Apparently, the technology is still on

19   break.

20        MR. PERRI:  When in doubt, unplug it.

21   BY MR. PERRI:

22   Q    Do you recognize that, Agent Avila?

23   A    Yes.

24   Q    And how do you recognize it?

25   A    That is a screenshot from his Instagram account.

1      Q    And does it relate to any other exhibits that we

2   have seen today?

3      A    Yes.

4           It's a screenshot of a video that he posted, and

5   we have it here.

6      Q    From where?

7      A    From being up on the ledge, that window ledge,

8   taking the video.

9      Q    Okay.

10          Do you recognize any individuals in there that

11  have been helpful to you in corresponding the different

12  videos?

13     A    Yes, I do.

14     Q    Can you circle?

15     A    We have the tunnel commander back here and then

16  this guy.

17          MR. PERRI:  I forgot to ask for the admission of

18  the exhibit, Your Honor.

19          THE COURT:  It will be admitted, 204.25.

20                         (Government's Exhibit 204.25

                              received into evidence.)

21

22  BY MR. PERRI:

23     Q    Okay.

24          Those circles there --

25     A    Yes.

1    Q    -- they indicate the two people that you just

2  mentioned?

3    A    Yes.

4    Q    And what date is that post from?

5    A    January 7th.

6    Q    Do you see some hashtags there at the bottom?

7    A    Yes, I do.

8    Q    Would those have been added by the person who made

9  the post, Shane Jenkins?

10    A    Yes, they would have been.

11    Q    Can you read those, please.

12        MR. PERRI:  Maybe we should blow that up.

13        Can we blow up the bottom?

14        THE WITNESS:  "Freedom, liberty, transparency or

15  death.  #freedom, #liberty, #death, #audit, #capital

16  building, #washington, #dc."

17  BY MR. PERRI:

18    Q    Thank you.

19        So I want to ask you if your investigation

20  revealed any Twitter posts.

21    A    Yes, they did.

22    Q    And how did you obtain those?

23    A    Through -- some of it was publicly available, and

24  I also did a Twitter search warrant.

25    Q    Okay.

1          And I'd like to present you with two different

2     exhibits there which purport to be Twitter posts.

3          The first is 203.1.

4          Please take a look and tell me if you recognize

5     that.

6     A     Yes, I do.

7     Q     Is that one of Shane Jenkins' Twitter posts?

8     A     Yes, it is.

9     Q     And does it relate to the events of January 6th

10    and his presence or participation in them?

11    A     Yes, it does.

12    Q     Can you please indicate the date there?

13    A     December 30th, 2020.

14          MR. PERRI:  All right.

15          And we would move for the admission of 203.1.

16          THE COURT:  Okay.  203.1 will be admitted.

17                              (Government's Exhibit 203.1
                                   received into evidence.)
18

19    BY MR. PERRI:

20    Q     Can you blow that up, please.

21          Would you read that, please.

22    A     "Who is coming with me man?  Wildprotest.com – Jan

23    6th, DC wildprotest.com."

24    Q     I would also like to show you another Twitter

25    post, 203.2.

1           Please tell me if you recognize that.

2      A    I do.

3      Q    Do you recognize that as another Twitter post by

4   the defendant, Shane Jenkins?

5      A    Yes, I do.

6      Q    And what was his moniker or account name on

7   Twitter?  Can you tell?

8      A    "@redtattoo179."

9           MR. PERRI:  Your Honor, please, we move for the

10   admission of that exhibit.

11          MR. BOYLE:  No objection.

12          THE COURT:  All right.  It will be admitted.

13                            (Government's Exhibit 203.2
                                 received into evidence.)

14

15   BY MR. PERRI:

16      Q    What's the date there?

17      A    January 7th, 2021.

18      Q    Would you please read the statement?

19      A    "Gotta break a few eggs to make an omelette."

20      Q    Okay.  All right.

21          At this time, that being all of the social media

22   messages, we would like to show you a group of exhibits:

23   509.1, 509.2, 509.3, 509.4, and 510.

24          509.1.

25      A    Yes, I recognize that.

1    Q    Is it more than one page?

2         THE COURT:  Sorry, did I hear you say these have

3    been stipulated to?

4         MR. BOYLE:  Your Honor --

5         MR. PERRI:  Not exactly.

6         MR. BOYLE:  We have no objection to the exhibits.

7         THE COURT:  Okay.  You have no objection to their

8    admission?

9         MR. BOYLE:  We have no objection to them using the

10   exhibits.

11        We can't stipulate to them, but we have no

12   objection to them being presented.

13        THE COURT:  Okay.

14        MR. PERRI:  And, Your Honor, I just plan to ask

15   the witness what each exhibit is and move for their

16   admission.

17   BY MR. PERRI:

18   Q    So 509.1, 509.2, 509.3, 509.4, and 509.10?

19   A    Yeah, I recognize all this.

20   Q    Do you recognize all this?

21   A    I recognize all those.

22   Q    Have you had a chance to -- are you familiar with

23   them?

24   A    Yes, I am.

25   Q    Have you had an opportunity to review all those

1    prior to testifying?

2         A     Yes, I have.

3         Q     And can you say whether or not those are store

4    record and other documents related to the adverse impact

5    of --

6               THE COURT:  Sustained.

7               You cannot characterize the documents, Counsel.

8    BY MR. PERRI:

9         Q     Would you please indicate then what is 509.1?

10        A     It's a certificate of authenticity of domestic

11   records pursuant to Federal Rules of Evidence.

12              It's basically the Safeway -- a person at Safeway

13   certifying the authenticity of the records that she

14   provided.

15              Okay.

16        Q     And those are the records that we're about to

17   show?

18        A     Yes.

19        Q     The next one, please, 509.2.

20        A     It's a document from Safeway indicating

21   "Non-Fuel" --

22              THE COURT:  So, Counsel, can you get on the phone,

23   please?

24              (Bench conference)

25              THE COURT:  She cannot interpret the documents.

1          MR. PERRI:  So, Your Honor, the defense really

2     doesn't have any objection to the admission of these

3     documents, and I'm just asking her what they are.

4     I don't --

5          THE COURT:  That's fine, the documents are in

6     evidence.  But she cannot testify about what they are.  She

7     doesn't have any firsthand knowledge about what they are.

8     Presumably what she's either gleaned from it is based on the

9     document on its face or having interviewed someone about

10    what the document represents.

11         MR. PERRI:  Can she at least say that they're

12    sales records so we can have them properly identified for

13    purposes of the record?

14         MR. BOYLE:  Your Honor, we think the records,

15    they're properly identified.  We don't have a problem with

16    the government using them or showing them.  It's just the

17    characterization that I think is problematic.  But the

18    certification of the records, in our opinion, are evidence

19    and should be treated like that.

20         MR. PERRI:  Your Honor, if I could perhaps lead

21    the witness slightly with a question.  It would just be one

22    question.  She's not going to talk about what the records

23    say.  I just want the record to reflect what the exhibit is.

24         So for instance I could say:  "Are these sales

25    records from Safeway?"

1          THE COURT:  Well, the records are in, so you don't

2   need to necessarily have that explicitly made on the record.

3   I mean, it's clear from the documents that they are sales

4   records from Safeway.

5          MR. PERRI:  Perhaps to you and I, Your Honor, but

6   I worry that the jury would also --

7          THE COURT:  It says at the top, "Sales to public."

8          MR. PERRI:  Okay.

9          And the others, Your Honor, would we be able to

10  characterize 509.3 as records or shipments?

11         THE COURT:  No.

12         MR. PERRI:  Okay.

13         THE COURT:  No.

14         I mean, look, the government has made a decision

15  not to call mister, whose name I can't remember.  And if you

16  want to call him to interpret the records, that's fine.  But

17  this agent can't do that.  She's not a Safeway employee,

18  it's not firsthand information she possesses.

19         MR. PERRI:  Understood, Your Honor.

20         Yeah, there's no objection from the defense, so...

21         THE COURT:  I understand.

22         The documents are in because they haven't

23  objected, but any testimony about the documents is beyond

24  the scope of what she can do.

25         MR. PERRI:  Thank you, Your Honor.

1          (Open court)

2          MR. PERRI:  Okay.

3          Could we see the next one, which is 509.3.

4          Could you blow up a portion of that perhaps?

5          And could we see 509.4.

6          Could you blow up a portion of that, please.

7          And can we see 510.

8          Would you please pull that up.  Blow that up.

9          All right.  We move for the admission of 509.1,

10    509.2, 509.3, 509.4, 510, if I haven't done so already.

11         THE COURT:  They've been admitted and published

12    already.

13         MR. PERRI:  And --

14         THE COURT:  And if you want the jury to read 510,

15    you're going to have to blow it up because it may be

16    difficult for them to do it.

17    BY MR. PERRI:

18    Q     Okay.

19         Agent, I know we have a stipulation in this case

20    as to identification, but please look around the room and

21    tell me if you can see the defendant, Shane Jenkins, the

22    person that you met in Houston?

23    A     Yes.

24    Q     And where is he seated?

25    A     At that table in a white shirt.

1          MR. PERRI:  Please let the record reflect

2     identification of the defendant by this witness.

3     BY MR. PERRI:

4          Q    And the location of the Capitol, is it in

5     Washington, D.C., the District of Columbia?

6          A    Yes, it is.

7          MR. PERRI:  Nothing further for this witness.

8          THE COURT:  Okay.

9          Cross-examination, Mr. Boyle.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        - - -

 2                   CROSS-EXAMINATION

 3   BY MR. BOYLE:

 4        Q    Good afternoon.

 5        A    Good afternoon.

 6        Q    Now, you were based in Houston; is that correct?

 7        A    Yes, I am.

 8        Q    And on January 6th, you were based in Houston as

 9   well?

10        A    Yes, I was.

11        Q    Okay.

12             And your investigation of this case, did that come

13   primarily from reviewing videos?

14        A    Yes, it did.

15        Q    Did you come to D.C. at all as part of your

16   investigation?

17        A    No, I did not.

18        Q    Okay.

19             Have you ever been in the west tunnel that was

20   described?

21        A    No, I have not.

22        Q    Okay.

23             And outside of that, you've not been there either?

24        A    Just on a personal tour but not in relation to

25   this case at all.
```

1     Q     Okay.

2          Now, aside from the video that showed the

3     tomahawks being used on the window, are you aware of any

4     other videos where the tomahawks appear?

5     A     No, I'm not.

6     Q     Now, the items that were thrown into tunnel, were

7     any of those items recovered, to the best of your knowledge?

8     A     Not that I know of.

9     Q     Did you ask for any of those items?

10     A     I asked if any photos were taken of the items, but

11     I did not get any photos.

12          MR. BOYLE:  Excuse me, Your Honor.

13     BY MR. BOYLE:

14     Q     Are you familiar with an individual named Jorden

15     Robert Mink?

16     A     No.

17     Q     Okay.

18          Are you aware that Mr. Mink has pled guilty to

19     breaking that window?

20          THE COURT:  I'm sorry.

21          Counsel, hang on.

22          Can you get on the phone here, please?

23          (Bench conference)

24          THE COURT:  I'm sorry, so you're seeking to

25     introduce someone else's guilty plea about breaking the

1    window?

2            MR. BOYLE:  Yes, Your Honor.

3            MR. PERRI:  Well, we'd object to that.  It's

4    certainly beyond the scope of direct, because we haven't

5    talked about anybody else being prosecuted for the breaking

6    of the window.

7            THE COURT:  So hang on.  Is that the objection?

8            MR. PERRI:  And we also think it's irrelevant.

9            And, you know, Jorden Mink is not on trial here.

10   This case is about what the defendant did with respect to

11   that window.

12           THE COURT:  Well, first, it's not beyond the

13   scope.

14           Secondly, yes, Mr. Mink is not on trial, but so

15   what?

16           And, third, I mean, if what I hear Mr. Boyle

17   suggesting is that it wasn't this defendant that destroyed

18   property, it was somebody else.  Why wouldn't it be

19   relevant?

20           MR. PERRI:  Because it would be after the fact, as

21   much as we saw the defendant make the first strikes on that

22   pane of the window.

23           THE COURT:  Well, that seems to me to be a slight

24   jury issue.

25           But -- look, I think the question is, I mean,

1    there is a hearsay element to this, and what's the basis for

2    getting it in?

3         MR. BOYLE:  Your Honor, we would offer certified

4    court documents from this court in our case-in-chief.

5         THE COURT:  That's fine.  I could accept the

6    records as authentic, but I don't know that I could then

7    accept the contents of the record as true.

8         MR. BOYLE:  If it's a record of a judicial

9    proceeding and it's part of a guilty plea, Your Honor, then

10   it seems like it would be.

11        THE COURT:  Well, you're offering it for the truth

12   of -- presumably -- are you going to offer the Statement of

13   Facts to which he admitted as well?

14        MR. BOYLE:  We were going to offer the stipulation

15   that the government and the witness offered into.

16        THE COURT:  What stipulation?

17        MR. BOYLE:  The stipulation of facts that --

18        THE COURT:  Oh, he had a Stipulated Trial?

19        MR. BOYLE:  No.  It was a stipulation of facts at

20   the guilty plea, however.

21        MR. PERRI:  Your Honor, this is new to us.  We

22   weren't aware that they intended to introduce records of a

23   conviction or information about a conviction of another

24   defendant.

25        MR. BOYLE:  I apologize, Your Honor, but this is

1   the U.S. Attorney's Office for the District of Columbia, and

2   it's the same office who prosecuted these two individuals.

3          THE COURT:  I don't think that's the issue.

4          I am just trying to get my head around, you know,

5   it is certainly a valid defense to suggest that another

6   person, a third party, is responsible, which is not to say

7   that, you know, Mr. Jenkins didn't contribute, but

8   there's -- you know, this is being offered for the truth, or

9   at least the Statement of Facts are.

10         Now, the fact that he pled, I don't know that

11   that's being offered.

12         I mean, somebody else pled guilty to the charge of

13   X with respect to the window.  I guess that's not a

14   declaratory statement.  But a Statement of Facts has me --

15   is giving me some pause.

16         MR. PERRI:  I think --

17         MR. BOYLE:  Your Honor --

18         THE COURT:  Now, I suppose if the government

19   stipulated to it, that's arguably an admission from the

20   government.

21         MR. BOYLE:  We believe it would be, Your Honor.

22         In all fairness to the government, I wasn't aware

23   that they were not aware of this.

24         I don't think we're going to get to our

25   case-in-chief today.  We can look over it over the weekend

 1   and I can make a better argument on Monday.

 2           MR. PERRI:  I think there's also a possibility

 3   that it's confusing and misleading to the jury, Your Honor,

 4   because if the point is to present the assertion that

 5   Jorden Mink is accepting responsibility for breaking the

 6   window, of course he did have a role in breaking the window,

 7   he's one of the people that put cracks in it, but that

 8   doesn't mean that the defendant is somehow absolved from

 9   responsibility from causing harm to the window.  So I'm

10   worried that the jury could be confused and misled by that.

11   So we would make a 403 objection as well.

12           THE COURT:  All right.

13           Mr. Boyle, can we -- is it?

14           MR. PERRI:  Can't hear you.

15           THE COURT:  Sorry.

16           Can we move on, with the understanding that he's

17   not going to have to call a witness if this were to come up

18   on his case, in other words, if I were to allow it to come

19   in?

20           MR. BOYLE:  Yes, Your Honor.

21           THE COURT:  Does the government agree to that?

22           MR. PERRI:  I'm not sure what you're suggesting,

23   Your Honor.

24           THE COURT:  Well, what I'm saying is this:  He's

25   seeking to admit this through this witness, right?

1          And what I'm suggesting is --

2          MR. PERRI:  I guess we don't -- well -- I think

3     there's two things.  One is asking her the question if she's

4     aware.  And then like it's a step further if you're actually

5     trying to introduce records about that plea.

6          That's -- all right.  I'm going to excuse the jury

7     for a couple -- well, let me ask this:  How long is your

8     cross-examination going to be?

9          MR. BOYLE:  Your Honor, I have a short video clip

10    to show that's about five minutes and that's about it.

11         THE COURT:  All right.  I'm going to excuse the

12    jury for a couple minutes so we can have a discussion about

13    this, okay?

14         MR. PERRI:  Okay, Your Honor.

15         (Open court)

16         THE COURT:  Ladies and gentlemen, I hate to do

17    this, but I am going to excuse you for just about ten

18    minutes so I can resolve a legal issue with the parties.  So

19    we will see you all shortly.  Thank you very much.

20         COURTROOM DEPUTY:  All rise.

21         (Jury exited the courtroom.)

22         THE COURT:  You can step down, Agent.

23         So the question is -- I mean, there's some,

24    certainly, relevance in a sense.

25         I mean, the first -- the charge of destruction of

1   government property, it's called destruction of government

2   property, but that's not -- doesn't encapsulate the element

3   in its entirety or the charge in its entirety.

4          You know, the first element is the defendant

5   injured, damaged, or destroyed property.  And it's not clear

6   to me that a complete defense to this charge would be that

7   somebody else is also admitted to destroying, injuring, or

8   damaging the same property.

9          I mean, it would be, if, for example, there was

10  some contest as to the identity of the person who used the

11  tomahawk.  But you're conceding Mr. Jenkins was the person

12  who was a user of the tomahawk.

13         And, you know, a third-party perpetrator makes

14  sense if the identity of the perpetrator is unknown.  If the

15  defendant is not saying I did what you all are charging me

16  with, you know, I don't know that it's enough to say, you

17  know, say hypothetically -- say you've got a homicide case

18  in which two people are charged, one person takes a plea,

19  takes responsibility, and the other person wants to

20  introduce that person's plea agreement who's admitted to

21  committing the murder, I think that's valid and can be done

22  if there's a dispute about the identity of who the

23  perpetrators are.

24         But there's no such dispute here.  In other words,

25  you know, if, for example, your defense was it was somebody

```
 1    other than Mr. Jenkins that was using that tomahawk and it's

 2    this guy because he's admitted to it, I could see that being

 3    valid and that being a defense.

 4            But to say that it's somehow a defense for

 5    Mr. Jenkins that somebody else has also pled to contributing

 6    to the damage to the same window, I don't know.

 7            MR. BOYLE:  Your Honor, we believe the evidence is

 8    relevant.

 9            I understand the Court's concern; however, the

10    government in this case in their opening statement indicated

11    that Mr. Jenkins broke out the window, and we think we're

12    entitled to disprove that statement.

13            MR. PERRI:  I don't think that's a correct --

14            MS. GROSSHANS:  Your Honor, I believe that the

15    statement made in opening statements was that he put the

16    initial strikes in the window.

17            THE COURT:  Right.  That's my recollection, too.

18            MS. GROSSHANS:  And additionally, Your Honor, we

19    did present evidence that there were other people striking

20    the window in our case-in-chief.

21            THE COURT:  Right.

22            MS. GROSSHANS:  So there's already evidence in

23    there that other people struck the window.

24            We would still object to this plea --

25            THE COURT:  Is he the person with what looks like
```

1    a small billy club?  Is that the gentleman who you're

2    referencing?

3              MS. GROSSHANS:  No.

4              THE COURT:  That's somebody else.

5              MR. BOYLE:  No, Your Honor.

6              This individual had a baseball bat that he used to

7    smash the window out.

8              THE COURT:  I mean, look, I think what is slightly

9    challenging about this is, the government is in a slightly

10   odd position here in the following sense.

11             And I don't know whether they're going to account

12   for this or not, but he's only responsible in some sense, at

13   least as is presently charged and as far as the instructions

14   are being sought, for the injury or damage and destruction

15   to the window that he caused, right?

16             And you're not suggesting, for example, that it

17   was this other gentleman who actually took the tomahawk to

18   the window.  This gentleman did some other stuff to the

19   window.

20             MR. BOYLE:  We would concede, Your Honor, that

21   we're not presenting any evidence that anyone else used a

22   tomahawk in the window.

23             THE COURT:  Right.

24             So I mean, it is a little misleading in that

25   sense, and I think that's the problem.

1          Now, what is potentially a valid issue here, it

2    seems to me, is, you know, how does one apportion the damage

3    to the window?

4          And, you know, the felony requires a sum of in

5    excess of $1,000.  You know, did Mr. Jenkins injure it in

6    the amount of $1,000?  Did somebody else injure it in the

7    amount of $1,000?

8          I don't know, maybe somebody will come in and say,

9    just by virtue of what he did, you had to replace the whole

10   window, and, therefore, it didn't matter whether he put the

11   first crack in it or was the one that actually caused the

12   whole window to shatter and get busted out.

13         But I think that's the issue; in other words,

14   I don't think you can come in with a defense to say somebody

15   else caused different damage and therefore you can absolve

16   Mr. Jenkins of the damage.  He's being charged for

17   particular damage with his particular acts.

18         MR. BOYLE:  Correct, Your Honor.

19         However, we believe we're entitled to show that

20   there were other people damaging the window in this same

21   event.

22         THE COURT:  Well, I think that's undisputed.

23   I mean, the video clearly shows at least one, if not more,

24   people --

25         MR. BOYLE:  Okay.

```
 1              THE COURT:  -- smashing the window.

 2              And if your defense is that he didn't cause $1,000

 3    worth of damage, this other guy did, I mean, I don't know.

 4              But I don't think there's any dispute or I don't

 5    hear you disputing that there was some injury or damage to

 6    the window.  You can clearly see the window crack a little

 7    bit after the tomahawk hits it a couple tiles, a few times.

 8              MR. BOYLE:  That is correct, Your Honor.

 9              And that's not what we're saying.  And I'm not

10    trying to be misleading.  I'm only trying to indicate that

11    there were other individuals that damaged the window and

12    that the window was not broken out by Mr. Jenkins.

13              THE COURT:  Okay.

14              Well, I think that's clearly established by the

15    video.

16              MR. BOYLE:  Okay.

17              THE COURT:  And if that's the purpose of seeking

18    to admit somebody else's guilty plea, then you've already

19    got what you need.  And I think it does create unnecessary

20    confusion to put somebody else's guilty plea in for their

21    conduct with respect to the window.  And I don't even know,

22    for example, the guy with the -- is this somebody with a

23    baseball bat, I mean, is this the person that strikes the

24    last blow?  I mean, I don't really know.

25              But either way, it doesn't really matter.  I mean,
```

1    the charge is not -- you know, the charge is destruction of

2    government property.  It is -- and it just says a window; in

3    other words, the count itself just says, any property

4    that -- I'm reading from the indictment -- that any property

5    which has been and is being manufactured and constructed for

6    the United States and any department agency thereof; that

7    is, a window, causing damage in the amount of more than

8    $1,000.

9         Now, the indictment doesn't specify exact conduct,

10   but it also doesn't say that he knocked the window out,

11   right?  I mean, in other words, if, for example, the

12   indictment said, you know, Mr. Jenkins is -- we're charging

13   him with destruction of government property because he

14   knocked the window out, that would be a different issue,

15   because then the grand jury would have found probable cause

16   as to some act, that is, knocking the window out, and the

17   government would be then coming in here with a slightly

18   different theory of prosecution.  But with that's not what's

19   happening here.

20        MR. BOYLE:  I understand the Court's point,

21   Your Honor.

22        Our -- the reason for using the guilty plea was,

23   perhaps, a misunderstanding of what I thought the government

24   said in their opening statement.

25        THE COURT:  Okay.

1          MR. BOYLE:  So to the extent I thought the

2     government said that he knocked out the window, we were

3     attempting to prove that somebody else actually knocked out

4     the window.

5          THE COURT:  Okay.

6          Is the guy with the bat, is he the person that

7     struck the last blow?

8          MR. BOYLE:  He's the one who pled guilty to

9     knocking out the window.

10         THE COURT:  Okay.

11         Well, as I said, I don't think it's a valid

12    defense to this specific charge, because he's not charged

13    with knocking out the window, he's simply charged with

14    injuring or damaging or destroying it in the manner that the

15    government has alleged, which is using that tomahawk.  And

16    it will be up to the jury to determine whether all the

17    elements have been met and whether the sum of that injury

18    was greater than $1,000.

19         MR. BOYLE:  Okay.  Understood, Your Honor.

20         THE COURT:  In any event, so the bottom line is,

21    if the purpose, as you've just said, is to admit -- seek to

22    admit somebody else's conviction to show that other people

23    took -- you know, other people damaged the window and it

24    wasn't just Mr. Jenkins, that's clearly established by the

25    video.  And so I don't think the indictment adds anything to

```
 1   that in terms of probative value, and it can only, in my
 2   view, cause confusion, it seems to me, okay?
 3              MR. BOYLE:  Okay.
 4              The only other piece of question that -- questions
 5   we have surround Defense Exhibit Number 1 that we wish to
 6   show to this witness since she's on the stand.  We are going
 7   to ask her to identify Mr. Jenkins in the exhibit --
 8              THE COURT:  Okay.
 9              MR. BOYLE:  -- and publish it to the jury, and
10   that's the only thing we have after that.
11              THE COURT:  Okay.
12              And I take it this is something you've received
13   from the government --
14              MR. BOYLE:  Correct, we have a stipulation.
15              THE COURT:  -- or something the agent herself
16   would have seen previously.
17              MR. PERRI:  This is another portion of the long
18   J. Robertson video that we've introduced clips on.
19              THE COURT:  Okay.
20              MR. PERRI:  And we've talked about this, and we're
21   not going to object.
22              THE COURT:  Okay.
23              COURTROOM DEPUTY:  Jury panel.
24              (Jury entered the courtroom.)
25              THE COURT:  All right.  Thank you, all, for your
```

1    patience.  Have a seat.

2              So we resolved the matter that we needed to.

3              There was, I think, at the time I interjected and

4    the time we were in recess, there was a question pending

5    from Mr. Boyle to the Agent.  I've asked him to withdraw

6    that question, and you should ignore the question and not

7    consider the question.  And I don't believe the agent

8    answered is, so there's no answer before you.

9              So, Mr. Boyle, go ahead.

10             MR. BOYLE:  Thank you, Your Honor.

11             At this time, Your Honor, I'd like to show the

12   witness what's been marked as Defendant's Exhibit No. 1.

13             (Video played)

14   BY MR. BOYLE:

15        Q    Okay, ma'am, do you recognize this?

16        A    I do.

17        Q    And this is part of Government's Exhibit 114

18   that's already been admitted, isn't it?

19        A    Yes, it is.

20             MR. BOYLE:  Okay.

21             At this time, Your Honor, we would ask to publish

22   this to the jury.

23             THE COURT:  Okay.  Defendant's 1 will be admitted.

24                                    (Defendant's Exhibit 1
                                      received into evidence.)
25

```
 1              (Video played)

 2              MR. BOYLE:  Would you stop it right there for a

 3    second.

 4    BY MR. BOYLE:

 5       Q    Do you see Mr. Jenkins in that video?

 6       A    Yes, I do.

 7       Q    Can you circle him, please.

 8       A    (Witness complied.)

 9              MR. BOYLE:  Okay.  Thank you.

10              Take the circle away, if you could.

11              (Video played)

12              MR. BOYLE:  I have no further questions,

13    Your Honor.

14              THE COURT:  All right.  Thank you, Mr. Boyle.

15              Any redirect?

16              MR. PERRI:  No, thank you, Your Honor.

17              THE COURT:  All right.

18              Agent Avila, thank you very much for your

19    testimony.

20              All right.  Government have its next witness ready

21    to go?

22              MS. GROSSHANS:  We do, Your Honor.

23              Your Honor, at this time, the government calls

24    Craig Storemski.

25              COURTROOM DEPUTY:  Please raise your right hand.
```

```
 1              (Witness is placed under oath.)

 2              COURTROOM DEPUTY:  Thank you.

 3              THE COURT:  Sir, welcome.

 4              Counsel.

 5              MS. GROSSHANS:  Thank you, Your Honor.

 6                              - - -

 7  CRAIG STOREMSKI, WITNESS FOR THE GOVERNMENT, SWORN

 8                       DIRECT EXAMINATION

 9                              - - -

10  BY MS. GROSSHANS:

11      Q    Good afternoon, sir.

12      A    How are you?

13      Q    Fine.  Thank you.

14           Can you please introduce yourself to the ladies

15  and gentlemen of the jury and spell your last name for them.

16      A    Yes.

17           Hi, name is Craig Storemski.  Last name is spelled

18  S-t-o-r-e-m-s-k-i.

19      Q    And how are you employed currently?

20      A    I'm currently employed for ExxonMobil as a global

21  security advisor.

22      Q    And how long have you been with Exxon Mobil?

23      A    Three months.

24      Q    Prior to your starting with ExxonMobil, who

25  did you work for?
```

1        A    I worked for the FBI.

2        Q    And how long had you worked for the FBI?

3        A    For 20 years.

4        Q    And where did you work for the FBI?

5        A    I worked as a supervisory Special Agent in the

6   Houston division.

7             Also worked at headquarters and in the Phoenix

8   division.

9        Q    In the Phoenix division?

10       A    Yes.

11       Q    And prior to working with the FBI for 20 years,

12  did you work in law enforcement as well?

13       A    I did.  I was a Houston police officer for ten

14  years.

15       Q    Were you employed by the FBI in January of 2021?

16       A    Yes, ma'am, I was.

17       Q    Were you involved in the investigation of the

18  defendant?

19       A    Yes, ma'am, I was.

20       Q    Shane Jenkins?

21       A    Yes, ma'am.

22       Q    And what was your involvement in the

23  investigation?

24       A    I was the supervisory special agent over our

25  domestic terrorism squad.

1    Q    Are you familiar with the -- as the supervisory

2  special agent, were you familiar with the case agent in this

3  case?

4    A    Yes, I am.

5    Q    Okay.

6        And who was that?

7    A    Amy Avila.

8    Q    Were you working on March 5th, 2021?

9    A    Yes, ma'am, I was.

10    Q    And on March 5th, 2021, did you have occasion to

11  go to 8513 Highcrest Drive in Houston, Texas?

12    A    Yes, ma'am.

13    Q    And why did you go to that location on that day?

14    A    I was the supervisory special agent and on-scene

15  commander of the search that was executed at Shane Jenkins'

16  house.

17    Q    As the supervisory special agent and on-scene

18  commander, what is your role in the execution of a search

19  warrant?

20    A    In this case, I managed the personnel on the

21  scene, managed the search team.

22        And in this case, I actually was in charge of the

23  evidence and collecting evidence in that case.

24    Q    Prior to the execution of the search, did you

25  attend a debriefing of the team that would be conducting the

1    search?

2        A    Yes, ma'am.

3        Q    In preparation for that debriefing, did you review

4    anything?

5        A    Yes, ma'am, regarding the search warrant.

6             And also we compiled a list of all the evidence

7    that we would be searching, plus pictures of the evidence

8    and clothing that was used on the scene as January 6th.

9        Q    So you and the team discussed items that you would

10   be searching for in conducting the search?

11       A    Yes, ma'am, we did.

12       Q    Were you present for the execution of the search

13   warrant?

14       A    Yes, ma'am, I was.

15       Q    Can you generally describe how many -- was this a

16   single-family home?

17       A    Yes, ma'am.

18            It was a single-family home with a second-story

19   one-bedroom studio apartment upstairs.

20       Q    And other than the studio apartment, how many

21   bedrooms were in the home?

22       A    Three bedrooms and three bathrooms.

23       Q    How many people lived in the home?

24       A    Five people, including the defendant.

25       Q    And were you able to determine which bedroom or

1   area of a bedroom belonged to -- was the space that

2   Shane Jenkins used?

3       A    Yes, ma'am, we did.

4       Q    How did you do that?

5       A    So one of the residents, a 73-year-old by the name

6   of Michael Savage, kind of runs the house.

7            And upon -- after the initial walk-through of the

8   house, I walked through the house and had a discussion.  And

9   he told the case agent, as well as me what room the

10  defendant lived in and what bedroom was his and what closet

11  space he used.

12      Q    So when executing the search warrant then, did you

13  only search those bedrooms and not the other two bedrooms?

14      A    Yeah, we only searched the bedrooms used by the

15  defendant and the common areas that were used by everybody

16  else.  So in a sense, we didn't search the other rooms that

17  were in the house.

18      Q    And the bedroom that was identified as being the

19  room that was used by the defendant, was that also used by

20  other people?

21      A    Yes, ma'am, it was.

22      Q    How many people lived in that bedroom?

23      A    Three.

24      Q    Okay.

25           And so the specific bed that the defendant used in

1    his space was identified to you as well?

2        A    Yeah.

3            Michael Savage told us that his bedroom was the

4    one on the left when he was talking.

5            Then he said Shane Jenkins' bed was actually the

6    one on the left corner and pointed it out to us.  So we knew

7    exactly what bed/area we were searching.

8            THE COURT:  So, ladies and gentlemen, if I could

9    just interrupt.

10           You've heard testimony from the agent, or former

11   agent, I should say, about what they were told by someone

12   else.

13           That is being offered and you may consider that

14   not for the truth of what the agent was told but simply to

15   help you understand and explain why they searched where they

16   did in the particular residence.

17   BY MS. GROSSHANS:

18       Q    So based on what you learned, you only searched

19   the areas that were identified to you as being Shane

20   Jenkins' areas?

21       A    Yes, ma'am.

22       Q    And the common areas?

23       A    Yes, ma'am.

24           We didn't want to search anybody else's room that

25   didn't -- wasn't things we were looking for.

1    Q    And the bedroom that was identified as belonging

2  to Shane Jenkins, was it identified in any way by your team

3  in one of the walk-throughs?

4    A    Yes.

5         So when a search is done, the SWAT team comes in,

6  makes the arrest.  And then as they're looking for weapons

7  or danger areas, after they leave the room, the SWAT team

8  leader walks in with a case agent and shows them, you know,

9  things to be concerned about.

10        In this case, there was a dog, an American Bulldog

11  was in one of the rooms.

12        And also when they're going through it if they see

13  items that may be of interest to the case itself, they will

14  point that out to the case agent.

15    Q    And during your walk-through of the rooms, were

16  items pointed out that were of particular interest in the

17  investigation?

18    A    Yes, ma'am, there were.

19    Q    And how were they pointed out?

20    A    They just were pointed out because they were in

21  plain view.  So pointed in the direction of stuff that was

22  possibly there.

23    Q    And those items that were of any sort of value to

24  the investigation, were they marked in any way?

25    A    Yes.

1           After the initial -- after all the pictures are

2    taken without placards, then we go through and put placards

3    of where items are that were possibly evidence.

4        Q    So pictures are taken upon entry?

5        A    Yes, ma'am.

6        Q    So before anything is disturbed?

7        A    Yes, ma'am.

8        Q    Okay.

9           And then another set of pictures is taken after

10   things have been identified that are of interest to the

11   investigation; is that accurate?

12       A    Yes, ma'am.

13       Q    Prior to your testimony today, did you have an

14   opportunity to look at some pictures that were taken during

15   the search of the defendant's spaces in that home?

16       A    Yes, ma'am, I did.

17       Q    And the photos that you were able to look at, were

18   those true-and-accurate depictions of the items in the rooms

19   that were recovered on March 5th, 2021?

20       A    Yes, ma'am, they were.

21           MS. GROSSHANS:  Your Honor, at this time, the

22   government is seeking to admit photographs 122.1 through

23   122.20.

24           Your Honor, I have shown them to counsel, I don't

25   believe that there's an objection, we'd ask to admit them as

1    a group.

2              MR. BOYLE:  Your Honor, we have reviewed all the

3    exhibits and we have no objections to any of them.

4              THE COURT:  Okay.  So it's 122.1 through --

5              MS. GROSSHANS:  122.20, please.

6              THE COURT:  Those will all be admitted.

7              MS. GROSSHANS:  Your Honor, may I publish them?

8              THE COURT:  You can.

9                        (Government's Exhibits 122.1 thru 122.20
                                         received into evidence.)

10

11   BY MS. GROSSHANS:

12        Q    Mr. Storemski, 122.1, what is this a photograph

13   that the jury is looking at right now?

14        A    This is a photograph of the defendant's room.

15        Q    And the bed that was identified -- sorry.

16             There's a marking that was placed by your --

17   either you or one of your agents in the room identifying the

18   room.

19             Can you please highlight that for the jury.

20        A    All of the markings or just --

21        Q    The marking that identifies the room.

22        A    Oh.  Yes, ma'am.

23             That would be letter C.

24        Q    So when we were talking about going through and

25   identifying his spaces with a "C," this bedroom was

```
1    identified with the "C"?

2         A    Yes, ma'am.

3         Q    And that's for record-keeping?

4         A    Yes, ma'am.

5              It's for diagrams and for us to know where things

6    are.

7         Q    Were there any other items of an evidentiary value

8    initially located in this room?

9         A    Yes, ma'am.

10        Q    And what were the -- what is the first one that

11   was located?

12        A    So the first one is a backpack right here that is

13   sitting -- that was one of the -- the backpack, we believe,

14   that was being worn on January 6th.

15        Q    And that was marked with an evidence marker?

16        A    Yes, ma'am.

17        Q    Okay.

18             Can you maybe just put an X next to the evidence

19   marker so the jury can see what we're speaking of?

20        A    Yes, ma'am.

21             That's it.

22        Q    So its kind of like a little yellow tent with the

23   number "1" on it?

24        A    Yes, ma'am.

25        Q    And who placed that evidence marker there?
```

1    A    I did.

2         I actually wrote all the numbers on there, so I

3    placed that on there.

4    Q    And can you please now circle the space that was

5    identified as the defendant's bed?

6    A    Here.

7    Q    Was there anything else that, in your review of

8    the evidence in this case, you now view as something that's

9    of evidentiary value that you located in the room?

10   A    Yes, ma'am.

11        We did not collect it, but on the -- right here on

12   the shelf is a cap that we later saw was actually being worn

13   by the defendant on January 6th.

14   Q    I'm blowing up that section where that hat is that

15   you located.

16        Can you read for the ladies and gentlemen of the

17   jury what that hat says.

18   A    It says "Into the storm."

19        MS. GROSSHANS:  And now I'm asking Mr. Weko to

20   pull up an Exhibit 204.11.  This is an exhibit that's

21   already been entered into evidence.

22   BY MS. GROSSHANS:

23   Q    Is Government's Exhibit 204.11 the photograph that

24   you were identifying as where the defendant was also wearing

25   that same "Into the storm" hat?

1      A      Yes, ma'am.

2              MS. GROSSHANS:  Mr. Weko, if I could please see

3    122.2.

4    BY MS. GROSSHANS:

5      Q      And, Mr. Storemski, what is 122.2?

6      A      That was a backpack that we believe that the

7    defendant was wearing on January 6th.

8      Q      And why did you believe that?

9      A      Because it resembles the one that we have seen

10   through a variety and a number of videos and pictures.

11             MS. GROSSHANS:  Could I please see 122.3.

12   BY MS. GROSSHANS:

13     Q      What is 122.3 a photograph of?

14     A      That is the blue hoodie that the defendant was

15   wearing on January 6th.

16     Q      And is this -- actually, that's not in the same

17   room, room C, that was identified by you and your team.

18   Is this in a different room?

19     A      Yeah, that's the defendant's closet.

20     Q      Okay.

21             And was the defendant's closet identified by a

22   letter?

23     A      Yes.  That would be letter G.

24     Q      Can you please circle for the ladies and gentlemen

25   of the jury that blue hoodie that you see in the closet.

1        A        (Witness complied.)

2               MS. GROSSHANS:  May I see 122.4, please.

3    BY MS. GROSSHANS:

4        Q     What is 122.4 a photograph of?

5        A     That's a photograph of the entire closet taken

6    from the entry -- from the doorway, sorry.

7        Q     And actually in this photograph, you can see, it

8    looks like two closets on the opposite wall from the

9    cabinet.  What is that?

10       A     That's actually a mirror.  So on that whole

11   backside of the room is a mirror.  So it's a reflection of

12   what you can see from the backside.

13       Q     So from the point that someone is taking this

14   photo, the closet is actually behind them?

15       A     Yeah, it would be to -- the photographer is in the

16   doorway, so it would be to the photographer's right.

17       Q     And was there anything of evidentiary value that

18   was located on this table in this closet that you can see in

19   photograph 122.4?

20       A     Yes, ma'am, there's several things.

21       Q     Can you please point out those for the ladies and

22   gentlemen of the jury.

23       A     Okay.

24               So this is a black Carhartt hooded jacket that the

25   defendant wore on January 6th.

1          This item is the black mask and three gaiters that

2    the defendant wore on January 6th.

3          And then this is a red beanie that was also worn

4    by the defendant on January 6th.

5     Q    Can you also see that blue hoodie sweatshirt in

6    this photograph -- oh, the reflection of the blue hoodie

7    sweatshirt in the closet?

8     A    Yes, that's the reflection.  So it would be

9    opposite as you walked in.

10         THE COURT:  Ladies and gentlemen, if I could just

11   interrupt the testimony for a moment just to provide the

12   following instruction, which is that, you've heard the

13   agent's testimony about identifying certain objects.

14   Ultimately it will be your decision whether the objects

15   were, in fact, those that Mr. Jenkins possessed on January

16   the 6th, okay?

17         MS. GROSSHANS:  Could I please see 122.5, please.

18   BY MS. GROSSHANS:

19    Q    And, Mr. Storemski, what is 122.5?

20    A    That is the beanie we believe the defendant was

21   wearing on January 6th with the Nautica.

22         MS. GROSSHANS:  And, Mr. Weko, may I please see

23   122.6.

24   BY MS. GROSSHANS:

25    Q    Mr. Storemski, what is 122.6?

1      A    That is the camouflage pants we believe the

2   defendant was wearing on January 6th.

3           MS. GROSSHANS:  Could I please see 122.7.

4   BY MS. GROSSHANS:

5      Q    What is depicted in 122.7?

6      A    So that's the black jacket, the black Carhartt

7   jacket we pointed out in the reflection, but that's actually

8   taken in place.

9           MS. GROSSHANS:  Could I please see 122.8.

10  BY MS. GROSSHANS:

11     Q    What is 122.8 a photograph of?

12     A    That is a picture of a set of golf clubs.  And

13  inside the golf clubs is a -- was where we found the two

14  tomahawks or -- the two tomahawks that resemble the

15  tomahawks that were used to break the windows out on the

16  Capitol Building.

17     Q    And this set of golf clubs that contains the

18  tomahawks that were found, this was also located in the

19  closet that was identified as G?

20     A    Yes, ma'am.

21          It was inside the closet, it was right next to the

22  clothing on the floor.

23          MS. GROSSHANS:  May I please see 122.9.

24  BY MS. GROSSHANS:

25     Q    And what is 122.9?

1    A    That is where we found the tomahawks inside of the

2    zip bag of the golf clubs.

3            MS. GROSSHANS:  May I please see 122.10.

4    BY MS. GROSSHANS:

5    Q    What is 122.10?

6    A    That is a picture of the two tomahawks we found in

7    that golf bag.

8            MS. GROSSHANS:  May I please see 122.11.

9    BY MS. GROSSHANS:

10    Q    And what is depicted in 122.11?

11    A    That is the black jacket that was worn by the

12    defendant.

13            THE COURT:  Agent, I'm going just going to ask you

14    avoid saying that what's he wore.  That'll be the jury's

15    determination.  Just identify what the object is, okay?

16            THE WITNESS:  Yes.

17            THE COURT:  Thank you.

18            MS. GROSSHANS:  Mr. Weko, may I see 122.12.

19    BY MS. GROSSHANS:

20    Q    And, Mr. Storemski, what does 122.12 depict?

21    A    Yeah, those are the camouflage pants we found.

22            MS. GROSSHANS:  May I please see 122.13.

23    BY MS. GROSSHANS:

24    Q    Mr. Storemski, what is depicted -- what are the

25    four items that are depicted in this photograph?

1      A      Those are three gaiters and a black mask that

2  resemble the ones we saw on the videos.

3             MS. GROSSHANS:  And may I please see 122.14.

4  BY MS. GROSSHANS:

5      Q      What is depicted in 122.14?

6      A      That's a red beanie with the Nautica label on the

7  front.

8      Q      I should ask you:  A lot of these photos, when the

9  photos are taken and the items are by themselves, they're

10 taken, it appears, on maybe marble or some other type of a

11 solid, flat surface.  These are not -- this is -- when the

12 items are taken by themselves, these are not pictures of

13 where they were located, these are pictures of what?

14     A      That's right.

15            So when -- first we take, when you're doing

16 photography, that is, you take a picture of the evidence in

17 place and then you take another photo of it away from in

18 place with the markers so you can kind of get an idea of how

19 big it is and then also you know what item of evidence that

20 is.

21            So this is where we took the picture of the

22 evidence after we took it off where we found it and then we

23 take a picture with its marker.

24     Q      So the same marker that's used to photograph it in

25 122.1, which was the overview photo of the bedroom, that

1    same marker is then used and photographed with the item?

2        A    Yes, ma'am.

3        Q    And the marker, does it have any sort of

4    measurement indicator on?

5        A    These do, yes, ma'am.

6        Q    Okay.

7            And why?

8        A    Again, it gives perspective of how big the item

9    is.

10           MS. GROSSHANS:  May I please see 122.15.

11   BY MS. GROSSHANS:

12       Q    Mr. Storemski, what is depicted in 122.15?

13       A    That is the blue hoodie that we found.

14           MS. GROSSHANS:  May I please see 122.16.

15   BY MS. GROSSHANS:

16       Q    What is depicted in 122.16?

17       A    So this is a marker of where we found the

18   defendant's cell phone.

19       Q    And the cell phone is not there.

20           Where exactly was the cell phone found?

21       A    So I found the cell phone underneath the fitted

22   sheet on the bed and then we placed it the marker.

23           But then the phone fell from underneath the fitted

24   sheet onto the floor, so we took a picture of it on the

25   floor as well.

1    Q    And in looking at 122.1 -- can we go back to

2    122.1, please.

3         In 122.1, this was one of the photos that was

4    taken initially upon entry?

5    A    Uh-huh.

6    Q    So there's not an exhibit -- or, sorry, an

7    evidence tent on the bed?

8    A    Yes, ma'am.

9    Q    Why?  Can you explain that?

10   A    Because we didn't find it.

11        So we did the first brush of the room, identified

12   the items that were in plain view or in clear sight, so we

13   marked those.

14        And then going through the items of evidence that

15   we were trying to find, we had to look back, and then that's

16   when I found the phone underneath the sheet.

17   Q    From your investigation, was a cell phone an item

18   that you were particularly looking for in the search?

19   A    Yes, ma'am.

20        MS. GROSSHANS:  May I see 122.17, please.

21   BY MS. GROSSHANS:

22   Q    And what is 122.17?

23   A    That's a picture of the cell phone that we found

24   and taken the picture of it with the perspective of the

25   placard.

1          MS. GROSSHANS:  All right.

2          And if I could have a moment, please.

3          (Government counsel conferred off the record.)

4    BY MS. GROSSHANS:

5      Q    During the investigation of -- I'm sorry.

6          MS. GROSSHANS:  Could I also see 122.20.

7    BY MS. GROSSHANS:

8      Q    What is depicted in 122.20?

9      A    That is a white cloth glove that was also part of

10   the search warrant they were looking for.

11     Q    And in this photograph, the evidence marker is

12   marked as 1A.  What does that mean?

13     A    That means we found the white glove inside of the

14   backpack.  So we mark it because it was contained inside the

15   backpack.

16     Q    And in this photograph, can you, in fact, still

17   see the strap of the backpack?

18     A    We took it right beside the backpack, yep.

19         MS. GROSSHANS:  If we could take that down,

20   please.

21   BY MS. GROSSHANS:

22     Q    During your investigation, was it determined that

23   Shane Jenkins drove a truck?

24     A    Yes, ma'am.

25     Q    What kind of truck?

802

1      A     A gray F-150 Ford pickup truck.

2      Q     And was that vehicle at the residence when the

3   search warrant was executed?

4      A     Yes, ma'am.

5            It was parked directly in front of the door.

6      Q     Was anything recovered from the defendant's truck?

7      A     Yes, ma'am.

8            We found two black gloves in the second driver's

9   side door.

10     Q     Okay.

11           And second driver's side door, you mean like the

12  back seat?

13     A     The back seat.

14           Yes, ma'am.  Sorry, the back seat.

15           MS. GROSSHANS:  I'm now showing you what has been

16  marked as 122.18, please.

17  BY MS. GROSSHANS:

18     Q     And what is depicted in 122.18?

19     A     That is a picture of the gloves where they were

20  seen inside the door.

21           MS. GROSSHANS:  And may I please see 122.19.

22           A JUROR:  Excuse me, are you going to publish

23  those?

24           MS. GROSSHANS:  Oh, I'm sorry.  Yes, they're

25  published, they're entered.

1          Can we please publish?  Thank you.

2    BY MS. GROSSHANS:

3       Q    And, again, for the ladies and gentlemen of the

4    jury, could you please circle where it is that the gloves

5    are located in this photo.

6       A    Yes, ma'am.

7       Q    And this picture, this is how they were found?

8       A    Yes, ma'am.

9          MS. GROSSHANS:  Okay.

10          Could we please see 122.19.

11   BY MS. GROSSHANS:

12      Q    And what is 122.19?

13      A    That is a picture of the gloves.

14          MS. GROSSHANS:  Could we please take that down.

15   BY MS. GROSSHANS:

16      Q    And not only were pictures of the items taken but

17   the items were actually themselves recovered --

18      A    Yes, ma'am.

19      Q    -- is that correct?

20          Okay.

21          And were you present when these items were all

22   recovered from the home?

23      A    Yes, ma'am.

24      Q    I'm going to show you what has previously been

25   marked as Government's Exhibit 301.

1          MS. GROSSHANS:  Your Honor, I'm showing defense

2    counsel 301.

3          THE COURT:  I think it's already in, Counsel.

4          MS. GROSSHANS:  Thank you, Your Honor.

5          May I approach, Your Honor?

6    BY MS. GROSSHANS:

7    Q    Mr. Storemski --

8    A    Can I open the bag?

9    Q    Oh.  Sure.

10         Well, actually, before you open it.

11   A    Go ahead.

12   Q    What's been marked as 301, is that it's in the

13   same -- or, actually, it's already been entered in evidence,

14   but is it still in a plastic bag?

15   A    Yes, ma'am.  This is the way we package the

16   evidence.

17   Q    Okay.

18         And that phone was examined by the RCFL, so would

19   it have been repackaged by the RCFL?

20   A    Yes, ma'am.

21   Q    Which is the Regional Computer Forensics

22   Laboratory?

23   A    Yes, ma'am.

24   Q    Yes, can you open 301.

25   A    (Witness complied.)

1       Q    And can you show it to the ladies and gentlemen of

2   the jury.

3       A    (Witness complied.)

4       Q    Was there also a case for it included, or a case

5   found that the phone was found in when it was located?

6       A    Yes.

7       Q    Can you take that out?

8       A    Yes, ma'am.

9            MS. GROSSHANS:  All right.

10           Showing counsel what has been marked as

11  Government's Exhibit 303.

12           May I approach?

13           THE COURT:  You may.

14  BY MS. GROSSHANS:

15      Q    Mr. Storemski, I'm showing you what has been

16  marked as Government's Exhibit 303.  Do you recognize that

17  exhibit?

18      A    Yes, ma'am, I do.

19      Q    Okay.

20           And how do you recognize it?

21      A    From the label on the front and then looking

22  inside.

23      Q    All right.

24           And prior to your testimony here today, did you

25  have an opportunity to look at that item?

1    A    Yes, ma'am, I did.

2    Q    In fact, you opened the item?

3    A    Yes, ma'am, I did.

4    Q    Okay.

5         And can you take the item out?

6    A    (Witness complied.)

7    Q    And what is item 303, Government's Exhibit 303?

8    A    This is the white glove we found inside of the

9    black backpack.

10         MS. GROSSHANS:  And, actually, Your Honor, I'm

11    asking that Exhibits 303 -- I have shown these items to

12    defense counsel and I'm asking to enter and show items

13    302.1.2 through 308 and I'm asking to enter them into

14    evidence.

15         MR. BOYLE:  No objection.

16         THE COURT:  All right.  They'll be admitted.

17                        (Government's Exhibits 302.1.2 thru 308
                              received into evidence.)

18

19    BY MS. GROSSHANS:

20    Q    That's the glove that was found in the backpack?

21    A    Yes, this is the glove that was inside the

22    backpack, yes, ma'am.

23         MS. GROSSHANS:  Showing counsel 304.

24    BY MS. GROSSHANS:

25    Q    I'm now showing you what has been be marked as

1    Government's Exhibit 304.  What is 304?

2        A    Number 304 is the backpack.

3        Q    All right.

4             And, again, is it in the same or substantially the

5    same condition as it was when you recovered it on March 5th,

6    2021?

7        A    Yes, ma'am, it was.

8        Q    Okay.

9             And other than the bag being opened, the brown

10   bag?

11       A    Yes, ma'am.

12       Q    Can you please take the backpack out, show that to

13   the ladies and gentlemen of the jury.

14       A    Okay.

15       Q    I'm now going to show you what's been marked as

16   Government's Exhibit 305.

17       A    Okay.

18       Q    Mr. Storemski, what is Government's Exhibit 305?

19       A    Yes, this is the red beanie.

20       Q    Okay.

21            And, again, is it in the same or substantially the

22   same condition it was when you recovered it on March 5th,

23   2021?

24       A    Yes, ma'am, it is.

25       Q    Can you please show that to the ladies and

1    gentlemen of the jury.

2         A    (Witness complied.)

3              MS. GROSSHANS:  I'm now showing defense counsel

4    Government's Exhibit 306.

5              May I approach, Your Honor?

6              THE COURT:  You may.

7    BY MS. GROSSHANS:

8         Q    Mr. Storemski, I've handed you what has been

9    marked as Government's Exhibit 306.  What is that?

10        A    These are the black gloves.

11        Q    And, again, are those glove in the same or

12   substantially the same condition as they were on March 5th,

13   2021?

14        A    Yes, ma'am, they are.

15        Q    Can you please show those to the ladies and

16   gentlemen of the jury.

17        A    (Witness complied.)

18             MS. GROSSHANS:  For the record, I've just shown

19   defense counsel what has been marked as Government's Exhibit

20   307.

21             May I approach, Your Honor?

22             THE COURT:  You may.

23   BY MS. GROSSHANS:

24        Q    Mr. Storemski, what is Government's Exhibit 307?

25        A    This is the black hooded jacket.

1      Q     And, again, is that in the same or substantially

2  the same condition as it was on March 5th, 2021 when you

3  recovered it?

4      A     Yes, ma'am, it is.

5      Q     Can you please show that to the ladies and

6  gentlemen of the jury.

7      A     (Witness complied.)

8          MS. GROSSHANS:  I'm showing defense counsel

9  Government's Exhibit 308.

10         May I approach?

11 BY MS. GROSSHANS:

12     Q     Mr. Storemski, I've now handed you what has been

13 marked as Government's Exhibit 308.  Can you please identify

14 what that item is.

15     A     Yes.  This is the blue hoodie.

16     Q     And is it in the same or substantially the same

17 condition as it was when it was recovered by you on March

18 5th, 2021?

19     A     Yes, ma'am.

20     Q     Can you please show that to the ladies and

21 gentlemen of the jury.

22     A     (Witness complies.)

23         MS. GROSSHANS:  May I approach, Your Honor?

24 BY MS. GROSSHANS:

25     Q     Mr. Storemski, I've now handed you what has been

1    marked as 302.1 and 302.2.  What are those items?

2        A    Those are the two tomahawks we found inside of the

3    golf bag.

4        Q    And, again, are they in the same or substantially

5    the same condition as they were when they were recovered on

6    March 5th, 2021?

7        A    Yes, ma'am.

8        Q    Can you please show those to the ladies and

9    gentlemen of the jury.

10       A    (Witness complied.)

11       Q    Those are referred to as tomahawks?

12       A    Yes, ma'am.

13       Q    Is there a brand or a specification as to what

14   type of tomahawk?

15       A    They're tactical tomahawks.

16       Q    Okay.

17           Is there any other sort of a brand name on the

18   tomahawks?

19       A    There's like survival.

20           I do not see a brand.

21       Q    I think it's near the head of the tomahawk.

22       A    The SOG.

23       Q    What material are those SOG tomahawks made of?  Or

24   can you tell?  Or can you describe for the jury what it

25   feels like in your hand?

1      A      Yes.

2             So they're solid metal.  They probably weigh a

3      little over a pound, 19 ounces probably.

4             They've got a beveled end, a sharp end on the

5      back, and a sharp end on the front.

6      Q      When you were opening them, just kind of hitting

7      the counter gently, it kind of made a sound.

8             I'm not asking you to knock the counter, but can

9      you just kind of, like, tap -- no, not the head part, not

10     the sharp part, but just like the handle, can you just kind

11     of tap the handle?

12     A      (Witness complied.)

13            MS. GROSSHANS:  May I have a moment, Your Honor?

14            (Government counsel conferred off the record.)

15            MS. GROSSHANS:  Thank you, Your Honor.  I have

16     nothing further.

17            THE COURT:  Thank you.

18            Any cross-examination.

19            MS. GROSSHANS:  May I go take the tomahawk?

20            THE COURT:  Yes, please.  Thank you.

21            MR. BOYLE:  Just a couple questions, Your Honor.

22

23

24

25

```
 1                        - - -

 2                   CROSS-EXAMINATION

 3   BY MR. BOYLE:

 4      Q    Sir, I think this is clear, I just want to make

 5   sure.

 6           You were not in Washington on January 6th?

 7      A    No, sir, I wasn't.

 8      Q    Okay.

 9           So your knowledge of what the defendant was

10   wearing came from watching videos?

11      A    Yes, sir.

12      Q    Okay.

13           So you didn't actually see what he was wearing

14   that day except from the videos?

15      A    No, sir, I did not.

16      Q    Okay.

17           So when you say that these items were the items he

18   was wearing, you actually mean these look like the items he

19   was wearing on that particular day?

20      A    Yes, sir.

21      Q    Okay.

22      A    Yeah.

23      Q    So you can't actually say that they were for sure,

24   correct?

25      A    Well, we found them in his house, and so the --
```

1      Q     I understand the argument.

2      A     Yes, sir.

3      Q     But you would concede that you don't know whether

4   he wore these on January 6th, just that they look like them?

5      A     They do look like them.

6            MR. BOYLE:  Okay.

7            I have no further questions, Your Honor.

8            THE COURT:  Any follow-up or redirect, I should

9   say?

10           MS. GROSSHANS:  No, Your Honor.  Thank you.

11           THE COURT:  All right.  Thank you very much.

12   I appreciate your time and your testimony, Mr. Storemski.

13   Safe travels home.

14           THE WITNESS:  Thank you, sir.

15           THE COURT:  All right.

16           Before we call our next witness, let's take our

17   afternoon break.  Our court reporter has been going for a

18   little while.

19           So it's 3:00.  We will resume at 3:15.  See you

20   all very soon.

21           COURTROOM DEPUTY:  All rise.

22           (Jury exited the courtroom.)

23           THE COURT:  All right.  So the government has one,

24   two witnesses?

25           MS. GROSSHANS:  We have three more witnesses.

1  We do have two ready for today, but we —- we have the —-

2  architect from the Architect of the Capitol and then two

3  police officers.

4             THE COURT:  Left?

5             MS. GROSSHANS:  Left, yes.

6             THE COURT:  And two are here?

7             MS. GROSSHANS:  Yes.

8             THE COURT:  Okay.  All right.

9             Okay.  We'll see where that takes us in terms of

10  timing and we'll see everybody soon.  Thanks.

11             MS. GROSSHANS:  All right.  Thank you.

12             COURTROOM DEPUTY:  This Court stands in recess.

13             (Recess from 3:03 p.m. to 3:18 p.m.)

14             THE COURT:  Please be seated, everyone.

15  Thank you.

16             They shouldn't be too far behind me.

17             COURTROOM DEPUTY:  Jury panel.

18             (Jury entered the courtroom.)

19             THE COURT:  Okay.  Please be seated, everyone.

20             Government ready with its next witness?

21             MR. PERRI:  United States calls Jason McIntyre.

22             COURTROOM DEPUTY:  Please raise your right hand.

23             (Witness is placed under oath.)

24             COURTROOM DEPUTY:  Thank you.

25             THE COURT:  Mr. McIntyre, welcome.

```
 1              THE WITNESS:  Thank you.
 2              MR. PERRI:  Thank you, Your Honor.
 3                        -  -  -
 4    JASON McINTYRE, WITNESS FOR THE GOVERNMENT, SWORN
 5                    DIRECT EXAMINATION
 6                        -  -  -
 7    BY MR. PERRI:
 8        Q    Sir, would you please state your name for the
 9    record.
10        A    My name is Jason, J-a-s-o-n.  McIntyre,
11    M-c-I-n-t-y-r-e.
12        Q    Good afternoon.
13        A    Good afternoon.
14        Q    So where do you work, sir?
15        A    I work for the Architect of the Capitol.
16        Q    And how long have you worked there?
17        A    I've worked for the Architect of the Capitol for
18    14 years.
19        Q    And what is your prior work experience?
20        A    Prior to working for the architect, I worked for
21    the United States navy as a civilian.
22        Q    Okay.
23             And what is your position or title with the
24    Architect of the Capitol?
25        A    My title is deputy superintendent of the
```

1    United States Capitol.

2        Q    What are your responsibilities?

3        A    The Architect of the Capitol's responsibilities

4    are to care for, maintain, preserve, and perform

5    construction activities in the Capitol and on the

6    Capitol grounds.

7        Q    So that's sort of like the mission of the office?

8        A    Correct.

9        Q    And does your -- does it pertain, your duties

10   pertain only to the Capitol building or does it extend

11   beyond that?

12       A    The Architect of the Capitol extends beyond that.

13            My office specifically, we're responsible just for

14   the Capitol and the Capitol visitors center.

15       Q    Okay.

16            So if something gets broken or damaged, does that

17   implicate your duties at all?

18       A    Yes.

19       Q    All right.

20            And so would you be responsible for overseeing

21   repairs, for example?

22       A    Yes.

23       Q    All right.

24            Where is your office physically located?

25       A    My office is located in the Capitol Building.

1     Q     All right.

2           And were you so employed on January 6th, 2001

3     [sic]?

4     A     Yes.

5     Q     Where were you that day?

6     A     In 2021, I was --

7     Q     Yes, sir.

8     A     -- I was working virtually that day.

9     Q     Okay.

10          So at some point did you become aware of what had

11    happened at the Capitol that day?

12    A     Yes.

13    Q     And what was your response to the situation?

14    A     In the afternoon of the 6th, my boss, who was

15    on-site that day, he and I were keeping in close contact

16    with each other throughout the day.

17          Once we realized there was damage that was

18    occurring to the building and the extent of the damage that

19    was being shown on TV and through reports that we were

20    getting at work, we stood up what we call our disaster

21    assessment teams.

22    Q     And what's the purpose of that?

23    A     Those disaster assessment teams are a group of

24    individuals who are knowledgeable enough about our building,

25    our building systems, our -- the architectural features, the

818

```
 1   structural systems, the plumbing, things of that nature.
 2   And those individuals would be -- were called on to go
 3   through the entire facility and around the exterior grounds
 4   of the building to determine the extent of damages.
 5        Q    Okay.
 6             Were you personally involved in that effort?
 7        A    Yes.
 8        Q    So what time of day -- or what day, rather, and
 9   what time of that day did you arrive on the scene?
10        A    We began our disaster assessment teams shortly
11   before 5:00 a.m. on January 7th.
12        Q    Okay.
13             And did you personally have occasion to go to the
14   west front of the Capitol?
15        A    Yes.
16        Q    Did you personally have occasion to go to the area
17   of the lower West Terrace tunnel and the window to the left?
18        A    Yes.
19        Q    And what kind of things did you observe in that
20   general area?
21        A    On the exterior of the building, lots of debris.
22             We were in the midst of building the inaugural
23   stands for the impending Presidential inauguration.
24             Lots of broken items on the congressional stands;
25   furniture, flags, different objects that had been left
```

 1   behind; broken windows; broken doors.

 2          MR. BOYLE:  Your Honor, we're going to object.

 3          I thought that we were dealing with one specific

 4   item of damage in this case.

 5          MR. PERRI:  We're getting there, Your Honor.

 6          THE COURT:  Okay.

 7          Let's move on to the next question, please.

 8          MR. PERRI:  I'd like to show the witness what's

 9   already been admitted as United States Exhibit 508.

10   BY MR. PERRI:

11      Q    Sir, could you please indicate by drawing on the

12   screen the location of the entrance to the lower West

13   Terrace tunnel?

14      A    Yes.  It is located in the middle.

15          MR. PERRI:  Okay.  Can we erase that marking,

16   please.

17   BY MR. PERRI:

18      Q    And can you now indicate the location of the

19   window immediately to the left of that tunnel.

20      A    Just to the north.

21          MR. PERRI:  Okay.

22          He's blowing that up for you.

23   BY MR. PERRI:

24      Q    So could you do that again, indicate it again.

25      A    Yes.

1    Q    Is that normally how the window appears typically

2  on the west front of the Capitol under normal circumstances

3  with no particular events going on?

4    A    No, it is not.

5    Q    Can you explain how it's different.

6    A    Typically prior to the construction of the

7  inaugural congressional stands, the structure that you see

8  modeled here in front of these windows is a wooden temporary

9  structure that's similar to like bleachers that you would

10  see at a large event with a crowd.

11        Those wooden -- that wooden structure is typically

12  not there, and so that window that I previously circled,

13  that window is almost three times the height of that that

14  you can see as from this model.

15    Q    Okay.

16        Now, when you refer to the window, I want to make

17  sure that we're clear, are you -- can we make a distinction

18  between the window and panes within the window?

19    A    Yes.

20        The window, to me, would be the entire assembly,

21  and each piece of glass would be a window pane.

22    Q    Okay.

23        Do you have a name or a characterization for those

24  rounded panes that we see there at the top of the window?

25    A    I think traditionally we would call that a

1    quarter-moon panel.

2         Q    Okay.

3              So these panels of glass that make up the window,

4    is it any kind of glass in particular?

5         A    The window -- the glass of this window is -- was

6    quarter-inch safety -- laminated safety glass.

7         Q    Laminated safety glass.  Okay.

8              What doe "safety glass" mean?

9         A    Similar to what you would find in a newer window

10   or in even an automobile, it's glass that when you hit it,

11   it's not going to come out as one giant piece of glass, from

12   a safety perspective.

13        Q    All right.

14             These quarter moon, did you say, quarter-moon

15   panes, is it something that can be procured at your

16   neighborhood Lowe's or does it have to be done by special

17   request and order?

18        A    At the time during the middle of the pandemic

19   given how close we were to the inaugural, we were not able

20   to procure this glass through traditional means.

21        Q    Okay.

22             When you visited the Capitol on the early morning

23   of the 7th, did you find any damage to this window?

24        A    Yes.

25        Q    And can you describe that, please.

1     A     On the morning of the 7th, from the exterior of

2    the building, the several panes of glass had been broken.

3          The overall assembly, as you can see here, there

4    are six pieces of glass that are -- that you could access

5    based on the temporary wood construction.  Several of those

6    were broken on the morning of the 7th.

7     Q     Could you perhaps put your finger, count the

8    individual panes for us to add up to six.

9     A     Yes.

10         Is there are a way to blow that back up?

11         Actually, this is already blown up.

12         So one, two, and then four smaller rectangular

13   pieces.

14    Q     Was the pane on the top right, was it there?

15    A     That pane had been broken.

16    Q     Was it just cracked or was it completely gone?

17    A     That pane was completely gone.

18    Q     Did you personally have a role in the process of

19   requesting a repair for that particular pane?

20    A     Yes.

21    Q     And how did that factor into your duties?

22    A     At the Architect of the Capitol, we have about --

23   in my office, we have about 225 employees who perform repair

24   work, maintenance, historic preservation.

25         And in a traditional scenario, this is something

1    that our -- one of our employees would have repaired.

2            The challenge that we were faced with was

3    availability of materials.  Not only the shape and size of

4    materials but also the amount of material that we needed.

5            We did not have enough glass on hand to make the

6    repairs necessary to all the different panes of glass that

7    had been broken on the building on the 6th.

8            We then made a decision that we would have to hire

9    a contractor with two major factors that we looked -- that

10   we considered.

11           The first factor was availability of materials;

12   did they have the materials on hand.  The second factor was,

13   did they have the manpower to do this work at this location

14   prior to the inaugural, which was going to occur in less

15   than two weeks.

16       Q    So there was a circumstance of urgency?

17       A    Yes.

18       Q    Was it in a necessity to have this done prior to

19   the inauguration?

20       A    Yes.

21           From a safety perspective, both from -- and a

22   security perspective.

23           Security of the building.  Also, security and

24   safety for the inaugural stands themselves.

25       Q    So what steps then did you take to determine the

1    cost?

2        A    Based on urgency and timing, we began reaching out

3    to glass contractors that we had worked with in the past --

4    that we had successfully worked with in the past.

5            To do work on Capitol Hill and inside the Capitol,

6    you have to -- a contractor will have to have been -- have

7    gone through a security background check, and that security

8    background check was important to us as well.

9            And so we'd only started reaching out to

10   contractors that we had had successful dealings with in the

11   past.

12           One of those contractors that we reached out to

13   had the amount and type of glass that we needed on hand and

14   had the manpower available to do the work for us within the

15   time frame that we needed to do it.

16       Q    So were you able to utilize that contractor?

17       A    We were, yes.

18       Q    And were you able to effectuate a repair of the

19   top right quarter-moon pane of the window that's immediately

20   to the left of the lower West Terrace tunnel?

21       A    Yes, we were.

22       Q    And has it actually been repaired at this time?

23       A    It has been, yes.

24       Q    And what was the cost to the United States of

25   America of completing that repair, in essence of replacing

1    that particular pane of the window?

2         A    To repair that pane of glass was $1,133.

3         Q    And that includes which component and aspects of

4    the total cost?

5         A    That includes the materials and labor from our

6    contractor.  That includes the temporary plywood that we had

7    to install the night of the 6th in order to secure the

8    building.

9              And that also includes some miscellaneous paint

10   materials.  We had to repaint part of the window after the

11   damages, as well as the labor from the Architect of the

12   Capitol employees who did that carpentry work, that paint

13   work, as well as some escort time for one of my employees to

14   escort the contractor while doing the work.

15        Q    Are you aware of any peculiar aspects of that

16   repair that would have made it peculiarly difficult or may

17   have added to the cost?

18        A    Timing is really -- was the biggest one.

19             At that time, security as well.

20             If you recall, a large fence went up around the

21   Capitol complex shortly after January 6th.

22             And with the increased security, even a contractor

23   with badges we had to escort them, they were not allowed to

24   be on any of our jobsites without an escort.

25        Q    Is there anything particularly labor intensive

1    about performing this particular repair?

2        A    Not to my knowledge.

3        Q    Okay.

4             How about fitting the glass, is there anything

5    about that?

6        A    Because it's a quarter moon, they did have to cut

7    the glass on-site.

8             So if you imagine, glass typically comes in a

9    sheet of glass.  And in order to make sure that they cut

10   that quarter moon to the exact size that they need to, they

11   would have cut that on-site, not -- nothing that a glass

12   contractor isn't used to doing at this location.

13            MR. PERRI:  Okay.

14            At this time, I would like to show the witness

15   Exhibit 106.1, which has already been admitted into

16   evidence.

17            Could we start approximately 3:30.

18            No, I'm sorry.

19            Okay.  Could we play that, please.

20            (Video played)

21            MR. PERRI:  Stop it, please.

22   BY MR. PERRI:

23        Q    Mr. McIntyre, are you able to notice in that

24   depiction whether or not there's a reflection in the window?

25        A    Yes, there's a reflection.

1     Q    Does it appear to be intact at this point?

2     A    Yes, it does.

3          MR. PERRI:  Please continue.

4          (Video played)

5  BY MR. PERRI:

6     Q    Okay.

7          Are you able to tell which window that is?

8     A    I could, yes.

9     Q    And which one is it?

10    A    That is the window previously that you referenced

11  as to the left of the lower west tunnel terrace -- the lower

12  West Terrace tunnel.  My apologies.

13    Q    Okay.

14         And did you witness the individual there with the

15  camouflage pants who has been identified as the defendant

16  strike that window six times with a tomahawk?

17         MR. BOYLE:  Your Honor --

18         THE COURT:  Objection is sustained.

19         MR. PERRI:  And may I have just a moment,

20  Your Honor?

21         THE COURT:  Sure.

22         (Government counsel conferred off the record.)

23  BY MR. PERRI:

24    Q    Okay.

25         Could we play that back just one more time,

1   please.  And I want to ask the witness if you can notice how

2   many times the window is struck.

3              (Video played)

4              THE COURT:  Can I -- hang on.

5              Counsel, can I ask you to -- it's been played

6   before; I don't know why he needs to identify the number.

7              MR. PERRI:  Okay.

8              Can we take it off the witness, please.

9              (Government counsel conferred off the record.)

10  BY MR. PERRI:

11       Q    Mr. McIntyre, were you able to see when you

12  watched that, were you able to notice whether or not there

13  were chards and fragments flying as a result of the strikes?

14       A    Yes, I could see that.

15       Q    And in this frame right here, are you able to see

16  damage to the window?

17       A    Yes.

18       Q    Are you able to see cracks?

19       A    Yes.

20       Q    And would this damage alone require complete

21  replacement of the pane?

22       A    In my assessment in watching this, I would say

23  that, based on the cracking, we would have replaced this

24  pane of glass.

25       Q    Mr. McIntyre, are you aware of what's on the other

1    side of this room?

2         A    Yes.

3         Q    What is it?

4         A    It is a room that is used primarily as an office.

5         Q    What's the name of it?

6         A    The room number is ST2M.

7         Q    What does that stand for?

8         A    Senate Terrace 2 Mezzanine.

9         Q    And what is normally in there?

10        A    Traditionally, that room would have office

11   furniture; a mixture of either desks, chairs.

12             Sometimes it will have coffee tables, conference

13   tables, chairs that would be around a conference table,

14   conference table, things of that nature.

15        Q    And what's the purpose of the room?

16        A    This room is used -- it's assigned -- like most

17   spaces in the Capitol Building, it's assigned to a specific

18   person for each Congress, and they choose how to use this

19   space.

20             Again, traditionally, this room is used as either

21   a meeting space or as an office.

22        Q    Did you have the opportunity to actually enter

23   this room on the morning of January 7th?

24        A    Yes, I did.

25        Q    And what did you observe?

1        A    This room had quite a bit of damage to it.

2             The entrance door from the hallway inside the

3    building had been broken off of the room.

4        Q    How about the furniture?

5             MR. BOYLE:  Your Honor, I'm going to object.

6             THE COURT:  I'll permit this for the very limited

7    reason I think you're asking the question.  So if you could

8    please just direct him to that question and answer, please.

9             MR. PERRI:  Yes, Your Honor.

10   BY MR. PERRI:

11       Q    Did you have the opportunity to observe the

12   condition of the furniture that would have been in that

13   room?

14       A    There was very little furniture that remained in

15   this room on the morning of the 7th.

16       Q    So you're saying there were things that were

17   missing?

18       A    Yes.

19            MR. PERRI:  I would like to play for the witness

20   only United States Exhibit 106.5. -- I'm sorry, 106.4.

21            (Video played)

22   BY MR. PERRI:

23       Q    Is that the room that you recognize as ST2M?

24       A    Yes, it is.

25       Q    And is that the furniture that you were referring

1    to?

2        A    Yes, it is.

3            MR. PERRI:  At this point, I would like to show

4    the witness United States Exhibit 109.2, which I believe has

5    been admitted.

6            (Video played)

7            MR. PERRI:  I believe that is at 30 seconds,

8    because of the Court's ruling.

9            So can we start playing that at 30 seconds,

10   please.

11           (Video played)

12           MR. PERRI:  Stop it, please.

13   BY MR. PERRI:

14       Q    Mr. McIntyre, did you see an object come out of

15   the window just then?

16       A    Yes, I did.

17       Q    And how would you characterize that object?

18       A    That appeared to be a drawer from a piece of

19   furniture.

20           MR. PERRI:  Continue.

21           (Video played)

22           MR. PERRI:  Okay.  Thank you.

23   BY MR. PERRI:

24       Q    And now I would like to show you briefly

25   United States Exhibit 118, which has already been admitted

1    into evidence.

2              (Video played)

3              MR. BOYLE:  Your Honor.

4              THE COURT:  Counsel, let's move on.  We're getting

5    cumulative here.

6              MR. PERRI:  May we get on the phones, Your Honor?

7              THE COURT:  No.  Let's move on.

8    BY MR. PERRI:

9        Q    Mr. McIntyre, what is your understanding of the

10   quality of the furniture that is in room ST2M?

11       A    The furniture throughout that area of the building

12   would be characterized as the commercial hardwood furniture.

13       Q    Solid?

14       A    Solid.

15       Q    Solid wood construction?

16       A    Correct.

17       Q    Okay.  One last thing, Mr. McIntyre, I apologize.

18            We would like to show you what's been marked for

19   identification for purposes as 106.5.

20            Are you able to see that?

21       A    Yes.

22       Q    Okay.

23            Are you able to recognize that room as ST2M?

24       A    Yes.

25       Q    And are you able to recognize some of that

1    furniture as furniture that would have been in that room?

2        A    Yes, I am.

3            MR. PERRI:  And we would move for the admission of

4    United States Exhibit 106.5.  It's a screenshot.

5            MR. BOYLE:  Object, Your Honor.  We don't believe

6    this is relevant.

7            THE COURT:  I'll overrule it.

8            All right.  106.5 is admitted.

9                            (Government's Exhibit 106.5

                                received into evidence.)

10

11   BY MR. PERRI:

12       Q    Are you able to circle some items of furniture

13   there?

14       A    The pieces of furniture that I can identify in

15   here are a conference table that appears to be laid somewhat

16   on its side.

17           There's still some chairs that are in the room.

18           And this appears to be a coffee table or some sort

19   that is upside-down, that appears to probably be a coffee

20   table leg.

21       Q    Does there appear to be anything missing from that

22   coffee table?

23       A    The drawers do appear to be missing.  The drawers

24   would be at this location.

25           MR. PERRI:  No further questions.

1                           - - -

2                     CROSS-EXAMINATION

3  BY MR. BOYLE:

4      Q    Sir, when you conducted your assessment of the

5  window on January 7th, was the window completely broken out

6  at that point in time?

7      A    The glass of this pane was completely broken out,

8  yes.

9      Q    Okay.

10          MR. BOYLE:  Thank you.  I have no further

11  questions.

12          THE COURT:  Okay.

13          Any redirect?

14          MR. PERRI:  No, thank you, Your Honor.

15          THE COURT:  All right.  Mr. McIntyre, thank you

16  very much for your time and testimony.

17          THE WITNESS:  Thank you, Your Honor.

18          MS. GROSSHANS:  Your Honor, would you like us to

19  call our next witness?

20          THE COURT:  Please.

21          MS. GROSSHANS:  Your Honor, the United States

22  calls Officer Mustafa Ak.

23          COURTROOM DEPUTY:  Please raise your right hand.

24          (Witness is placed under oath.)

25

1          MS. GROSSHANS:  Good afternoon, Officer.  Welcome.

2          May I proceed, Your Honor?

3          THE COURT:  You may.

4                       - - -

5   MUSTAFA AK, WITNESS FOR THE GOVERNMENT, SWORN

6                   DIRECT EXAMINATION

7                       - - -

8   BY MS. GROSSHANS:

9       Q    Good afternoon, Officer.

10      A    Good afternoon.

11      Q    Could you please introduce yourself to the ladies

12  and gentlemen of the jury and spell your last name.

13      A    I am Officer Mustafa Ak.  Last name is A-k.

14      Q    And, Officer, where do you work?

15      A    Metropolitan Police Department, First District.

16      Q    How long have you been working with the

17  Metropolitan Police Department First District?

18      A    About four and a half years.

19      Q    And what is your current assignment with the First

20  District Metropolitan Police Department?

21      A    Patrol.

22      Q    You've been working there for four and a half

23  years.  Were you working on the date of January 6th, 2021?

24      A    Yes.

25      Q    And what was your assignment on January 6th, 2021?

1    A    I was assigned to the civil disturbance unit, CDU

2    12, which is the hard gear platoon unit.

3    Q    Okay.

4         We are going to walk that back a little bit.

5         So what is CDU?  What does it mean that you're CDU

6    12?

7    A    Well, CDU is civil disturbance unit.

8         We have the mountain bike unit, we have the

9    regular officers that are in regular police uniform.  And

10   then we have the CDU 12, which is the hard-gear platoon.

11   Q    And what does it mean that you're a hard-gear

12   platoon?

13   A    Usually when we get deployed, it's more than a

14   peaceful protest.  It means like a riot is going on.

15        We're deployed.  We have, like, hard gear on,

16   protection.  We have basically a suit that's, like, water

17   repellent and, like, fireproof.

18   Q    Okay.

19        Does it also include some sort of like a padding,

20   something that's protective gear for you?

21   A    Yes.

22   Q    And the civil disturbance unit, there's a hard

23   platoon, and then is there also a soft-gear platoon?

24   A    Yes.

25   Q    And when the civil disturbance unit is getting

1  deployed in general, what kind of things do you get deployed

2  to?

3       A    Mainly protests.

4       Q    Okay.

5            And working in the civil disturbance unit in

6  Washington, D.C., is it fair to say that you've seen your

7  fair amount of protests?

8       A    Yes.

9       Q    What time did you start work on January 6th?

10      A    I believe we came in around 6:00 in the morning,

11 6:00 or 7:00 in the morning.

12      Q    And what was your particular assignment on

13 January 6th that morning when you came in?

14      A    Well, our platoon, we were on a standby mode.

15 We were just sitting in unmarked vans.

16      Q    And were you located near the Capitol when you

17 were sitting in these unmarked vans?

18      A    Yes, we were near the Capitol.

19      Q    Eventually, were you called to the Capitol?

20      A    Yes, we were.

21      Q    How did you get to the Capitol?

22      A    One of the officers was driving the van.  We all

23 caravaned to the Capitol once we were told to respond there.

24      Q    Okay.

25            And were you wearing, in fact, your hard gear at

1    that time?

2         A    Yes.

3         Q    What did you see when you first -- well, strike

4    that.

5              What side of the Capitol did you first arrive at

6    when you arrived?

7         A    I don't know the exact side.  But I remember we

8    came from the, I think, the east side, and then we walked

9    from the side of the Capitol towards the West Terrace.

10        Q    Okay.

11             So eventually you ended up at the West Terrace?

12        A    Yes.

13        Q    All right.

14             And when you arrived at the West Terrace, can you

15   describe for the ladies and gentlemen of the jury what it

16   was like on the West Terrace at that time.

17        A    When I arrived there, there was already a police

18   line that was -- that had been formed, so we were just

19   filling in the gaps on the police line.

20        Q    All right.

21             Were people already -- were protesters and rioters

22   already up to the police line?

23        A    Yes.  They were up against the fence where the

24   police line was.

25        Q    Okay.

1          And what did you and your unit do when you arrived

2     at that location?

3          A    Well, we were holding the line.

4          Q    All right.

5              And so the police line was still intact holding

6     back the people that weren't supposed to be there, the

7     nonpolice?

8          A    Yes.

9          Q    I'm going to show you what has been -- if I may

10    have a moment.

11             MS. GROSSHANS:  Your Honor, may I ask if you have

12    502.1 through 502.4 entered?  They are.  Okay.

13             At this time, I'm seeking to publish 502.1.

14    BY MS. GROSSHANS:

15         Q    Is this a photograph of that police line that was

16    formed on the west front?

17         A    Yes.

18         Q    And you are part of this line?

19         A    Yes.

20         Q    Looking at this photograph, can you tell where it

21    was approximately that you were standing in this line when

22    you arrived?

23         A    I was.

24         Q    If you can't, it's fine.  I just -- you were part

25    of this line?

1      A     I was part of the line.

2      Q     Okay.

3            At some point, did the line break?

4      A     Yes.

5      Q     And what happened when the like broke?

6      A     Well, the protesters, or the rioters, got more

7   violent.

8            While we had the police line, we were getting

9   sprayed by bear mace.  We were getting thrown different

10   items at us.

11           And then at some point, they pushed.  Then the

12   police line broke and we had to retreat to the other level

13   of the Capitol of the West Terrace.

14     Q     Okay.

15           When you say "bear mace," do you mean like a bear

16   like an animal?

17     A     Yes.

18     Q     What is bear mace?

19     A     It's basically like pepper spray that you use

20   against bears.

21     Q     Okay.

22           And that was being sprayed at you?

23     A     Yes.

24     Q     Had you ever before been sprayed with bear mace or

25   pepper spray?

1      A      No, not that I remember.

2      Q      Okay.

3             On duty?

4      A      Yes.  No.

5      Q      In your training, had you ever been sprayed with

6    chemical irritants type of spray?

7      A      With training, I've been sprayed by pepper spray.

8      Q      Okay.

9             But this was something different than pepper

10   spray?

11     A      Yeah.

12     Q      Can you describe for the ladies and gentlemen of

13   the jury how it was different?

14            What did it feel like that was different than a

15   pepper spray that you received in training?

16     A      I mean, it's similar to the pepper spray.  It

17   gives the same sensation, a burning sensation to the facial

18   and the skin, but it's used on animals.

19     Q      When you're sprayed with bear spray or pepper

20   spray or any type of chemical irritant, is there anything

21   that you can do to sort of ease the pain of that?

22     A      Basically, just wash it out and then wait for it

23   to dry out.

24     Q      Would it help to take like a watter bottle and

25   spray it in your eyes?

1      A    Yes.

2           MS. GROSSHANS:  Can we please show Officer Ak

3    502.2.

4    BY MS. GROSSHANS:

5      Q    Officer Ak, is this a photograph of, once the

6    police line broke, is this what you were describing for the

7    ladies and gentlemen of the jury?

8      A    Yes.

9           MS. GROSSHANS:  Can we show him 502.3.

10   BY MS. GROSSHANS:

11     Q    And, Officer Ak, is this -- well, what are the

12   officers doing in this photograph?

13     A    Well, this is where is we retreated to the other

14   level of the Capitol, which is -- there's stairs that come

15   down from the West Terrace that lead up to the stairs right

16   here, and then we retreated to this level.

17     Q    Okay.

18          And so what you just circled there, are those

19   officers standing there?

20     A    Yes.

21     Q    And there's kind of like clouds that you can see

22   in the photograph.  Can you tell what those are?

23     A    Those are just the smokes.

24          The MPD uses different type of, I believe, like a

25   smoke grenade or, like, it could be pepper spray that MPD

1   uses to deter the protesters or the rioters from the area.

2        Q    Is it a nonlethal way to kind of deter --

3        A    Yes.

4        Q    -- control a crowd?

5        A    Yes.

6        Q    When you retreated up to the lower West Terrace,

7   did you actually --

8             MS. GROSSHANS:  Can we remove that photograph,

9   please.

10  BY MS. GROSSHANS:

11       Q    Did you retreat to anywhere in particular on the

12  lower West Terrace?

13       A    From there, I retreated to the tunnel, what we

14  call.

15       Q    The lower West Terrace tunnel?

16       A    Yes, of the Capitol.

17       Q    And when you say "we call," who calls the lower

18  West Terrace tunnel, "the tunnel"?

19       A    Us, the officers, we call it the tunnel.  That's

20  where we were.

21       Q    Okay.  All right.

22            And what were you doing in the tunnel?

23       A    The rioters had come up to the entrance of the

24  tunnel, and we were trying to stop them entering the

25  Capitol.

1     Q     You were trying to stop them entering the Capitol.

2           What was your mission that day when you were

3     called to the Capitol?

4     A     Our mission was to protect the Capitol.

5     Q     When you arrived in the tunnel, what did you

6     observe when you first arrived into the tunnel?

7     A     Well, when we first got in there, I was towards

8     the -- at the back in the tunnel behind the officers.

9           And then I observed one of my classmates, he was

10    on a ledge in the tunnel.  And he had a good vantage point

11    of using OC spray, pepper spray by the entrance of the

12    tunnel, so I got up there as well to help out.

13    Q     Did you actually replace that officer on the ledge

14    there in the tunnel?

15    A     Yes, I did.

16    Q     You'd mentioned that there were a bunch of police

17    officers and you were kind of standing behind them.  Were

18    there rioters inside the tunnel as well?

19    A     At some point there was, yes.

20    Q     Can you describe for the ladies and gentlemen of

21    the jury what that interaction was like between the rioters

22    and the police?

23    A     Well, it was basically a full-on hand-to-hand

24    combat going on.

25          They were assaulting us with batons, metal poles,

845

1    flagpoles.  Throwing -- using a fire extinguisher on us,

2    throwing bottles, unknown liquids, hitting, punching us.

3    Using police shields against us.  So a full-on fight,

4    basically.

5        Q    Were you personally thrown -- were liquids

6    personally thrown on you?

7        A    Yes.

8        Q    Were you personally sprayed by OC spray or bear

9    spray or pepper spray in the tunnel?

10       A    Yes.

11       Q    Were you personally hit by any hard objects?

12       A    Yes.

13       Q    What were those objects?

14       A    Batons.  Anything they could get ahold of out

15   there.  Anything that they could throw at us.

16       Q    Were the rioters pushing against the police line?

17       A    Yes, they were.

18       Q    What was that doing in your ability to do your job

19   and protect the Capitol?

20       A    Well, it was making our job a lot harder.

21            We were in the tunnel for hours, we were all

22   exhausted, we were all tired, we were all hurting.  I mean,

23   we were in pain.  It was a very, very long day.

24       Q    What was your understanding of the importance of

25   holding that line in the tunnel?

1    A    Well, I thought that was the only entrance to the

2    tunnel.

3         I haven't been to the -- I mean, I've been to the

4    Capitol as a tourist, I think, once or twice, but I'm not

5    familiar with the Capitol at all.  So I thought that was the

6    only entrance, so I was like, we've got to hold this tunnel.

7    Q    What could you hear in the tunnel?

8    A    Sirens.

9    Q    Did you know where those sirens were coming from?

10   A    From inside the tunnel.  I believe it was a siren

11   that MPD uses on a speaker to deter people from an area.

12   Q    Were you or any of the other police officers in

13   the tunnel giving commands to the rioters?

14   A    Some officers were.

15   Q    Okay.

16        And what types of things were the officers saying?

17   A    We usually -- we're trained to say, "get back."

18   Q    Were the rioters, in fact, getting back?

19   A    No.

20   Q    On January 6th, 2021, were you wearing a body-worn

21   camera while you were working at the Capitol?

22   A    Yes.

23   Q    Was your body-worn camera on consistently the

24   entire time that you were at the Capitol?

25   A    It wasn't on the whole time.

1      Q     Okay.

2            Eventually, did you turn on your body-worn camera?

3      A     Yes.

4      Q     Where were you in the Capitol -- like on the

5   Capitol grounds, where were you when you turned your

6   body-worn camera on?

7      A     I believe I was in the tunnel when I turned it on.

8      Q     How does the body-worn camera work?

9            So are you dressed similarly today than you

10  were -- as you were on January 6th?

11     A     Yes.

12           I normally would have the shoulder, knee pads, the

13  protection that I would wear on the hard-gear platoon, and

14  the black suit that's water and fire repellent.

15           And on top of that, I would usually put my vest

16  on.

17     Q     Okay.

18           So the vest that you have on today is similar to

19  the one that you were wearing on January 6th?

20     A     Yes.

21     Q     Okay.

22           And so what's that in the middle of your vest?

23     A     It's my body camera.

24     Q     Okay.

25           And you just, for the record, took the body cam

1    off and put it on the table in front of you.  Okay.

2          And the body-worn camera, how does that work?  How

3    does it get activated when you're working?

4    A    Well, it activates whenever we press the small

5    circular button in the middle twice and then it will start

6    activating.

7    Q    Okay.

8          So it doesn't automatically get activated, you

9    actually have to do something to turn it on?

10   A    Yes.

11   Q    Do you also have to do something to turn it off?

12   A    Yes.

13         We just have to press and hold that metal button

14   once and it will stop recording.

15   Q    And you were wearing that on the center -- kind of

16   the center of your chest?

17   A    Yes, the same exact place.

18   Q    Okay.

19         When you turn on your body-worn camera, what

20   happens?  Do you know what happens with the video and audio

21   record?  Does it actually audio and video record?  I should

22   start with that.

23   A    Well, when I activate it, it will start with audio

24   and video; however, it will also have a two-minute buffer

25   period which will have only video of what I was doing prior

1  to two minutes before I activated.  So it will only be two

2  minutes of video, and then after that, it will be the

3  regular audio and video from when I activated it.

4       Q    So if I was doing video -- audio -- body-worn

5  camera, if I push the button right now, it would go two

6  minutes back?

7       A    Yes.

8       Q    And show the video from there but not the audio?

9       A    Yes.

10      Q    Okay.

11           And after a recording is made, is there something

12  that you need to do in order to save that video?

13      A    Normally we would tag it, is what we call it, with

14  report numbers and then the date, time -- I mean, the date

15  the event of what was going on and the location of where

16  that video was recorded.

17      Q    And how does that actually get saved?  Does it get

18  saved somewhere?

19      A    It gets saved on a cloud called Evidence.com.

20      Q    Okay.

21           And do you have to do anything in order to have

22  that get saved other than tag it?

23      A    We have to dock it at the docking stations at the

24  police station.

25      Q    And did you do that in this case after

1  January 6th?

2      A    Yes.

3      Q    Prior to your testimony here today, did you have a

4  chance to review all of your body-worn camera from

5  January 6th?

6      A    Most of it, yes.

7          MS. GROSSHANS:  Okay.

8          And I'm going to ask to publish Exhibit 111 to the

9  jury.

10          I'm going to ask you to stop.

11          For the record, it's 00:00 on Exhibit 111.

12  BY MS. GROSSHANS:

13      Q    Is this your body-worn camera from that day?

14      A    Yes.

15      Q    And how do you know that's your body-worn camera

16  from that day?

17      A    The serial number at the top corner, the X6039BF8H

18  is the same serial number on my body cam.

19      Q    Okay.

20          So actually on the body-worn camera that you are

21  holding in your hand, do you see that serial number?

22      A    Yes, at the bottom.

23      Q    And in this screenshot at 00:00, can you see any

24  of those items that you had already testified to being used

25  by the rioters?

1       A    Yes, a police shield.

2       Q    Okay.

3            And how can you tell that those are police

4    shields?

5       A    Well, I've seen them before, and it looks like

6    there is actually a police sign on the shield actually.

7       Q    Okay.

8            And have you ever used a police shield?

9       A    I've used it in training.

10       Q    Okay.

11            As part of the CDU, do you use the police shields

12    in your civil-disturbance-unit work?

13       A    Yes.

14       Q    What would happen if you were to lose a police

15    shield?

16       A    Somebody else would take it.

17       Q    Like if you were working, would you have to pay

18    for it?

19       A    No.

20       Q    Okay.

21            Would someone have to pay for it?

22       A    Yes, the department.

23            MS. GROSSHANS:  And if we can please play 111 up

24    until about 30 seconds.

25            (Video played)

1          MS. GROSSHANS:  Can you stop it there actually.

2    BY MS. GROSSHANS:

3          Q     Officer Ak, at this moment at 13 seconds in the

4    video, realtime stamp 16:03:30, can you see to the back of

5    the tunnel?

6          A     Yes.

7          Q     Okay.

8                So in this clip you can see sort of like a round

9    quarter moon, if you will --

10         A     Yes.

11         Q     -- in the lower right corner?

12               And then what's on the opposite side of that?

13         A     So the right side is the entrance to the tunnel,

14   and the left side is the inside of the Capitol.

15         Q     Okay.

16               And when you testified, you said that you

17   initially went to the back of the line.  So are you talking

18   that you kind of were near the back by those gold doors when

19   you first came in?

20         A     Yes.

21         Q     Okay.

22               And in front of you and in this clip almost to the

23   entrance of the tunnel, you can see that there's police

24   officers in there?

25         A     Yes.

1    Q    So what are the police officers doing in the back

2  of the line, what are the officers doing in the front of the

3  line?

4    A    Well, the officers in the back are just waiting

5  for their turn to get to the front.

6         Whoever is usually in the front, they would get

7  tired and exhausted and they would rotate with the officers

8  in the back.  So the officers in the back were just waiting

9  or providing support.

10    Q    Is it exhausting being part of hand-to-hand

11  combat?

12    A    Yes.

13         MS. GROSSHANS:  Can you please play again.

14         (Video played)

15         MS. GROSSHANS:  Can you please stop it.

16  BY MS. GROSSHANS:

17    Q    Officer Ak, you can see some hands in the screen

18  now at 23 seconds into the video, 16:03:41 real-time.

19         Whose hands are those?

20    A    Mine.

21    Q    And I noticed that, unless we're not playing it,

22  there's not sound right now?

23    A    Yes.

24    Q    So this is within that two-minute period before

25  your audio activated?

1    A    Yes.

2    Q    And what are your hands doing at this point?

3    A    Looks like I grabbed my OC spray.

4         MS. GROSSHANS:  Can you please press play.

5         (Video played)

6         MS. GROSSHANS:  Can you please stop.

7    BY MS. GROSSHANS:

8    Q    At 31 seconds into the video, can you see who

9    you're spraying with that OC spray?

10   A    Individuals at the entrance to the tunnel.

11   Q    And are you actually hitting the individual

12   wearing the blue hoodie?

13   A    Yes.

14        MS. GROSSHANS:  Can you please press play.

15        (Video played)

16        MS. GROSSHANS:  Please stop.

17        Can you go back to 53 seconds.

18   BY MS. GROSSHANS:

19   Q    At 53 seconds, can you see who --

20        MS. GROSSHANS:  Can you press play one more

21   second.

22   BY MS. GROSSHANS:

23   Q    Can you see who you're hitting with the OC spray

24   at 53 seconds?

25   A    Yes.  The individual in the blue hoodie again.

1     Q     Does that person have any reaction to the -- being

2  sprayed directly with your OC spray?

3     A     Well, it looks like he moves his face away, turns

4  his head towards the other direction or away from my

5  direction.

6          MS. GROSSHANS:  Can you please go to 1:32.

7  BY MS. GROSSHANS:

8     Q     Can you see something in the right-hand of the

9  screen in this scene at 1:32?

10    A     Yes.

11    Q     What is that?

12    A     My hand's up.

13    Q     Why is your hand up?

14    A     Probably to block something that's coming my way.

15          MS. GROSSHANS:  Can you go back about ten seconds.

16          Can you press play, please.

17          (Video played)

18          MS. GROSSHANS:  Can you pause, please, at 1 minute

19  and 31 seconds.

20  BY MS. GROSSHANS:

21    Q     Can you see what was coming in towards you that

22  you put your hands up to block?

23    A     Yes.  Unknown liquid.

24          MS. GROSSHANS:  Can you please press play.

25          (Video played)

1              MS. GROSSHANS:  Can you pause.

2              Press play again.  Pause.

3              Okay.

4    BY MS. GROSSHANS:

5        Q    Can you see that person with the blue hoodie?

6        A    Yes.

7        Q    Where are they?  What are they doing?

8        A    They're still to the entrance of the Capitol.

9        Q    Can you still see that police shield?

10       A    Yes.  Looks like it's above their head.

11             MS. GROSSHANS:  Can you please hit play and go to

12   2:40.

13             (Video played)

14   BY MS. GROSSHANS:

15       Q    Can you see if you just hit someone with OC spray?

16       A    Yes, a couple people.

17       Q    Okay.

18             Was one of them the person in the blue hoodie?

19       A    Yes.

20             MS. GROSSHANS:  Can you please continue.

21             (Video played)

22             MS. GROSSHANS:  Can you stop at 2:48.

23   BY MS. GROSSHANS:

24       Q    Can you see what that person in the blue hoodie is

25   doing at this time?

1     A     Yeah.  They have, looks like, their right hand

2  against the wall or the entrance to the Capitol, and looks

3  like they're pushing back.

4     Q     Okay.

5           And at this point, has that person in the blue

6  hoodie advanced into the tunnel?

7     A     Yes.

8           MS. GROSSHANS:  Can you please press play and stop

9  at 3:01.

10  BY MS. GROSSHANS:

11     Q     And did you just spray again that person in the

12  blue hoodie?

13     A     Yes.

14           MS. GROSSHANS:  Can you please press play and

15  continue to 3:29.

16           (Video played)

17  BY MS. GROSSHANS:

18     Q     And at this point, is it fair to say that the

19  person in the blue hoodie has advanced either further into

20  the tunnel?

21     A     Yes.

22     Q     Is it also fair to say that he's been sprayed

23  multiple times by your OC spray?

24           MR. BOYLE:  I'm going to object to leading.

25           THE COURT:  Just be mindful of the form of the

```
 1   question, please.
 2   BY MS. GROSSHANS:
 3       Q    Did you spray that person multiple times with your
 4   OC spray?
 5       A    Yes, I had.
 6            MS. GROSSHANS:  Can you please continue.
 7            (Video played)
 8            MS. GROSSHANS:  Can you please pause it.
 9   BY MS. GROSSHANS:
10       Q    Can you hear what is being yelled at that point?
11       A    "Push."
12       Q    Do you recall if that was rioters yelling "push"
13   or police yelling "push"?
14       A    I don't remember.
15       Q    Were both sides pushing?
16       A    Yes.
17       Q    Was this given a term or were they yelling
18   something else at some points throughout the time in the
19   tunnel when they were pushing on each other?
20       A    They were chanting "U.S.A.," they were calling us
21   rioters, why we were there, and some other stuff that
22   I don't remember at this time.
23            MS. GROSSHANS:  Okay.
24            Can you please press play.
25            (Video played)
```

1    BY MS. GROSSHANS:

2        Q    Did you see if you were able to hit anyone with

3    your OC spray at that point at 4:05?

4        A    Yeah.  Looks like I hit the person in the blue

5    again.

6            MS. GROSSHANS:  Please press play.

7            (Video played)

8            MS. GROSSHANS:  Can you pause it for a second.

9    BY MS. GROSSHANS:

10       Q    At that point in the video at about 4:14, were you

11   doing something with your hands?

12       A    Looks like I was shaking the OC.

13       Q    Did you go through one can of OC spray on

14   January 6th?

15       A    No.  I went through multiple OCs.

16       Q    Prior to January 6th, had you ever, while on duty,

17   used OC spray?

18       A    No.

19       Q    And on January 6th, you went through multiple

20   cans?

21       A    Yes.

22           MS. GROSSHANS:  Can you please press play.

23           (Video played)

24           MS. GROSSHANS:  Can you please pause.

25

```
 1   BY MS. GROSSHANS:
 2       Q    At this point, the person in the blue hoodie, are
 3   they even further into the tunnel?
 4       A    Yes.
 5            MS. GROSSHANS:  Okay.
 6            Please press play.
 7            (Video played continuously)
 8            MS. GROSSHANS:  Please pause.
 9   BY MS. GROSSHANS:
10       Q    Could you hear that sound at 4:50 -- about 4:58 in
11   the video?
12       A    Yes.
13       Q    What was that sound?
14       A    That's the sound the MPD uses over a speaker
15   system to deter people.
16       Q    Okay.
17            So is that, again, another nonlethal force of
18   deterrence that's used by CDU?
19       A    Yes.
20            MS. GROSSHANS:  Can we show Officer Ak and the
21   jury, please, Exhibit 112.
22            You know what?  Actually, I'm sorry.  Can you go
23   back to 111 to about 6:43.
24            (Video played)
25
```

1          MS. GROSSHANS:  Please press pause.

2          Just short of -- I'm not sure where are we stopped

3    at.

4    BY MS. GROSSHANS:

5      Q    Just short of 6:54, you were able to see your arm

6    go outside of the tunnel.  Why did you do that?

7      A    To spray people that's actually right outside of

8    the tunnel so that they can actually move out the way and we

9    can actually move out the tunnel.

10   BY MS. GROSSHANS:

11     Q    Okay.

12          And at that point, is the police line kind of has

13   pushed some of the rioters out of the tunnel so the police

14   line is kind of near the front of the tunnel?

15     A    Yes.

16     Q    Was that putting yourself at risk by putting or

17   extending your arm out into the crowd to spray?

18     A    Yes.

19   BY MS. GROSSHANS:

20     Q    Stopping the video at 12:53, at some point did you

21   get down from the ledge?

22     A    Yes.

23     Q    Okay.

24          And where did you go?

25     A    I went to the back to take a break, probably the

1    restroom to wash off my face.

2        Q    And what we see in this picture at 12:53 on your

3    body-worn camera, what direction is that facing?

4        A    The inside of the Capitol.

5        Q    And when you went in to take a break, was that the

6    area that you were able to go into?

7        A    Yes.

8            MS. GROSSHANS:  Can we now show Officer Ak 112,

9    please.

10           Can we go to 4 minutes and 58 seconds.

11           Real-time, 4 minutes and 58 seconds.

12           (Video played)

13           MS. GROSSHANS:  Can you please pause it.

14   BY MS. GROSSHANS:

15       Q    In this video, can you see an officer with their

16   right hand on a shield?

17       A    Yes.

18       Q    Okay.

19           And can you see, is that like the emblem that you

20   were talking about that's on the shield?

21       A    Yes.

22       Q    And that indicates to you it's a police shield?

23       A    Yes.

24           (Video played)

25

1    BY MS. GROSSHANS:

2        Q    The shield that's kind of in the middle of the

3    tunnel at this time, can you see a police emblem on that

4    shield?

5        A    Yes.

6        Q    Were you working also in connection with the CDU

7    from the United States Capitol Police?

8        A    Yes.

9        Q    Do they also have police shields?

10       A    Yes, they do.

11       Q    Can you tell from looking at that emblem, any of

12   the ones that I've shown you, whether or not they're police,

13   MPD, or Capitol Police?

14       A    I believe we have the bigger ones that are seen on

15   the screen, those are MPDs.

16            And Capitol had smaller, circular-shaped shields.

17            (Video played)

18   BY MS. GROSSHANS:

19       Q    At 4 minutes and 58 seconds, this is video from

20   the tunnel?

21       A    Yes.

22       Q    And it's Capitol Police CCTV video?

23       A    The Capitol CCTV.

24       Q    Can you see a person that just stepped up on to

25   the ledge, an officer?

1      A      Yes.

2      Q      Can you tell who that officer is?

3      A      That looks like myself.

4             MS. GROSSHANS:  Please press play.

5             (Video played)

6             MS. GROSSHANS:  Can you please press pause.

7   BY MS. GROSSHANS:

8      Q      When you were spraying into the rioters, what were

9   they doing with the police shields?

10     A      Using them as a barricade.

11     Q      Can you see that you're spraying someone with OC

12  spray at that time?

13     A      Yes.

14     Q      Okay.

15            And who are you spraying?

16            THE WITNESS:  Can we play the video from a couple

17  seconds before?

18            MS. GROSSHANS:  Can we go back to 56 seconds.

19            Did you just -- pause it, please.

20  BY MS. GROSSHANS:

21     Q      Did you just hit with the OC spray the person in

22  the blue hoodie?

23     A      Yes.

24            MS. GROSSHANS:  Can you please go to 9:20.

25            (Video played continuously)

1    BY MS. GROSSHANS:

2        Q    And at 4:06:23, the real-time stamp, did you just

3    hit someone with your OC spray again?

4        A    Yes, I did.

5        Q    Who was it?

6        A    The person with the red hoodie on the right side

7    of the entrance inside.

8        Q    Did you also hit the person with the blue hoodie?

9        A    Yes.

10       Q    And the person with the blue hoodie, can you see

11   their hand?

12       A    Yes.

13       Q    And can you circle their hand on the wall?

14       A    Yep.

15            MS. GROSSHANS:  Can you please go to 10:29.

16            Can you stop it at 10:29.

17   BY MS. GROSSHANS:

18       Q    And at this point, are you using your OC spray on

19   one of the rioters?

20       A    Yes.

21       Q    And is it that person in the blue hoodie?

22       A    Even though I didn't spray him directly, it looks

23   like the mist of the pepper spray was on them also.

24       Q    And is that person moving out of the tunnel or

25   moving further into the tunnel as you're spraying him?

1              THE WITNESS:  Can we play the video, please.

2              MS. GROSSHANS:  Pause.

3    BY MS. GROSSHANS:

4       Q    Can you see that person's hand?

5       A    Yes.  It looks like it's against the wall of the

6    entrance.

7       Q    Okay.

8              Pushing against the wall?

9       A    Yes.

10             MS. GROSSHANS:  Can you please go to 4:09:00

11   real-time.

12             (Video played continuously)

13   BY MS. GROSSHANS:

14      Q    Stopping the video at 4:09:02 real-time,

15   do you see that person with the blue hoodie?

16      A    Yes.

17      Q    Are they holding something above their head?

18      A    Yes.

19      Q    What is it?

20      A    A police shield.

21      Q    Does it appear to be an MPD police shield?

22      A    Yes.

23             MS. GROSSHANS:  Can you please show only the

24   witness Exhibit 121.  It's a photograph.

25

1    BY MS. GROSSHANS:

2         Q    Officer Ak, have you seen Government's Exhibit 121

3    before?

4         A    Yes.

5         Q    What is it?

6         A    It's a picture that I took myself that day in the

7    bathroom at the Capitol.

8         Q    Is it a true and accurate depiction of what you

9    appeared like on January 6th, 2021?

10        A    Yes.

11        Q    Okay.

12             MS. GROSSHANS:  Your Honor, at this time, I'm

13   asking that the previous identification marks be stricken

14   and that Government's Exhibit 121 be entered into evidence.

15             MR. BOYLE:  Objection; relevance, Your Honor.

16             THE COURT:  That's overruled.  It will be

17   admitted.

18                                    (Government's Exhibit 121
                                        received into evidence.)
19

20             MS. GROSSHANS:  I'm asking to publish it.

21   Thank you.

22   BY MS. GROSSHANS:

23        Q    Officer Ak, you've already indicated this was a

24   photograph you took of yourself on January 6th, 2021?

25        A    Yes.

1     Q     And in this photo -- where were you when you took

2     this photo?

3     A     In the bathroom in the Capitol.

4     Q     So through those golden doors --

5     A     Yes.

6     Q     -- down that hallway?

7           Okay.

8           Can you describe for the ladies and gentlemen of

9     the jury what you're wearing.

10    A     Well, I'm wearing the black suit under my vest and

11    my belt, which -- the one that I mentioned, which was

12    fireproof and waterproof.

13          As you can see, I have white residue on my vest

14    and on my clothing, which was from the fire extinguisher

15    that they discharged at us while we were in the Capitol.

16          And then I have wet paper towels around my neck to

17    cool down the burning sensation from the pepper spray and

18    the mace.

19    Q     In the video that we were able to see of you on

20    the CCTV footage when we could actually see you in the

21    tunnel, were you wearing anything on your head?

22    A     Yeah.  I am only missing the helmet and the gas

23    mask.

24    Q     Okay.

25          So in this picture, you don't have the helmet and

1    the gas mask on that you were wearing that day?

2        A    Yes.

3        Q    Were you wearing your helmet and gas mask?

4        A    I was wearing my helmet but not my gas mask.

5            When we first responded, I had left my gas mask in

6    the van; I didn't think that we were going to need it.  But

7    when we got there, I realized I needed my gas mask after I

8    got sprayed.

9            So I had -- this was when we first responded and

10   the line was formed outside the West Terrace.  And after I

11   got sprayed with some kind of spray or possibly bear mace, I

12   had to retreat, I washed my face off.  And I just saw a gas

13   mask laying around, so I rinsed it with water and I put it

14   on for the day.

15       Q    Okay.

16            This was January 6th, 2021, right?

17       A    Yes.

18       Q    It was COVID?

19       A    Yes.

20       Q    And you picked up a gas mask that was someone you

21   didn't know's?

22       A    Yes.

23       Q    And washed it out with just water?

24       A    Yes.

25       Q    And put it on your face?

1      A      Yep.

2      Q      Why did you do that?

3      A      If I didn't have a gas mask, I would not make it

4  through the day.

5      Q      Is it fair to say that the Defendant Shane

6  Jenkins -- well, I'm sorry, strike that.

7          Is it fair to say that the person in the blue

8  hoodie in the body-worn camera video and the CCTV video was

9  impeding or interfering with your ability to do your job

10 that day?

11     A      Yes.

12     Q      Was he interfering with your fellow officers and

13 their ability to do their jobs that day?

14     A      Yes.

15          MS. GROSSHANS:  May I have a moment, please?

16          THE COURT:  You may.

17          (Government counsel conferred off the record.)

18          MS. GROSSHANS:  I have nothing further,

19 Your Honor.

20          THE COURT:  Any cross-examination, Mr. Boyle?

21          MR. BOYLE:  Yes, Your Honor, if I can have just

22 one second.

23

24

25

1                          - - -

2                    CROSS-EXAMINATION

3    BY MR. BOYLE:

4        Q    Officer Ak, the gentleman in the blue hoodie, did

5    you have any interaction with him?  Did you speak to him at

6    all?

7        A    No.

8        Q    Did he speak to you at all?

9        A    No.

10       Q    Did you see him with any OC spray or pepper spray?

11       A    I don't remember any of the individuals.  So from

12   what I observed, I didn't see anything.

13       Q    You didn't see anything from what you observed?

14       A    Yes, I didn't.

15       Q    Now, was the wind coming into the tunnel that day,

16   if you recall?

17       A    I really don't know.

18       Q    Were other officers spraying pepper spray inside

19   the tunnel?

20       A    Some officers were spraying, but I don't know if

21   they were spraying in the tunnels.

22       Q    Okay.

23            Do you know who sprayed you?

24       A    I don't.

25       Q    Is it fair to say it was a chaotic environment?

1      A    It was a very wild environment.

2      Q    Kind of hard to tell what any individual was doing

3 in that environment, I suppose?

4      A    Yes.

5      Q    So you weren't picking out specific people to see

6 who was doing what?

7      A    No.

8      Q    Your job was just to assert control there in the

9 tunnel?

10     A    My job was to protect the Capitol and to move the

11 rioters away from the Capitol.

12     Q    Do you recall being hit with any specific objects

13 that day?

14     A    Not with anything specific.

15     Q    Do you recall the person with the blue hoodie

16 throwing anything at you?

17     A    No.

18     Q    Now, aside from -- was there a particular reason

19 why you sprayed the guy with the blue hoodie so much?

20     A    Well, the persons who I sprayed, they can pull up

21 the video, some people I sprayed them in the video; and

22 while they were inside the tunnel, they climbed over top of

23 other people and exited the Capitol.  And this person didn't

24 seem like he was going anywhere, so I was just spraying

25 people to get them out the Capitol.

1    Q    Did you see the person with the blue hoodie leave

2    the Capitol at any point?

3    A    At some point, it looks like he left in the

4    footage.

5    Q    But you don't remember him specifically leaving?

6    A    No.

7    MR. BOYLE:  Thank you.

8    I have no further questions, Your Honor.

9    THE COURT:  Okay.  Anything?

10   MS. GROSSHANS:  Brief follow-up, please.

11                       -  -  -

12                REDIRECT EXAMINATION

13   BY MS. GROSSHANS:

14   Q    Counsel just asked you if you saw the person in

15   the blue hoodie with OC spray, and you said no.  Okay.

16   Did you see him with other weapons that day?

17   A    From looking at the video footage, he looked like

18   he had a police shield with him.

19   Q    Okay.

20   Did you review other CCTV footage that I didn't

21   show you just now?

22   MR. BOYLE:  Objection.

23   THE COURT:  That's sustained.

24   MS. GROSSHANS:  Okay.  Can we pull up 115.2,

25   please.

1          MR. BOYLE:  Your Honor, I'm going to object as

2    beyond the scope.

3          MS. GROSSHANS:  Your Honor, if we can be heard on

4    the phones.

5          (Bench conference)

6          MS. GROSSHANS:  Counsel just asked if his client

7    had a weapon.  He did have several weapons that day.  And

8    I didn't get into those because I didn't want to be

9    cumulative.  But now that he's asking those questions,

10   I think it's a fair question to ask.

11         MR. BOYLE:  Your Honor, I asked if the witness saw

12   the defendant with any weapons and he said no.

13         THE COURT:  I mean, you're essentially going to

14   ask him to point out what we've already seen before?

15         MS. GROSSHANS:  Yes.

16         But he just has the officer now saying that he

17   didn't see him with weapons, and I think the officer was

18   thinking of the moments that he was talking about the video.

19         He was on the ledge, he can say that he saw him do

20   that in the CCTV video.  And he would, in fact.  I just

21   didn't do it because I didn't want to be cumulative.

22         THE COURT:  So, look, I think the question is

23   simply, is he going to simply be just -- is this going to be

24   actually something he recalls or something that he's just

25   going to narrate, convey what's on video.

1          Now, I think it's been appropriate, because,

2    unlike the agent, she wasn't there and I didn't let her do

3    any narration.  And he was, so it's a slightly -- it's a

4    very different circumstance.

5          But I guess what I'm trying to get at is, is he

6    going to regurgitate what we've already seen, as opposed to

7    actually say, yes, I see him or I saw him with sticks or

8    flagpoles or whatever the case may be.

9          MS. GROSSHANS:  Can I just ask him a question if

10   he has seen him with sticks or flagpoles and lead him just

11   that much without showing him the video?

12         THE COURT:  Well, I guess the question is, is he

13   going to say that because he's seen the video, or is it

14   something that actually he recalls directly?

15         MS. GROSSHANS:  I think he would be able to say

16   that there's specific things from the video that he recalls.

17         THE COURT:  Well, again, to be precise, it's one

18   thing to say, I recall seeing the video.  It's another thing

19   to say, I recall from my memory what was happening that day.

20   And I don't know that it's terribly useful for him to simply

21   say, I recall what I've seen on the video, because we've now

22   seen the video run twice.

23         MS. GROSSHANS:  Can I have a moment, Your Honor?

24         THE COURT:  Sure.

25         (Government counsel conferred off the record.)

1          MS. GROSSHANS:  All right.  I'll retract the

2   question.

3          THE COURT:  Okay.

4          (Open court)

5          MS. GROSSHANS:  Thank you, Officer.  We have

6   nothing further.

7          THE COURT:  All right.

8          Mr. Ak, thank you very much for your time and

9   testimony, sir.  You may step down.

10          Counsel, can I ask you to get on the phone,

11   please.

12          (Bench conference)

13          THE COURT:  So just thinking through timing, you

14   have one more witness left, correct?

15          MR. PERRI:  Correct.

16          THE COURT:  And do you have a sense of how long

17   that testimony will be?

18          MS. GROSSHANS:  Your Honor, we're not ready to

19   call that witness today.  He wasn't available after 3:30.

20          THE COURT:  No, no, I understand that.  I'm just

21   asking your sense of how long that person will be, because

22   I'd like to figure out when I should ask the jury to come

23   back so that we can do what we need to do.

24          MR. PERRI:  I think his testimony will be shorter

25   than Officer Ak's, possibly even like half as long.  That's

1    my best guess.

2            THE COURT:  Okay.

3            So I think if I call them back at -- well, let me

4    ask this:  Mr. Boyle, as you sit here today, and I'm not

5    asking for a firm commitment, do you intend to put on a

6    defense case that will involve any witnesses?

7            MR. BOYLE:  No, Your Honor.  We don't -- if we do

8    put on anything, I don't think it will take more than 10 to

9    15 minutes.

10           THE COURT:  Okay.

11           All right.  So I think it makes sense then for me

12   to call them back at 10:30 on Monday.  And you all can come

13   in at 9:30 on Monday and we can finish up the jury

14   instructions, the government puts its witness on, and then

15   we'll see where things are in terms of timing.  And I'll

16   either instruct before lunch or immediately after lunch and

17   then you all will start your closings, okay?  This is

18   assuming Mr. Boyle doesn't do more than he's at least right

19   now anticipating, okay?

20           MR. PERRI:  Okay.

21           (Open court)

22           THE COURT:  Ladies and gentlemen, we have come to

23   the end of our day.  So thank you again for your time and

24   attention.

25           Just remember, we are not sitting tomorrow; trial

 1    will continue on Monday.  I am going to ask you to be here

 2    by 10:15 on Monday, a little bit later than usual, we have

 3    some matters I need to take up with counsel, so we don't

 4    want to keep you here sitting.  So 10:15 I'll ask you to be

 5    here so we can get started around 10:30, at least that's the

 6    hope we should be able to get with started by that time,

 7    all right?

 8              Same reminders for the weekend:  Please don't

 9    discuss the case outside of the -- well, don't discuss the

10    case.  Please don't do any independent research online, and

11    no social media and the like.  We look forward to seeing you

12    on Monday.  Thank you very much.  We'll see you on Monday.

13              Thank you.

14              COURTROOM DEPUTY:  All rise.

15              (Jury exited the courtroom.)

16              THE COURT:  All right.  Have a seat, everyone.

17              So I'm still working on the jury instructions;

18    I should be able to get them to you all tonight, so --

19    I hope to get them to you tonight, certainly at the latest

20    tomorrow afternoon.  I've just got a sort of

21    three-quarters-day meeting that I had to commit to.  So

22    you'll have at a minimum the weekend to take a look at them

23    and then we should be able to address them at 9:30 on Monday

24    morning.

25              You'll see what I've done with them, which is that

1    I'm essentially trying to -- working off what the government

2    filed the other day, and then redlining off of that we'll

3    note where instructions have been included that weren't in

4    the original, in any redlining I've done to your proposals,

5    in particular on the substantive instructions, so that

6    you'll see any substantive changes I've made, okay?

7              MS. GROSSHANS:  Okay.

8              THE COURT:  All right.  Anything before we need to

9    adjourn -- before we adjourn?

10             MR. PERRI:  No, thank you, Your Honor.

11             MR. BOYLE:  Nothing from the defense.

12             THE COURT:  Thank you, all, very much.  We'll see

13   you on Monday.  Have a nice weekend

14             COURTROOM DEPUTY:  All rise.  This Court stands in

15   recess.

16             (Proceedings concluded at 4:52 p.m.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__May 8, 2023_____



    William P. Zaremba, RMR, CRR

A JUROR: [1] 802/22
BY MR. BOYLE: [7]
765/3 766/13 780/14
781/4 812/3 834/3
871/3
BY MR. PERRI: [184]
636/22 638/24 639/17
640/9 640/20 641/8
641/15 641/22 642/3
642/11 642/19 643/3
643/13 643/20 643/24
644/7 644/15 645/1
645/11 646/6 646/10
647/2 650/12 651/11
651/17 651/25 653/21
654/3 654/12 655/2
655/10 655/18 655/23
656/6 657/13 657/24
658/5 658/16 658/25
659/10 659/22 660/6
660/16 660/22 661/22
662/8 662/14 663/16
664/12 665/9 665/14
667/4 667/22 668/9
672/3 672/15 672/21
673/7 673/17 674/3
675/11 676/15 678/1
678/14 678/24 680/1
680/10 680/25 681/19
681/25 682/11 682/24
683/9 684/18 685/9
685/16 687/1 687/21
688/6 688/20 689/5
689/20 690/2 690/13
690/22 691/4 691/8
691/22 692/4 693/1
693/6 693/22 694/17
694/24 695/13 695/19
696/16 697/2 699/10
699/19 699/25 700/17
701/13 702/3 705/9
706/17 706/21 707/3
708/23 709/18 709/22
710/24 711/15 713/16
714/6 715/12 716/4
716/20 717/8 717/17
718/21 719/7 720/2
720/22 721/23 722/16
723/20 725/8 728/4
728/16 729/11 730/2
731/1 731/18 732/11
732/22 733/16 733/20
734/14 734/22 736/5
738/5 739/25 740/7
740/21 741/4 741/21
742/1 742/20 743/4
743/15 744/15 745/15
745/25 746/19 748/2
748/25 749/23 750/3
750/20 753/23 754/21
755/22 756/17 757/19
758/15 759/17 760/8
763/17 764/3 815/7
819/10 819/17 819/23
826/22 827/5 827/23
828/10 830/10 830/22
831/13 831/23 832/8

BY MS. GROSSHANS:
[74] 782/10 787/17
790/11 792/22 793/4
793/12 794/3 795/18
795/24 796/4 796/10
796/24 797/4 797/9
797/19 797/23 798/4
799/11 799/15 800/21
801/4 801/7 801/21
802/17 803/2 803/11
803/15 804/6 805/14
806/19 806/24 808/7
808/23 809/11 809/24
835/8 839/14 842/4
842/10 843/10 850/12
852/2 853/16 854/7
854/18 854/22 855/7
855/20 856/4 856/14
856/23 857/10 857/17
858/2 858/9 859/1
859/9 859/25 860/9
861/4 861/10 861/19
862/14 862/25 863/18
864/7 864/20 865/1
865/17 866/3 866/13
866/25 867/22 873/13
COURTROOM
DEPUTY: [23] 635/2
635/25 670/4 686/2
686/8 686/10 686/20
707/21 751/20 752/14
753/18 771/20 779/23
781/25 782/2 813/21
814/12 814/17 814/22
814/24 834/23 878/14
879/14
MR. BOYLE: [146]
635/12 635/24 636/9
638/5 638/7 639/12
640/25 645/25 648/8
648/21 648/24 649/10
654/1 654/6 657/4
657/7 661/18 662/5
663/13 665/4 665/24
668/20 668/22 668/25
669/23 670/9 670/12
670/23 673/13 674/15
676/7 679/14 683/2
684/12 687/16 688/15
691/16 692/22 695/23
695/25 696/6 698/1
701/2 701/24 702/21
702/23 702/25 705/23
708/11 710/17 710/19
712/7 714/3 715/5
717/2 718/17 719/5
719/21 720/17 721/18
722/11 723/17 725/2
726/7 726/21 729/5
729/22 730/22 731/16
732/6 734/10 735/11
735/14 735/19 735/25
737/17 739/20 740/16
741/17 742/16 743/10
744/11 745/10 746/14
747/22 749/19 751/5
752/4 753/9 753/14

759/6 759/9 761/14
766/12 767/2 768/3
768/8 768/14 768/17
768/19 768/25 769/17
769/21 770/20 771/9
773/7 774/5 774/20
775/18 775/25 776/8
776/16 777/20 778/1
778/8 778/19 779/3
779/9 779/14 780/10
780/20 781/2 781/9
781/12 790/2 806/15
811/21 813/6 819/2
827/17 830/5 832/3
833/5 834/10 857/24
867/15 870/21 873/7
873/22 874/1 874/11
877/7 879/11
MR. PERRI: [320]
MS. GROSSHANS:
[125] 636/13 704/1
704/4 704/8 712/18
752/1 752/11 752/13
752/25 753/5 773/14
773/18 773/22 774/3
781/22 782/5 789/21
790/5 790/7 792/19
793/2 793/11 794/2
795/17 795/22 796/3
796/9 796/23 797/3
797/8 797/18 797/22
798/3 799/10 799/14
800/20 801/1 801/6
801/19 802/15 802/21
802/24 803/9 803/14
804/1 804/4 805/9
806/10 806/23 808/3
808/18 809/8 809/23
811/13 811/15 811/19
813/10 813/25 814/5
814/7 814/11 834/18
834/21 834/25 839/11
842/2 842/9 843/8
850/7 851/23 852/1
853/13 853/15 854/4
854/6 854/14 854/16
854/20 855/6 855/15
855/18 855/24 856/1
856/11 856/20 856/22
857/8 857/14 858/6
858/8 858/23 859/6
859/8 859/22 859/24
860/5 860/8 860/20
860/25 862/8 862/13
864/4 864/6 864/18
864/24 865/15 866/2
866/10 866/23 867/12
867/20 870/15 870/18
873/10 873/24 874/3
874/6 874/15 875/9
875/15 875/23 876/1
876/5 876/18 879/7
THE COURT: [279]
THE WITNESS: [34]
638/20 638/23 639/14
641/3 642/9 644/6
644/13 654/11 657/22

665/13 668/8 672/13
675/10 679/17 679/20
679/22 681/16 691/3
696/25 699/8 700/22
706/16 708/18 736/19
756/14 797/16 813/14
815/1 834/17 864/16
866/1

$
$1,000 [6] 775/5 775/6
775/7 776/2 777/8
778/18
$1,133 [1] 825/2

,
'give [1] 744/1
'omg [1] 743/25
'we [1] 748/13
'wild' [1] 747/14

0
00:00 [2] 850/11
850/23
00:29 [1] 752/23
0100 [1] 630/17

1
1/2/21 [1] 727/8
10 [2] 731/8 877/8
1050 [1] 631/3
106.1 [1] 826/15
106.4 [1] 830/20
106.5 [5] 830/20
832/19 833/4 833/8
833/9
109 [3] 663/3 664/9
665/2
109.10 [4] 674/5
674/13 674/16 674/17
109.12 [2] 675/2 675/4
109.2 [5] 668/5 671/20
671/22 711/21 831/4
109.4 [5] 664/9 665/2
665/5 665/6 667/6
109.5 [4] 665/11
666/25 667/1 667/6
109.7 [4] 661/1 661/17
661/19 661/20
109.8 [4] 662/11
662/25 663/14 663/15
10:15 [2] 878/2 878/4
10:29 [2] 865/15
865/16
10:30 [2] 877/12 878/5
11 [1] 731/10
111 [12] 637/6 638/4
638/9 638/10 647/18
648/1 656/17 657/15
850/8 850/11 851/23
860/23
111.1 [3] 645/14 646/2
646/4
112 [7] 646/23 650/8
650/10 656/17 657/15
860/21 862/8
1125 [1] 630/15
113 [6] 656/9 657/3

657/9 657/11
657/15
114 [6] 675/8 683/7
685/21 686/18 686/23
780/17
114.1 [4] 675/21 676/6
676/8 676/9
114.2 [6] 685/21
686/16 686/24 687/14
687/17 687/18
114.3 [4] 683/6 684/11
684/13 684/14
115 [11] 691/25 692/21
692/23 692/24 697/16
697/21 699/3 700/19
701/6 701/7 701/10
115.1 [4] 697/15
697/23 698/3 699/1
115.2 [4] 700/19 701/1
711/21 873/24
115.3 [3] 701/14
701/23 702/1
116 [2] 702/4 705/5
117 [9] 705/8 705/22
707/17 707/19 707/20
708/4 708/10 708/13
708/15
117.1 [2] 707/19 708/1
118 [5] 709/20 710/20
710/21 711/21 831/25
119 [2] 711/14 712/4
11:00 [2] 685/24 686/9
11:15 [1] 685/25
11:17 [1] 686/9
11th [2] 735/20 735/22
12 [3] 836/2 836/6
836/10
12/28/20 [1] 716/18
120 [4] 713/15 714/2
714/4 714/5
121 [4] 866/24 867/2
867/14 867/18
122.1 [8] 789/22 790/4
790/9 790/12 798/25
800/1 800/2 800/3
122.10 [2] 797/3 797/5
122.11 [2] 797/8
797/10
122.12 [2] 797/18
797/20
122.13 [1] 797/22
122.14 [2] 798/3 798/5
122.15 [2] 799/10
799/12
122.16 [2] 799/14
799/16
122.17 [2] 800/20
800/22
122.18 [2] 802/16
802/18
122.19 [3] 802/21
803/10 803/12
122.2 [2] 793/3 793/5
122.20 [5] 789/23
790/5 790/9 801/4
801/8
122.3 [2] 793/11
793/13

**1**

**122.4 [3]** 794/2 794/4 794/19
**122.5 [2]** 795/17 795/19
**122.6 [2]** 795/23 795/25
**122.7 [2]** 796/3 796/5
**122.8 [2]** 796/9 796/11
**122.9 [2]** 796/23 796/25
**12:40 [1]** 751/13
**12:42 [1]** 752/15
**12:53 [2]** 861/20 862/2
**13 [1]** 852/3
**14 [1]** 815/18
**15 [3]** 638/1 638/16 877/9
**15 minutes [1]** 686/5
**150 [1]** 802/1
**1512 [1]** 726/20
**15th [1]** 738/23
**16:03:30 [1]** 852/4
**16:03:41 [1]** 853/18
**17 [1]** 648/13
**18th [1]** 723/15
**19 [1]** 811/3
**1900 [1]** 631/5
**196 [1]** 702/19
**1:10 [1]** 669/22
**1:32 [2]** 855/6 855/9
**1:40 [1]** 751/14
**1:43 [1]** 752/15
**1A [1]** 801/12
**1st [1]** 725/24

**2**

**20 [3]** 716/18 783/3 783/11
**20001 [2]** 630/20 631/11
**2001 [1]** 817/2
**20036 [1]** 631/4
**201.1 [4]** 714/23 715/4 715/6 715/7
**201.2 [3]** 716/15 717/1 717/4
**201.3 [3]** 718/7 718/16 718/19
**201.4 [3]** 719/13 719/20 719/23
**201.5 [3]** 720/9 720/16 720/19
**202 [3]** 630/20 631/5 631/11
**2020 [6]** 715/24 721/15 722/18 723/15 725/18 757/13
**2021 [36]** 694/9 711/8 717/14 718/2 718/15 719/19 720/7 726/1 729/2 730/20 732/4 734/8 735/18 740/14 741/23 743/8 747/17 750/5 758/17 783/15 784/8 784/10 789/19 807/6 807/23 808/13 809/2 809/18 810/6

**846**/20 867/9 867/24 869/16
**2023 [2]** 630/5 880/7
**203.1 [4]** 757/3 757/15 757/16 757/17
**203.2 [2]** 757/25 758/13
**204.1 [2]** 721/13 721/20
**204.10 [1]** 732/16
**204.11 [4]** 733/12 733/13 792/20 792/23
**204.12 [2]** 733/13 733/19
**204.13 [3]** 734/4 734/9 734/12
**204.14 [5]** 734/23 735/10 736/3 736/4 737/12
**204.15 [3]** 739/11 739/19 739/22
**204.16 [3]** 740/6 740/15 740/18
**204.17 [1]** 741/3
**204.18 [4]** 737/11 737/11 737/16 738/1
**204.19 [3]** 741/10 741/16 741/19
**204.2 [3]** 722/1 722/10 722/13
**204.20 [3]** 742/9 742/15 742/18
**204.21 [3]** 743/3 743/9 743/12
**204.22 [3]** 744/4 744/10 744/13
**204.23 [3]** 745/3 745/9 745/12
**204.24.1 [3]** 746/2 746/13 746/16
**204.24.2 [3]** 747/18 747/21 747/24
**204.241 [1]** 746/2
**204.25 [3]** 754/17 755/19 755/20
**204.26 [3]** 749/2 749/18 749/21
**204.27 [3]** 750/21 751/4 751/7
**204.3 [4]** 723/4 723/9 723/16 723/18
**204.4 [4]** 724/20 725/1 725/3 725/4
**204.5 [4]** 725/19 726/6 727/25 728/2
**204.6 [3]** 728/20 729/4 729/7
**204.7 [2]** 729/16 729/24
**204.8 [3]** 730/13 730/21 730/24
**204.9 [4]** 731/12 731/19 732/5 732/8
**21 [1]** 727/8
**21-245 [2]** 630/4 635/3
**22 [1]** 712/12
**225 [1]** 822/23

**23 [2]** 630/5 853/18
**234-0100 [1]** 630/17
**245 [2]** 630/4 635/3
**252-6737 [1]** 630/20
**26003 [1]** 630/16
**28th [1]** 715/24
**2:40 [1]** 856/12
**2:48 [1]** 856/22
**2nd [1]** 725/24

**3**

**30 [3]** 831/7 831/9 851/24
**30-second [5]** 670/8 670/10 670/12 671/17 671/25
**3000 [1]** 630/16
**301 [4]** 803/25 804/2 804/12 804/24
**302.1 [1]** 810/1
**302.1.2 [2]** 806/13 806/17
**302.2 [1]** 810/1
**303 [5]** 805/11 805/16 806/7 806/7 806/11
**304 [5]** 630/17 806/23 807/1 807/1 807/2
**305 [2]** 807/16 807/18
**306 [2]** 808/4 808/9
**307 [2]** 808/20 808/24
**308 [4]** 806/13 806/17 809/9 809/13
**30th [1]** 757/13
**31 [2]** 854/8 855/19
**3249 [1]** 631/11
**333 [1]** 631/10
**354-3249 [1]** 631/11
**36 [1]** 725/11
**38 [2]** 710/16 711/8
**3:00 [1]** 813/19
**3:01 [1]** 857/9
**3:03 [1]** 814/13
**3:15 [1]** 813/19
**3:18 [1]** 814/13
**3:29 [1]** 857/15
**3:30 [2]** 826/17 876/19
**3:42 [2]** 718/15 718/23
**3:56 [1]** 650/15
**3rd [1]** 725/24

**4**

**40 [1]** 669/22
**403 [1]** 770/11
**430-1900 [1]** 631/5
**4:05 [1]** 859/3
**4:06 [1]** 642/15
**4:06:23 [1]** 865/2
**4:09:00 [1]** 866/10
**4:09:02 [1]** 866/14
**4:14 [1]** 859/10
**4:22 [1]** 710/15
**4:26 [2]** 692/1 731/6
**4:27 [2]** 694/6 694/7
**4:27:11 [2]** 694/9 697/16
**4:27:14 [1]** 699/20
**4:32 [3]** 696/13 711/6

**23 [2]** 630/5 853/18

**4:32:34 [1]** 700/19
**4:50 [1]** 860/10
**4:52 [1]** 879/16
**4:58 [1]** 860/10
**4th [1]** 729/2

**5**

**500 [1]** 631/4
**502.1 [2]** 839/12 839/13
**502.2 [1]** 842/3
**502.3 [1]** 842/9
**502.4 [1]** 839/12
**508 [1]** 819/9
**509.1 [5]** 758/23 758/24 759/18 760/9 763/9
**509.10 [1]** 759/18
**509.2 [4]** 758/23 759/18 760/19 763/10
**509.3 [5]** 758/23 759/18 762/10 763/3 763/10
**509.4 [4]** 758/23 759/18 763/5 763/10
**510 [4]** 758/23 763/7 763/10 763/14
**53 [1]** 854/17 854/19 854/24
**56 [1]** 864/18
**57 [1]** 686/19
**58 [3]** 862/10 862/11 863/19
**5:00 [1]** 818/11
**5th [14]** 717/14 718/2 730/20 731/5 732/4 784/8 784/10 789/19 807/5 807/22 808/12 809/2 809/18 810/6

**6**

**601 [1]** 630/19
**6737 [1]** 630/20
**6:00 [2]** 837/10 837/11
**6:43 [1]** 860/23
**6:54 [1]** 861/5
**6th [51]** 694/9 711/8 714/20 718/15 718/22 727/8 727/19 729/13 735/23 735/24 736/7 739/9 741/14 742/13 744/8 757/9 757/23 765/8 785/8 791/14 792/13 793/7 793/15 794/25 795/2 795/4 795/16 795/21 796/2 812/6 813/4 817/2 817/14 823/7 825/7 825/21 835/23 835/25 837/9 837/13 846/20 847/10 847/19 850/1 850/5 859/14 859/16 859/19 867/9 867/24 869/16

**7**

**7.5 [1]** 692/2

**73-year-old [1]** 786/5

**7:00 [1]** 837/11
**7:00 a.m [1]** 733/6
**7am [1]** 732/25
**7th [24]** 719/19 720/7 721/15 722/18 734/8 735/18 735/24 735/24 736/8 737/15 740/14 741/23 743/8 747/17 750/5 756/5 758/17 818/11 821/23 822/1 822/6 829/23 830/15 834/5

**8**

**806 [1]** 738/23
**8513 [1]** 784/11

**9**

**9:20 [1]** 864/24
**9:30 [3]** 630/6 877/13 878/23
**9:34 [1]** 718/6

**:**

**:11 [1]** 694/8

**A**

**a.m [5]** 630/6 686/9 686/9 733/6 818/11
**ability [3]** 845/18 870/9 870/13
**able [65]** 641/9 641/16 641/23 647/24 655/24 657/18 658/17 660/9 661/23 662/17 663/19 663/22 673/8 673/19 677/7 678/2 678/7 678/15 678/25 680/11 687/24 688/7 688/10 688/12 689/6 689/21 690/3 690/23 691/9 692/16 694/18 696/17 704/20 707/4 710/25 711/17 714/9 729/9 738/6 742/21 744/16 762/9 785/25 789/17 821/19 824/16 824/18 826/23 827/7 828/11 828/12 828/15 828/18 832/20 832/23 832/25 833/12 859/2 861/5 862/6 868/19 875/15 878/6 878/18 878/23
**about [75]** 635/16 635/17 638/1 638/25 662/17 663/9 665/16 669/9 669/22 669/22 677/18 681/8 686/15 686/16 692/2 697/4 697/12 699/7 699/20 700/14 708/3 711/24 714/11 719/2 721/4 721/25 724/2 724/4 733/22 736/25 743/24 749/13 752/3 752/3 752/5 752/8 752/23 754/1 760/16 761/6 761/7 761/9 761/22

**about... [32]** 762/23 766/25 767/5 767/10 768/23 771/5 771/10 771/10 771/12 771/17 772/22 774/9 779/20 787/11 788/9 790/24 795/13 817/24 822/22 822/23 826/1 826/4 826/5 830/4 835/18 851/24 855/15 859/10 860/10 860/23 862/20 874/18

**above [6]** 655/20 688/12 688/14 856/10 866/17 880/4

**above-titled [1]** 880/4

**absolve [1]** 775/15

**absolved [1]** 770/8

**accept [2]** 768/5 768/7

**accepting [1]** 770/5

**access [1]** 822/4

**account [6]** 721/7 754/14 754/15 754/25 758/6 774/11

**accurate [4]** 714/24 789/11 789/18 867/8

**act [2]** 723/23 777/16

**action [1]** 666/7

**activate [1]** 848/23

**activated [5]** 848/3 848/8 849/1 849/3 853/25

**activates [1]** 848/4

**activating [1]** 848/6

**activities [1]** 816/5

**activity [1]** 714/20

**acts [2]** 727/1 775/17

**actual [2]** 688/1 742/25

**actually [51]** 639/9 642/9 644/2 659/19 660/25 666/15 669/13 683/1 703/15 749/24 771/4 774/17 775/11 778/3 784/22 787/5 792/2 792/12 793/16 794/7 794/10 794/14 796/7 803/17 804/10 804/13 806/10 812/13 812/18 812/23 822/11 824/22 829/22 843/7 844/13 848/9 848/21 849/17 850/20 851/6 851/6 852/1 854/11 860/22 861/7 861/8 861/9 868/20 874/24 875/7 875/14

**add [1]** 822/8

**added [2]** 756/8 825/17

**additionally [1]** 773/18

**address [1]** 878/23

**adds [2]** 704/17 778/25

**adjourn [2]** 879/9 879/9

**administered [1]** 640/22

**administering [1]** 652/16

**admission [59]** 648/6 657/2 661/17 663/11 665/22 668/18 674/12 676/5 684/10 687/14 692/20 697/18 700/25 701/22 702/18 705/21 707/16 708/9 710/16 712/3 714/1 715/3 717/1 718/16 719/20 720/16 721/16 722/10 723/16 725/1 726/6 729/3 729/21 730/21 732/5 734/9 735/10 737/16 739/19 740/15 741/16 742/15 743/9 744/10 745/9 746/13 747/21 749/18 751/4 755/17 757/15 758/10 759/8 759/16 761/2 763/9 769/19 833/3

**admit [1]** 753/6 770/25 776/18 778/21 778/22 789/22 789/25

**admitted [75]** 632/11 634/20 638/9 645/25 646/3 650/8 657/9 661/19 663/14 665/3 665/5 666/25 671/20 674/14 674/16 676/8 684/13 687/17 692/23 698/3 699/4 701/25 708/12 710/20 714/4 715/6 717/3 718/18 719/22 720/18 721/19 722/12 725/3 727/25 729/6 729/23 730/23 732/7 732/20 732/23 733/14 734/11 736/3 737/18 739/21 740/17 741/18 742/17 743/11 744/12 745/11 746/15 747/23 749/20 750/18 751/6 752/19 755/19 757/16 758/12 763/11 768/13 772/7 772/20 773/2 780/18 780/23 790/6 806/16 819/9 826/15 831/5 831/25 833/8 867/17

**advance [2]** 696/13 707/1

**advanced [5]** 652/24 653/3 654/15 857/6 857/19

**advancing [2]** 678/8 678/9

**adverse [1]** 760/4

**advisor [1]** 782/21

**affected [1]** 654/4

**after [33]** 646/17 648/15 649/2 650/1 664/21 664/23 666/15 667/13 667/24 690/24 706/8 723/5 735/16 751/18 751/22 767/20 776/7 779/10 786/7 788/7 789/1 789/1

**afternoon [15]** 635/21 748/5 753/24 753/25 765/4 765/5 782/11 813/17 815/12 815/13 817/14 835/1 835/9 835/10 878/20

**again [33]** 641/11 646/21 649/21 654/11 686/22 695/8 697/17 704/5 704/13 704/19 726/2 736/10 737/14 753/21 799/8 803/3 807/4 807/21 808/11 809/1 810/4 819/24 819/24 829/20 853/13 854/25 856/2 857/11 859/5 860/17 865/3 875/17 877/23

**against [7]** 838/23 840/20 845/3 845/16 857/2 866/5 866/8

**agency [1]** 777/6

**agent [41]** 636/6 636/23 639/18 652/4 672/4 676/16 686/15 697/17 705/10 711/16 714/11 723/21 729/12 738/6 740/2 740/22 742/10 744/16 753/24 754/22 762/17 763/19 771/22 779/15 780/5 780/7 781/18 783/5 783/24 784/2 784/2 784/14 784/17 786/9 787/10 787/11 787/14 788/8 788/14 797/13 875/2

**agent's [1]** 795/13

**agents [1]** 790/17

**agree [1]** 770/21

**agreement [2]** 772/20

**ahead [16]** 636/12 642/2 669/6 680/6 685/23 696/10 707/24 708/8 712/23 719/6 742/2 743/18 744/18 751/11 780/9 804/11

**ahold [1]** 845/14

**aided [1]** 631/13

**Ak [21]** 639/6 647/25 651/1 651/7 651/23 652/14 693/11 834/22 835/5 835/13 842/2 842/5 842/11 852/3 853/17 860/20 862/8 867/2 867/23 871/4 876/8

**Ak's [1]** 876/25

**all [146]** 636/4 638/8 640/15 645/12 646/2 648/22 649/5 649/20 650/8 652/24 653/18 654/16 656/5 660/23 661/16 662/24 665/5

**all right [7]** 661/16 686/12 709/12 758/12 814/11 843/21 878/7

**alleged [2]** 671/11 778/15

**allow [3]** 657/14 664/5 770/18

**allowed [2]** 696/8 825/23

**alludes [1]** 727/1

**almost [3]** 681/16 820/13 852/22

**alone [1]** 828/20

**already [25]** 639/18 699/4 712/16 732/19 732/23 752/17 763/10 763/12 773/22 776/18 780/18 792/21 804/3 804/13 819/9 822/11 826/15 831/25 838/17 838/21 838/22 850/24 867/23 874/14 875/6

**also [40]** 677/1 699/3 721/7 724/9 733/14 750/2 750/24 753/5

**669/14** 671/9 671/13 671/16 671/20 672/18 674/1 674/16 675/19 682/25 683/4 684/13 685/25 686/2 686/4 686/12 687/9 690/9 691/23 702/15 704/6 704/11 705/5 708/12 709/12 712/16 713/4 713/9 713/12 714/4 715/9 716/5 719/22 724/6 728/11 729/14 729/23 730/1 730/7 732/3 732/13 736/25 738/20 748/5 751/9 751/11 751/20 752/12 753/10 753/11 754/4 757/14 758/12 758/20 758/21 759/19 759/20 759/21 759/25 763/9 765/15 765/25 769/22 770/12 771/6 771/11 771/19 771/20 772/15 778/16 779/25 779/25 781/14 781/17 781/20 785/6 789/1 790/2 790/6 790/20 792/2 801/1 803/21 805/9 805/23 806/16 807/3 813/11 813/15 813/20 813/21 813/23 814/8 814/11 816/17 816/19 816/23 817/1 821/13 823/6 833/8 834/15 837/22 838/13 838/20 839/4 843/21 845/21 845/22 845/22 846/5 850/4 871/6 871/8 876/1 876/7 877/11 877/12 877/17 878/7 878/14 878/16 878/18 879/8 879/12 879/14

**alleged [2]** 671/11 778/15

**amazing [2]** 720/24 738/7

**AMERICA [3]** 630/3 635/4 824/25

**America's [1]** 748/20

**American [1]** 788/10

**AMIT [1]** 630/10

**amongst [1]** 751/16

**amount [7]** 705/2 775/6 775/7 777/7 823/4 824/13 837/7

**AMY [2]** 636/17 784/7

**Analyzing [1]** 730/11

**angle [2]** 696/11 704/23

**angles [2]** 664/6 704/14

**animal [1]** 840/16

**animals [1]** 841/18

**another [43]** 637/1 637/4 660/25 663/3 665/10 665/15 682/15 684/4 695/14 695/21 696/10 700/19 704/9 708/18 716/6 716/23 718/10 719/16 720/10 722/4 723/11 724/14 724/23 728/23 729/19 731/22 735/8 739/14 740/10 741/13 742/12 743/5 744/6 745/4 757/24 758/3 768/23 769/5 779/17 789/9 798/17 860/17 875/18

**answer [3]** 679/16 780/8 830/8

**answered [2]** 691/17 780/8

**anticipating [2]** 726/5 877/19

**antifa [1]** 748/10

**antipathy [2]** 727/9 727/10

**antisocial [1]** 748/6

**any [77]** 639/4 639/12 649/8 655/11 656/20 657/14 659/11 663/22 664/2 671/12 676/21 681/18 693/7 693/14 696/4 713/6 714/12 714/15 714/19 721/5 725/10 725/10 725/11

**always [1]** 736/24

**am [21]** 692/17 752/16 759/24 765/7 769/4 771/17 784/4 833/2 835/13 868/22 878/1

## A

**any... [54]** 749/8 752/6
754/6 755/1 755/10
756/20 761/2 761/7
762/23 766/3 766/7
766/9 766/10 766/11
774/21 776/4 777/3
777/4 777/6 778/20
781/15 788/2 788/23
788/24 790/3 791/7
799/3 810/17 811/18
813/8 821/4 821/23
825/15 825/24 834/13
841/20 845/11 846/12
850/23 855/1 863/11
870/20 871/5 871/10
871/11 872/2 872/12
873/2 874/12 875/3
877/6 878/10 879/4
879/6
**anybody [4]** 678/16
678/18 767/5 787/24
**anyone [4]** 655/13
724/1 774/21 859/2
**anything [30]** 649/2
667/7 678/2 679/1
681/8 688/8 694/2
724/2 737/8 778/25
785/4 789/6 792/7
794/17 802/6 825/25
826/4 833/21 841/20
845/14 845/15 849/21
868/21 871/12 871/13
872/14 872/16 873/9
877/8 879/8
**anywhere [2]** 843/11
872/24
**apartment [2]** 785/19
785/20
**apologies [2]** 636/12
827/12
**apologize [3]** 675/5
768/25 832/17
**apparently [2]** 735/15
754/18
**appear [13]** 655/13
668/15 673/11 689/14
690/14 691/12 704/5
704/22 766/4 827/1
833/21 833/23 866/21
**APPEARANCES [2]**
630/12 630/22
**appeared [3]** 639/19
831/18 867/9
**appearing [1]** 635/8
**appears [12]** 637/23
662/4 666/11 682/2
690/11 703/6 703/24
798/10 820/1 833/15
833/18 833/19
**apportion [1]** 775/2
**appreciate [1]** 813/12
**approach [6]** 804/5
805/12 808/5 808/21
809/10 809/23
**appropriate [2]** 635/13
875/1
**approximately [4]**

839/21
**architect [11]** 670/21
814/2 814/2 815/15
815/17 815/20 815/24
816/3 816/12 822/22
825/11
**architectural [1]**
817/25
**are [166]** 635/11
635/20 636/5 636/7
636/14 638/13 638/16
654/20 654/21 655/24
656/23 658/17 659/2
660/9 661/23 662/17
663/19 663/22 669/8
671/9 673/8 673/19
678/2 678/15 688/7
688/10 688/12 689/6
689/21 690/3 691/9
692/16 701/4 707/4
708/5 714/9 715/16
715/17 715/19 722/23
723/22 724/12 724/16
725/14 726/12 728/13
728/17 730/4 730/8
731/14 731/25 734/21
735/23 742/21 743/20
744/3 744/16 744/20
744/20 744/23 748/7
748/9 748/11 752/10
752/18 752/21 759/22
760/3 760/16 761/3
761/5 761/6 761/7
761/18 761/24 762/1
762/3 762/22 766/3
766/14 766/18 768/12
769/9 772/15 772/18
772/23 774/14 779/6
782/12 782/19 784/1
789/1 789/3 789/4
789/10 791/6 797/21
797/24 797/25 798/1
798/9 798/9 798/11
798/12 798/12 798/13
802/22 803/5 808/10
808/11 808/14 810/1
810/2 810/4 810/11
810/23 814/6 816/2
816/4 817/23 817/24
820/17 822/4 822/4
822/10 825/15 826/23
827/7 828/15 828/18
828/25 832/20 832/23
832/25 833/12 833/15
833/17 836/4 836/9
839/12 839/18 842/11
842/18 842/22 842/23
847/9 850/20 851/3
852/17 853/1 853/2
853/4 853/19 854/2
854/11 856/7 856/7
860/2 861/2 863/14
863/15 864/15 865/18
866/17 877/15 877/25
**area [17]** 637/1 637/4
645/3 667/15 667/18
688/2 738/17 738/18

818/16 818/20 832/11
843/1 846/11 862/6
**areas [6]** 738/20
786/15 787/19 787/20
787/22 788/7
**aren't [3]** 670/15 730/8
734/18
**arguably [1]** 769/19
**argument [2]** 770/1
813/1
**arm [15]** 640/10 642/4
642/9 642/13 642/20
653/7 653/12 660/7
682/12 693/25 699/11
700/4 708/24 861/5
861/17
**around [17]** 656/18
661/11 699/8 704/16
733/9 737/9 738/14
752/10 763/20 769/4
818/3 825/20 829/13
837/10 868/16 869/13
878/5
**arrest [2]** 738/8 788/6
**arrive [2]** 818/9 838/5
**arrived [7]** 838/6
838/14 838/17 839/1
839/22 844/5 844/6
**as [126]** 636/18 646/15
646/16 649/18 650/4
655/19 656/8 662/15
662/21 663/8 665/24
666/2 670/16 670/17
670/18 670/18 671/6
701/2 707/11 710/6
710/12 711/16 714/22
722/4 724/13 727/19
727/19 731/22 733/19
746/11 751/15 752/2
752/2 753/7 758/3
762/10 763/20 765/8
765/15 767/20 767/21
768/6 768/7 768/13
770/11 772/10 774/13
774/13 774/13 777/16
778/11 778/21 780/12
782/20 783/5 783/12
784/1 784/17 785/8
786/9 786/9 786/18
787/1 787/19 788/1
788/6 789/25 792/5
792/8 792/24 795/9
796/19 799/25 801/12
802/16 803/25 804/12
805/10 805/16 806/25
807/5 807/15 808/9
808/12 808/19 809/2
809/13 809/17 810/1
810/5 810/11 810/13
815/21 819/9 820/14
821/11 822/3 824/8
825/11 825/11 825/13
825/13 825/19 827/11
827/15 828/13 829/4
829/20 829/21 830/23
832/12 832/13 832/23
833/1 844/12 844/18

864/10 865/25 868/13
874/1 875/6 876/25
877/4
**aside [3]** 714/24 766/2
872/18
**ask [37]** 641/25 643/22
648/7 665/2 674/6
686/6 690/11 699/6
703/5 721/4 723/21
751/24 752/17 754/6
755/17 756/19 759/14
766/9 771/7 779/7
780/21 789/25 797/13
798/8 828/1 828/5
839/11 850/8 850/10
874/10 874/14 875/9
876/10 876/22 877/4
878/1 878/4
**asked [8]** 639/15
691/17 747/13 766/10
780/5 873/14 874/6
874/11
**asking [13]** 761/3
771/3 792/19 806/11
806/12 806/13 811/8
830/7 867/13 867/20
874/9 876/21 877/5
**aspects [2]** 825/3
825/15
**ass [1]** 734/21
**assaulting [1]** 844/25
**assembly [2]** 820/20
822/3
**assert [1]** 872/8
**assertion [1]** 770/4
**assess [1]** 704/21
**assessment [5]** 817/21
817/23 818/10 828/22
834/4
**assigned [2]** 829/16
829/17 836/1
**assignment [3]** 835/19
835/25 837/12
**assist [1]** 752/18
**associated [2]** 718/1
729/1
**assuming [1]** 877/18
**attempting [2]** 666/6
778/3
**attend [1]** 784/25
**attention [3]** 636/25
720/8 877/24
**Attorney's [1]** 769/1
**audio [7]** 848/20
848/21 848/23 849/3
849/4 849/8 853/25
**audit [8]** 729/14 730/6
730/7 732/13 743/21
745/21 748/15 756/15
**authentic [1]** 768/6
**authenticate [1]**
745/22
**authenticating [1]**
730/10
**authenticity [2]** 760/10
760/13
**automatically [1]**

**automobile [1]** 821/10
**availability [2]** 823/3
823/11
**available [4]** 750/24
756/23 824/14 876/19
**Ave [1]** 631/3
**avenue [2]** 631/10
738/14
**Avila [8]** 636/6 636/17
636/23 729/12 753/24
754/22 781/18 784/7
**avoid [2]** 649/21
671/16 752/10 797/14
**aware [11]** 654/20
659/2 766/3 766/18
768/22 769/22 769/23
771/4 817/10 825/15
828/25
**away [5]** 781/10 798/11
855/3 855/4 872/11
**awesome [1]** 736/23

## B

**back [76]** 636/3 636/6
639/21 642/5 642/15
642/17 650/4 653/4
653/19 655/14 656/22
659/13 666/8 666/9
666/16 672/10 673/2
673/22 678/13 679/4
680/14 684/17 685/19
686/12 686/21 690/10
690/25 695/4 695/16
696/14 697/3 697/5
699/6 699/23 700/24
706/15 707/25 708/3
708/5 708/15 708/19
731/13 740/5 752/18
753/1 755/15 800/1
800/15 802/12 802/13
802/14 811/5 822/10
827/25 836/4 839/6
844/8 846/17 846/18
849/6 852/4 852/17
852/18 853/1 853/4
853/8 853/8 854/17
855/15 857/3 860/23
861/25 864/18 876/23
877/3 877/12
**background [2]** 824/7
824/8
**backpack [19]** 666/9
666/14 667/8 667/10
667/14 667/18 685/10
791/12 791/13 793/6
801/14 801/15 801/17
801/18 806/9 806/20
806/22 807/2 807/12
**backside [2]** 794/11
794/12
**badges [1]** 825/23
**bag [7]** 797/2 797/7
804/8 804/14 807/9
807/10 810/3
**balaclava [1]** 662/23
**ballots [3]** 722/22
723/25 732/14

**Barrett [1]** 631/10

**barricade [1]** 864/10

**baseball [2]** 774/6
776/23

**based [11]** 662/16
662/21 667/23 724/6
761/8 765/6 765/8
787/18 822/5 824/2
828/23

**basically [9]** 640/4
723/23 734/16 760/12
836/16 840/19 841/22
844/23 845/4

**basis [4]** 668/24
695/24 711/17 768/11

**bat [3]** 774/6 776/23
778/6

**bathroom [2]** 867/7
868/3

**bathrooms [1]** 785/22

**batons [2]** 844/25
845/14

**be [161]** 636/4 638/9
646/3 647/19 647/24
648/7 649/16 649/22
649/23 650/2 650/3
650/21 651/23 657/18
662/4 665/2 666/24
666/25 667/20 670/17
671/20 673/11 673/14
674/6 682/5 682/20
686/12 691/12 695/7
701/25 703/5 704/19
704/20 704/22 708/12
709/6 709/9 709/10
709/13 710/20 713/12
717/3 718/18 719/22
720/18 721/19 722/12
722/21 724/8 725/15
726/9 726/24 727/3
727/17 729/6 729/9
729/23 730/23 732/7
732/13 736/3 736/20
737/18 738/6 739/21
740/4 740/17 742/4
742/17 743/11 744/2
744/12 747/5 747/23
748/14 749/20 750/18
751/6 755/19 757/2
757/16 758/12 761/19
761/21 762/9 763/15
767/18 767/20 767/23
768/10 769/21 770/10
771/8 772/6 772/9
772/21 776/10 777/14
777/17 778/16 780/23
784/25 785/7 785/10
788/9 788/13 790/6
790/23 793/23 794/15
794/16 795/8 795/14
797/14 806/16 806/25
814/14 814/16 814/19
816/20 818/2 820/20
820/21 821/15 821/16
825/24 827/1 829/13
831/18 832/12 833/15
833/18 833/19 833/21

842/25 849/1 849/2
857/25 866/21 867/13
867/14 867/16 874/3
874/8 874/21 874/23
874/23 875/8 875/15
875/17 876/17 876/21
876/24 878/1 878/4
878/6 878/18 878/23

**beanie [6]** 639/25
687/23 795/3 795/20
798/6 807/19

**bear [9]** 727/7 840/9
840/15 840/15 840/18
840/24 841/19 845/8
869/11

**beard [1]** 703/21

**bears [1]** 840/20

**beating [1]** 703/19

**beautiful [2]** 736/21
748/4

**because [28]** 648/14
658/19 669/19 703/9
737/1 738/21 752/10
762/22 763/15 767/4
767/20 770/4 773/2
777/13 777/15 778/12
788/20 793/9 800/10
801/14 826/6 831/8
874/8 874/21 875/1
875/13 875/21 876/21

**become [1]** 817/10

**bed [8]** 717/10 786/25
787/5 787/7 790/15
792/5 799/22 800/7

**bed/area [1]** 787/7

**bedroom [10]** 785/19
785/25 786/1 786/10
786/18 786/22 787/3
788/1 790/25 798/25

**bedrooms [5]** 785/21
785/22 786/13 786/13
786/14

**been [84]** 636/17 644/9
653/19 656/7 661/14
662/17 662/19 663/9
664/21 687/6 692/8
693/7 700/13 702/12
705/13 710/12 711/24
713/3 714/22 732/19
732/23 733/14 734/20
746/9 746/24 752/19
753/11 755/11 756/8
756/10 759/3 763/11
765/19 765/23 777/5
778/17 780/12 780/18
782/22 789/10 792/21
802/15 803/24 804/12
804/13 804/19 805/10
805/15 806/25 807/15
808/8 808/19 809/12
809/25 813/17 818/25
819/9 822/2 822/15
823/7 824/6 824/22
824/23 826/15 827/15
828/5 830/3 830/12
831/5 831/25 832/18
833/1 835/16 835/22

841/5 841/7 846/3
846/3 857/22 875/1
879/3

**before [36]** 630/10
648/9 650/13 650/25
664/21 671/2 671/3
677/2 679/24 680/3
685/22 685/24 717/10
718/3 723/6 723/7
726/4 727/8 733/17
752/25 780/8 789/6
804/10 813/16 818/11
828/6 840/24 849/1
851/5 853/24 864/17
867/3 874/14 877/16
879/8 879/9

**began [2]** 818/10 824/2

**begin [1]** 636/7

**beginning [5]** 639/21
642/16 651/6 676/13
703/13

**begins [3]** 667/25
697/16 700/19

**behind [5]** 794/14
814/16 819/1 844/8
844/17

**behold [1]** 734/20

**being [37]** 637/4
640/21 645/2 645/16
645/18 646/17 653/15
665/24 703/2 705/1
713/1 745/18 755/7
758/21 759/12 766/3
767/5 769/8 769/11
773/2 773/3 774/14
775/16 777/5 786/18
787/13 787/19 791/14
792/12 807/9 817/19
840/22 850/24 853/10
855/1 858/10 872/12

**believe [40]** 635/12
641/3 658/12 666/15
679/17 691/25 694/13
696/3 701/7 703/1
707/18 710/18 712/7
722/23 724/1 733/13
743/19 747/2 747/2
748/12 748/17 769/21
773/7 773/14 775/19
780/7 789/25 791/13
793/6 793/8 795/20
796/1 831/4 831/7
833/5 837/10 842/24
846/10 847/7 863/14

**believes [2]** 641/2
643/23

**belonged [1]** 786/1

**belonging [1]** 788/1

**belt [1]** 868/11

**bench [18]** 648/11
650/9 666/5 668/23
670/5 670/6 671/21
702/24 706/1 706/12
712/14 726/10 735/13
750/9 760/24 766/23
874/5 876/12

**bend [1]** 682/3

**best [3]** 633/14
690/17

**beside [1]** 801/18

**best [5]** 706/6 747/9
748/15 766/7 877/1

**better [2]** 745/20 770/1

**between [4]** 657/15
671/4 820/18 844/21

**beveled [1]** 811/4

**beyond [6]** 762/23
767/4 767/12 816/11
816/12 874/2

**Biden [1]** 740/25

**big [4]** 733/9 734/19
798/19 799/8

**bigger [1]** 863/14

**biggest [1]** 825/18

**bike [1]** 836/8

**billy [5]** 719/10 720/4
734/17 749/13 774/1

**bit [15]** 638/25 642/15
642/17 659/13 685/24
695/4 697/5 705/16
714/11 720/1 721/22
776/7 830/1 836/4
878/2

**bjasari [1]** 631/7

**black [17]** 658/21
662/22 662/22 676/24
689/16 794/24 795/1
796/6 796/6 797/11
798/1 802/8 806/9
808/10 808/25 847/14
868/10

**blades [1]** 728/9

**blame [1]** 748/12

**bleachers [1]** 820/9

**bled [1]** 744/2

**Blerina [2]** 631/2 635/7

**block [2]** 855/14
855/22

**blotches [1]** 654/21

**blow [24]** 720/1 721/22
722/15 725/6 732/10
736/14 736/17 737/3
738/4 739/24 740/20
741/24 743/14 745/14
756/12 756/13 757/20
763/4 763/6 763/8
763/15 776/24 778/7
822/10

**blowing [2]** 792/14
819/22

**blown [1]** 822/11

**blue [31]** 639/25
658/21 676/24 706/18
793/14 793/25 795/5
795/6 799/13 809/15
854/12 854/25 856/5
856/18 856/24 857/5
857/12 857/19 859/4
860/2 864/22 865/8
865/10 865/21 866/15
870/7 871/4 872/15
872/19 873/1 873/15

**body [21]** 639/3 641/23
710/4 710/14 846/20
846/23 847/2 847/6

847/23 847/25
848/2 848/19 849/4
850/4 850/13 850/15
850/18 850/20 862/3
870/8

**body-cam [1]** 710/14

**body-worn [16]** 639/3
710/4 846/20 846/23
847/2 847/6 847/8
848/2 848/19 849/4
850/4 850/13 850/15
850/20 862/3 870/8

**boss [1]** 877/3

**both [4]** 644/17 733/15
823/21 858/15

**bottle [2]** 663/21
841/24

**bottles [1]** 845/2

**bottom [12]** 635/19
673/22 684/22 688/11
716/2 717/15 737/3
738/20 756/6 756/13
778/20 850/22

**bought [2]** 744/3
748/13

**Boyle [18]** 631/2 631/3
635/7 635/17 636/7
648/23 668/24 671/8
753/3 764/9 767/16
770/13 780/5 780/9
781/14 870/20 877/4
877/18

**brand [3]** 810/13
810/17 810/20

**brave [1]** 731/4

**Braveheart [1]** 731/14

**break [12]** 685/23
686/7 743/24 751/12
751/14 754/19 758/19
796/15 813/17 840/3
861/25 862/5

**breaking [7]** 752/23
752/23 766/19 766/25
767/5 770/5 770/6

**Brian [1]** 703/2

**Brief [1]** 873/10

**briefly [1]** 831/24

**bring [2]** 720/8 724/6

**broke [4]** 773/11 840/5
840/12 842/6

**broken [14]** 669/8
672/5 776/12 816/16
818/24 819/1 819/1
822/2 822/5 823/21
823/7 830/3 834/5
834/7

**brown [1]** 807/9

**brush [1]** 800/11

**buffer [1]** 848/24

**building [21]** 630/14
645/4 742/25 748/13
756/16 796/16 816/10
816/25 817/18 817/24
817/25 818/4 818/21
818/22 822/2 823/7
823/23 825/8 829/17
830/3 832/11

**built [1]** 745/20

886

**B**

Bulldog [1] 788/10
bunch [1] 844/16
burn [1] 745/24
burning [3] 744/23
841/17 868/17
busted [1] 775/12
button [3] 848/5
848/13 849/5

**C**

cabinet [1] 794/9
call [14] 762/15 762/16
770/17 813/16 817/20
820/25 834/19 843/14
843/17 843/19 849/13
876/19 877/3 877/12
called [7] 660/25 676/6
772/1 818/2 837/19
844/3 849/19
calling [2] 707/19
858/20
calls [4] 781/23 814/21
834/22 843/17
cam [3] 710/14 847/25
850/18
came [9] 649/22
669/11 670/20 670/24
812/10 837/10 837/13
838/8 852/19
camera [18] 639/3
658/10 710/4 846/21
846/23 847/2 847/6
847/8 847/23 848/2
848/19 849/5 850/4
850/13 850/15 850/20
862/3 870/8
camouflage [3] 796/1
797/21 827/15
can [302]
can't [9] 635/21 725/13
730/12 759/11 762/15
762/17 770/14 812/23
839/24
candidate [1] 727/12
canister [2] 659/19
659/20
cannot [4] 740/24
760/7 760/25 761/6
cans [1] 859/20
cap [1] 792/12
capable [1] 696/1
capital [6] 734/16
736/21 737/6 738/17
740/3 756/15
capitol [72] 637/10
637/13 647/9 651/21
670/22 670/24 726/3
726/15 739/7 748/21
764/4 796/16 814/2
815/15 815/17 815/24
816/1 816/5 816/6
816/10 816/12 816/14
816/14 816/25 817/11
818/14 820/2 821/22
822/22 824/5 824/5
825/12 825/21 829/17
837/16 837/18 837/19

838/9 840/13 842/14
843/16 843/25 844/1
844/3 844/4 845/19
846/4 846/5 846/21
846/24 847/4 847/5
852/14 856/8 857/2
862/4 863/7 863/13
863/16 863/22 863/23
867/7 868/3 868/15
872/10 872/11 872/23
872/25 873/2
Capitol grounds [2]
816/6 847/5
Capitol's [1] 816/3
caption [2] 733/2 750/1
caravaned [1] 837/23
care [2] 723/1 816/4
careful [1] 736/20
Carhartt [2] 794/24
796/6
carpentry [1] 825/12
case [34] 635/3 649/16
739/5 751/16 752/3
763/19 765/12 765/25
767/10 768/4 769/25
770/18 772/17 773/10
773/20 784/2 784/3
784/20 784/22 784/23
786/9 788/8 788/10
788/13 788/14 792/8
805/4 805/4 819/4
849/25 875/8 877/6
878/9 878/10
catch [1] 738/15
cause [3] 776/2 777/15
779/2
caused [4] 664/21
774/15 775/11 775/15
causing [2] 770/9
777/7
CCTV [12] 646/23
647/6 650/21 651/21
662/21 691/24 863/22
863/23 868/20 870/8
873/20 874/20
CDU [8] 836/1 836/5
836/5 836/7 836/10
851/11 860/18 863/6
cell [6] 799/18 799/19
799/20 799/21 800/17
800/23
censorship [1] 748/7
center [3] 816/14
848/15 848/16
certain [1] 795/13
certainly [5] 726/18
767/4 769/5 771/24
878/19
certificate [1] 760/10
certificates [2] 715/16
724/3
certification [2] 725/15
761/18
certified [2] 631/9
768/3
certify [3] 741/2 742/7
880/2

CH [1] 631/10
chairs [3] 829/11
829/13 833/17
challenge [1] 823/2
challenging [1] 774/9
chance [4] 637/19
647/12 759/22 850/4
change [1] 746/24
changed [2] 685/17
687/25
changes [3] 689/21
690/23 879/6
chanting [1] 858/20
chaotic [1] 871/25
Chapline [1] 630/15
characteristics [1]
676/21
characterization [2]
761/17 820/23
characterize [3] 760/7
762/10 831/17
characterized [1]
832/12
chards [1] 828/13
charge [9] 635/19
769/12 771/25 772/3
772/6 777/1 777/1
778/12 784/22
charged [5] 772/18
774/13 775/16 778/12
778/13
charges [1] 726/20
charging [3] 635/14
772/15 777/12
check [2] 824/7 824/8
checked [1] 737/4
chemical [2] 841/6
841/20
chest [1] 848/16
chief [3] 768/4 769/25
773/20
China [1] 744/3
Chinatown [2] 738/19
738/25
choose [2] 744/24
829/18
chuck [1] 728/6
circle [56] 640/10
640/13 642/20 643/4
646/7 651/4 651/12
652/2 652/8 652/10
652/22 653/5 654/13
654/18 655/5 659/25
660/11 660/17 663/17
663/25 672/14 672/16
676/16 679/7 679/9
680/16 681/5 681/20
687/23 689/9 689/9
690/6 690/8 693/12
693/16 693/25 695/3
697/3 699/7 700/6
700/10 700/24 706/18
706/24 707/7 708/24
709/4 733/24 755/14
781/7 781/10 792/4
793/24 803/4 833/12
865/13

certifying [1] 760/10
642/13 645/16 645/18
820/12 842/18
circles [1] 755/24
circular [2] 848/5
863/16
circular-shaped [1]
863/16
circumstance [2]
823/16 875/4
circumstances [1]
820/2
civil [1] 815/21
civil-disturbance-unit
[1] 851/12
civilian [1] 725/13
claim [1] 725/13
clarification [2] 752/1
752/5
classmates [1] 844/9
clear [5] 752/3 772/5
800/12 812/4 820/17
clearer [1] 681/18
clearly [9] 705/17
724/12 727/6 727/7
748/14 775/23 776/6
776/14 778/24
client [2] 635/21 874/6
climbed [1] 872/22
clip [22] 645/15 646/12
664/9 665/10 665/15
674/6 675/20 675/24
676/5 683/6 684/4
684/6 685/21 686/18
687/7 687/14 691/14
697/16 700/19 771/9
852/8 852/22
clipping [1] 753/5
clips [5] 668/4 701/4
701/10 712/16 779/18
close [3] 750/15
817/15 821/19
closer [2] 637/18
705/16
closet [10] 786/10
793/19 793/21 793/25
794/5 794/14 794/18
795/7 796/19 796/21
closets [1] 794/8
closings [1] 877/17
cloth [1] 801/9
clothing [6] 639/23
658/20 676/22 785/8
796/22 868/14
cloud [1] 849/19
clouds [1] 842/21
club [3] 681/16 720/4
774/1
clubbed [2] 719/10
749/13
clubs [5] 734/17
796/12 796/13 796/17
797/2
coffee [4] 829/12
833/18 833/19 833/22
coffin [2] 723/24

collect [1] 792/11
collecting [1] 784/23
College [2] 715/16
723/23
COLUMBIA [3] 630/1
764/5 769/1
combat [2] 844/24
853/11
combination [1]
712/16
come [25] 636/6 662/7
669/15 669/24 670/4
670/13 672/8 713/19
722/24 734/20 747/13
752/25 765/12 765/15
770/17 770/18 775/8
775/14 821/11 831/14
842/14 843/23 876/22
877/12 877/22
comes [8] 666/16
669/21 669/21 671/4
690/25 735/15 788/5
826/8
coming [16] 649/16
651/23 659/16 669/8
671/9 697/10 722/24
722/25 726/15 747/1
757/22 777/17 846/9
855/14 855/21 871/15
commander [3] 755/15
784/15 784/18
commands [1] 846/13
comment [1] 732/2
comments [1] 754/5
commercial [1] 832/12
commit [1] 878/21
commitment [1] 877/5
commitments [1]
635/18
committing [1] 772/21
common [2] 786/15
787/22
communications [1]
751/17
comparison [4] 662/16
678/16 687/4 687/5
compilation [1] 712/4
compiled [1] 785/6
complete [2] 772/6
828/20
completely [6] 669/8
672/5 822/16 822/17
834/5 834/7
completing [1] 824/25
complex [1] 825/21
complied [42] 640/11
640/14 642/21 643/6
644/19 651/5 652/21
654/14 655/6 660/1
660/12 660/19 661/25
663/18 664/1 672/17
679/8 679/10 680/17
689/11 690/7 693/13
693/17 694/1 699/14
700/7 700/11 706/25
707/8 708/25 709/5
733/25 781/8 794/1

**C**

**complied... [8]** 804/25 805/3 806/6 808/2 808/17 809/7 810/10 811/12

**complies [1]** 809/22

**component [2]** 713/9 825/3

**computer [2]** 631/13 804/21

**computer-aided [1]** 631/13

**concede [2]** 774/20 813/3

**conceding [1]** 772/11

**concern [2]** 671/8 773/9

**concerned [1]** 788/9

**concluded [1]** 879/16

**condition [7]** 807/5 807/22 808/12 809/2 809/17 810/5 830/12

**conduct [2]** 776/21 777/9

**conducted [1]** 834/4

**conducting [2]** 784/25 785/10

**conference [20]** 635/14 635/20 648/11 666/5 668/23 670/6 702/24 706/1 712/14 726/10 735/13 750/9 760/24 766/23 829/12 829/13 829/14 833/15 874/5 876/12

**conferred [11]** 674/2 701/12 702/22 711/12 753/13 801/3 811/14 827/22 828/9 870/17 875/25

**confess [1]** 703/10

**confrontations [1]** 704/15

**confused [1]** 770/10

**confusing [1]** 770/3

**confusion [2]** 776/20 779/2

**Congress [3]** 723/23 727/10 829/18

**congressional [2]** 818/24 820/7

**Congressman [1]** 715/18

**Congressmen [2]** 742/5 743/20

**connect [1]** 670/20

**Connecticut [1]** 631/3

**connection [11]** 637/20 676/3 684/8 692/18 705/12 707/18 726/20 739/5 749/15 751/1 863/6

**consider [2]** 752/21 780/7 787/13

**considered [1]** 823/10

**considering [1]** 702/12

**consistently [1]** 846/23

**constitutional [2]** 738/14

**constructed [1]** 777/5

**construction [4]** 816/5 820/6 822/5 832/15

**contact [1]** 817/15

**contained [1]** 801/14

**contains [1]** 796/17

**contemplating [1]** 752/8

**contents [1]** 768/7

**contest [1]** 772/10

**contested [1]** 746/25

**context [1]** 671/2

**continuation [2]** 737/12 747/20

**continue [60]** 636/5 640/6 640/17 641/5 641/12 641/19 642/7 642/25 643/10 643/17 644/4 644/11 644/23 645/8 646/15 651/10 654/9 655/7 655/22 658/13 658/22 659/7 660/2 660/13 660/20 672/18 673/4 673/24 677/23 678/10 678/21 679/18 680/7 680/22 681/14 682/8 682/22 685/13 688/3 688/17 689/2 689/17 689/24 690/19 691/1 691/19 693/19 694/14 694/21 696/21 696/24 699/17 700/16 711/9 827/3 831/20 856/20 857/15 858/6 878/1

**CONTINUED [2]** 631/1 636/20

**continues [1]** 646/17

**continuously [14]** 641/6 641/20 643/2 643/11 646/9 655/16 687/20 692/3 699/24 709/15 711/10 860/7 864/25 866/12

**contractor [7]** 823/9 824/6 824/16 825/6 825/14 825/22 826/12

**contractors [3]** 824/3 824/10 824/12

**contribute [1]** 769/7

**contributing [1]** 773/5

**control [2]** 843/4 872/8

**conversation [11]** 635/16 716/11 724/15 735/1 735/2 735/15 736/6 736/13 737/14 746/6 747/16

**convert [1]** 731/7

**convey [1]** 874/25

**conviction [3]** 768/23 768/23 778/22

**cool [1]** 868/17

**cops [2]** 736/21 738/18

**corner [5]** 684/22 711/5 787/6 850/17 852/11

**construction [1]** 738/14

**correct [20]** 706/3 718/25 725/21 726/5 733/17 743/16 751/2 765/6 773/13 775/18 776/8 779/14 803/19 812/24 816/8 832/16 876/14 876/15 880/3

**correlation [1]** 657/15

**correspond [3]** 656/16 663/23 693/8

**corresponding [1]** 755/11

**cost [4]** 824/1 824/24 825/4 825/17

**could [96]** 635/15 637/17 639/21 640/10 640/13 642/4 642/20 643/4 643/25 646/7 646/15 646/24 651/4 655/14 663/17 663/25 669/23 672/22 680/14 685/17 686/17 686/20 687/22 689/9 690/10 694/4 695/16 696/13 702/23 703/14 715/18 717/9 717/15 717/18 719/25 720/3 722/15 722/19 723/1 725/9 726/21 726/23 728/6 731/13 732/23 733/19 733/21 736/14 736/17 739/24 743/3 743/14 746/3 746/18 753/3 761/20 761/24 763/3 763/4 763/5 763/6 768/5 768/6 770/10 773/2 781/10 787/8 793/2 793/11 795/10 795/17 796/3 796/9 801/2 801/6 801/19 803/4 803/10 803/14 819/11 819/24 822/4 822/7 826/17 826/19 827/8 827/25 828/14 837/5 837/11 842/25 845/14 845/15 846/7 860/10 868/20

**Could you [1]** 860/10

**could've [1]** 734/19

**couldn't [1]** 607/19

**counsel [35]** 638/12 662/7 674/2 685/22 701/12 702/22 711/12 727/18 753/8 753/13 760/7 760/22 766/21 782/4 789/24 801/3 804/2 804/3 805/10 806/12 806/23 808/3 808/19 809/8 811/14 827/22 828/5 828/9 832/4 870/17 873/14 874/6 875/25 876/10 878/3

**count [2]** 777/3 822/7

**counter [2]** 811/7 811/8

**counties [1]** 725/11

**country [1]** 740/23 744/2

**couple [9]** 673/2 706/15 708/19 771/7 771/12 776/7 811/21 856/16 864/16

**course [2]** 666/7 770/6

**court [28]** 630/1 631/8 631/9 650/7 657/8 666/23 670/3 671/19 686/8 705/4 706/10 713/11 724/5 724/6 724/7 727/23 736/2 750/17 752/14 763/1 768/4 768/4 771/15 813/17 814/12 876/4 877/21 879/14

**Court's [3]** 773/9 777/20 831/8

**Courthouse [1]** 630/15

**courtroom [10]** 636/1 686/3 686/11 751/21 753/19 771/21 779/24 813/22 814/18 878/15

**cover [1]** 646/20

**covering [1]** 744/25

**COVID [1]** 869/18

**CR [1]** 630/4

**crack [2]** 775/11 776/6

**cracked [1]** 822/16

**cracking [1]** 828/23

**cracks [2]** 770/7 828/18

**Craig [3]** 781/24 782/7 782/17

**crap [4]** 744/20 744/23 745/18 748/7

**cray [4]** 715/18 715/18 715/19 715/19

**crazy [2]** 715/22 737/1

**creases [1]** 730/10

**create [1]** 776/19

**creatures [1]** 745/19

**Criminal [1]** 635/3

**cross [10]** 632/4 636/8 764/9 765/2 771/8 811/18 812/2 834/2 870/20 871/2

**cross-examination [9]** 636/8 764/9 765/2 771/8 811/18 812/2 834/2 870/20 871/2

**crowd [4]** 693/14 820/10 843/4 861/17

**CRR [2]** 880/2 880/8

**crumpled [4]** 690/15 690/16 690/17 691/5

**cumulative [8]** 665/25 701/3 705/1 712/8 713/10 832/5 874/9 874/21

**current [1]** 835/19

**currently [2]** 782/19 782/20

**cut [7]** 649/12 650/2 650/3 707/13 826/6 826/9 826/11

**cylindrical [1]** 659/2

**D breaking [1]** 752/23

**D.C [7]** 630/5 630/20 631/4 631/11 764/5 765/15 837/6

**damage [17]** 664/21 773/6 774/14 775/2 775/15 775/16 775/17 776/3 776/5 777/7 817/17 817/18 819/4 821/23 828/16 828/20 830/1

**damaged [5]** 672/5 772/5 776/11 778/23 816/16

**damages [2]** 818/4 825/11

**damaging [3]** 772/8 775/20 778/14

**damn [1]** 720/24

**damned [1]** 744/2

**dang [3]** 717/22 737/7 742/24

**danger [1]** 788/7

**dangerous [1]** 704/22

**date [33]** 715/23 716/12 716/16 717/13 718/1 718/14 719/18 720/6 721/14 722/17 723/14 725/17 725/23 727/7 729/1 730/19 732/3 734/7 736/6 737/14 740/13 741/22 743/7 747/16 750/1 750/4 756/4 757/12 758/16 835/23 849/14 849/14 880/7

**dated [1]** 735/17 735/23

**David [2]** 630/13 635/5

**david.perri [1]** 630/17

**day [34]** 630/7 639/23 718/3 718/22 731/5 784/13 812/14 812/19 817/5 817/8 817/11 817/15 817/16 818/8 818/8 818/9 844/2 845/23 850/13 850/16 867/6 869/1 869/14 870/4 870/10 870/13 871/15 872/13 873/16 874/7 875/19 877/23 878/21 879/2

**days [1]** 727/8

**dboyle [1]** 631/6

**dc [6]** 729/13 732/13 734/20 736/19 756/16 757/23

**dead [2]** 730/11 745/22

**deadly [3]** 704/22 743/25 745/20

**deal [1]** 727/9

**dealing [1]** 819/6

**dealings [1]** 824/10

**death [2]** 756/15 756/15

**death' [1]** 744/1

**debriefing [1]** 784/25

**debriefing...** [1]  785/3
**debris** [1]  818/21
**December** [4]  715/24
723/15 725/18 757/13
**decide** [2]  727/4
727/16
**decision** [3]  762/14
795/14 823/8
**declaratory** [1]  769/14
**defendant** [86]  630/7
631/2 635/8 637/22
639/18 643/4 643/14
643/25 647/14 652/20
655/3 655/24 656/25
657/23 658/1 658/17
661/3 661/23 662/18
663/6 663/17 664/19
665/18 667/7 668/15
669/2 669/9 669/25
669/25 671/10 672/23
675/17 675/24 677/7
678/25 682/2 684/6
684/20 687/10 687/22
692/16 693/2 693/23
694/18 696/17 702/16
703/4 703/22 704/5
706/22 723/12 726/12
727/2 730/16 731/23
743/5 758/4 763/21
764/2 767/10 767/17
767/21 768/24 770/8
772/4 772/15 783/18
785/24 786/10 786/15
786/19 786/25 792/13
792/24 793/7 793/14
794/25 795/2 795/4
795/20 796/2 797/12
812/9 827/15 870/5
874/12
**defendant's** [22]
634/20 660/7 666/7
682/12 714/7 714/12
714/16 715/1 716/24
720/10 726/2 754/1
780/12 780/23 780/24
789/15 790/14 792/5
793/19 793/21 799/18
802/6
**Defendant's Exhibit
No. 1** [1]  780/12
**defense** [21]  635/7
702/22 727/15 761/1
762/20 769/5 772/6
772/25 773/3 773/4
775/14 776/2 778/12
779/5 804/1 806/12
808/3 808/19 809/8
877/6 879/11
**demand** [8]  729/14
730/6 732/13 740/4
742/4 743/21 748/14
748/15
**demanding** [1]  725/12
**Democratic** [1]  727/11
**democrats** [2]  722/23
748/11
**Dennis** [1]  631/2 635/7

**[2]**  631/6 631/7
**department** [9]  637/15
639/2 709/25 710/2
777/6 835/15 835/17
835/20 851/22
**depict** [2]  661/10
797/20
**depicted** [11]  648/1
649/6 796/5 797/10
797/24 797/25 798/5
799/12 799/16 801/8
802/18
**depiction** [2]  826/24
867/8
**depictions** [1]  789/18
**deployed** [4]  836/13
836/15 837/1 837/1
**deputy** [1]  815/25
**describe** [9]  642/1
705/12 785/15 810/24
821/25 838/15 841/12
844/20 868/8
**described** [2]  707/11
765/20
**describing** [1]  842/6
**descriptions** [1]
752/21
**desk** [7]  672/9 673/10
673/11 673/22 673/23
711/3 713/8
**desks** [1]  829/11
**destroyed** [2]  767/17
772/5
**destroying** [2]  772/7
778/14
**destruction** [5]  771/25
772/1 774/14 777/1
777/13
**deter** [4]  843/1 843/2
846/11 860/15
**determination** [3]
673/15 680/5 797/15
**determine** [6]  641/23
730/8 778/16 785/25
818/4 823/25
**determined** [1]  801/22
**deterrence** [1]  860/18
**diagrams** [1]  791/5
**did** [141]  635/17 637/9
638/23 639/4 639/4
640/21 653/22 654/4
654/5 656/14 658/1
661/5 664/15 667/10
667/18 677/2 690/16
695/2 695/20 702/9
703/11 707/20 707/22
709/23 710/8 713/19
714/15 714/21 719/1
720/6 720/12 723/5
724/19 734/20 735/4
735/5 747/8 747/11
753/6 754/13 756/21
756/22 756/24 759/2
765/12 765/14 765/15
765/17 766/9 766/11
767/10 770/6 772/15
773/19 774/18 775/5

782/25 783/4 783/12
783/13 784/10 784/13
784/24 785/3 785/11
786/3 786/4 786/12
787/16 789/13 789/16
792/1 792/11 793/8
800/11 805/24 806/1
806/3 812/15 817/10
818/9 818/13 818/16
818/19 821/14 821/23
822/18 822/21 823/5
823/12 823/13 823/25
825/12 826/6 827/14
829/22 829/24 829/25
830/11 831/14 831/16
837/9 837/21 838/3
838/5 839/1 840/3
841/14 843/7 843/11
844/5 844/13 844/15
846/9 847/2 849/25
850/3 857/11 858/3
859/2 859/13 861/6
861/20 861/24 864/19
864/21 865/2 865/4
865/8 870/2 871/4
871/5 871/8 871/10
873/1 873/16 873/20
874/7
**did you** [33]  639/4
661/5 664/15 709/23
720/6 756/22 766/9
782/25 783/12 784/24
785/3 786/12 817/10
818/9 818/13 818/19
822/18 823/25 829/25
837/9 837/21 838/5
839/1 843/7 843/11
844/5 847/2 861/20
864/19 864/21 865/2
871/5 873/20
**didn't** [33]  649/22
669/15 669/20 703/10
722/20 723/25 737/4
747/1 748/20 752/6
769/7 775/10 776/2
786/16 787/24 787/25
800/10 812/13 865/22
869/6 869/21 870/3
871/12 871/13 871/14
872/23 873/20 874/8
874/8 874/17 874/21
874/21 875/2
**died** [2]  703/2 744/2
**difference** [1]  731/9
**different** [22]  651/6
656/20 664/6 692/10
693/8 704/14 738/22
755/11 757/1 775/15
777/14 777/18 793/18
818/25 820/5 823/6
840/9 841/9 841/13
841/14 842/24 875/4
**difficult** [2]  763/16
825/16
**direct** [8]  632/4 636/20
636/25 767/4 782/8
815/5 830/8 835/6

**directed** [4]  698/22
641/9 641/17 646/12
**direction** [4]  788/21
855/4 855/5 862/3
**directly** [5]  669/24
802/5 855/2 865/22
875/14
**disappeared** [1]
694/19
**disappears** [1]  648/17
**disaster** [3]  817/20
817/23 818/10
**discharged** [1]  868/15
**discuss** [5]  686/6
751/16 751/24 878/9
878/9
**discussed** [2]  671/21
785/9
**discussing** [1]  754/4
**discussion** [2]  771/12
786/8
**discussions** [1]  650/9
**disinclined** [1]  635/19
**disprove** [1]  773/12
**dispute** [3]  772/22
772/24 776/4
**disputed** [1]  725/14
**disputes** [1]  724/6
**disputing** [2]  725/15
776/5
**disrespectful** [1]
723/25
**distinction** [1]  820/17
**distinctive** [1]  658/19
**DISTRICT** [8]  630/1
630/1 630/10 764/5
769/1 835/15 835/17
835/20
**disturbance** [6]  836/1
836/7 836/22 836/25
837/5 851/12
**disturbed** [1]  789/6
**division** [3]  783/6
783/8 783/9
**do** [177]  635/13 635/15
635/19 635/21 635/22
639/4 639/22 647/3
647/4 647/5 651/21
657/22 659/11 659/23
663/6 663/7 664/13
666/6 667/7 672/14
674/9 675/12 675/22
675/23 676/19 676/20
684/2 684/3 684/6
684/7 685/10 687/2
687/3 692/5 692/6
693/7 693/14 693/24
694/25 699/11 699/15
700/4 700/8 702/6
705/10 705/11 705/11
708/21 711/20 713/17
713/18 716/6 716/21
716/22 717/10 717/20
718/8 718/9 719/14
719/15 722/4 723/9
723/10 724/7 724/21
728/12 728/15 728/21
728/22 729/17 730/14

630/5 731/20 731/21
731/22 732/17 732/18
734/5 734/24 734/25
735/17 737/8 738/15
739/12 739/13 740/8
741/5 741/11 742/10
742/23 744/24 745/6
745/7 746/5 746/11
746/12 747/2 747/9
749/4 750/22 750/23
751/15 752/5 754/22
754/24 755/10 755/13
756/6 756/7 757/6
758/2 758/3 758/5
759/20 762/17 762/24
763/16 771/16 780/15
780/16 781/5 781/6
781/22 786/4 799/5
805/16 805/18 805/20
810/20 813/5 814/1
815/14 819/24 820/23
823/13 824/5 824/14
824/15 833/23 835/14
837/1 839/1 840/15
841/21 845/18 848/9
848/11 848/11 848/20
849/12 849/21 849/21
849/25 850/15 850/21
851/11 858/12 861/6
863/9 863/10 866/15
870/2 870/9 870/13
871/23 872/12 872/15
874/19 874/21 875/2
876/16 876/23 876/23
877/5 877/7 877/18
878/10
**do you** [9]  815/14
835/14 837/1 848/11
851/11 858/12 872/12
872/15 877/5
**do you have [3]**
820/23 849/21 876/16
**do you know [3]**
848/20 850/15 871/23
**do you recognize [42]**
647/3 647/5 659/11
659/23 664/13 674/9
675/12 675/22 684/2
687/2 692/5 702/6
705/10 713/17 718/8
719/14 723/9 728/21
729/17 730/14 731/20
731/22 732/17 734/5
734/24 739/12 740/8
741/5 741/11 742/10
745/6 746/11 749/4
750/22 752/24 754/24
755/10 758/3 759/20
780/15 805/16 805/20
**do you see [16]**  663/6
667/7 676/19 684/6
685/10 693/7 693/14
694/25 699/11 699/15
700/4 716/6 756/6
781/5 850/21 866/15
**do you understand [1]**
728/12
**dock** [1]  849/23

**docking [1]** 849/23
**document [3]** 760/20
761/9 761/10
**documents [9]** 760/4
760/7 760/25 761/3
761/5 762/3 762/22
762/23 768/4
**doe [1]** 821/8
**does [88]** 637/24
647/14 647/16 647/17
649/11 651/18 654/18
655/13 656/16 656/25
657/1 659/4 661/3
661/4 661/10 664/5
664/19 664/20 665/18
665/19 667/11 667/13
667/24 668/15 668/16
669/19 669/19 669/24
673/11 675/17 675/18
675/24 678/4 682/4
682/17 685/12 687/4
687/5 687/11 689/8
689/14 690/5 690/14
691/11 691/12 692/7
694/3 702/13 702/16
702/17 710/9 710/10
714/7 714/8 719/2
735/6 744/9 749/8
749/9 755/1 757/9
757/11 770/21 775/2
776/19 797/20 799/3
801/12 816/9 816/9
816/10 816/16 821/16
827/1 827/2 829/7
833/21 836/5 836/11
836/19 847/8 848/2
848/3 848/21 849/17
849/17 855/1 866/21
**doesn't [12]** 638/21
713/7 726/12 761/2
761/7 770/8 772/2
776/25 777/9 777/10
848/8 877/18
**dog [1]** 788/10
**doing [19]** 708/7
752/10 798/15 825/14
826/12 842/12 843/22
845/18 848/25 849/4
853/1 853/2 854/2
856/7 856/25 859/11
864/9 872/2 872/6
**DOJ [1]** 630/19
**DOJ-USAO [1]** 630/19
**domestic [2]** 760/10
783/25
**don't [69]** 635/22 636/6
645/25 649/15 651/19
652/13 677/19 677/20
685/22 696/3 701/10
703/22 704/17 709/13
713/5 713/9 728/10
735/21 738/15 743/23
743/25 745/17 748/12
748/17 748/17 752/2
752/7 761/4 761/15
762/1 768/6 769/3
769/10 769/24 771/2

774/11 775/8 775/14
776/3 776/4 776/4
776/21 776/24 778/11
778/25 780/7 789/24
813/3 828/6 833/5
838/7 858/14 858/22
868/25 871/11 871/17
871/20 871/24 873/5
875/20 877/7 877/8
878/3 878/8 878/9
878/10
**done [8]** 667/7 763/10
772/21 788/5 821/16
823/18 878/25 879/4
**door [6]** 670/23 802/5
802/9 802/11 802/20
830/2
**doors [3]** 819/1 852/18
868/4
**doorway [2]** 794/6
794/16
**doubt [2]** 725/16
754/20
**down [29]** 635/23
651/22 651/22 662/22
667/15 677/17 679/20
679/22 679/24 680/2
682/5 684/22 685/19
689/23 690/25 703/19
722/24 744/23 745/24
750/7 771/22 801/19
803/14 833/19 842/15
861/21 868/6 868/17
876/9
**downstairs [1]** 752/9
**drag [2]** 726/23 728/6
**dragged [1]** 703/2
**drawer [19]** 669/9
669/11 669/13 669/24
670/22 671/4 672/9
672/9 673/10 673/11
673/22 673/23 688/9
711/3 711/18 712/17
713/1 713/8 831/18
**drawers [2]** 833/23
833/23
**drawing [1]** 819/11
**drawn [1]** 706/18
**dressed [1]** 847/9
**Drive [1]** 784/11
**driver's [2]** 802/8
802/11
**driving [1]** 837/22
**drove [1]** 801/23
**dry [1]** 841/23
**duration [1]** 646/24
**during [7]** 686/6 726/3
788/15 789/14 801/5
801/22 821/18
**duties [3]** 816/9 816/17
822/21
**duty [2]** 841/3 859/16

**E**

**each [5]** 759/15 817/16
820/21 829/18 858/19
**eagle [5]** 659/24

693/15
**earlier [5]** 649/18 657/8
666/12 672/5 733/1
**early [2]** 677/3 821/22
**ease [1]** 841/21
**east [1]** 838/8
**edge [1]** 688/11
**effectuate [1]** 824/18
**effort [1]** 818/6
**eggs [2]** 743/24 758/19
**eggs' [1]** 743/25
**either [12]** 669/20
695/9 703/10 707/14
761/8 765/23 776/25
790/17 829/11 829/20
857/19 877/16
**elect [1]** 745/19
**election [5]** 721/25
725/13 729/14 743/1
748/14
**elector [1]** 725/15
**Electoral [2]** 715/16
723/23
**electors [1]** 725/14
**element [3]** 768/1
772/2 772/4
**elements [1]** 778/17
**elevated [1]** 647/23
**else [20]** 645/18
655/13 670/1 678/18
680/12 767/5 767/18
769/12 772/7 773/5
774/4 774/21 775/6
775/15 778/3 786/16
787/12 792/7 851/16
858/18
**else's [5]** 766/25
776/18 776/20 778/22
787/24
**em [1]** 728/7
**Email [4]** 630/17
630/21 631/5 631/6
**emblem [3]** 862/19
863/3 863/11
**employed [4]** 782/19
782/20 783/15 817/2
**employee [1]** 762/17
**employees [4]** 822/23
823/1 825/12 825/13
**encapsulate [1]** 772/2
**end [7]** 691/21 707/14
707/15 811/4 811/4
811/5 877/23
**ended [2]** 649/17
838/11
**enemy [1]** 747/3
**enforcement [1]**
783/12
**enough [3]** 772/16
817/24 823/5
**enter [3]** 806/12 806/13
829/22
**entered [10]** 636/1
686/11 753/19 779/24
792/21 802/25 804/13
814/18 839/12 867/14
**entering [1]** 656/19

**entire [7]** 647/12 701/7
710/17 794/5 818/3
820/20 846/24
**entirety [5]** 638/6
638/7 704/10 772/3
772/3
**entitled [2]** 773/12
775/19
**entrance [24]** 640/3
640/4 642/24 643/7
644/21 652/5 658/6
676/2 677/18 678/15
702/12 819/12 830/2
843/23 844/11 846/1
846/6 852/13 852/23
854/10 856/8 857/2
865/7 866/6
**entry [4]** 658/8 789/4
794/6 800/4
**environment [3]**
871/25 872/1 872/3
**erase [2]** 644/17
819/15
**escort [4]** 825/13
825/14 825/23 825/24
**especially [2]** 736/25
748/6
**essence [1]** 824/25
**essentially [3]** 666/2
874/13 879/1
**established [2]** 776/14
778/24
**evacuated [2]** 742/4
743/19
**even [9]** 718/24 738/18
751/16 776/21 821/10
825/22 860/3 865/22
876/25
**Evening [1]** 718/5
**event [4]** 775/21
778/20 820/10 849/15
**events [6]** 664/6
727/19 741/14 744/8
757/9 820/3
**eventually [1]** 837/19
838/11 847/2
**ever [7]** 720/24 748/4
765/19 840/24 841/5
851/8 859/16
**every [2]** 704/20
745/22
**everybody [7]** 636/3
686/4 751/22 753/20
753/21 786/15 814/10
**everyone [5]** 635/10
686/13 814/14 814/19
878/16
**evidence [90]** 638/10
646/4 650/10 657/5
657/11 661/20 663/15
665/6 667/1 671/15
671/22 674/17 676/9
684/14 687/18 692/24
699/1 702/1 708/13
710/21 713/3 714/5
715/7 717/4 718/19
719/23 720/19 721/20

725/10 725/13 728/2
729/7 729/24 730/24
732/8 734/12 736/4
738/1 739/22 740/18
741/19 742/18 743/12
744/13 745/12 746/16
747/24 749/21 751/7
752/5 755/20 757/17
758/13 760/11 761/6
761/18 773/7 773/19
773/22 774/21 780/24
784/23 784/23 785/6
785/7 789/3 790/9
791/15 791/18 791/25
792/8 792/21 798/16
798/19 798/22 800/7
800/14 801/11 804/13
804/16 806/14 806/17
826/16 832/1 833/9
867/14 867/18
**Evidence.com [1]**
849/19
**evident [1]** 704/16
**evidentiary [3]** 791/7
792/9 794/17
**exact [4]** 777/9 826/10
838/7 848/17
**exactly [5]** 651/1
723/22 759/5 787/7
799/20
**examination [14]**
636/8 636/20 764/9
765/2 771/8 782/8
811/18 812/2 815/5
834/2 835/6 870/20
871/2 873/12
**examined [1]** 804/18
**example [7]** 752/22
772/9 772/25 774/16
776/22 777/11 816/21
**except [1]** 812/14
**excerpt [1]** 735/1
**excess [1]** 775/5
**exclude [3]** 705/3
713/10 750/10
**excuse [5]** 766/12
771/6 771/11 771/17
802/22
**executed [2]** 784/15
802/3
**executing [1]** 786/12
**execution [3]** 784/18
784/24 785/12
**exhausted [2]** 845/22
853/7
**exhausting [1]** 853/10
**exhibit [148]** 637/6
638/4 638/9 638/10
645/13 645/14 646/2
646/4 646/23 647/17
648/6 650/10 656/8
657/3 657/5 657/11
661/1 661/17 661/20
662/11 663/12 663/15
664/9 665/6 665/23
667/1 668/18 671/22
674/5 674/7 674/17

**E**

exhibit... [117] 675/2
675/21 676/6 676/9
683/6 683/7 684/11
684/14 685/21 686/16
686/17 687/18 691/25
692/21 692/24 697/15
697/19 699/1 700/18
701/14 701/23 702/1
702/19 705/8 705/22
707/17 708/13 709/20
710/21 711/14 712/4
713/15 714/2 714/5
714/23 715/4 715/7
716/15 717/4 718/19
719/23 720/19 721/16
721/20 722/13 723/18
725/4 728/2 729/7
729/16 729/21 729/24
730/24 731/19 732/8
734/12 736/4 738/1
739/22 740/18 741/19
742/18 743/12 744/13
745/12 746/16 747/18
747/24 749/21 751/7
752/18 752/20 754/17
755/18 755/20 757/17
758/10 758/13 759/15
761/23 779/5 779/7
780/12 780/17 780/24
792/20 792/20 792/23
800/6 803/25 805/11
805/16 805/17 806/7
807/1 807/16 807/18
808/4 808/9 808/19
808/24 809/9 809/13
819/9 826/15 830/20
831/4 831/25 833/4
833/9 850/8 850/11
860/21 866/24 867/2
867/14 867/18

**Exhibit 201.1** [1] 715/4
**exhibits** [18] 632/9
634/18 657/15 670/14
711/20 751/2 753/9
753/10 753/11 755/1
757/2 758/22 759/6
759/10 790/3 790/9
806/11 806/17
**exited** [6] 686/3 751/21
771/21 813/22 872/23
878/15
**exits** [1] 666/16
**expand** [7] 715/9 717/6
717/15 720/21 729/9
730/1 746/18
**expanded** [1] 716/3
**expect** [1] 649/12
**expectation** [1] 650/2
**expected** [1] 712/24
**experience** [3] 720/13
726/3 815/19
**explain** [5] 669/23
749/10 787/15 800/9
820/5
**explains** [1] 669/11
**explicitly** [1] 762/2
**exposing** [1] 747/3

expression [1] 680/17
**extend** [1] 816/10
**extending** [1] 861/17
**extends** [1] 816/12
**extent** [3] 778/1 817/18
818/4
**exterior** [3] 818/3
818/21 822/1
**extinguisher** [2] 845/1
868/14
**extraordinary** [1]
671/6
**Exxon** [1] 782/22
**ExxonMobil** [2] 782/20
782/24
**eyes** [1] 841/25

**F**

**F-150** [1] 802/1
**fabric** [1] 685/2
**face** [7] 641/4 748/20
761/9 855/3 862/1
869/12 869/25
**Facebook** [23] 721/5
721/12 722/4 722/7
723/11 724/14 724/23
728/18 728/23 729/19
730/17 731/23 735/8
739/14 740/11 742/12
743/5 744/6 745/4
749/5 750/24 751/9
754/5
**faced** [1] 823/2
**facial** [2] 662/3 841/17
**facility** [1] 818/3
**facing** [1] 862/3
**fact** [17] 647/14 656/25
661/3 664/19 675/17
675/24 702/16 710/9
735/16 767/20 769/10
795/15 801/16 806/2
837/25 846/18 874/20
**factor** [3] 822/21
823/11 823/12
**factors** [1] 823/9
**facts** [5] 768/13 768/17
768/19 769/9 769/14
**failed** [1] 746/23
**fair** [12] 667/17 705/2
714/24 725/13 837/6
837/7 857/18 857/22
870/5 870/7 871/25
874/10
**fairly** [1] 725/7
**fairness** [1] 769/22
**familiar** [7] 715/19
731/14 759/22 766/14
784/1 784/2 846/5
**family** [2] 785/16
785/18
**far** [4] 653/3 677/18
774/13 814/16
**fascinating** [1] 746/25
**FBI** [5] 783/1 783/2
783/4 783/11 783/15
**feature** [2] 711/18
711/23
**features** [2] 676/22

**federal** [1] 630/14
738/25 760/11
**feed** [1] 748/9
**feel** [1] 841/14
**feels** [1] 810/25
**feet** [2] 677/21 703/23
**fell** [1] 799/23
**fellow** [1] 870/12
**felony** [1] 775/4
**fence** [2] 825/20
838/23
**few** [7] 673/3 678/13
690/10 695/16 699/9
758/19 776/7
**fight** [1] 845/3
**fights** [1] 716/10
**figure** [2] 745/23
876/22
**filed** [1] 879/2
**filling** [1] 838/19
**final** [1] 723/22
**find** [8] 656/14 702/9
714/15 754/13 800/10
800/15 821/9 821/23
**fine** [9] 641/2 671/7
725/16 745/24 761/5
762/16 768/5 782/13
839/24
**finger** [1] 822/7
**finish** [1] 877/13
**finished** [1] 754/4
**fire** [3] 845/1 847/14
868/14
**fired** [1] 745/18
**fireproof** [2] 836/17
868/12
**firm** [1] 877/5
**first** [39] 635/22 637/5
638/20 667/10 668/5
668/25 669/3 679/4
679/5 680/3 702/25
703/1 706/2 726/8
726/8 728/13 746/18
750/18 757/3 767/12
767/21 771/25 772/4
775/11 791/10 791/12
798/15 800/11 823/11
835/15 835/17 835/19
838/3 838/5 844/6
844/7 852/19 869/5
869/9
**firsthand** [2] 761/7
762/18
**fits** [1] 713/4
**fitted** [2] 799/21 799/23
**fitting** [1] 826/4
**five** [3] 731/9 771/10
785/24
**flag** [13] 685/1 685/2
685/2 685/3 688/24
688/25 696/25 697/3
697/10 697/12 700/22
700/24 753/2
**flagpole** [3] 685/3
685/5 703/19
**flagpoles** [3] 845/1
875/8 875/10

**flat** [2] 652/4 798/11
**floor** [3] 796/22 799/24
799/25
**flying** [2] 747/7 828/13
**focused** [1] 712/16
**foggy** [1] 738/20
**folks** [1] 730/4
**follow** [2] 813/8 873/10
**follow-up** [2] 813/8
873/10
**following** [2] 774/10
795/12
**FOLLOWS** [1] 636/19
**footage** [7] 648/15
649/19 650/21 868/20
873/4 873/17 873/20
**force** [2] 732/25 860/17
**Ford** [1] 802/1
**foregoing** [1] 880/3
**Forensics** [1] 804/21
**forget** [1] 671/3
**forgot** [2] 697/19
755/17
**form** [1] 857/25
**formed** [2] 838/18
839/16 869/10
**former** [3] 727/11
727/11 787/10
**forward** [7] 649/24
688/1 691/18 709/14
727/13 751/18 878/11
**forward-looking** [1]
727/13
**found** [36] 661/8
713/21 714/12 714/25
716/23 718/10 719/16
720/10 721/5 722/5
724/24 735/8 739/15
754/6 777/15 796/13
796/18 797/1 797/6
797/21 798/22 799/13
799/17 799/20 799/21
800/16 800/23 801/13
802/8 803/7 805/5
805/5 806/8 806/20
810/2 812/25
**four** [9] 682/21 706/5
709/7 727/8 753/9
797/25 822/12 835/18
835/22
**fourth** [2] 700/15 706/8
**fragments** [1] 828/13
**frame** [3] 703/4 824/15
828/15
**fraud** [1] 722/22
**freaking** [1] 745/20
**freedom** [2] 756/14
756/15
**Friday** [1] 635/21
**friendship** [1] 738/19
**frivolous** [1] 742/6
**front** [20] 637/4 640/4
648/17 664/25 677/8
747/5 798/7 802/5
805/21 811/5 818/14
820/2 820/8 839/16
848/1 852/22 853/2

**flat** ...

**Fuel** [1] 760/21
**Fugiel** [1] 630/18
**full** [6] 638/16 686/19
731/4 732/25 844/23
845/3
**full-on** [1] 844/23
845/3
**fully** [1] 747/3
**fun** [1] 742/6
**fur** [1] 733/21
**furniture** [15] 670/19
818/25 829/11 830/4
830/12 830/14 830/25
831/19 832/10 832/11
832/12 833/1 833/1
833/12 833/14
**furry** [2] 677/1 677/2
**further** [21] 636/18
642/17 643/9 654/17
656/22 677/17 697/5
743/22 764/7 771/4
781/12 811/16 813/7
833/25 834/10 857/19
860/3 865/25 870/18
873/8 876/6
**Furthermore** [1] 696/3

**G**

**gaiters** [2] 795/1 798/1
**gallows** [1] 745/21
**gang** [1] 738/17
**gap** [1] 732/15
**gaps** [1] 838/19
**gas** [10] 734/18 868/22
869/1 869/3 869/4
869/5 869/7 869/12
869/20 870/3
**gassed** [2] 719/10
720/5
**gear** [8] 836/2 836/10
836/11 836/15 836/20
836/23 837/25 847/13
**general** [2] 818/20
837/1
**generally** [1] 785/15
**gentleman** [4] 774/1
774/17 774/18 871/4
**gentlemen** [23] 751/13
771/16 782/15 787/8
792/16 793/24 794/22
795/10 803/3 805/1
807/13 808/1 808/16
809/6 809/21 810/9
835/12 838/15 841/12
842/7 844/20 868/8
877/22
**gently** [1] 811/7
**Georgetown** [2]
738/20 738/25
**get** [50] 635/17 647/25
648/9 649/11 652/20
653/23 661/5 664/15
666/3 668/22 681/18
683/1 702/23 712/21
715/18 735/12 737/1
742/3 743/19 748/16
750/8 760/22 766/11

**G**

get... [27] 766/22 769/4
769/24 775/12 798/18
832/6 836/13 837/1
837/21 845/14 846/17
848/3 848/8 849/17
849/17 849/22 853/5
853/6 861/21 872/25
874/8 875/5 876/10
878/5 878/6 878/18
878/19

gets [6] 646/20 646/21
651/7 654/11 816/16
849/19

getting [11] 653/25
749/13 750/15 768/2
817/20 819/5 832/4
836/25 840/8 840/9
846/18

giant [1] 821/11

Gina [1] 658/12

give [3] 726/24 728/7
744/1

given [3] 704/25
821/19 858/17

gives [3] 722/23 799/8
841/17

giving [2] 769/15
846/13

glad [2] 734/18 737/1

glass [24] 820/21
821/3 821/4 821/5
821/6 821/7 821/8
821/10 821/11 821/20
822/2 822/4 823/5
823/6 824/3 824/13
825/2 826/4 826/7
826/8 826/9 826/11
828/24 834/7

gleaned [1] 761/8

global [1] 782/20

glove [6] 801/9 801/13
806/8 806/20 806/21
808/11

gloves [5] 802/8
802/19 803/4 803/13
808/10

go [69] 642/2 642/15
655/14 666/9 669/6
669/24 670/20 678/13
679/4 680/6 680/14
682/25 685/23 690/10
695/4 695/16 696/10
696/14 697/3 697/5
699/6 699/23 700/24
706/15 707/24 707/25
708/3 708/8 708/15
708/19 712/23 717/10
719/6 724/3 724/8
731/13 738/15 738/18
741/10 742/2 743/18
744/18 751/11 780/9
781/21 784/11 784/13
789/2 800/1 804/11
811/19 818/2 818/13
818/16 849/5 854/17
855/6 855/15 856/11
859/13 860/22 861/6

864/18 864/24 865/15
866/10

go ahead [14] 642/2
669/6 680/6 696/10
707/24 708/8 712/23
719/6 742/2 743/18
744/18 751/11 780/9
804/11

god [1] 748/22

goes [4] 666/8 667/25
726/19 753/1

going [81] 635/13
635/14 635/22 638/16
645/5 649/22 649/24
650/4 664/4 669/12
670/13 670/16 670/17
670/20 681/18 691/16
697/8 704/12 704/16
705/3 705/17 707/23
707/25 708/3 708/5
713/10 715/17 726/16
726/17 730/4 731/4
740/25 747/8 748/8
750/10 752/17 761/22
763/15 768/12 768/14
769/24 770/17 771/6
771/8 771/11 771/17
774/11 779/6 779/21
788/12 790/24 797/13
797/13 800/14 802/22
803/24 807/15 813/17
819/2 820/3 821/11
823/14 830/5 836/4
836/14 839/9 844/24
849/15 850/8 850/10
857/24 869/6 872/24
874/1 874/13 874/23
874/23 874/25 875/6
875/13 878/1

gold [1] 852/18

golden [1] 868/4

golf [7] 681/16 796/12
796/13 796/17 797/2
797/7 810/3

gone [3] 822/16 822/17
824/7

gonna [2] 717/22 740/4

good [20] 635/2 635/10
636/3 636/23 636/24
738/9 738/20 739/2
753/21 753/24 753/25
765/4 765/5 782/11
815/12 815/13 834/25
835/9 835/10 844/10

Good morning [4]
635/10 636/3 636/23
636/24

got [23] 646/14 651/22
651/22 652/14 653/17
667/18 671/8 671/15
699/16 713/9 720/4
742/6 772/17 776/19
811/4 840/6 844/7
844/12 846/6 869/7
869/8 869/11 878/20

Gotta [1] 758/19

government [45]

636/12 636/17 649/12
674/2 701/12 711/12
713/7 753/12 761/16
762/14 768/15 769/18
769/20 769/22 770/21
772/1 772/1 773/10
774/9 777/2 777/13
777/17 777/23 778/2
778/15 779/13 781/20
781/23 782/7 789/22
801/3 811/14 813/23
814/20 815/4 827/22
828/9 835/5 870/17
875/25 877/14 879/1

government's [75]
632/5 632/11 638/10
646/4 650/10 657/5
657/11 661/20 663/15
665/6 667/1 671/22
674/17 676/9 684/14
687/18 692/24 699/1
702/1 708/13 710/21
714/5 715/7 717/4
718/19 719/23 720/19
721/20 722/13 723/18
725/4 728/2 729/7
729/24 730/24 732/8
734/12 736/4 738/1
739/22 740/18 741/19
742/18 743/12 744/13
745/12 746/16 747/24
749/21 751/7 752/20
755/20 757/17 758/13
780/17 790/9 792/23
803/25 805/11 805/16
806/7 806/17 807/1
807/16 807/18 808/4
808/9 808/19 808/24
809/9 809/13 833/9
867/2 867/14 867/18

grabbed [1] 854/3

grand [1] 777/15

gray [1] 802/1

great [1] 727/9

greater [1] 778/18

grenade [1] 842/25

grew [1] 736/23

Grosshans [2] 630/18
635/5

ground [1] 703/20

grounds [2] 816/6
818/3 847/5

group [5] 741/6 741/7
758/22 790/1 817/23

Growing [1] 731/8

guess [7] 721/22 732/2
769/13 771/2 875/5
875/12 877/1

guilty [9] 766/18
766/25 768/9 768/20
769/12 776/18 776/20
777/22 778/8

guy [15] 659/14 659/24
659/25 663/24 663/24
670/21 678/17 693/15
703/19 755/16 773/2
776/3 776/22 778/6

guys [1] 664/3

**H**

had [46] 637/19 647/12
742/7 753/20 754/4
759/22 759/25 768/18
774/6 775/9 783/2
786/8 800/15 817/10
818/25 822/2 822/15
823/7 824/3 824/4
824/10 824/10 824/13
824/14 825/6 825/10
825/23 830/1 830/3
838/18 840/8 840/12
840/24 841/5 843/23
844/10 850/24 858/5
859/16 863/16 869/5
869/9 869/12 873/18
874/7 878/21

haha [2] 736/23 748/22

Hahah [1] 738/7

half [9] 736/15 736/17
737/3 746/18 747/6
748/1 835/18 835/22
876/25

hallway [2] 830/2
868/6

hammer [1] 722/24

hand [49] 653/1 653/13
655/4 655/5 663/20
671/5 673/9 673/10
679/7 679/9 680/15
681/3 682/16 684/22
684/25 688/8 689/7
689/9 690/4 690/6
690/9 691/10 694/2
695/1 699/15 699/16
700/8 707/5 709/2
711/5 781/25 810/25
814/22 823/5 823/12
824/13 834/23 844/23
844/23 850/21 853/10
853/10 855/8 855/13
857/1 862/16 865/11
865/13 866/4

hand's [1] 855/12

handed [4] 669/25
808/8 809/12 809/25

handle [4] 653/8 653/9
811/10 811/11

hands [6] 678/3 853/17
853/19 854/2 855/22
859/11

hang [6] 645/22 712/5
750/6 766/21 767/7
828/4

hanging [1] 653/22

happen [3] 669/19
747/8 851/14

happened [5] 669/16
703/23 735/14 817/11
840/5

happening [3] 662/19
777/19 875/19

happens [3] 650/1
848/20 848/20

hard [9] 836/2 836/10

guys [1] 664/3

hard-gear [3] 836/10
836/11 847/13

harder [1] 845/20

hardwood [1] 832/12

harm [1] 770/9

has [60] 639/18 639/20
652/24 652/25 653/3
653/18 654/15 663/19
664/21 666/13 667/7
669/15 673/8 673/10
678/2 682/15 685/10
688/7 688/9 689/6
690/3 691/9 694/2
694/25 704/14 722/21
746/8 746/10 746/23
746/24 750/1 762/14
766/18 769/14 773/5
777/5 778/15 802/15
803/24 805/10 805/15
806/25 808/8 808/19
809/12 809/25 813/17
813/23 824/22 824/23
826/15 827/15 831/4
831/25 839/9 857/5
857/19 861/12 874/16
875/10

hashtags [1] 756/6

hat [6] 677/1 677/2
733/21 734/1 792/14
792/17 792/25

hate [2] 736/21 771/16

have [186] 635/16
636/4 637/19 637/21
638/21 639/4 641/25
646/1 647/12 647/13
649/15 649/17 651/18
651/19 651/21 662/19
663/23 667/10 670/16
670/17 671/11 675/5
693/10 695/4 697/5
700/13 701/5 702/21
703/10 709/10 709/12
710/19 717/10 724/5
724/17 725/10 725/16
726/15 727/18 728/8
733/14 733/18 737/4
740/25 741/1 743/24
751/3 752/6 752/9
752/16 753/9 753/11
753/21 755/2 755/5
755/11 755/15 756/8
756/10 759/2 759/6
759/7 759/9 759/11
759/22 759/25 760/2
761/2 761/7 761/12
761/15 762/2 763/15
763/19 765/19 765/21
770/6 770/17 771/9
771/12 777/15 778/17
779/5 779/10 779/14
779/16 780/1 781/12
781/20 782/22 784/10
789/10 789/13 789/24
790/2 790/3 793/9
799/3 801/2 804/19

**H**

**have... [86]** 805/25
806/11 811/13 811/15
813/7 813/25 814/1
814/1 815/16 818/13
818/16 820/23 821/16
822/18 822/22 822/23
823/1 823/5 823/8
823/12 823/13 823/18
824/6 824/6 824/6
824/6 825/16 825/17
826/6 826/11 827/19
828/23 829/10 829/12
829/22 830/11 830/12
833/1 834/10 835/16
836/8 836/8 836/10
836/15 836/16 839/10
839/11 847/12 847/18
848/9 848/11 848/13
848/24 848/25 849/21
849/21 849/23 850/3
851/8 851/17 851/21
855/1 857/1 863/9
863/14 867/2 868/13
868/16 868/25 870/3
870/15 870/18 870/21
871/5 873/8 874/7
875/23 876/5 876/14
876/16 877/22 878/2
878/16 878/22 879/3
879/13

**haven't [5]** 752/17
762/22 763/10 767/4
846/3

**having [4]** 636/17
732/23 752/9 761/9

**he [155]** 637/24 639/20
639/23 640/3 643/16
643/21 643/23 646/14
646/20 648/17 649/5
651/14 651/22 652/12
652/16 652/18 653/17
654/11 656/3 658/6
661/24 662/2 662/21
663/19 664/24 665/1
665/8 666/8 666/13
666/16 667/10 667/11
667/13 667/17 667/24
667/25 668/16 669/19
669/21 669/22 672/25
673/8 673/10 677/1
677/14 678/2 678/4
679/12 679/17 679/22
679/24 679/24 680/2
680/11 680/13 682/4
682/15 682/17 685/4
685/10 685/12 685/17
685/19 687/24 688/1
688/7 688/9 689/6
689/8 689/21 689/23
690/3 690/5 690/25
691/3 691/9 691/11
694/2 694/3 694/25
695/2 703/6 703/9
703/24 708/18 723/24
726/16 730/5 733/7
733/8 733/8 733/10
733/11 735/6 739/7

749/11 755/4 763/24
768/13 768/18 769/10
770/6 773/15 773/25
774/6 774/15 775/9
775/10 776/2 777/10
777/13 778/2 778/6
786/9 786/11 787/4
787/5 797/14 812/17
812/17 812/18 813/4
817/15 828/6 844/9
844/10 855/3 870/12
871/8 872/24 873/3
873/17 873/18 874/7
874/12 874/16 874/16
874/18 874/19 874/19
874/19 874/20 874/23
874/24 875/3 875/5
875/10 875/12 875/14
875/15 875/16 876/19

**he didn't [1]** 776/2
**he said [2]** 787/5
874/12
**he sent [1]** 749/15
**He'll [1]** 704/1
**he's [51]** 639/9 639/10
640/12 643/9 644/6
644/9 644/9 644/13
644/14 649/11 649/15
650/1 651/15 652/11
653/11 654/17 660/4
660/9 660/11 661/11
662/21 669/12 671/11
673/19 677/4 677/15
679/2 679/20 688/10
699/16 703/13 703/17
713/8 719/3 745/1
746/8 770/7 770/16
770/24 773/2 774/12
775/16 778/8 778/12
778/13 819/22 857/22
874/9 874/24 875/13
877/18

**head [17]** 655/20
659/24 659/25 663/24
678/17 688/12 688/13
688/14 693/15 734/17
769/4 810/21 811/9
855/4 856/10 866/17
868/21
**headed [1]** 734/19
**heading [1]** 677/12
**headquarters [1]** 783/7
**hear [9]** 670/9 745/20
759/2 767/16 770/14
776/5 846/7 858/10
860/10
**heard [7]** 726/9 740/4
742/4 748/14 787/10
795/12 874/3
**hearing [2]** 730/5
748/8
**hearsay [1]** 768/1
**heart [1]** 731/4
**height [1]** 820/13
**heights [3]** 738/17
738/18 738/19
**hell [1]** 724/1

868/25 869/3 869/4
**help [4]** 693/8 787/15
841/24 844/12
**helped [1]** 663/23
**helpful [1]** 755/11
**helps [1]** 713/2
**her [13]** 639/15 641/25
643/22 696/8 703/11
728/14 752/2 752/3
752/3 761/3 771/3
779/7 875/2
**here [40]** 644/14 653/4
653/11 658/18 664/3
665/8 665/8 671/15
682/12 682/14 684/22
697/10 712/21 743/7
752/21 755/5 755/15
766/22 767/9 772/24
774/10 775/1 777/17
777/19 791/12 792/6
792/11 805/24 814/6
820/8 822/3 828/15
832/5 833/15 842/16
850/3 877/4 878/1
878/4 878/5
**Here's [1]** 706/16
**herself [1]** 779/15
**Hi [1]** 782/17
**Highcrest [1]** 784/11
**highlight [3]** 717/6
748/1 790/19
**highly [2]** 705/2 750/12
**Hilary [1]** 726/24
**Hill [1]** 824/5
**him [50]** 639/8 639/22
642/1 643/25 644/18
646/12 651/4 653/15
654/13 659/23 660/17
663/25 669/20 671/1
676/19 678/18 685/11
693/12 693/16 695/21
703/11 704/17 706/24
728/8 734/1 749/13
762/16 777/13 780/5
781/7 830/8 842/9
865/22 865/25 871/5
871/5 871/10 873/5
873/16 873/18 874/14
874/17 874/19 875/7
875/7 875/9 875/10
875/10 875/11 875/20
**himself [2]** 649/5 747/3
**hire [1]** 823/8
**his [105]** 640/10
641/23 642/4 642/9
642/13 642/20 652/24
653/1 653/7 653/12
653/13 654/15 655/4
655/5 655/20 658/21
662/22 662/22 663/20
666/9 666/13 667/7
667/10 667/14 667/18
671/5 673/9 673/10
676/22 678/2 678/7
679/7 679/9 680/15
681/3 682/16 684/25
685/10 685/17 687/25

688/14 689/7 689/9
689/21 690/4 690/6
690/9 690/23 691/10
693/25 694/2 694/25
699/11 699/15 699/16
700/4 700/8 707/5
708/24 709/2 710/4
714/19 718/10 718/12
719/2 719/11 719/16
720/13 721/7 722/7
723/11 726/12 726/14
726/19 726/19 727/6
727/7 734/15 739/17
742/12 744/6 745/4
746/11 749/5 750/24
754/13 754/13 754/15
754/25 757/10 758/6
770/18 775/17 786/10
787/1 787/3 790/25
812/25 855/3 855/4
874/6 876/24
**historic [1]** 822/24
**history [1]** 746/21
**hit [13]** 641/2 641/3
720/4 821/10 845/11
856/11 856/15 859/2
859/4 864/21 865/3
865/8 872/12
**hits [2]** 738/22 776/7
**hitting [4]** 811/6 845/2
854/11 854/23
**hold [3]** 646/17 846/6
848/13
**holding [18]** 640/12
642/5 646/8 655/12
655/13 660/4 660/9
660/11 660/18 673/19
679/12 685/4 688/10
839/3 839/5 845/25
850/21 866/17
**holds [1]** 649/5
**Holly [2]** 630/18 635/5
**holly.grosshans [1]**
630/21
**home [8]** 747/7 785/16
785/18 785/21 785/23
789/15 803/22 813/13
**homicide [1]** 772/17
**honestly [3]** 726/22
728/6 745/17
**Honor [185]** 635/2
635/12 635/24 636/9
636/13 636/15 638/5
638/14 638/17 639/12
639/16 646/1 648/7
648/8 648/13 648/19
648/21 648/25 649/4
649/10 650/5 657/4
657/10 661/17 665/3
665/24 666/3 666/9
666/18 668/19 668/20
668/25 665/9 669/7
669/23 670/23 671/3
671/18 674/1 676/7
684/11 684/12 687/15
687/16 688/15 691/16
692/22 695/23 698/2

702/20 702/21 702/23
702/25 703/7 703/17
704/1 704/8 704/18
705/24 706/9 708/1
708/5 708/10 710/14
711/11 712/7 712/11
712/12 712/22 715/5
719/21 720/17 721/17
721/18 722/11 723/17
726/7 726/11 726/21
727/21 727/25 732/20
735/11 735/14 735/19
735/25 737/17 744/11
745/10 746/14 750/13
751/5 751/10 752/1
752/4 753/9 753/14
755/18 758/9 759/4
759/14 761/1 761/14
761/20 762/5 762/9
762/19 762/25 766/12
767/2 768/3 768/9
768/21 768/25 769/17
769/21 770/3 770/20
770/23 771/9 771/14
773/7 773/14 773/18
774/5 774/20 775/18
776/8 777/21 778/19
780/10 780/11 780/21
781/13 781/16 781/22
781/23 782/5 789/21
789/24 790/2 790/7
804/1 804/4 804/5
806/10 808/5 808/21
809/23 811/13 811/15
811/21 813/7 813/10
815/2 819/2 819/5
827/17 827/20 830/5
830/9 832/3 832/6
833/5 834/14 834/17
834/18 834/21 835/2
839/11 867/12 867/15
870/19 870/21 873/8
874/1 874/3 874/11
875/23 876/18 877/7
879/10
**HONORABLE [1]**
630/10
**hood [1]** 662/22
**hooded [2]** 794/24
808/25
**hoodie [30]** 639/25
658/21 676/24 793/14
793/25 795/5 795/6
799/13 809/15 854/12
854/25 856/5 856/18
856/24 857/6 857/12
857/19 860/2 864/22
865/6 865/8 865/10
865/21 866/15 870/8
871/4 872/15 872/19
873/1 873/15
**hope [3]** 753/20 878/6
878/19
**hotel [1]** 739/4
**hours [1]** 845/21
**hours' [1]** 731/9
**house [9]** 736/25 737/9

**H**

house... [7] 739/4
784/16 786/6 786/8
786/8 786/17 812/25
**Houston [6]** 763/22
765/6 765/8 783/6
783/13 784/11
**how [68]** 637/9 639/22
647/5 647/17 648/12
653/2 656/14 656/16
675/12 677/18 687/5
688/10 689/14 690/11
690/14 692/7 702/6
702/13 705/12 712/10
713/4 728/12 736/19
742/7 745/23 747/8
747/11 747/19 749/4
754/24 756/22 771/7
775/2 782/12 782/19
782/22 783/2 785/15
785/20 785/23 786/4
786/22 788/19 798/18
799/8 803/7 805/20
815/16 820/1 820/5
821/19 822/21 826/4
828/1 829/18 830/4
831/17 835/16 837/21
841/13 847/8 848/2
848/2 849/17 850/15
851/3 876/16 876/21
**however [5]** 738/23
768/20 773/9 775/19
848/24
**huge [1]** 722/21
**huh [3]** 668/11 741/8
800/5
**Hunter [2]** 709/24
710/1
**hurt [1]** 734/17
**hurting [1]** 845/22
**hype [1]** 748/12
**hyperbole [2]** 726/25
727/15
**hypothetically [1]**
772/17

**I**

**I also [2]** 756/24 801/6
**I am [5]** 752/16 769/4
835/13 868/22 878/1
**I apologize [2]** 675/5
832/17
**I appreciate [1]** 813/12
**I believe [17]** 641/3
679/17 691/25 694/13
701/7 707/18 733/13
743/19 747/2 773/14
831/4 831/7 837/10
842/24 846/10 847/7
863/14
**I can [6]** 651/3 703/14
709/10 712/20 728/11
752/25 770/1 771/18
833/14
**I can't [1]** 730/12
**I couldn't [1]** 670/9
**I did [9]** 703/11 765/17
766/11 772/15 783/13

806/3
**I didn't [6]** 703/10
865/22 871/14 873/20
874/8 875/2
**I didn't know [1]**
649/22
**I didn't see [4]** 669/15
669/20 747/1 871/12
**I don't [24]** 635/22
645/25 701/10 704/17
713/9 728/10 748/17
761/4 769/3 769/24
775/14 776/4 776/4
776/21 776/24 778/11
778/25 780/7 789/24
858/14 858/22 871/11
871/24 877/8
**I don't have [1]** 649/15
**I guess [6]** 721/22
732/2 769/13 771/2
875/5 875/12
**I have [18]** 675/5
703/10 717/10 725/16
771/9 781/12 789/24
806/11 811/13 811/15
813/7 827/19 834/10
868/13 868/16 870/15
870/18 873/8
**I hope [1]** 878/19
**I just [6]** 642/10 649/15
708/6 761/23 869/12
874/20
**I know [6]** 666/11
703/12 708/2 738/21
763/19 766/8
**I mean [18]** 671/15
696/8 725/24 740/23
748/6 762/3 767/16
771/25 772/9 774/8
775/23 776/3 776/25
777/11 841/16 845/22
849/14 874/13
**I recall [3]** 875/18
875/19 875/21
**I say [1]** 723/5
**I should [7]** 727/18
787/11 798/8 813/8
848/21 876/22 878/18
**I think [42]** 636/9
636/11 638/20 645/4
651/6 679/20 686/15
691/15 695/4 695/10
699/4 700/15 703/12
704/23 709/7 723/24
726/23 732/19 761/17
767/25 770/2 772/21
774/8 774/25 775/13
775/22 776/14 776/19
780/3 804/3 810/21
812/4 820/25 830/7
838/8 846/4 874/10
874/17 874/22 875/1
875/15 876/24
**I thought [6]** 707/23
777/23 778/1 819/3
846/1 846/5
**I understand [7]** 671/1

773/9 777/20 813/1
**I want [8]** 649/23
660/24 668/3 690/11
714/11 745/21 756/19
828/1
**I was [15]** 635/14
735/19 740/3 748/5
748/22 783/16 783/24
817/6 817/8 839/23
846/6 847/7 848/25
859/12 869/4
**I went [1]** 859/15
**I work [1]** 815/15
**I worked [3]** 783/1
783/5 815/20
**I would [1]** 831/24
**I'd [13]** 637/5 711/13
716/14 719/13 720/8
721/4 723/21 724/20
752/9 757/1 780/11
819/8 876/22
**I'll [13]** 637/6 666/1
666/20 686/6 732/13
744/2 747/9 751/24
830/6 833/7 876/1
877/15 878/4
**I'm [98]** 635/19 636/12
637/13 642/12 644/2
644/8 649/21 652/13
653/17 657/25 670/9
677/20 686/22 687/5
691/16 697/18 697/21
700/25 704/8 704/12
705/3 709/9 712/15
713/10 716/16 721/25
722/20 723/5 723/7
731/3 731/4 735/19
736/14 736/16 736/24
736/25 738/23 740/25
742/5 744/21 746/2
746/21 746/22 747/7
746/8 750/10 761/3
766/5 766/20 766/24
770/9 770/22 770/24
771/1 771/6 771/11
776/9 776/10 777/4
782/20 792/14 792/19
797/13 801/5 802/15
802/5 803/24 804/1
805/15 806/10 806/12
806/13 806/25 807/15
808/3 809/8 811/8
826/18 830/5 830/20
839/9 839/13 846/4
850/8 850/10 857/24
860/22 861/2 867/12
867/20 868/10 870/6
874/1 875/5 876/20
877/4 878/17 879/1
**I'm going [12]** 691/16
704/12 705/3 713/10
731/4 740/25 750/10
771/6 797/13 850/8
850/10 857/24
**I'm just [3]** 722/20
761/3 876/20
**I'm not [4]** 776/9 811/8

**I'm not sure [4]** 644/2
677/20 770/22 861/2
**I'm sorry [29]** 637/13
642/12 644/8 653/17
657/25 670/9 686/22
687/5 697/18 697/21
700/25 704/8 709/9
712/15 716/16 723/5
723/7 735/19 736/14
736/16 744/21 746/2
766/24 801/5 802/24
826/18 830/20 860/22
870/6
**I've [18]** 696/8 748/4
780/5 808/8 808/18
809/12 809/25 815/17
841/7 846/3 851/5
851/9 863/12 875/21
878/20 878/25 879/4
879/6
**ID [1]** 713/24
**idea [3]** 728/10 748/5
798/18
**identification [5]** 656/8
763/20 764/2 832/19
867/13
**identified [18]** 646/16
659/12 761/12 761/15
786/18 787/1 787/19
788/1 788/2 789/10
790/15 791/1 792/5
793/17 793/21 796/19
800/11 827/15
**identifies [1]** 790/21
**identify [24]** 638/23
641/16 642/1 643/23
643/25 650/13 651/1
655/3 655/11 672/22
676/21 677/7 684/20
687/22 696/9 696/17
706/22 710/25 733/21
779/7 797/15 809/13
828/6 833/14
**identifying [5]** 752/19
790/17 790/25 792/24
795/13
**identity [4]** 701/20
772/10 772/14 772/22
**idgaf [1]** 738/7
**ignore [1]** 780/6
**image [3]** 662/18
713/19 714/7
**images [2]** 701/19
713/23
**imagine [1]** 826/8
**immediately [3]** 819/19
824/19 877/16
**impact [1]** 760/4
**impeding [1]** 870/9
**impending [1]** 818/23
**implicate [1]** 816/17
**importance [1]** 845/24
**important [5]** 670/17
671/2 704/20 726/14
824/8
**imposed [1]** 657/8
**inaugural [5]** 818/22

821/19 823/19
823/24
**inauguration [2]**
818/23 823/19
**inch [1]** 821/6
**include [2]** 711/20
836/19
**included [3]** 648/14
805/4 879/3
**includes [4]** 825/3
825/5 825/6 825/9
**including [4]** 669/9
705/19 705/20 785/24
**incorporated [2]**
701/20 713/24
**increased [1]** 825/22
**independent [2]**
751/16 878/10
**INDEX [3]** 632/2 632/9
634/18
**indicate [24]** 644/18
645/16 645/18 646/7
646/16 652/19 653/2
653/15 660/7 661/24
681/2 684/24 693/2
693/23 707/4 717/18
720/6 756/1 757/12
760/9 776/10 819/11
819/18 819/24
**indicated [6]** 672/22
673/1 695/14 741/22
773/10 867/23
**indicates [2]** 727/13
862/22
**indicating [3]** 652/22
658/3 760/20
**indications [1]** 657/14
**indicator [1]** 799/4
**indictment [4]** 777/4
777/9 777/12 778/25
**individual [7]** 766/14
774/6 822/8 827/14
854/11 854/25 872/2
**individuals [12]** 653/22
659/11 663/22 693/7
693/14 755/10 769/2
776/11 817/24 818/2
854/10 871/11
**inflammatory [1]** 669/1
**information [3]** 670/18
762/18 768/23
**informed [1]** 747/10
**initial [3]** 773/16 786/7
789/1
**initially [3]** 791/8 800/4
852/17
**injure [1]** 775/5 775/6
**injured [1]** 772/5
**injuring [2]** 772/7
778/14
**injury [3]** 774/14 776/5
778/17
**ink [1]** 730/9
**inside [24]** 643/9 647/6
653/11 656/23 692/15
796/13 796/21 797/1
801/13 801/14 802/20
805/22 806/8 806/21

**I**

inside... [10] 810/2
824/15 830/2 844/18
846/10 852/14 862/4
865/7 871/18 872/22
Instagram [2] 754/7
754/25
install [1] 825/7
instance [1] 761/24
instant [1] 731/25
instead [1] 675/7
instruct [1] 877/16
instruction [2] 670/16
795/12
instructions [5] 774/13
877/14 878/17 879/3
879/5
intact [2] 827/1 839/5
intend [1] 877/5
intended [1] 768/22
intending [1] 638/13
intensive [1] 825/25
intent [2] 726/14 727/7
intention [1] 727/13
intentional [1] 745/17
intentions [1] 726/19
interaction [2] 844/21
871/5
interest [3] 788/13
788/16 789/10
interfere [1] 726/16
interfering [2] 870/9
870/12
interior [3] 642/23
642/23 645/4
interjected [1] 780/3
interpret [3] 728/14
760/25 762/16
interpreting [1] 696/1
interrupt [2] 787/9
795/11
intervene [1] 730/5
interviewed [1] 761/9
introduce [6] 766/25
768/22 771/5 772/20
782/14 835/11
introduced [2] 753/11
779/18
introducing [1] 666/12
investigation [19]
654/20 664/17 667/23
710/7 711/16 713/21
739/15 745/6 756/19
765/12 765/16 783/17
783/23 788/17 788/24
789/11 800/17 801/5
801/22
involve [3] 704/15
735/4 877/6
involved [2] 783/17
818/6
involvement [1] 783/22
irrelevant [2] 669/1
767/8
irritant [1] 841/20
irritants [1] 841/6
is [578]
is that correct [1]

is there [10] 649/2
649/8 718/1 810/13
810/17 825/25 826/4
836/23 841/20 849/11
Is this [1] 793/18
isn't [3] 725/13 780/18
826/12
ISP [1] 721/9
issue [6] 767/24 769/3
771/18 775/1 775/13
777/14
it [525]
it would be [7] 767/20
768/10 769/21 772/9
794/15 794/16 795/8
it'll [1] 725/15
it's [137] 636/3 637/11
638/12 639/3 641/2
645/4 645/4 645/5
647/6 647/23 648/13
651/6 655/20 656/18
656/21 661/7 669/2
669/25 671/17 675/13
678/6 679/15 681/6
681/18 684/3 685/24
687/7 688/12 692/2
692/9 692/15 695/9
702/7 702/14 702/19
703/8 703/12 704/16
704/19 704/25 705/1
705/15 705/16 707/13
710/16 712/7 712/12
713/2 713/7 718/14
722/7 722/25 724/3
725/7 726/4 726/18
732/14 732/21 732/25
733/10 733/11 734/20
735/17 735/17 736/21
739/4 739/6 741/7
743/25 745/20 746/25
747/2 747/20 748/11
748/17 749/5 750/11
750/11 750/15 753/21
755/4 760/10 760/12
760/20 761/16 762/3
762/18 767/3 767/8
767/12 768/8 768/9
769/2 770/3 771/4
772/1 772/5 772/16
773/1 773/4 778/11
790/4 791/5 794/11
804/3 804/12 804/13
810/21 813/19 820/5
821/10 821/11 826/6
828/5 829/16 829/17
833/4 836/13 839/24
840/19 841/16 841/18
847/23 850/11 856/10
862/22 863/22 866/5
866/24 867/6 874/10
875/1 875/3 875/3
875/17 875/18 875/20
item [22] 670/19
670/22 679/3 680/13
680/14 680/16 680/18
681/9 681/20 709/4
711/23 795/1 798/19

805/25 806/2 806/5
806/7 809/14 819/4
items [34] 669/8
670/18 671/9 679/2
682/25 766/6 766/7
766/9 766/10 785/9
788/13 788/16 788/23
789/3 789/18 791/7
797/25 798/9 798/12
800/12 800/14 803/16
803/17 803/21 806/11
806/12 810/1 812/17
812/17 812/18 818/24
833/12 840/10 850/24
its [11] 645/5 710/15
761/9 772/3 772/3
781/20 791/22 798/23
814/20 833/16 877/14
itself [3] 654/8 777/3
788/13

**J**

J-a-s-o-n [1] 815/10
J. [1] 779/18
J. Robertson [1]
779/18
jacket [7] 658/21
676/24 794/24 796/6
796/7 797/11 808/25
Jan [1] 757/22
January [71] 694/9
711/8 714/20 717/14
718/2 718/15 718/22
719/19 720/7 725/24
725/24 727/19 729/2
730/20 731/5 732/4
734/8 735/18 735/23
735/24 735/24 736/7
736/8 737/15 739/9
740/14 741/14 741/23
742/13 743/8 744/8
747/17 750/5 756/5
757/9 758/17 765/8
783/15 785/8 791/14
792/13 793/7 793/15
794/25 795/2 795/4
795/15 795/21 796/2
812/6 813/4 817/2
818/11 825/21 829/23
834/5 835/23 835/25
837/9 837/13 846/20
847/10 847/19 850/1
850/5 859/14 859/16
859/19 867/9 867/24
869/16
January 6th [34] 694/9
711/8 714/20 718/15
718/22 727/19 735/23
735/24 736/7 739/9
741/14 742/13 744/8
765/8 792/13 793/15
795/2 795/21 812/6
813/4 817/2 818/11
835/23 837/9 837/13
846/20 847/19 850/1
850/5 859/14 859/16
859/19 867/9 867/24

January 7th [3] 635/6
Jasari [4] 631/2 631/3
635/7 753/4
Jason [3] 814/21 815/4
815/10
JENKINS [56] 630/6
635/4 641/3 641/11
641/18 645/17 646/8
646/17 648/15 649/25
651/13 652/3 652/9
652/11 652/23 653/6
654/19 656/19 676/18
696/9 699/8 700/3
704/16 715/14 716/7
717/11 717/24 724/13
724/24 725/20 728/18
728/24 735/4 739/6
741/13 756/9 758/4
763/21 769/7 772/11
773/1 773/5 773/11
775/5 775/16 776/12
777/12 778/24 779/7
781/5 783/20 786/2
788/2 795/5 801/23
870/6
Jenkins' [7] 721/1
729/19 740/10 757/7
784/15 787/5 787/20
job [5] 845/18 845/20
870/9 872/8 872/10
jobs [1] 870/13
jobsites [1] 825/24
Jorden [3] 766/14
767/9 770/5
Jorden Mink [1] 770/5
JUDGE [1] 630/10
judicial [1] 768/8
jumping [1] 636/12
jurors [1] 752/10
jury [74] 630/9 635/25
636/1 638/12 645/23
648/10 650/4 654/8
666/25 670/11 670/17
673/15 680/4 686/3
686/10 686/11 695/25
704/20 707/20 709/12
713/2 727/4 727/16
728/15 751/21 752/18
753/1 753/18 753/19
762/6 763/14 767/24
770/3 770/10 771/6
771/12 771/21 777/15
778/16 779/9 779/23
779/24 780/22 782/15
790/13 790/19 791/19
792/17 793/25 794/22
803/4 805/2 807/13
808/1 808/16 809/6
809/21 810/9 810/24
813/22 814/17 814/18
835/12 838/15 841/13
842/7 844/21 850/9
860/21 868/9 876/22
877/13 878/15 878/17
jury's [1] 797/14
just [124] 635/22
637/17 639/15 641/25
642/10 642/13 643/22

Janary 7th [3] 635/6
652/14 653/17 653/22
655/14 656/17 664/6
665/16 666/2 670/7
670/25 670/25 673/2
674/13 674/13 684/17
687/6 696/6 696/9
705/13 706/18 708/6
708/18 710/12 710/17
712/9 712/15 712/20
722/20 726/15 727/18
727/19 732/25 736/14
741/7 751/15 751/24
752/16 753/2 754/4
754/10 756/1 759/14
761/3 761/16 761/21
761/23 765/24 769/4
771/17 775/9 777/2
777/3 778/21 778/24
787/9 788/20 790/20
791/18 795/10 795/11
797/13 797/15 808/18
811/6 811/9 811/10
811/10 811/21 812/4
813/4 816/13 819/20
822/16 827/19 827/25
830/8 831/15 837/15
838/18 839/24 841/22
842/18 842/23 847/25
848/13 853/4 853/8
856/15 857/11 857/25
861/2 861/5 863/24
864/19 864/21 865/2
869/12 869/23 870/21
872/8 872/24 873/14
873/21 874/6 874/16
874/20 874/23 874/24
875/9 875/10 876/13
876/20 877/25 878/20

**K**

keep [8] 664/3 697/8
704/1 704/12 709/14
747/5 747/10 878/4
keeping [2] 791/3
817/15
kicked [1] 734/20
killary [2] 726/23 728/7
kind [24] 648/17 653/4
656/21 786/6 791/22
798/18 801/25 811/6
811/7 811/9 811/10
818/19 821/4 837/1
842/21 843/2 844/17
848/15 852/18 861/12
861/14 863/2 869/11
872/2
kinds [1] 671/9
knee [1] 847/12
knew [6] 722/22
722/22 724/1 737/8
740/4 787/6
knives [2] 717/22
731/3
knock [1] 811/8
knocked [4] 777/10
777/14 778/2 778/3
knocking [3] 777/16

**K**

**knocking...** [2] 778/9
778/13

**know** [67] 642/14
646/11 648/16 649/22
649/22 651/8 656/10
658/19 664/5 666/11
670/19 677/19 677/20
703/12 703/22 708/2
709/13 713/5 735/21
738/21 742/7 745/17
746/22 747/8 747/9
748/17 752/7 763/19
766/8 767/9 768/6
769/4 769/7 769/8
769/10 772/4 772/13
772/16 772/16 772/17
772/25 773/6 774/11
775/2 775/4 775/5
775/8 776/3 776/21
776/24 777/1 777/12
778/23 788/8 791/5
798/19 813/3 828/6
838/7 846/9 848/20
850/15 860/22 871/17
871/20 871/23 875/20
**know's** [1] 869/21
**knowledge** [4] 761/7
766/7 812/9 826/2
**knowledgeable** [1]
817/24
**knows** [1] 730/7

**L**

**label** [2] 798/6 805/21
**labor** [3] 825/5 825/11
825/25
**Laboratory** [1] 804/22
**ladies** [23] 751/13
771/16 782/14 787/8
792/16 793/24 794/21
795/10 803/3 805/1
807/13 807/25 808/15
809/5 809/20 810/8
835/11 838/15 841/12
842/7 844/20 868/8
877/22
**laid** [1] 833/15
**laminated** [2] 821/6
821/7
**language** [1] 726/12
**lapse** [1] 671/4
**large** [5] 659/19 680/13
725/7 820/10 825/20
**last** [16] 648/14 652/17
666/2 667/6 697/19
697/21 716/17 731/13
747/19 776/24 778/7
782/15 782/17 832/17
835/12 835/13
**later** [6] 669/2 669/12
669/25 718/24 792/12
878/2
**latest** [2] 724/7 878/19
**law** [1] 783/12
**laying** [1] 869/13
**lead** [5] 742/24 743/1
761/20 842/15 875/10

**leader** [1] 788/8
**leading** [1] 857/24
**learned** [1] 787/18
**least** [7] 648/24 761/11
769/9 774/13 775/23
877/18 878/5
**leave** [2] 788/7 873/1
**leaving** [2] 661/11
873/5
**ledge** [16] 639/9
647/25 652/14 658/11
658/12 659/14 664/3
678/19 693/11 755/7
755/7 844/10 844/13
861/21 863/25 874/19
**left** [18] 650/1 665/1
667/17 684/22 686/15
787/4 787/6 814/4
814/5 818/17 818/25
819/19 824/20 827/11
852/14 869/5 873/3
876/14
**left-hand** [1] 684/22
**leg** [1] 833/20
**legal** [1] 771/18
**less** [2] 723/1 823/14
**let** [15] 646/11 651/8
656/10 704/6 722/9
727/16 736/24 737/4
743/23 744/21 753/22
764/1 771/7 875/2
877/3
**let's** [16] 638/25 648/9
670/25 670/25 671/15
671/17 691/18 696/9
709/14 741/10 750/15
751/11 813/16 819/7
832/4 832/7
**letter** [23] 790/23 793/22
793/23
**level** [4] 688/13 840/12
842/14 842/16
**liberty** [3] 744/1 756/14
756/15
**light** [1] 666/20
**like** [118] 636/25 637/5
642/5 642/15 645/5
645/14 646/22 656/7
659/5 660/24 662/10
664/8 665/10 666/11
668/5 670/15 672/10
675/1 675/7 675/20
680/13 681/10 681/16
683/5 685/20 690/15
691/24 697/15 700/18
705/7 707/15 709/19
711/13 713/14 714/22
716/14 719/13 720/8
721/4 721/12 722/9
723/21 724/20 725/19
726/12 728/10 731/8
732/1 747/11 754/6
754/16 757/1 757/24
758/22 761/19 768/10
771/4 773/25 780/11
791/22 794/8 802/11
810/19 810/25 811/9
811/10 812/18 813/4

**lead** [1] 857/24
820/9 826/14 829/16
830/19 831/3 831/24
832/18 834/18 836/14
836/15 836/16 836/17
836/19 838/16 840/5
840/15 840/16 840/19
841/14 841/24 842/21
842/24 842/25 844/21
846/6 847/4 851/5
851/17 852/8 854/3
855/3 856/10 857/1
857/3 859/4 859/12
862/19 864/3 865/23
866/5 867/9 872/24
873/3 873/17 876/22
876/25 878/11
**likely** [1] 730/6
**liking** [1] 736/19
**limine** [1] 670/16
**limitation** [2] 657/7
706/12
**limited** [1] 830/6
**limiting** [1] 670/16
**line** [29] 635/19 653/2
653/4 653/18 733/9
778/20 838/18 838/19
838/22 838/24 839/3
839/5 839/15 839/18
839/21 839/25 840/1
840/3 840/8 840/12
842/6 845/16 845/25
852/17 853/2 853/3
861/12 861/14 869/10
**liquid** [1] 855/23
**liquids** [2] 845/2 845/5
**list** [3] 752/20 752/25
785/6
**lists** [1] 752/18
**literally** [2] 703/23
738/8
**little** [21] 637/17
638/25 642/15 642/17
659/13 685/24 695/4
697/5 705/16 714/11
720/1 721/22 745/19
774/24 776/6 791/22
811/3 813/18 830/14
836/4 878/7
**lived** [3] 785/23 786/10
786/22
**LLP** [1] 631/3
**lmao** [2] 734/21 736/22
**located** [14] 652/11
791/8 791/11 792/9
792/15 794/18 796/18
798/13 803/5 805/5
816/24 816/25 819/14
837/16
**location** [23] 648/1
652/3 665/20 668/12
676/1 676/18 692/8
692/9 702/11 705/14
705/15 710/11 712/1
719/3 764/4 784/13
819/12 819/18 823/13
826/12 833/24 839/2
849/15

**fold** [1] 728/22
737/5 737/7 738/10
742/24 743/2 748/23
**long** [20] 647/14
648/12 648/15 649/24
681/6 703/8 710/16
712/10 735/15 752/2
771/7 779/17 782/22
783/2 815/16 835/16
845/23 876/16 876/21
876/25
**longer** [3] 649/11
649/25 650/2
**look** [24] 654/8 656/10
675/3 712/20 722/1
725/12 751/18 753/4
757/4 762/14 763/20
767/25 769/25 774/8
789/14 789/17 800/15
805/25 812/18 813/4
813/5 874/22 878/11
878/22
**looked** [2] 823/9
873/17
**looking** [21] 647/24
687/6 692/8 692/11
692/15 727/13 730/10
730/11 733/8 735/20
752/20 787/25 788/6
790/13 800/1 800/18
801/10 805/21 839/20
863/11 873/17
**looks** [19] 681/10
681/16 690/15 707/15
732/1 773/25 794/8
851/5 854/3 855/3
856/10 857/1 857/2
859/4 859/12 864/3
865/22 866/5 873/3
**lose** [1] 851/14
**loses** [1] 745/24
**lot** [3] 671/15 798/8
845/20
**lots** [2] 818/21 818/24
**love** [1] 748/12
**Lowe's** [1] 821/16
**lower** [16] 647/24
668/13 676/2 677/12
677/15 687/7 818/17
819/12 824/20 827/11
827/11 843/6 843/12
843/15 843/17 852/11
**LRM** [1] 630/14
**lunch** [9] 750/15
751/12 751/14 751/18
751/23 752/9 753/21
877/16 877/16

**M**

**M-c-l-n-t-y-r-e** [1]
815/11
**ma'am** [63] 738/13
747/7 747/10 780/15
783/16 783/19 783/21
784/9 784/12 785/2
785/5 785/11 785/14
785/17 786/3 786/21
787/21 787/23 788/18

789/7 789/12
789/16 789/20 790/22
791/2 791/4 791/9
791/16 791/20 791/24
792/10 793/1 794/20
796/20 799/2 799/5
800/8 800/19 801/24
802/4 802/7 802/14
803/6 803/8 803/18
803/23 804/15 804/20
804/23 805/8 805/18
806/1 806/3 806/22
807/7 807/11 807/24
808/14 809/4 809/19
810/7 810/12
**mace** [6] 840/9 840/15
840/18 840/24 868/18
869/11
**mad** [1] 721/25
**made** [17] 698/2
728/17 730/9 730/16
731/23 733/10 733/11
756/8 762/2 762/14
773/15 810/23 811/7
823/8 825/16 849/11
879/6
**mail** [2] 722/22 723/24
**Mainly** [1] 837/3
**maintain** [1] 816/4
**maintenance** [1]
822/24
**major** [1] 823/9
**make** [20] 673/15
680/4 693/2 705/23
708/6 735/6 743/24
752/17 753/3 758/19
767/21 770/1 770/11
812/4 820/16 820/17
821/3 823/5 826/9
870/3
**makes** [3] 772/13
788/6 877/11
**making** [3] 662/2 680/3
845/20
**mall** [1] 677/4
**Mama** [1] 714/10
**man** [2] 720/24 757/22
**managed** [2] 784/20
784/21
**manner** [1] 778/14
**manpower** [2] 823/13
824/14
**manufactured** [1]
777/5
**many** [7] 704/12
747/11 785/15 785/20
785/23 786/22 828/2
**marble** [1] 798/10
**March** [15] 630/5
734/16 735/15 735/17
735/20 735/21 784/8
784/10 789/19 807/5
807/22 808/12 809/2
809/17 810/6
**mark** [8] 648/25 649/3
670/8 670/11 670/12
671/17 671/25 801/14
**marked** [21] 656/8

**marked... [20]** 714/22
721/12 724/13 780/12
788/24 791/15 800/13
801/12 802/16 803/25
804/12 805/10 805/16
806/25 807/15 808/9
808/19 809/13 810/1
832/18
**marker [10]** 791/15
791/19 791/25 798/23
798/24 799/1 799/3
799/17 799/22 801/11
**markers [1]** 798/18
**marking [3]** 790/16
790/21 819/15
**markings [1]** 790/20
**marks [2]** 640/15
867/13
**mask [12]** 748/22
795/1 798/1 868/23
869/1 869/3 869/4
869/5 869/7 869/13
869/20 870/3
**match [1]** 711/17
**material [3]** 714/12
810/23 823/4
**materials [6]** 823/3
823/4 823/11 823/12
825/5 825/10
**matter [4]** 775/10
776/25 780/2 880/4
**matters [1]** 878/3
**may [49]** 649/16
662/25 666/3 669/5
671/3 675/3 704/18
726/9 735/12 750/13
763/15 787/13 788/13
790/7 794/2 795/22
796/23 797/3 797/8
797/18 797/22 798/3
799/10 799/14 800/20
802/21 804/5 805/12
805/13 808/5 808/6
808/21 808/22 809/10
809/23 811/13 811/19
825/16 827/19 832/6
835/2 835/3 839/9
839/11 870/15 870/16
875/8 876/9 880/7
**maybe [6]** 677/21
730/7 756/12 775/8
791/18 798/10
**McIntyre [11]** 814/21
814/25 815/4 815/10
826/23 828/11 828/25
831/14 832/9 832/17
834/15
**me [34]** 638/23 657/22
658/1 666/17 672/14
685/17 709/10 712/9
744/1 744/1 744/21
745/18 745/21 746/25
748/7 757/4 757/22
758/1 763/21 766/12
767/23 769/14 769/15
771/7 772/6 772/15
775/2 779/2 786/9

**mean [37]** 659/4
671/15 673/20 696/8
725/24 726/25 740/23
748/6 762/3 762/14
767/16 767/25 769/12
770/8 771/23 771/25
772/9 774/8 774/24
775/23 776/3 776/23
776/24 776/25 777/11
801/12 802/11 812/18
821/8 836/5 836/11
840/15 841/16 845/22
846/3 849/14 874/13
**meaning [1]** 730/7
**means [4]** 715/22
801/13 821/20 836/14
**meant [2]** 723/5 723/24
**measurement [1]**
799/4
**measures [2]** 722/20
743/22
**mechanical [1]** 631/13
**media [7]** 720/25
743/23 748/6 751/17
754/1 758/21 878/11
**meeting [2]** 829/21
878/21
**MEHTA [1]** 630/10
**members [1]** 727/10
**memory [1]** 875/19
**men [1]** 732/14
**mentioned [5]** 728/13
752/17 756/2 844/16
868/11
**Merit [1]** 631/8
**message [26]** 635/17
716/17 716/23 717/19
718/10 718/12 719/4
719/8 719/11 719/16
720/23 721/1 721/12
722/4 722/7 727/7
728/23 729/12 731/2
735/8 742/6 743/5
743/23 744/4 745/16
749/16
**messages [23]** 714/15
714/19 714/25 721/5
723/11 724/12 724/23
725/20 729/19 731/25
735/23 739/14 741/6
741/7 742/12 744/6
745/4 746/11 749/8
751/10 754/5 754/7
758/22
**met [2]** 763/22 778/17
**metal [8]** 681/10
690/15 690/17 690/17
691/5 811/2 844/25
848/13
**Metro [2]** 637/13
637/14
**Metropolitan [7]**
637/15 639/2 709/24
710/1 835/15 835/17
835/20
**Mezzanine [1]** 829/8

**Michael [2]** 786/24
787/3
**microphone [1]** 801/1
**middle [5]** 819/14
821/18 847/22 848/5
863/2
**midst [1]** 818/22
**might [4]** 709/9 709/10
724/7 727/15
**mike [3]** 715/17 724/9
746/22
**million [1]** 729/13
**mind [3]** 725/7 726/19
753/14
**mindful [2]** 649/23
857/25
**Mine [1]** 853/20
**minimum [1]** 878/22
**Mink [5]** 766/15 766/18
767/9 767/14 770/5
**minus [1]** 731/6
**minute [9]** 648/25
649/2 694/19 702/19
703/8 712/12 848/24
853/24 855/18
**minutes [17]** 638/1
638/16 638/20 648/13
686/5 686/19 692/2
771/10 771/12 771/18
849/1 849/2 849/6
862/10 862/11 863/19
877/9
**mirror [2]** 794/10
794/11
**miscalculation [1]**
722/21
**miscellaneous [1]**
825/9
**misleading [3]** 770/3
774/24 776/10
**misled [1]** 770/10
**missing [4]** 830/17
833/21 833/23 868/22
**mission [3]** 816/7
844/2 844/4
**mist [1]** 865/23
**mistake [1]** 723/8
**mister [1]** 762/15
**misunderstanding [1]**
777/23
**mixture [1]** 829/11
**Mobil [1]** 782/22
**mode [1]** 837/14
**model [1]** 820/14
**modeled [1]** 820/8
**moment [12]** 674/1
711/11 750/7 752/16
795/11 801/2 811/13
827/19 839/10 852/3
870/15 875/23
**moments [1]** 874/18
**Monday [10]** 635/22
770/1 877/12 877/13
878/1 878/2 878/12
878/12 878/23 879/13
**moniker [1]** 758/6
**months [1]** 782/23
**Monument [3]** 677/5

**moon [7]** 821/1 821/14
821/14 824/19 826/6
826/10 852/9
**more [22]** 671/13
672/12 673/3 705/17
713/6 720/8 725/14
726/18 741/1 742/7
745/23 759/1 775/23
777/7 813/25 827/25
836/13 840/6 854/20
876/14 877/8 877/18
**morning [18]** 635/2
635/10 636/3 636/5
636/23 636/24 677/3
685/23 718/5 821/22
822/1 822/6 829/23
830/15 837/10 837/11
837/13 878/24
**most [10]** 720/24
725/11 730/5 736/7
748/4 748/9 748/20
748/22 829/16 850/6
**mostly [1]** 738/17
**motion [1]** 708/21
**motions [1]** 670/16
**mountain [1]** 836/8
**move [66]** 637/17
638/3 648/6 657/2
661/16 663/11 665/22
668/18 674/12 676/5
684/10 687/14 691/18
692/20 697/18 697/19
697/20 700/25 701/22
702/18 705/21 707/16
708/9 710/15 712/3
714/1 715/3 717/1
718/16 719/20 720/16
721/16 723/16 725/1
726/6 729/3 729/21
730/21 732/5 734/9
735/10 737/16 739/19
740/15 741/16 742/15
743/9 744/10 745/9
746/13 747/21 749/18
750/15 751/4 757/15
758/9 759/15 763/9
770/16 819/7 832/4
832/7 833/3 861/8
861/9 872/10
**moved [1]** 653/18
**moves [3]** 688/1
689/23 855/3
**moving [7]** 709/14
730/13 731/12 734/4
737/11 865/24 865/25
**MPD [6]** 842/24 842/25
846/11 860/14 863/13
863/15
**MPDs [1]** 863/15
**Mr [1]** 809/12
**Mr. [64]** 635/17 636/7
636/14 641/18 648/15
648/23 649/25 656/19
668/24 671/8 696/9
704/16 753/3 764/9
766/18 767/14 767/16
769/7 770/13 772/11

**Mr. [cont.]** 773/5 773/11
775/5 775/16 776/12
777/12 778/24 779/7
780/5 780/9 781/5
781/14 790/12 792/19
793/2 793/5 795/15
795/19 795/22 795/25
797/18 797/20 797/24
799/12 804/7 805/15
807/18 808/8 808/24
809/25 813/12 814/25
826/23 828/11 828/25
831/14 832/9 832/17
834/15 870/20 876/8
877/4 877/18
**Mr. Ak [1]** 876/8
**Mr. Boyle [15]** 635/17
636/7 648/23 668/24
671/8 753/3 764/9
767/16 770/13 780/5
780/9 781/14 870/20
877/4 877/18
**Mr. Jenkins [19]**
641/18 648/15 649/25
656/19 696/9 704/16
769/7 772/11 773/1
773/5 773/11 775/5
775/16 776/12 777/12
778/24 779/7 781/5
795/15
**Mr. McIntyre [8]**
814/25 826/23 828/11
828/25 831/14 832/9
832/17 834/15
**Mr. Mink [2]** 766/18
767/14
**Mr. Perri [1]** 636/14
**Mr. Storemski [14]**
790/12 793/5 795/19
795/25 797/20 797/24
799/12 804/7 805/15
807/18 808/8 808/24
809/25 813/12
**Mr. Weko [4]** 792/19
793/2 795/22 797/18
**Ms. [1]** 753/4
**Ms. Jasari [1]** 753/4
**much [15]** 635/23
643/9 670/17 686/1
704/17 767/21 771/19
781/18 813/11 834/16
872/19 875/11 876/8
878/12 879/12
**multiple [6]** 735/6
742/8 857/23 858/3
859/15 859/19
**murder [1]** 772/21
**Mustafa [3]** 834/22
835/5 835/13
**my [42]** 636/12 650/2
723/8 734/17 747/9
748/9 748/10 769/4
773/17 779/1 815/10
815/25 816/13 816/25
817/14 822/23 825/13
826/2 827/12 828/22
844/9 847/15 847/23
850/18 854/3 855/4

**M**

**my... [16]** 855/12 855/14 862/1 868/10 868/11 868/13 868/14 868/16 869/4 869/4 869/5 869/7 869/12 872/10 875/19 877/1
**myself [2]** 864/3 867/6
**mysterious [1]** 723/25

**N**

**nail [1]** 723/24
**name [15]** 744/25 746/8 758/6 762/15 782/15 782/17 782/17 786/5 810/17 815/8 815/10 820/23 829/5 835/12 835/13
**named [1]** 766/14
**namely [2]** 656/17 702/12
**names [3]** 724/17 728/12 736/10
**Nancy [2]** 726/23 728/6
**narrate [1]** 874/25
**narration [3]** 639/13 696/2 875/3
**nasty [1]** 748/11
**nature [4]** 670/18 681/8 818/1 829/14
**Nautica [4]** 639/25 676/25 795/21 798/6
**navy [1]** 815/21
**near [7]** 678/18 736/25 810/21 837/16 837/18 852/18 861/14
**necessarily [1]** 762/2
**necessary [1]** 823/6
**necessity [1]** 823/18
**neck [2]** 714/7 868/16
**need [15]** 642/15 701/10 706/7 709/13 713/5 713/7 713/9 762/2 776/19 826/10 849/12 869/6 876/23 878/3 879/8
**needed [5]** 780/2 823/4 824/13 824/15 869/7
**needs [1]** 828/6
**neighborhood [1]** 821/16
**never [5]** 725/7 727/1 734/20 746/24 753/14
**new [1]** 768/21
**newer [1]** 821/9
**news [1]** 737/5
**next [30]** 651/23 667/21 667/23 675/20 705/7 718/7 722/1 723/4 723/22 728/20 731/12 731/19 732/16 733/12 739/11 742/9 744/4 746/2 747/18 750/1 750/2 760/19 763/3 781/20 791/18 796/21 813/16 814/20 819/7 834/19
**nice [5]** 636/4 736/21

**night [1]** 825/7
**nine [2]** 648/25 649/2
**nine-minute [1]** 648/25
**no [124]** 630/4 635/3 638/5 638/7 646/1 648/8 649/10 649/11 649/23 649/25 650/2 651/15 651/19 652/6 656/4 657/4 661/18 663/13 665/4 669/17 674/15 676/7 679/20 684/12 687/16 692/22 696/19 697/7 698/1 701/24 704/1 708/2 708/2 708/11 710/19 712/22 714/3 715/5 717/2 717/22 718/17 719/21 720/17 721/18 722/11 723/17 724/3 725/2 725/16 729/5 729/22 730/22 732/6 734/10 735/25 737/17 739/20 740/16 741/17 742/16 743/10 744/11 745/10 746/14 747/22 748/5 749/19 750/14 751/5 751/16 751/17 753/17 758/11 759/6 759/7 759/9 759/11 762/11 762/13 762/20 765/17 765/21 766/5 766/16 768/19 772/24 774/3 774/5 780/8 781/12 781/16 790/3 806/15 811/9 812/7 812/15 813/7 813/10 820/3 820/4 826/18 832/7 833/25 834/10 834/14 841/1 841/4 846/19 851/19 859/15 859/18 871/7 871/9 872/7 872/17 873/6 873/8 873/15 874/12 876/20 876/20 877/7 878/11 879/10
**No. [1]** 780/12
**Noah [1]** 745/14
**Non [1]** 760/21
**Non-Fuel [1]** 760/21
**nonlethal [2]** 843/2 860/17
**nonpolice [1]** 839/7
**normal [1]** 820/2
**normally [4]** 820/1 829/9 847/12 849/13
**north [2]** 739/4 819/20
**not [135]** 635/20 637/13 637/22 642/1 644/2 645/23 646/16 649/6 649/18 650/18 651/15 651/21 652/13 655/11 655/13 655/20 662/2 667/10 669/2 669/24 671/10 671/1 671/14 672/4 672/22 677/20 680/11 681/2 681/18 682/12 682/15

686/6 687/24 688/7 694/25 697/7 703/4 703/11 704/15 704/21 707/5 707/13 709/1 722/25 724/7 724/13 728/14 737/4 737/8 738/10 738/18 747/2 750/11 750/19 751/15 751/24 753/6 759/5 760/3 761/22 762/15 762/17 762/18 765/17 765/21 765/23 765/24 766/5 766/8 766/11 767/9 767/12 767/14 769/6 769/13 769/23 770/17 770/22 772/2 772/5 772/15 774/12 774/16 774/21 775/23 776/9 776/9 776/12 777/1 777/18 778/12 779/21 780/6 786/13 787/14 792/11 793/16 798/11 798/12 799/19 800/6 803/16 810/20 811/8 811/9 811/9 812/6 812/15 820/4 820/12 821/11 821/19 823/3 823/5 825/23 826/2 826/11 826/24 828/12 841/1 846/4 849/8 853/21 853/22 861/2 863/12 869/4 870/3 872/14 876/18 877/4 877/25
**note [1]** 879/3
**nothing [6]** 764/7 811/16 826/11 870/18 876/6 879/11
**notice [3]** 826/23 828/1 828/12
**noticed [1]** 853/21
**November [2]** 721/15 722/18
**now [68]** 638/12 643/9 645/2 645/15 646/15 646/22 653/1 653/2 653/11 653/22 654/18 660/24 662/10 664/8 665/10 666/13 667/11 668/3 669/4 669/7 679/2 685/11 685/20 685/24 691/24 700/18 703/18 709/19 721/4 721/25 732/25 747/4 748/7 751/13 753/3 754/6 765/6 766/2 766/6 769/10 769/18 775/1 777/9 790/13 792/4 792/8 792/19 802/15 806/25 807/15 808/3 809/12 809/25 819/18 820/16 831/24 849/5 853/18 853/22 862/8 871/15 872/18 875/1 875/21 877/9
**number [25]** 646/23

682/20 686/22 688/21 688/22 689/1 689/12 689/13 691/5 691/6 694/12 695/7 709/6 779/5 791/23 793/10 807/2 828/6 829/6 850/17 850/18 850/21
**numbers [2]** 792/2 849/14
**nuts [1]** 720/4
**NW [2]** 630/19 631/10

**O**

**oath [3]** 782/1 814/23 834/24
**object [49]** 639/12 659/2 660/9 665/24 668/20 669/3 672/8 673/16 673/21 679/9 682/16 684/24 689/6 689/10 689/15 690/8 690/9 690/11 690/14 691/16 695/3 695/21 695/23 699/15 699/16 700/8 701/2 702/25 707/5 707/7 707/11 708/18 710/25 715/17 726/7 726/22 727/17 735/11 767/3 773/24 779/21 797/15 819/2 830/5 831/14 831/17 833/5 857/24 874/1
**objected [1]** 762/23
**objection [83]** 638/5 638/7 640/25 646/1 648/8 649/8 649/10 649/23 654/1 654/6 657/4 661/18 662/5 663/13 665/4 666/1 666/21 666/24 667/20 673/13 674/15 676/7 679/14 683/2 684/12 687/16 688/15 692/22 698/1 701/24 705/5 705/23 706/11 708/11 710/19 713/12 714/3 715/5 717/2 718/17 719/5 719/21 720/17 721/18 722/11 723/17 725/2 727/5 727/24 729/5 729/22 730/22 731/16 732/6 734/10 735/25 737/17 739/20 740/16 741/17 742/16 743/10 744/11 745/10 746/24 747/22 749/19 751/5 752/6 758/11 759/6 759/7 759/9 759/11 761/2 762/20 767/7 770/11 789/25 806/15 827/18 867/15 873/22
**objections [2]** 696/9 790/3
**objects [9]** 700/13 704/21 704/24 795/13 795/14 818/25 845/11

**observe [5]** 696/4 818/19 829/25 830/11 844/6
**observed [3]** 844/9 871/12 871/13
**obtain [3]** 637/9 709/23 756/22
**obtained [4]** 639/1 647/8 647/10 710/6
**obvious [1]** 713/8
**obviously [1]** 726/25
**OC [22]** 639/11 659/3 659/4 844/11 845/8 854/3 854/9 854/23 855/2 856/15 857/23 858/4 859/3 859/12 859/13 859/17 864/11 864/3 865/18 871/10 873/15
**occasion [3]** 784/10 818/13 818/16
**occur [1]** 823/14
**occurred [1]** 727/1
**occurring [1]** 817/18
**occurs [1]** 662/18
**OCs [1]** 859/15
**odd [1]** 774/10
**off [28]** 649/12 650/3 650/3 653/22 674/2 686/15 701/12 702/22 707/13 711/12 728/11 738/3 753/13 798/22 801/3 811/14 827/22 828/8 828/9 830/3 848/1 848/11 862/1 869/12 870/17 875/25 879/1 879/2
**offer [3]** 768/3 768/12 768/14
**offered [5]** 705/1 768/15 769/8 769/11 787/13
**offering [1]** 768/11
**office [10]** 769/1 769/2 816/7 816/13 816/24 816/25 822/23 829/4 829/10 829/21
**officer [40]** 639/5 639/6 639/16 647/25 651/1 651/7 651/7 651/22 651/23 652/14 652/16 693/11 703/2 703/20 709/24 710/1 783/13 834/22 835/1 835/9 835/13 835/14 842/2 842/5 842/11 844/13 852/3 853/17 860/20 862/8 862/15 863/25 864/2 867/2 867/23 871/4 874/16 874/17 876/5 876/25
**officers [22]** 645/5 668/1 814/3 836/9 837/22 842/12 842/19 843/19 844/8 844/17 846/12 846/14 846/16 852/24 853/1 853/2

**officers...** [6] 853/4
853/7 853/8 870/12
871/18 871/20

**Official** [1] 631/9

**oh** [19] 636/11 645/24
647/22 662/13 679/20
697/7 700/25 703/16
704/8 720/4 723/7
725/7 735/19 737/4
768/18 790/22 795/6
802/24 804/9

**Ok** [1] 747/12

**okay** [310]

**old** [1] 786/5

**ole** [1] 728/6

**omelette** [2] 743/25
758/19

**once** [6] 641/11 817/17
837/23 842/5 846/4
848/14

**one** [112] 639/9 648/14
649/18 651/23 672/12
674/1 675/12 677/4
678/19 679/4 697/19
697/20 697/21 697/22
700/15 701/19 704/14
707/15 708/1 710/9
711/11 711/17 712/11
713/23 716/21 718/7
718/8 720/8 722/1
723/4 723/9 723/11
724/21 724/23 728/13
728/20 728/21 729/17
729/19 730/14 731/12
731/13 732/1 732/1
732/16 732/17 732/23
733/1 733/12 733/23
734/24 739/11 739/14
740/10 741/9 742/9
742/10 742/12 744/6
745/4 746/2 746/11
747/19 748/16 749/12
754/10 757/7 759/1
760/19 761/21 763/3
770/7 771/3 772/18
775/2 775/11 775/23
778/8 785/19 786/5
787/4 787/6 788/3
788/11 790/17 791/10
791/12 791/13 793/9
800/3 813/23 819/3
821/11 822/12 823/1
824/12 825/13 825/18
827/9 827/25 832/17
837/22 844/9 847/19
854/20 856/18 859/13
865/19 868/11 870/22
875/17 876/14

**one's** [1] 732/19

**one-bedroom** [1]
785/19

**ones** [7] 698/1 730/8
745/22 749/12 798/2
863/12 863/14

**online** [2] 721/7 878/10

**only** [27] 637/6 646/25
703/5 703/8 703/24

774/12 776/10 779/1
779/4 779/10 786/13
786/14 787/18 803/16
816/10 823/3 824/9
830/20 846/1 846/6
848/25 849/1 866/23
868/22

**open** [23] 650/7 656/15
661/6 661/7 664/16
666/23 670/3 671/19
675/13 702/7 705/4
706/10 713/11 727/23
736/2 750/17 763/1
771/15 804/8 804/10
804/24 876/4 877/21

**open-source** [4] 661/6
661/7 675/13 702/7

**opened** [2] 715/16
806/2 807/9

**opening** [4] 773/10
773/15 777/24 811/6

**opinion** [1] 761/18

**opportunity** [5] 759/25
789/14 805/25 829/22
830/11

**opposed** [2] 727/19
875/6

**opposite** [3] 794/8
795/9 852/12

**order** [5] 821/17 825/7
826/9 849/12 849/21

**organize** [1] 747/11

**original** [1] 879/4

**other** [58] 649/18
652/4 655/11 659/12
659/17 663/22 664/2
671/9 698/1 704/15
726/20 727/1 730/4
735/23 749/8 751/1
755/1 760/4 766/4
770/18 772/19 772/24
773/1 773/19 773/23
774/17 774/18 775/13
775/20 776/3 776/11
777/3 777/11 778/22
778/23 779/4 785/20
786/13 786/16 786/20
791/7 798/10 807/9
810/17 817/16 828/25
840/12 842/13 846/12
849/22 855/4 858/19
858/21 871/18 872/23
873/16 873/20 879/2

**others** [1] 762/9

**otherwise** [2] 734/17
751/17

**ounces** [1] 811/3

**our** [33] 650/21 685/23
704/19 721/6 727/3
740/23 747/3 751/12
751/14 753/11 761/18
768/4 769/24 773/20
777/22 783/24 813/16
813/16 813/17 817/20
817/24 817/25 817/25
818/10 823/1 823/1
825/5 825/24 834/19

877/23

**out** [86] 635/9 639/15
641/1 642/4 644/6
644/9 644/10 644/14
647/7 647/24 648/15
649/16 657/18 657/22
658/1 662/21 666/13
669/8 669/8 669/15
669/21 669/24 670/15
670/20 671/4 671/9
672/6 672/8 673/16
681/20 682/12 692/11
692/15 697/17 699/13
703/3 704/12 726/24
728/7 732/25 733/8
745/22 745/23 773/11
774/7 775/12 776/12
777/10 777/14 777/16
778/2 778/3 778/9
778/13 787/6 788/14
788/16 788/19 788/20
794/21 796/7 796/15
805/7 806/5 807/12
821/11 824/2 824/9
824/12 831/14 834/5
834/7 841/22 841/23
844/12 845/14 861/8
861/9 861/13 861/17
865/24 869/23 872/5
872/25 874/14 876/22

**outline** [1] 681/20

**outside** [9] 644/21
656/23 656/24 745/21
765/23 861/6 861/7
869/10 878/9

**over** [20] 644/14
666/16 667/15 682/3
704/13 704/13 722/25
724/8 730/5 734/17
737/1 744/21 747/2
748/17 769/25 769/25
783/24 811/3 860/14
872/22

**overall** [1] 822/3

**overlap** [1] 647/19

**overrule** [1] 666/20
833/7

**overruled** [8] 666/24
673/14 679/15 706/11
727/5 727/17 727/24
867/16

**overseeing** [1] 816/20

**overview** [2] 703/7
798/25

**P**

**p.m** [12] 650/15 694/8
694/9 711/6 718/6
718/15 718/23 752/15
752/15 814/13 814/13
879/16

**package** [1] 804/15

**padding** [1] 836/19

**pads** [1] 847/12

**page** [7] 725/12 749/5
750/1 750/2 750/18
750/19 759/1

**pain** [2] 841/21 845/23

**paint** [2] 825/9 825/14

**pandemic** [1] 821/18

**pane** [12] 767/22
820/21 822/14 822/15
822/17 822/19 824/19
825/1 825/2 828/21
828/24 834/7

**panel** [6] 635/25
686/10 753/18 779/23
814/17 821/1

**panels** [1] 821/3

**panes** [6] 820/18
820/24 821/15 822/2
822/8 823/6

**panning** [1] 733/9

**pants** [3] 796/1 797/21
827/15

**paper** [2] 730/9 868/16

**parenthetical** [1]
752/22

**parked** [1] 802/5

**part** [31] 662/22 668/25
669/3 673/21 685/2
685/4 687/12 703/1
703/1 703/4 710/6
716/2 717/7 717/15
726/8 726/22 738/3
738/16 749/12 765/15
768/9 780/17 801/9
811/9 811/10 825/10
839/18 839/24 840/1
851/11 853/10

**participation** [2]
720/13 757/10

**particular** [20] 639/5
658/9 659/11 694/5
704/14 719/3 775/17
775/17 787/16 788/16
812/19 820/3 821/4
822/19 825/1 826/1
837/12 843/11 872/18
879/5

**particularly** [2] 800/18
825/25

**parties** [2] 670/4
771/18

**parts** [2] 703/5 713/9

**party** [2] 769/6 772/13

**past** [3] 824/3 824/4
824/11

**patience** [1] 780/1

**Patriots** [2] 732/25
747/9

**Patrol** [1] 835/21

**pause** [13] 769/15
855/18 856/1 856/2
858/8 859/8 859/24
860/8 861/1 862/13
864/6 864/19 866/2

**pay** [2] 851/17 851/21

**peaceful** [3] 726/15
734/17 836/14

**peculiar** [1] 825/15

**peculiarly** [1] 825/16

**pence** [4] 715/17 724/9
740/4 746/22

**pending** [1] 780/4

**people** [42] 664/2
704/15 715/17 730/11
733/9 740/3 741/1
742/4 743/22 744/1
744/2 744/19 744/19
744/22 744/22 744/24
745/18 745/21 747/11
756/1 770/7 772/18
773/19 773/23 775/20
775/24 778/22 778/23
785/23 785/24 786/20
786/22 838/21 839/6
846/11 856/16 860/15
861/7 872/5 872/21
872/23 872/25

**people'** [1] 748/13

**people's** [1] 736/11

**pepper** [19] 639/11
654/24 659/5 720/5
734/18 840/19 840/25
841/7 841/9 841/15
841/16 841/19 842/25
844/11 845/9 865/23
868/17 871/10 871/18

**perfectly** [1] 695/25

**perform** [2] 816/4
822/23

**performing** [1] 826/1

**perhaps** [6] 635/15
761/20 762/5 763/4
777/23 822/7

**period** [4] 647/20
661/15 848/25 853/24

**periods** [1] 647/15

**permit** [1] 830/6

**perpetrator** [2] 772/13
772/14

**perpetrators** [1]
772/23

**Perri** [3] 630/13 635/5
636/14

**person** [41] 635/8
646/16 655/11 745/1
746/8 756/8 760/12
763/22 769/6 772/10
772/11 772/18 772/19
773/25 776/23 778/6
829/18 855/1 856/5
856/18 856/24 857/5
857/11 857/19 858/3
859/4 860/2 863/24
864/21 865/6 865/8
865/10 865/21 865/24
866/15 870/7 872/15
872/23 873/1 873/14
876/21

**person's** [2] 772/20
866/4

**personal** [1] 765/24

**personally** [8] 818/6
818/13 818/16 822/18
845/5 845/6 845/8
845/11

**personnel** [1] 784/20

**persons** [1] 872/20

**perspective** [5] 799/8
800/24 821/12 823/21

**perspective... [1]** 823/22

**pertain [3]** 714/19 816/9 816/10

**pertains [2]** 720/13 726/2

**pg [1]** 749/21

**Phoenix [2]** 783/7 783/9

**phone [27]** 648/9 668/22 702/23 714/13 714/16 715/1 716/24 718/10 719/16 720/11 721/5 735/12 750/8 754/13 760/22 766/22 799/18 799/19 799/20 799/21 799/23 800/16 800/17 800/23 804/18 805/5 876/10

**phones [3]** 666/3 832/6 874/4

**photo [6]** 794/14 798/17 798/25 803/5 868/1 868/2

**photograph [22]** 790/12 790/14 792/23 793/13 794/4 794/5 794/7 794/19 795/6 796/11 797/25 798/24 801/11 801/16 839/15 839/20 842/5 842/12 842/22 843/8 866/24 867/24

**photographed [1]** 799/1

**photographer [1]** 794/15

**photographer's [1]** 794/16

**photographs [1]** 789/22

**photography [1]** 798/16

**photos [6]** 766/10 766/11 789/17 798/8 798/9 800/3

**physically [3]** 635/20 726/16 816/24

**pic [1]** 728/8

**picked [1]** 869/20

**picking [1]** 872/5

**picks [1]** 691/3

**pickup [1]** 802/1

**picture [15]** 672/23 796/12 797/6 798/16 798/21 798/23 799/24 800/23 800/24 802/19 803/7 803/13 862/2 867/6 868/25

**pictures [9]** 785/7 789/1 789/4 789/9 789/14 793/10 798/12 798/13 803/16

**piece [4]** 779/4 820/21 821/11 831/18

**pieces [3]** 822/4 822/13 833/14

**pipe [5]** 682/18 689/16 691/3 691/13

**placard [1]** 800/25

**placards [2]** 789/2 789/2

**place [6]** 661/10 663/8 796/8 798/17 798/18 848/17

**placed [7]** 782/1 790/16 791/25 792/3 799/22 814/23 834/24

**plain [2]** 788/21 800/12

**plainly [1]** 713/7

**Plaintiff [1]** 630/4

**plan [2]** 725/14 759/14

**plastic [1]** 804/14

**platoon [7]** 836/2 836/10 836/12 836/23 836/23 837/14 847/13

**play [36]** 638/13 638/16 648/16 657/18 670/14 671/25 681/22 685/6 685/22 688/17 693/19 695/8 699/9 707/20 708/15 826/19 827/25 830/19 851/23 853/13 854/4 854/14 854/20 855/16 855/24 856/2 856/11 857/8 857/14 858/24 859/6 859/22 860/6 864/4 864/16 866/1

**played [116]** 638/19 638/22 640/7 640/18 641/6 641/13 641/20 642/8 643/2 643/11 643/18 644/5 644/12 646/9 647/1 648/22 648/24 651/16 651/24 654/10 655/8 655/16 657/21 658/14 658/23 659/8 660/3 660/14 660/21 662/12 664/10 665/12 667/3 668/7 672/1 672/19 673/5 673/25 675/9 676/11 677/24 678/11 678/22 679/19 680/8 680/23 681/15 681/23 682/9 683/8 685/7 685/14 686/25 687/20 688/4 688/18 689/3 689/18 689/25 690/20 691/2 691/20 692/3 693/4 693/20 694/15 694/22 695/17 696/12 696/22 699/18 699/24 703/11 705/25 706/13 708/17 709/15 710/22 711/10 712/24 780/13 781/1 781/11 826/20 827/4 828/3 828/5 830/21 831/6 831/11 831/21 832/2 851/25 853/14 854/5 854/14 855/17 855/25 856/13 856/21 857/16 857/8 858/25

**playing [3]** 649/8 831/9 853/21

**plea [10]** 766/25 768/9 768/20 771/5 772/18 772/20 773/24 776/18 776/20 777/22

**plea agreement [1]** 772/20

**please [236]** 636/4 639/21 640/8 640/10 640/13 640/16 641/5 641/7 641/12 641/14 641/21 641/25 643/4 643/10 643/12 643/19 643/22 644/1 644/7 644/7 646/11 646/15 646/25 651/4 652/19 653/20 654/9 654/13 655/1 655/5 655/9 655/14 655/17 656/5 656/10 658/2 658/24 659/9 660/5 660/13 661/24 663/17 667/21 671/25 672/2 672/18 672/20 675/3 676/12 679/7 680/16 685/6 686/12 686/17 686/20 687/22 688/5 688/17 689/9 690/6 691/18 693/2 693/12 693/23 696/13 700/24 702/4 706/24 708/24 709/14 709/16 712/9 715/13 716/9 717/17 717/19 718/10 717/21 719/8 720/3 720/21 720/23 722/1 722/9 722/15 722/19 725/6 727/18 728/5 729/10 729/12 731/2 732/12 734/15 736/18 736/20 738/4 739/24 740/6 740/20 740/22 741/3 741/24 742/23 743/14 745/14 745/16 746/3 746/20 747/5 748/3 750/7 751/15 756/11 757/4 757/12 757/20 757/21 758/1 758/9 758/18 760/9 760/19 760/23 763/6 763/8 763/20 764/1 766/22 781/7 781/25 782/14 790/5 790/19 792/4 793/2 793/11 793/24 794/2 794/21 795/17 795/17 795/22 796/3 796/9 796/23 797/3 797/8 797/22 798/3 799/10 799/14 800/2 800/20 801/2 801/20 802/16 802/21 803/1 803/4 803/10 803/14 807/12 807/25

**pled [5]** 766/18 769/10 769/12 773/5 778/8

**plenty [2]** 704/24 730/4

**plugging [1]** 686/20

**plumbing [1]** 818/1

**plus [1]** 785/7

**plywood [1]** 825/6

**point [79]** 639/8 639/15 639/18 640/2 640/21 641/1 641/16 641/24 642/4 643/5 643/15 643/21 644/6 644/9 646/11 648/17 649/11 649/13 649/25 651/14 655/12 655/25 657/18 657/22 658/1 660/11 660/17 662/18 666/8 666/13 670/15 671/4 671/5 671/21 673/16 677/9 679/1 679/15 680/14 681/3 682/12 688/8 689/7 690/4 691/10 695/1 696/18 697/17 699/13 707/4 707/15 708/16 712/1 770/4 777/20 788/14 794/13 794/21 817/10 827/1 831/3 834/6 840/3 840/11 844/10 844/19 854/2 857/5 857/18 858/10 859/3 859/10 860/2 861/12 861/20 865/18 873/2 873/3 874/14

**pointed [6]** 787/6 788/16 788/19 788/20 788/21 796/7

**pointing [1]** 647/7

**points [2]** 649/5 858/18

**pole [5]** 682/18 682/19 689/16 691/13 700/15

**poles [1]** 844/25

**police [56]** 637/10 637/13 637/15 639/2

**809/20 810/8 811/20 814/14 814/19 814/22 815/8 819/7 819/11 819/16 821/25 826/19 826/21 827/3 828/1 828/8 830/8 830/8 831/10 831/12 834/20 834/23 835/11 842/2 843/9 851/23 853/13 853/15 854/4 854/6 854/14 854/16 855/6 855/16 855/18 855/24 856/11 856/20 857/8 857/14 858/1 858/6 858/8 858/24 859/6 859/22 859/24 860/6 860/6 860/21 860/25 862/9 862/13 864/4 864/6 864/19 864/24 865/15 866/1 866/10 866/20 870/15 873/10 873/25 876/11 878/8 878/10**

**poor [1]** 743/25

**popping [1]** 728/10

**portion [4]** 703/11 763/4 763/6 779/17

**position [10]** 652/24 654/15 655/19 678/7 685/18 687/25 689/22 690/23 774/10 815/23

**possessed [1]** 795/15

**possesses [1]** 762/18

**possibility [1]** 770/2

**possible [7]** 650/25 651/1 670/18 704/20 708/21 715/9 727/14

**possibly [4]** 788/22 789/3 869/11 876/25

**post [7]** 702/8 732/1 732/2 756/4 756/9 757/25 758/3

**posted [2]** 732/4 755/4

**posting [1]** 749/6

**posts [6]** 731/25 754/2 754/5 756/20 757/2 757/7

**posture [1]** 641/23

**potential [1]** 722/22

**potentially [1]** 716/10 727/11 775/1

**pound [1]** 811/3

**power [1]** 746/24

**pray [1]** 747/4

**precise [2]** 709/13 875/17

**prejudicial [5]** 671/16 705/2 726/18 727/6 750/12

**preparation [2]** 637/20 785/3

**presence [4]** 714/19 719/2 726/3 757/10

**present [17]** 635/20 637/3 645/14 675/1 675/7 675/20 683/5 685/20 696/4 705/7 707/17 709/19 757/1 770/4 773/19 785/12 803/21

**presented [2]** 674/6 759/12

**presenting [1]** 774/21**

**presently** [1] 774/13
**preservation** [1] 822/24
**preserve** [1] 816/4
**preside** [1] 730/5
**presided** [1] 724/8
**president** [7] 724/3 724/9 724/9 727/12 742/5 743/20 747/13
**Presidential** [1] 818/23
**press** [18] 723/1 848/4 848/13 854/4 854/14 854/20 855/16 855/24 856/2 857/8 857/14 858/24 859/6 859/22 860/6 861/1 864/4 864/6
**presumably** [2] 761/8 768/12
**pretty** [3] 704/16 737/1 742/5
**Prettyman** [1] 631/10
**prevent** [1] 722/21
**previous** [2] 649/6 867/13
**previously** [8] 636/18 697/13 701/15 709/8 779/16 803/24 820/12 827/10
**primarily** [3] 671/1 765/13 829/4
**printers** [1] 730/9
**prior** [16] 715/25 723/2 760/1 782/24 783/11 784/24 789/13 805/24 815/19 815/20 820/6 823/14 823/18 848/25 850/3 859/16
**privacy** [2] 724/18 736/11
**probable** [1] 777/15
**probably** [8] 649/17 717/22 726/23 811/2 811/3 833/19 855/14 861/25
**probative** [4] 704/25 726/18 750/11 779/1
**problem** [4] 712/22 753/17 761/15 774/25
**problematic** [1] 761/17
**proceed** [4] 635/11 667/13 753/22 835/2
**proceeding** [1] 768/9
**proceedings** [5] 630/9 631/13 635/9 879/16 880/4
**process** [3] 713/3 724/2 822/18
**procure** [1] 821/20
**procured** [1] 821/15
**produced** [1] 631/13
**progression** [1] 712/25
**proof** [1] 741/1
**properly** [2] 761/12 761/15
**property** [9] 767/18 772/1 772/2 772/5

777/4 777/13
**proposals** [1] 879/4
**prosecuted** [2] 767/5 769/2
**prosecution** [1] 777/18
**protect** [5] 724/17 736/10 844/4 845/19 872/10
**protection** [2] 836/16 847/13
**protective** [1] 836/20
**protest** [2] 726/16 836/14
**protesters** [3] 838/21 840/6 843/1
**protests** [2] 837/3 837/7
**prove** [1] 778/3
**provide** [1] 795/11
**provided** [1] 760/14
**providing** [1] 853/9
**public** [2] 750/25 762/7
**publicly** [1] 756/23
**publish** [8] 779/9 780/21 790/7 802/22 803/1 839/13 850/8 867/20
**published** [3] 648/7 763/11 802/25
**pull** [4] 763/8 792/20 872/20 873/24
**pulls** [1] 662/22
**punch** [1] 728/11
**punching** [1] 845/2
**purport** [1] 757/2
**purpose** [5] 666/12 776/17 778/21 817/22 829/15
**purposes** [5] 650/3 656/8 678/16 761/13 832/19
**pursuant** [1] 760/11
**push** [4] 849/5 858/11 858/12 858/13
**pushed** [4] 644/10 653/19 840/11 861/13
**pushing** [6] 642/5 845/16 857/3 858/15 858/19 866/8
**put** [17] 679/20 679/22 680/2 770/7 773/15 775/10 776/20 789/2 791/18 822/7 847/15 848/1 855/22 869/13 869/25 877/5 877/8
**puts** [2] 679/24 877/14
**putting** [3] 667/13 861/16 861/16

**Q**

**quality** [1] 832/10
**quarter** [8] 821/1 821/6 821/14 821/14 824/19 826/6 826/10 852/9
**quarter-inch** [1] 821/6
**quarter-moon** [3] 821/1 821/14 824/19

quarters [1] 810/24
**question** [21] 662/15 667/21 761/21 761/22 767/25 771/3 771/23 779/4 780/4 780/6 780/6 780/7 819/7 830/7 830/8 858/1 874/10 874/22 875/9 875/12 876/2
**questionable** [1] 748/14
**questions** [8] 779/4 781/12 811/21 813/7 833/25 834/11 873/8 874/9
**queue** [2] 703/9 703/14
**quite** [1] 830/1

**R**

**raise** [3] 781/25 814/22 834/23
**rally** [2] 747/14 748/21
**rather** [2] 752/9 818/8
**RCFL** [2] 804/18 804/19
**reached** [1] 824/12
**reaches** [1] 671/5
**reaching** [2] 824/2 824/9
**reaction** [2] 653/25 855/1
**read** [34] 715/15 716/9 717/9 717/21 719/8 720/3 720/23 721/24 722/19 723/21 725/9 725/10 728/5 729/12 730/3 731/2 732/12 732/24 734/15 736/13 738/6 740/2 740/22 741/25 742/21 744/16 745/16 746/20 748/3 756/11 757/21 758/18 763/14 792/16
**reading** [1] 777/4
**ready** [8] 635/11 636/5 636/7 636/14 781/20 814/1 814/20 876/18
**real** [9] 650/16 697/16 700/20 710/15 853/18 862/11 865/2 866/11 866/14
**real-time** [9] 650/16 697/16 700/20 710/15 853/18 862/11 865/2 866/11 866/14
**realized** [2] 817/17 869/7
**really** [12] 635/23 642/9 681/6 706/6 736/24 748/6 750/11 761/1 776/24 776/25 825/18 871/17
**realtime** [3] 631/9 692/1 852/4
**rear** [1] 649/18
**reason** [4] 671/14 777/22 830/7 872/18
**recall** [8] 825/20

872/15 875/18 875/19 875/21
**recalls** [3] 874/24 875/14 875/16
**received** [58] 638/10 646/4 650/10 657/5 657/11 661/20 663/15 665/6 667/1 671/22 674/17 676/9 684/14 687/18 692/24 699/1 702/1 708/13 710/21 714/5 715/7 717/4 718/19 719/23 720/19 721/20 722/13 723/18 725/4 728/2 729/7 729/24 730/24 732/8 734/12 736/4 738/1 739/22 740/18 741/19 742/18 743/12 744/13 745/12 746/16 747/24 749/21 751/7 755/20 757/17 758/13 779/12 780/24 790/9 806/17 833/9 841/15 867/18
**recent** [1] 725/11
**recess** [8] 686/8 686/9 752/14 752/15 780/4 814/12 814/13 879/15
**recipient** [1] 640/24
**recognize** [70] 637/7 639/22 647/3 647/5 656/11 656/12 659/11 659/23 661/2 663/1 664/11 664/13 665/13 668/8 668/10 674/9 674/10 675/10 675/12 675/22 684/2 687/2 692/5 702/5 702/6 705/10 709/21 713/17 716/21 718/8 719/14 722/4 723/9 724/21 728/21 729/17 730/14 731/20 731/22 732/17 734/5 734/24 739/12 740/8 741/5 741/11 742/10 744/5 745/6 746/3 746/11 749/3 749/4 750/22 754/22 754/24 755/10 757/4 758/1 758/3 758/25 759/19 759/20 759/21 780/5 805/16 805/20 830/23 832/23 832/25
**recollection** [1] 773/17
**record** [27] 674/2 701/12 702/22 711/12 724/12 753/13 760/4 761/13 761/23 762/2 764/1 768/7 768/8 791/3 801/3 808/18 811/14 815/9 827/22 828/9 847/25 848/21 848/21 850/11 870/17 875/25 880/3
**record-keeping** [1] 791/3
**recorded** [2] 631/13

**recording** [2] 848/14 849/11
**records** [15] 760/11 760/13 760/16 761/12 761/14 761/18 761/22 761/25 762/1 762/4 762/10 762/16 768/6 768/22 771/5
**recovered** [10] 766/7 789/19 802/6 803/17 803/22 807/5 807/22 809/3 809/17 810/5
**RECROSS** [1] 632/4
**rectangular** [1] 822/12
**red** [12] 639/25 651/12 652/2 676/16 676/24 687/23 687/23 699/7 795/3 798/6 807/19 865/6
**redacted** [3] 724/17 736/10 746/9
**redaction** [2] 743/16 744/25
**redactions** [1] 714/25
**redirect** [5] 632/4 781/15 813/8 834/13 873/12
**redlining** [2] 879/2 879/4
**redtattoo179** [1] 758/8
**reevaluate** [1] 740/25
**refer** [2] 727/19 820/16
**referenced** [1] 827/10
**referencing** [1] 774/2
**referred** [1] 810/11
**referring** [1] 830/25
**reflect** [2] 761/23 764/1
**reflection** [6] 794/11 795/6 795/8 796/7 826/24 826/25
**refuse** [1] 743/21
**regarding** [2] 741/14 785/5
**regards** [1] 663/23
**Regional** [1] 804/21
**registered** [4] 631/8 741/1 742/8 745/23
**regular** [3] 836/9 836/9 849/3
**regurgitate** [1] 875/6
**relate** [7] 647/17 687/5 692/7 702/13 749/8 755/1 757/9
**related** [4] 669/2 671/10 742/12 760/4
**relates** [2] 744/8 747/19
**relating** [1] 732/3
**relation** [10] 637/3 640/2 643/7 658/6 662/18 664/24 668/3 677/8 677/14 765/24
**relevance** [2] 771/24 867/15
**relevant** [5] 650/2 713/2 767/19 773/8 833/6

**remained** [1] 830/14
**remember** [8] 762/15
838/7 841/1 858/14
858/22 871/11 873/5
877/25
**reminders** [2] 751/15
878/8
**remotely** [1] 635/15
**remove** [2] 640/15
843/8
**repackaged** [1] 804/19
**repaint** [1] 825/10
**repair** [7] 822/19
822/23 824/18 824/25
825/2 825/16 826/1
**repaired** [1] 823/1
824/22
**repairs** [2] 816/21
823/6
**repellent** [2] 836/17
847/14
**replace** [2] 775/9
844/13
**replaced** [1] 828/23
**replacement** [1]
828/21
**replacing** [1] 824/25
**replay** [1] 709/10
**report** [2] 725/12
849/14
**reporter** [5] 631/8
631/8 631/9 631/9
813/17
**reports** [2] 725/11
817/19
**representation** [1]
714/24
**represents** [1] 761/10
**republic** [2] 744/19
744/22
**Republicans** [1] 748/9
**request** [2] 635/14
821/17
**requested** [1] 747/13
**requesting** [1] 822/19
**require** [1] 828/20
**requires** [1] 775/4
**research** [3] 717/10
751/17 878/10
**resemble** [2] 796/14
798/2
**resembles** [1] 793/9
**residence** [2] 787/16
802/2
**residents** [1] 786/5
**residue** [1] 868/13
**resolve** [1] 771/18
**resolved** [1] 780/2
**respect** [8] 645/13
647/21 647/23 692/14
702/11 767/10 769/13
776/21
**respond** [5] 669/5
704/18 726/21 750/13
837/23
**responded** [2] 869/5
869/9

**responses** [3] 700/12
727/3 817/13
**responsibilities** [2]
816/2 816/3
**responsibility** [3]
770/5 770/9 772/19
**responsible** [4] 769/6
774/12 816/13 816/20
**rest** [1] 708/3
**restricted** [1] 703/5
**restroom** [2] 645/6
862/1
**result** [2] 711/16
828/13
**results** [1] 741/2
**resume** [3] 685/25
751/14 813/19
**RESUMED** [1] 636/18
**retract** [1] 876/1
**retreat** [3] 840/12
843/11 869/12
**retreated** [4] 842/13
842/16 843/6 843/13
**retrieve** [1] 666/9
**retrieved** [1] 666/13
**revealed** [1] 756/20
**review** [6] 637/19
759/25 785/3 792/7
850/4 873/20
**reviewed** [1] 790/2
**reviewing** [1] 765/13
**right** [148] 636/11
638/1 638/8 639/10
640/4 640/15 642/16
642/18 644/13 645/12
646/2 646/14 649/20
650/8 650/16 650/18
652/15 653/11 653/11
654/11 656/5 658/8
658/18 660/23 661/16
662/24 665/5 665/8
666/20 668/2 668/17
669/4 669/14 671/14
671/16 671/20 672/13
672/18 674/1 674/16
675/19 682/14 683/4
684/13 684/22 686/4
686/12 687/9 691/23
695/21 696/25 697/9
697/10 699/20 701/6
702/15 703/17 703/20
704/6 704/11 705/5
708/12 709/12 711/5
713/12 714/4 716/5
719/22 721/25 723/22
729/23 732/3 733/1
745/1 746/9 749/24
751/11 752/12 754/10
757/14 758/12 758/20
763/9 770/12 770/25
771/6 771/11 773/17
773/21 774/15 774/23
777/11 779/25 781/2
781/14 781/17 781/20
781/25 790/13 791/12
792/11 794/16 796/21
798/14 801/1 801/18
805/9 805/23 806/16

813/23 814/8 814/11
814/22 816/19 816/23
817/1 821/13 822/14
824/19 828/15 833/8
834/15 834/23 838/13
838/20 839/4 842/15
843/21 849/5 852/11
852/13 853/22 855/8
857/1 861/7 862/16
865/6 869/16 876/1
876/7 877/11 877/18
878/7 878/16 879/8
**right-hand** [2] 711/5
855/8
**rinsed** [1] 869/13
**riot** [12] 660/10 678/6
715/25 718/3 720/14
723/2 723/5 723/6
723/7 726/3 727/20
836/14
**rioters** [18] 639/10
692/11 838/21 840/6
843/1 843/23 844/18
844/21 845/16 846/13
846/18 850/25 858/12
858/21 861/13 864/8
865/19 872/11
**riots** [1] 716/10
**rise** [6] 686/2 751/20
771/20 813/21 878/14
879/14
**risk** [1] 861/16
**RMR** [2] 880/2 880/8
**Robert** [1] 766/15
**Robertson** [4] 675/14
684/4 687/12 779/18
**role** [3] 770/6 784/18
822/18
**roll** [1] 659/13
**room** [34] 670/20
763/20 786/9 786/19
787/24 788/7 790/14
790/17 790/18 790/21
791/8 792/9 793/17
793/17 793/18 794/11
800/11 829/1 829/4
829/6 829/10 829/15
829/16 829/20 829/23
830/1 830/3 830/13
830/15 830/23 832/10
832/23 833/1 833/17
**rooms** [4] 786/16
788/11 788/15 789/18
**rotate** [1] 853/7
**round** [1] 852/8
**rounded** [1] 820/24
**Rules** [1] 760/11
**ruling** [1] 831/8
**rulings** [1] 724/7
**run** [10] 650/18 670/7
670/10 696/10 704/6
706/7 712/9 712/20
712/23 875/22
**runs** [1] 786/6

**S**

**S-t-o-r-e-m-s-k-i** [1]

**sad** [1] 746/22
**safe** [4] 737/1 738/21
747/5 813/13
**safety** [7] 821/6 821/6
821/7 821/8 821/12
823/21 823/24
**Safeway** [6] 760/12
760/12 760/20 761/25
762/4 762/17
**said** [13] 639/1 653/9
727/18 744/1 777/12
777/24 778/2 778/11
778/21 787/5 852/16
873/15 874/12
**sales** [4] 761/12
761/24 762/3 762/7
**same** [66] 645/13
647/19 648/1 648/3
656/18 657/7 661/11
661/15 663/1 663/3
663/8 664/6 665/11
665/15 665/20 665/20
666/2 673/11 674/6
674/10 684/3 687/7
688/13 692/9 702/14
704/13 705/15 705/15
705/23 707/18 710/11
711/23 711/23 712/1
712/1 716/11 716/11
734/1 741/6 741/7
751/15 769/2 772/8
773/6 775/20 792/25
793/16 798/24 799/1
804/13 807/4 807/5
807/21 807/22 808/11
808/12 809/1 809/2
809/16 809/16 810/4
810/5 841/17 848/17
850/18 878/8
**Savage** [2] 786/6 787/3
**save** [1] 849/12
**saved** [4] 849/17
849/18 849/19 849/22
**saw** [17] 647/18 666/2
672/5 703/18 710/17
718/24 733/1 734/1
741/7 767/21 792/12
798/2 869/12 873/14
874/11 874/19 875/7
**say** [43] 659/4 667/17
690/16 710/1 717/22
723/5 735/17 738/24
759/2 760/3 761/11
761/23 761/24 769/6
772/16 772/17 772/17
773/4 775/8 775/14
777/10 787/11 812/17
812/23 813/9 821/14
828/22 837/6 840/15
843/17 846/17 857/18
857/22 870/5 870/7
871/25 874/19 875/7
875/13 875/15 875/18
875/19 875/21
**saying** [8] 748/9
770/24 772/15 776/9
797/14 830/16 846/16

**says** [11] 714/9 720/25
723/1 734/17 735/21
752/22 762/7 777/2
777/3 792/17 792/18
**scarf** [1] 659/14
**scenario** [1] 822/25
**scene** [10] 648/15
649/16 650/1 650/1
784/14 784/17 784/21
785/8 818/9 855/9
**Schtap** [1] 725/12
**scope** [4] 762/24 767/4
767/13 874/2
**screen** [6] 669/4
684/23 819/12 853/17
855/9 863/15
**screenshot** [16]
660/25 661/7 663/2
663/3 674/5 674/10
674/13 677/3 701/15
701/17 707/18 708/10
754/25 755/4 833/4
850/23
**search** [19] 721/6
756/24 784/15 784/18
784/21 784/24 785/1
785/5 785/10 785/12
786/12 786/13 786/16
787/24 788/5 789/15
800/18 801/10 802/3
**searched** [3] 786/14
787/15 787/18
**searching** [3] 785/7
785/10 787/7
**seat** [6] 753/21 780/1
802/12 802/13 802/14
878/16
**seated** [5] 636/4
686/13 763/24 814/14
814/19
**second** [36] 655/15
662/13 668/22 670/8
670/10 670/12 671/17
671/25 672/12 679/3
680/18 680/19 680/20
680/21 684/17 694/13
695/9 695/10 696/14
697/3 699/6 702/21
707/1 707/10 712/11
731/13 747/6 750/19
781/3 785/18 802/8
802/11 823/12 854/21
859/8 870/22
**second-story** [1]
785/18
**Secondly** [1] 767/14
**seconds** [32] 669/22
672/10 673/2 678/13
686/19 690/10 695/16
699/9 699/23 702/19
703/8 706/15 708/20
710/16 711/8 712/12
831/7 831/9 851/24
852/3 853/18 854/8
855/15 855/19 862/10
862/11 863/19 864/17

**seconds...** [1] 864/18
**Secretary** [1] 727/11
**section** [1] 792/14
**secure** [1] 825/7
**security** [8] 782/21
823/22 823/23 823/23
824/7 824/7 825/19
825/22
**see** [176] 640/21
643/25 644/18 646/11
647/25 650/25 652/19
653/15 653/22 654/4
655/24 656/18 657/14
658/17 659/16 659/19
659/24 660/17 661/23
662/22 662/25 663/6
663/19 663/22 667/7
669/15 669/20 672/8
673/8 676/19 677/2
678/2 678/15 678/25
680/11 681/2 682/2
684/6 684/20 684/24
685/10 685/25 686/4
689/6 691/14 692/16
693/2 693/7 693/14
693/23 694/2 694/25
695/20 695/21 697/10
699/11 699/15 700/4
700/8 703/10 703/11
703/15 704/20 705/17
707/13 707/20 713/4
713/5 714/9 716/2
716/6 717/18 722/24
722/25 743/3 747/1
748/20 750/2 751/22
753/21 756/6 763/3
763/5 763/7 763/21
771/19 773/2 776/6
781/5 788/12 791/19
793/2 793/11 793/25
794/2 794/7 794/12
794/18 795/5 795/17
795/22 796/3 796/9
796/23 797/3 797/8
797/18 797/22 798/3
799/10 799/14 800/20
801/6 801/17 802/21
803/10 810/20 812/13
813/19 814/9 814/10
820/7 820/10 820/14
820/24 822/3 828/11
828/14 828/15 828/18
831/14 832/20 838/3
842/21 850/21 850/23
852/4 852/8 852/23
853/17 854/8 854/19
854/23 855/8 855/21
856/5 856/9 856/15
856/24 859/2 861/5
862/2 862/15 862/19
863/3 863/24 864/11
865/10 866/4 866/15
868/13 868/19 868/20
871/10 871/12 871/13
872/5 873/1 873/16
874/17 875/7 877/15
878/12 878/25 879/6

**seeing** [7] 645/23
664/5 696/1 713/4
751/18 875/18 878/11
**seek** [2] 722/10 778/21
**seeking** [5] 766/24
770/25 776/17 789/22
839/13
**seem** [1] 872/24
**seems** [4] 767/23
768/10 775/2 779/2
**seen** [24] 693/10
696/10 704/23 704/24
712/16 725/10 733/17
734/19 748/4 751/1
755/2 779/16 793/9
802/20 837/6 851/5
863/14 867/2 874/14
875/6 875/10 875/13
875/21 875/22
**segment** [1] 738/3
**selfie** [2] 677/3 733/23
**Senate** [4] 724/4 724/8
724/10 829/8
**Senators** [4] 715/17
725/14 742/4 743/20
**sensation** [3] 841/17
841/17 868/17
**sense** [11] 649/15
705/1 771/24 772/14
774/10 774/12 774/25
786/16 876/16 876/21
877/11
**sent** [4] 728/8 748/24
749/15 752/18
**sentence** [1] 726/8
**sentiment** [2] 742/3
745/19
**serial** [3] 850/17
850/18 850/21
**serious** [2] 744/1
745/20
**serving** [1] 744/2
**set** [4] 706/2 789/9
796/12 796/17
**settle** [1] 724/6
**several** [6] 662/16
670/14 703/23 711/17
725/20 794/20 822/2
822/5 874/7
**shaking** [1] 859/12
**SHANE** [45] 630/6
635/4 641/3 641/11
645/17 646/8 646/17
651/13 652/3 652/9
652/11 652/23 653/6
654/19 676/18 699/8
700/3 715/14 716/6
717/11 717/24 721/1
724/13 724/24 725/20
728/17 728/23 729/19
735/4 738/11 739/6
740/10 741/13 756/9
757/7 758/4 763/21
783/20 784/15 786/2
787/5 787/19 788/2
801/23 870/5
**Shane Jenkins** [1]

**shape** [1] 823/3
**shaped** [1] 863/16
**sharp** [4] 707/15 811/4
811/5 811/10
**shatter** [1] 775/12
**she** [14] 641/1 641/2
643/23 696/8 741/24
752/5 760/13 760/25
761/6 761/6 761/11
762/18 762/24 875/2
**she's** [6] 696/6 761/8
761/22 762/17 771/3
779/6
**sheet** [4] 799/22
799/24 800/16 826/9
**shelf** [1] 792/12
**shield** [36] 640/12
640/13 645/19 646/8
646/17 646/20 649/5
653/1 653/8 653/8
653/9 655/4 655/12
655/19 660/4 660/10
660/10 660/18 678/6
679/12 679/12 679/24
680/2 851/1 851/6
851/8 851/15 856/9
862/16 862/20 862/22
863/2 863/4 866/20
866/21 873/18
**shields** [6] 845/3 851/4
851/11 863/9 863/16
864/9
**shipments** [1] 762/10
**shipped** [1] 748/10
**shirt** [1] 763/25
**short** [5] 645/15
703/10 771/9 861/2
861/5
**shorter** [1] 876/24
**shortly** [4] 685/25
771/19 818/10 825/21
**should** [14] 649/17
727/18 752/5 756/12
761/19 780/6 787/11
798/8 813/8 848/21
876/22 878/6 878/18
878/23
**shoulder** [1] 847/12
**shouldn't** [1] 814/16
**show** [79] 637/5 637/6
645/15 646/22 646/25
647/14 648/9 649/18
654/18 656/7 656/25
660/24 660/24 661/3
662/10 664/8 664/19
665/10 665/18 668/5
671/14 675/17 675/24
686/17 687/4 691/24
697/15 700/18 701/4
702/4 702/16 704/13
710/9 711/13 713/14
714/7 714/22 716/14
719/13 721/12 724/20
725/19 726/14 733/19
740/6 741/3 753/6
754/16 757/24 758/22
760/17 771/10 775/19

**shown** [5] 803/24 805/1 806/12
807/12 807/15 807/25
808/15 809/5 809/20
810/8 819/8 826/14
831/3 831/24 832/18
839/9 842/2 842/9
849/8 860/20 862/8
866/23 873/21
**showed** [1] 766/2
**showing** [13] 653/5
666/7 668/4 761/16
802/15 804/1 805/10
805/15 806/23 806/25
808/3 809/8 875/11
**shown** [9] 645/2
649/22 666/12 666/25
789/24 806/11 808/18
817/19 863/12
**shows** [7] 671/1
687/10 703/2 712/25
727/9 775/23 788/8
**sic** [1] 817/3
**sickening** [1] 748/11
**Sicknick** [2] 703/2
703/20
**side** [14] 652/4 656/21
802/9 802/11 829/1
833/16 838/5 838/7
838/8 838/9 852/12
852/13 852/14 865/6
**sides** [1] 858/15
**sight** [1] 800/12
**sign** [1] 851/6
**signature** [2] 694/4
711/4
**signatures** [1] 730/10
**significance** [4] 651/12
652/2 652/8 699/22
**signifies** [1] 676/17
**silently** [1] 744/3
**similar** [6] 646/24
661/14 820/9 821/9
841/16 847/18
**similarly** [2] 707/18
847/9
**simply** [6] 666/13
778/13 787/14 874/23
874/23 875/20
**since** [2] 696/10 779/6
**single** [3] 734/21
785/16 785/18
**single-family** [2]
785/16 785/18
**sir** [17] 718/4 724/5
782/3 782/11 812/4
812/7 812/11 812/15
812/20 813/2 813/14
815/8 815/14 817/7
819/11 834/4 876/9
**siren** [1] 846/10
**sirens** [2] 846/8 846/9
**sit** [1] 877/4
**site** [3] 817/15 826/7
826/11
**sitting** [6] 752/8 791/13
837/15 837/17 877/25
878/4

**situation** [1] 817/13
**six** [3] 822/4 822/8
827/16
**size** [2] 823/3 826/10
**skin** [1] 841/18
**skip** [1] 741/9
**slight** [1] 767/23
**slightly** [5] 761/21
774/8 774/9 777/17
875/3
**slimey** [1] 745/19
**slow** [2] 635/23 708/21
**small** [2] 774/1 848/4
**smaller** [2] 822/12
863/16
**smash** [1] 774/7
**smashing** [1] 776/1
**smoke** [1] 842/25
**smokes** [1] 842/23
**smug** [1] 748/11
**so** [208] 635/12 635/21
636/25 638/9 638/12
638/16 642/13 644/6
649/18 649/21 649/25
651/22 652/13 652/14
653/11 661/7 666/6
666/11 666/15 666/25
667/17 669/3 669/7
669/19 670/13 671/2
671/16 675/5 691/14
694/9 701/10 703/5
703/14 704/5 704/9
704/12 704/17 704/18
704/19 704/21 704/25
705/2 705/5 706/7
709/10 709/13 710/18
712/15 712/20 713/10
713/14 715/25 718/22
721/25 722/23 725/15
727/5 727/17 727/25
728/17 731/5 731/6
732/23 733/17 735/15
735/24 741/24 742/23
746/24 750/18 753/12
756/19 759/18 760/22
761/1 761/12 761/24
762/1 762/20 763/10
766/24 767/7 767/14
770/9 770/11 771/12
771/18 771/18 771/23
773/22 774/24 778/1
778/20 778/25 780/2
780/8 780/9 785/9
786/5 786/12 786/16
786/25 787/6 787/8
787/18 788/5 788/21
789/4 789/6 790/4
790/24 791/12 791/19
791/22 792/2 794/10
794/11 794/13 794/16
794/24 795/8 796/6
798/15 798/18 798/21
798/24 799/17 799/21
799/24 800/6 800/11
800/12 801/14 804/18
811/2 812/9 812/13
812/17 812/23 812/25
813/19 813/23 815/14

so... **[65]** 816/7 816/16
816/20 817/2 817/10
818/8 819/24 820/12
821/3 822/12 823/16
823/25 824/9 824/16
826/8 830/7 830/16
831/9 836/5 838/11
838/18 839/5 842/18
844/12 845/3 846/5
846/6 847/9 847/18
847/22 848/8 849/1
849/4 850/20 852/8
852/13 852/17 853/1
853/8 853/24 860/17
861/8 861/13 868/4
868/25 869/9 869/13
871/11 872/5 872/19
872/24 874/22 875/3
876/13 876/23 877/3
877/11 877/23 878/3
878/4 878/5 878/17
878/18 878/21 879/5
**So 109.5 [1]** 666/25
**So I think [4]** 651/22
670/13 877/3 877/11
**so it's [5]** 661/7 790/4
794/11 813/19 875/3
**So this is [5]** 715/25
794/24 798/21 799/17
853/24
**So this one [1]** 732/23
**So what [1]** 718/22
**social [4]** 751/17 754/1
758/21 878/11
**Sofitel [2]** 738/23
739/3
**soft [1]** 836/23
**soft-gear [1]** 836/23
**sog [3]** 728/8 810/22
810/23
**solid [5]** 798/11 811/2
832/13 832/14 832/15
**some [57]** 637/3
639/10 640/21 646/11
649/25 654/24 666/8
668/4 668/4 671/2
681/10 682/18 682/18
689/16 690/15 691/13
704/14 706/6 717/10
718/24 721/4 727/13
728/8 736/10 756/6
756/23 769/15 771/23
772/10 774/12 774/18
776/5 777/16 789/14
798/10 817/10 825/9
825/13 832/25 833/12
833/17 833/18 836/19
846/14 853/17 858/18
858/21 861/13 861/20
869/11 871/20 872/21
873/3 878/3
**somebody [16]** 658/11
767/18 769/12 772/7
772/25 773/5 774/4
775/6 775/8 775/14
776/18 776/20 776/22

**somehow [2]** 770/8
773/4
**someone [11]** 669/25
748/13 761/9 766/25
787/11 794/13 851/21
856/15 864/11 865/3
869/20
**something [37]** 663/19
666/11 671/16 673/8
680/12 681/2 681/17
689/16 690/3 691/9
692/1 694/25 695/20
707/12 709/1 734/19
741/2 749/15 779/12
779/15 792/8 816/16
821/15 822/25 836/20
841/9 848/9 848/11
849/11 855/8 855/14
858/18 859/11 866/17
874/24 874/24 875/14
**Sometimes [1]** 829/12
**somewhat [2]** 752/21
833/15
**somewhere [1]** 849/18
**soon [2]** 813/20 814/10
**sorry [44]** 637/13
642/12 642/17 644/8
644/14 653/17 657/25
661/9 670/9 686/22
687/5 690/9 697/8
697/18 697/21 700/25
704/8 706/19 707/20
709/9 712/15 716/16
723/5 723/7 735/19
736/14 736/16 744/21
746/2 753/16 759/2
766/20 766/24 770/15
790/15 794/6 800/6
801/5 802/14 802/24
826/18 830/20 860/22
870/6
**sort [13]** 681/10 682/18
690/15 691/13 788/23
799/3 810/17 816/7
833/18 836/19 841/21
852/8 878/20
**sought [1]** 774/14
**sound [10]** 638/21
651/18 651/19 651/21
723/25 811/7 853/22
860/10 860/13 860/14
**source [6]** 656/15
661/6 661/7 664/16
675/13 702/7
**south [1]** 738/16
**space [6]** 786/1 786/11
787/1 792/4 829/19
829/21
**spaces [3]** 789/15
790/25 829/17
**speak [4]** 752/2 752/2
871/5 871/8
**speaker [2]** 846/11
860/14
**speaking [3]** 724/13
724/14 791/19
**special [7]** 676/21

784/14 784/17 821/16
**specific [9]** 701/4
778/12 786/25 819/3
829/17 872/5 872/12
872/14 875/16
**specifically [3]** 714/15
816/13 873/5
**specification [1]**
810/13
**specify [1]** 777/9
**spell [2]** 782/15 835/12
**spelled [1]** 782/17
**spin [1]** 743/24
**spoken [1]** 733/21
**spray [58]** 639/11
639/14 640/21 640/24
641/1 641/9 641/17
646/12 652/16 654/4
654/24 659/3 659/4
659/5 659/16 734/18
840/19 840/25 841/6
841/7 841/10 841/15
841/16 841/19 841/20
841/25 842/25 844/11
844/11 845/8 845/9
845/9 854/3 854/9
854/23 855/2 856/15
857/11 857/23 858/3
858/4 859/3 859/13
859/17 861/7 861/17
864/12 864/21 865/3
865/18 865/22 865/23
865/17 869/11 871/10
871/10 871/18 873/15
**sprayed [26]** 646/14
646/18 646/21 652/20
653/16 653/17 653/23
653/25 654/11 719/10
720/5 840/9 840/22
840/24 841/5 841/7
841/19 845/8 855/2
857/22 869/8 869/11
871/23 872/19 872/20
872/21
**spraying [11]** 639/10
654/24 854/9 864/8
864/11 864/15 865/25
871/18 871/20 871/21
872/24
**sprung [1]** 747/4
**squad [1]** 783/25
**st [1]** 738/23
**ST2M [4]** 829/6 830/23
832/10 832/23
**stab [1]** 740/4
**stairs [8]** 652/6 682/6
685/18 688/2 689/23
690/25 842/14 842/15
**stamp [2]** 852/4 865/2
**stamped [1]** 650/22
**stand [6]** 636/18
732/14 740/24 744/3
779/6 829/7
**standby [1]** 837/14
**standing [7]** 639/9
658/11 658/12 678/19
839/21 842/19 844/17

**stands [8]** 686/23
752/14 814/12 818/23
818/24 820/7 823/24
879/14
**start [14]** 650/13
650/25 668/4 671/17
676/13 686/16 744/21
826/7 831/9 837/9
848/5 848/22 848/23
877/17
**started [4]** 691/15
824/9 878/5 878/6
**starting [2]** 715/10
782/24
**starts [3]** 686/18
691/25 710/15
**state [4]** 726/19 727/11
742/7 815/8
**statement [18]** 715/13
716/6 717/11 717/24
730/16 731/22 734/15
739/17 741/13 758/18
768/12 769/9 769/14
769/14 773/10 773/12
773/15 777/24
**statements [5]** 728/5
728/17 735/6 740/10
773/15
**states [61]** 630/1 630/3
630/10 630/15 635/3
637/6 637/10 638/4
645/14 646/22 656/8
657/3 661/1 661/17
662/10 664/8 674/5
675/2 675/21 676/6
683/6 683/7 685/20
686/16 691/25 692/21
697/15 700/18 701/14
701/23 702/19 705/8
705/22 707/17 709/20
711/14 711/20 712/4
713/15 714/1 714/23
716/14 729/16 730/7
730/7 732/14 741/1
742/8 754/17 777/6
814/21 815/21 816/1
819/9 824/24 830/20
831/4 831/25 833/4
834/21 863/7
**station [2]** 738/19
849/24
**stations [1]** 849/23
**statistics [1]** 730/11
**stay [2]** 738/14 738/21
**stayed [1]** 739/6
**steal [1]** 740/24
**stealing [1]** 743/1
**stenography [1]**
631/13
**step [4]** 723/22 771/4
771/22 876/9
**stepped [1]** 863/24
**stepping [1]** 747/3
**steps [6]** 652/12
677/14 677/15 677/17
734/2 823/25
**stick [3]** 671/1 680/13
707/12

**stick-like [1]** 680/13
**sticks [2]** 875/7 875/10
**still [19]** 636/10 636/12
643/14 655/24 656/3
658/17 679/12 679/17
725/14 738/12 754/18
773/24 801/16 804/14
833/17 839/5 856/8
856/9 878/17
**stipulate [2]** 670/23
759/11
**stipulated [3]** 759/3
768/18 769/19
**stipulation [8]** 701/20
713/24 763/19 768/14
768/16 768/17 768/19
779/14
**stood [1]** 817/20
**stop [79]** 640/8 640/19
641/7 641/14 641/21
643/12 643/19 644/25
645/21 653/20 655/1
655/9 655/17 656/5
658/4 658/15 658/24
659/3 659/21 660/5
660/15 662/13 672/2
672/11 672/20 673/6
676/12 676/14 677/25
678/12 678/23 679/21
680/9 680/24 681/24
682/10 682/23 684/16
685/8 685/15 688/5
688/19 689/4 689/19
690/1 690/12 690/21
691/7 693/5 693/21
694/16 694/23 695/12
695/18 696/15 696/23
699/23 700/21 706/8
706/14 706/20 707/2
708/22 709/16 710/23
781/2 826/21 831/12
843/24 844/1 848/14
850/10 852/1 853/15
854/6 854/16 856/22
857/8 865/16
**stopped [1]** 861/2
**Stopping [2]** 861/20
866/14
**store [1]** 760/3
**Storemski [18]** 781/24
782/7 782/17 790/12
793/5 795/19 795/25
797/20 797/24 799/12
804/7 805/15 807/18
808/8 808/24 809/12
809/25 813/12
**storm [2]** 792/18
792/25
**stormed [1]** 737/6
**storming [1]** 742/25
**story [1]** 785/18
**strap [1]** 801/17
**Street [2]** 630/15
630/19
**stricken [1]** 867/13
**strict [1]** 736/24
**strike [3]** 827/16 838/3
870/6

**strikes [4]** 767/21 773/16 776/23 828/13
**striking [1]** 773/19
**struck [3]** 773/23 778/7 828/2
**structural [1]** 818/1
**structure [4]** 653/23 820/7 820/9 820/11
**structures [2]** 664/24 677/8
**studio [2]** 785/19 785/20
**stuff [5]** 645/6 667/25 774/18 788/21 858/21
**subject [3]** 650/8 657/7 706/11
**substantial [1]** 670/22
**substantially [6]** 807/4 807/21 808/12 809/1 809/16 810/4
**substantive [2]** 879/5 879/6
**subway [1]** 738/15
**successful [1]** 824/10
**successfully [1]** 824/4
**such [1]** 772/24
**sucks [1]** 734/18
**suggest [2]** 727/15 769/5
**suggesting [4]** 767/17 770/22 771/1 774/16
**suit [3]** 836/16 847/14 868/10
**Suite [2]** 630/14 631/4
**sum [2]** 775/4 778/17
**superintendent [1]** 815/25
**supervisory [5]** 783/5 783/24 784/1 784/14 784/17
**support [4]** 744/19 744/22 744/23 853/9
**suppose [2]** 769/18 872/3
**supposed [2]** 726/24 839/6
**sure [25]** 644/2 652/13 660/8 666/4 677/20 681/21 682/13 703/16 708/6 709/11 712/22 719/9 742/5 748/19 752/18 753/3 770/22 804/9 812/5 812/23 820/17 826/9 827/21 861/2 875/24
**surface [2]** 682/5 798/11
**surprised [1]** 736/24
**surround [1]** 779/5
**survival [1]** 810/19
**sustain [1]** 666/1
**sustained [14]** 654/2 654/7 662/6 667/20 680/4 683/3 688/16 705/6 713/13 719/6 731/17 760/6 827/18 873/23

**swear [1]** 740/24
**sweatshirt [2]** 795/5 795/7
**swing [2]** 730/6 732/14
**SWORN [1]** 636/18 782/7 815/4 835/5
**system [2]** 724/5 860/15
**systems [2]** 817/25 818/1

**T**

**table [9]** 763/25 794/18 829/13 829/14 833/15 833/18 833/20 833/22 848/1
**tables [2]** 829/12 829/13
**tactical [2]** 728/9 810/15
**tag [2]** 849/13 849/22
**take [38]** 654/8 656/10 675/3 685/23 707/25 712/20 722/1 722/20 725/12 728/9 743/22 750/7 751/11 751/14 753/4 757/4 779/12 781/10 798/15 798/16 798/17 798/23 801/19 803/14 805/7 806/5 807/12 811/19 813/16 823/25 828/8 841/24 851/16 861/25 862/5 877/8 878/3 878/22
**taken [13]** 766/10 789/2 789/4 789/9 789/14 794/5 796/8 798/9 798/10 798/12 800/4 800/24 803/16
**takes [3]** 772/18 772/19 814/9
**taking [3]** 731/3 755/8 794/13
**talk [4]** 638/25 714/11 752/3 761/22
**talked [5]** 665/16 700/14 708/3 767/5 779/20
**talking [17]** 662/17 663/9 686/16 697/4 711/24 724/4 745/1 746/8 749/13 752/8 752/23 754/1 787/4 790/24 852/17 862/20 874/18
**tap [2]** 811/9 811/11
**tattoo [1]** 714/7
**teacher [1]** 746/21
**teaching [1]** 748/5
**team [7]** 784/21 784/25 785/9 788/2 788/5 788/7 793/17
**teams [2]** 817/21 817/23 818/10
**tear [3]** 719/10 720/5 734/18
**technology [1]** 754/18

654/15 655/11 660/9 662/2 662/17 672/4 673/19 676/16 678/7 681/8 682/15 682/25 685/17 687/24 688/7 688/10 688/12 689/21 690/3 690/23 691/9 694/4 694/18 709/1 711/4 718/5 719/2 746/3 747/19 748/18 757/4 758/1 758/7 763/21 810/24 827/7 839/20 842/22 851/3 863/11 864/2 872/2
**telling [1]** 666/17
**temporary [3]** 820/8 822/5 825/6
**ten [7]** 677/21 702/19 703/8 729/13 771/17 783/13 855/15
**Ten feet [1]** 677/21
**tent [2]** 791/22 800/7
**term [2]** 715/19 858/17
**terms [6]** 692/7 705/13 708/2 779/1 814/9 877/15
**terrace [20]** 647/24 668/13 677/12 818/17 819/13 824/20 827/11 827/12 829/8 838/9 838/11 838/14 838/16 840/13 842/15 843/6 843/12 843/15 843/18 869/10
**terribly [1]** 875/20
**Terrific [1]** 753/8
**terrorism [1]** 783/25
**testified [4]** 636/18 697/12 850/24 852/16
**testify [1]** 761/6
**testifying [2]** 696/6 760/1
**testimonial [1]** 752/22
**testimony [20]** 637/20 670/21 680/2 686/6 711/24 751/24 752/3 762/23 781/19 787/10 789/13 795/11 795/13 805/24 813/12 834/16 850/3 876/9 876/17 876/24
**Texas [1]** 784/11
**text [7]** 714/15 714/19 716/17 716/23 718/10 719/16 722/15
**than [22]** 698/1 718/24 726/18 741/1 742/8 745/23 759/1 773/1 777/7 778/18 785/20 807/9 823/15 836/13 841/9 841/14 847/9 849/22 876/25 877/8 877/18 878/22
**thank [66]** 635/24 636/13 636/15 637/8 637/18 642/7 645/7 645/16 650/6 657/10

686/7 706/9 709/17 716/19 727/22 728/15 748/22 750/16 751/19 751/25 752/12 752/13 753/8 756/18 762/25 771/19 779/25 780/10 781/9 781/14 781/16 781/18 782/2 782/5 782/13 797/17 803/1 804/4 811/15 811/17 811/20 813/10 813/11 813/14 814/11 814/15 814/24 815/1 815/2 831/22 834/10 834/14 834/15 834/17 867/21 873/7 876/5 876/8 877/23 878/12 878/12 878/13 879/10 879/12
**thank you [48]** 635/24 636/15 637/8 642/7 645/7 650/6 657/10 662/24 666/22 686/7 709/17 728/15 750/16 751/19 751/25 752/12 752/13 756/18 762/25 779/25 780/10 781/9 781/14 781/18 782/2 782/5 797/17 804/4 811/15 811/20 813/10 813/11 813/14 814/11 814/15 814/24 815/2 834/10 834/15 834/17 867/21 873/7 876/5 876/8 877/23 878/12 878/13
**Thank you very much [1]** 686/1
**Thanks [1]** 814/10
**that [805]**
**That'll [2]** 673/14 797/14
**that's [109]** 635/22 636/11 644/21 649/21 650/16 650/18 651/13 652/3 652/9 652/14 659/3 666/11 666/12 670/20 671/7 671/13 671/16 673/14 679/2 679/9 680/4 691/21 695/10 697/7 697/12 699/8 701/16 704/7 704/9 709/12 711/3 717/11 719/6 719/11 724/5 725/17 726/25 727/3 731/7 733/23 736/23 736/23 738/9 740/3 741/6 743/21 749/5 750/24 751/9 761/5 762/16 768/5 769/3 769/11 769/13 769/19 771/6 771/10 770/12 772/21 773/13 773/17 774/4 774/25 775/13 775/22 776/9 776/14 776/17 777/18 778/24 779/10 780/18 791/3 791/21

**their [18]** 653/25 744/20 744/23 746/8 759/7 759/15 773/10 776/20 777/24 853/5 856/10 857/1 862/15 865/11 865/13 866/17 870/13 870/13
**them [47]** 647/10 649/8 654/4 670/19 709/13 726/24 740/24 752/18 753/7 757/10 759/9 759/11 759/12 759/23 761/12 761/16 761/16 763/16 782/15 788/8 789/24 789/25 790/3 790/7 794/14 806/13 811/6 812/25 813/4 813/5 825/23 843/24 844/1 844/17 851/5 856/18 864/10 865/23 872/21 872/25 877/3 877/12 878/18 878/19 878/22 878/25
**themselves [4]** 798/9 798/12 803/17 823/24
**then [73]** 635/21 638/21 650/2 651/7 659/16 663/24 664/3 666/9 666/16 666/24 667/13 667/17 667/18 669/12 669/22 673/23 698/3 701/10 707/17 722/21 730/5 743/22 745/24 745/24 746/22 748/24 751/12 755/15 760/9 768/6 768/9 771/4 776/18 777/15 777/17 786/12 787/15 788/6 789/2 789/9 795/3 798/17 798/19 798/22 799/1 799/22 799/23 800/14 800/15 805/21 814/2 822/12 823/8 823/25 831/15 836/10 836/23 838/8 840/11 840/11 841/22 842/16 844/9 848/5 849/2 849/14 852/12 868/16 877/11 877/14 877/17 878/23 879/2
**theory [1]** 777/18
**there [136]** 639/10 640/19 640/21 641/7 641/10 642/18 644/13 645/16 645/21 646/14 649/2 649/4 649/8 649/12 649/23 650/3

Case 1:21-cr-00299-RBW Document 98 Filed 02/16/24 Page 276 of 280

**T**

there... [120] 650/3
652/8 652/10 653/23
654/11 655/1 655/17
657/14 659/21 660/5
663/6 672/13 676/19
678/19 680/12 681/4
682/5 695/5 695/14
695/14 695/20 695/22
696/25 697/9 699/11
700/2 703/17 705/2
706/18 709/3 716/6
717/19 718/1 726/17
737/2 737/8 738/12
741/22 743/16 744/25
746/24 752/4 752/10
752/20 754/10 755/10
755/24 756/6 757/2
757/12 758/16 765/23
768/1 772/9 773/19
773/23 775/20 776/5
776/11 780/3 780/4
781/2 788/10 788/18
788/22 791/7 791/25
792/2 792/3 792/7
794/17 799/19 805/4
810/13 810/17 815/16
817/17 819/5 820/12
820/24 822/3 822/10
822/14 823/16 825/25
826/4 827/14 828/12
829/9 830/14 830/16
833/13 833/21 835/22
836/23 837/23 838/17
838/17 839/6 841/20
842/18 842/19 843/13
844/7 844/12 844/14
844/16 844/18 844/19
845/15 849/8 849/11
851/6 852/1 852/24
858/21 869/7 872/8
872/18 875/2

there's [36] 646/12
649/4 652/6 659/14
679/5 704/12 705/1
707/5 709/1 730/4
743/16 744/25 762/20
769/8 770/2 771/3
771/23 772/22 772/24
773/22 776/4 780/8
789/25 790/16 794/20
800/6 810/19 826/24
826/25 833/17 836/22
842/14 842/21 852/23
853/22 875/16

therefore [3] 701/5
775/10 775/15

thereof [1] 777/6

these [39] 635/8
649/24 654/21 662/16
663/23 664/3 667/6
668/3 670/18 684/8
692/18 697/25 701/4
703/5 704/21 726/12
728/5 728/17 731/25
733/17 759/2 761/2
761/24 769/2 798/8
798/11 798/12 798/13

808/10 812/17 812/18
813/4 820/8 821/3
821/14 837/17

they [91] 651/19
654/24 704/21 704/22
722/20 722/21 724/1
724/8 724/16 727/7
730/6 736/24 737/24
738/8 740/24 742/4
742/5 743/19 743/21
745/20 748/7 756/1
756/10 756/21 761/3
761/6 761/7 762/3
762/22 768/22 769/23
787/11 787/15 787/15
788/7 788/12 788/13
788/19 788/20 788/20
788/24 789/20 798/13
801/10 802/19 803/7
808/12 808/14 810/4
810/5 810/5 811/2
812/23 813/4 813/5
814/16 823/12 823/13
825/23 826/6 826/9
826/10 826/10 829/18
838/23 839/12 840/11
844/25 845/14 845/15
845/17 853/6 853/7
856/7 856/7 857/1
858/17 858/19 858/20
858/20 860/3 861/8
863/9 863/10 864/9
866/17 868/15 871/21
872/20 872/22 872/22

They'll [1] 806/16

they're [16] 724/14
733/15 736/24 761/11
761/15 774/11 788/6
788/12 798/9 802/24
802/25 810/15 811/2
856/8 857/3 863/12

they've [5] 653/19
704/23 713/3 763/11
811/4

thing [14] 635/22
638/13 647/12 649/9
667/23 677/3 679/25
704/13 720/24 748/4
779/10 832/17 875/18
875/18

things [16] 662/19
740/25 771/3 787/25
788/9 789/10 791/5
794/20 818/1 818/19
829/14 830/16 837/1
846/16 875/16 877/15

think [72] 635/22 636/9
636/11 638/20 645/4
645/25 651/6 651/22
652/13 670/13 679/20
679/22 686/15 691/15
695/4 695/10 699/4
700/15 701/10 703/12
704/17 704/23 709/7
713/2 713/9 723/24
723/24 726/25 732/19
743/24 743/25 753/10

767/25 769/3 769/16
769/24 770/2 771/2
772/21 773/11 773/13
774/8 774/25 775/13
775/14 775/22 776/4
776/14 776/19 778/11
778/25 780/3 804/3
810/21 812/4 820/25
830/7 838/8 846/4
869/6 874/10 874/17
874/22 875/1 875/15
876/24 877/3 877/8
877/11

thinking [4] 704/9
722/20 874/18 876/13

third [5] 695/9 695/11
767/16 769/6 772/13

third-party [1] 772/13

this [365]

This is [1] 635/3

those [59] 640/15
644/17 657/18 682/25
711/20 724/12 728/9
728/12 741/2 743/25
753/6 753/6 754/10
755/24 756/8 756/11
756/22 759/21 759/25
760/3 760/16 766/7
766/9 786/13 788/23
789/18 790/6 794/21
795/15 797/21 798/1
800/13 802/23 808/11
808/15 810/1 810/2
810/8 810/11 810/23
817/23 818/2 820/11
820/23 822/5 824/12
842/18 842/22 842/23
845/13 846/9 850/24
851/3 852/18 853/19
863/15 868/4 874/8
874/9

though [1] 865/22

thought [6] 707/23
777/23 778/1 819/3
846/1 846/5

three [13] 706/4 728/12
728/17 753/10 782/23
785/22 785/22 786/23
795/1 798/1 813/25
820/13 878/21

three-quarters-day [1]
878/21

threw [2] 678/25
708/18

through [30] 648/24
654/20 664/17 691/14
721/6 721/9 756/23
770/25 786/7 786/8
788/12 788/15 789/2
789/22 790/4 790/24
793/10 800/14 806/13
817/19 818/3 821/20
824/7 839/12 859/13
859/15 859/19 868/4
870/4 876/13

throughout [3] 817/16
832/11 858/18

throw [26] 669/10
669/13 679/5 680/3
680/20 680/21 681/13
682/20 688/21 689/12
690/24 691/5 693/3
694/5 694/12 694/13
695/7 695/10 695/14
695/21 704/3 706/8
707/10 709/6 745/22
845/15

throwing [5] 667/25
713/8 845/1 845/2
872/16

thrown [8] 671/11
679/2 683/1 713/1
766/6 840/9 845/5
845/6

throws [19] 668/3
669/22 676/3 679/24
680/11 680/13 684/8
691/14 692/18 701/5
702/13 704/2 704/4
705/19 705/20 706/2
706/4 707/9 710/9

thru [2] 790/9 806/17

tiles [1] 776/7

time [80] 635/13
647/15 647/19 647/19
648/3 650/13 650/16
650/18 650/22 652/3
656/18 661/10 661/11
661/15 662/18 663/8
663/23 665/20 666/2
671/4 671/21 680/19
692/7 692/9 694/4
697/16 700/20 702/11
703/24 705/15 710/11
710/15 711/4 712/1
718/22 719/3 731/5
732/14 733/7 748/23
758/21 780/3 780/4
780/11 780/21 781/23
789/21 813/12 818/8
818/9 821/18 824/15
824/22 825/13 825/19
826/14 827/25 834/6
834/16 837/9 838/1
838/16 839/13 846/24
846/25 849/14 853/18
856/25 858/18 858/22
862/11 863/3 864/12
865/2 866/11 866/14
867/12 876/8 877/23
878/6

time-stamped [1]
650/22

times [8] 704/13
704/24 776/7 820/13
827/16 828/2 857/23
858/3

timing [8] 662/15
702/14 705/13 814/10
824/2 825/18 876/13
877/15

tired [6] 743/21 744/20
744/23 745/18 845/22
853/7

throughs [1] 832/6

titled [1] 880/4

today [12] 738/10
747/7 755/2 769/25
789/13 805/24 814/1
847/9 847/18 850/3
876/19 877/4

together [2] 713/4
752/9

told [5] 786/9 787/3
787/11 787/14 837/23

tomahawk [11] 772/11
772/12 773/1 774/17
774/22 776/7 778/15
810/14 810/21 811/19
827/16

tomahawks [16]
717/22 728/8 731/3
766/3 766/4 796/14
796/14 796/15 796/18
797/1 797/6 810/2
810/11 810/15 810/18
810/23

tomorrow [4] 635/14
732/13 877/25 878/20

tonight [2] 878/18
878/19

too [7] 659/16 677/1
697/20 737/1 749/5
773/17 814/16

took [10] 774/17
778/23 798/21 798/22
799/24 801/18 847/25
867/6 867/24 868/1

top [16] 652/12 715/10
717/7 728/10 735/20
736/15 736/17 738/3
748/1 762/7 820/24
822/14 824/19 847/15
850/17 872/22

total [1] 825/4

touching [1] 642/22

tour [1] 765/24

tourist [1] 846/4

toward [1] 727/10

towards [5] 688/1
838/9 844/7 855/4
855/21

towels [1] 868/16

Tracie [1] 630/14

traditional [2] 821/20
822/25

traditionally [3] 820/25
829/10 829/20

trained [1] 846/17

training [4] 841/5
841/7 841/15 851/9

transcript [3] 630/9
631/13 880/3

transcription [1]
631/13

transparency [1]
756/14

trap [2] 747/3 747/4

travels [1] 813/13

treason [1] 725/13

treated [1] 761/19

trial [6] 630/9 733/1

**T**

trial... [4] 767/9 767/14
768/18 877/25
triangle [1] 739/1
tried [1] 714/10
truck [4] 801/23 801/25
802/1 802/6
true [4] 747/15 768/7
789/18 867/8
truly [1] 746/25
trump [2] 659/14
745/23
truth [3] 768/11 769/8
787/14
try [2] 670/25 686/20
trying [11] 649/21
712/21 769/4 771/5
776/10 776/10 800/15
843/24 844/1 875/5
879/1
tunnel [97] 637/4 640/2
642/24 643/8 643/14
643/21 644/9 645/3
647/6 648/18 649/18
651/14 653/11 654/17
656/19 656/21 656/23
656/24 658/7 661/12
662/19 664/4 665/1
666/10 666/16 667/15
667/17 667/25 668/13
676/2 677/12 677/18
678/15 683/1 687/8
688/1 692/14 692/15
702/12 704/2 704/4
713/1 713/8 755/15
765/19 766/6 818/17
819/13 819/19 824/20
827/11 827/12 843/13
843/15 843/18 843/18
843/19 843/22 843/24
844/5 844/6 844/8
844/10 844/12 844/14
844/18 845/9 845/21
845/25 846/2 846/6
846/7 846/10 846/13
847/7 852/5 852/13
852/23 854/10 857/6
857/20 858/19 860/3
861/6 861/8 861/9
861/13 861/14 863/3
863/20 865/24 865/25
868/21 871/15 871/19
872/9 872/22
tunnels [1] 871/21
turn [5] 847/2 848/9
848/11 848/19 853/5
turned [2] 847/5 847/7
turns [1] 855/3
TV [1] 817/19
twice [3] 846/4 848/5
875/22
Twitter [8] 713/20
756/20 756/24 757/2
757/7 757/24 758/3
758/7
two [38] 638/20 653/22
655/15 667/6 672/10
679/2 699/23 706/4

748/17 749/24 753/6
756/1 757/1 769/2
771/3 772/18 786/13
794/8 796/13 796/14
797/6 802/8 810/2
813/24 814/1 814/2
814/6 822/12 823/9
823/15 848/24 849/1
849/1 849/5 853/24
two-minute [2] 848/24
853/24
type [9] 654/24 710/3
730/9 798/10 810/14
824/13 841/6 841/20
842/24
types [1] 846/16
typical [1] 650/21
typically [4] 820/1
820/6 820/11 826/8

**U**

U.S [2] 637/13 647/9
U.S. [1] 769/1
U.S. Attorney's Office
[1] 769/1
U.S.A [1] 858/20
Uh [3] 668/11 741/8
800/5
Uh-huh [3] 668/11
741/8 800/5
ultimately [2] 673/15
795/14
under [5] 782/1 814/23
820/2 834/24 868/10
underneath [4] 646/20
799/21 799/23 800/16
understand [12] 671/1
671/13 708/7 713/3
726/11 728/12 762/21
773/9 777/20 787/15
813/1 876/20
understanding [4]
715/21 770/16 832/9
845/24
understood [6] 648/19
650/5 696/5 743/20
762/19 778/19
undisputed [1] 775/22
unduly [1] 671/16
uniform [1] 836/9
union [1] 738/19
unit [9] 836/1 836/2
836/7 836/8 836/22
836/25 837/5 839/1
851/12
UNITED [56] 630/1
630/3 630/10 630/15
635/3 637/6 637/10
638/4 645/14 646/22
656/8 657/3 661/1
661/17 662/10 664/8
674/5 675/2 675/21
676/6 683/6 683/7
685/20 686/16 691/25
692/21 697/15 700/18
701/14 701/23 702/19
705/8 705/22 707/17

712/4 713/15 714/1
714/23 716/14 729/16
754/17 777/6 814/21
815/21 816/1 819/9
824/24 830/20 831/4
831/25 833/4 834/21
863/7
United States [44]
637/6 637/10 638/4
645/14 646/22 656/8
657/3 661/1 662/10
664/8 674/5 675/21
676/6 683/6 683/7
685/20 691/25 692/21
697/15 701/14 701/23
702/19 705/8 705/22
707/17 709/20 711/14
711/20 712/4 713/15
714/1 714/23 716/14
729/16 754/17 777/6
815/21 816/1 830/20
831/4 831/25 833/4
834/21 863/7
United States Exhibit
[3] 661/17 700/18
819/9
United States of [1]
824/24
unknown [3] 772/14
845/2 855/23
unless [2] 648/22
853/21
unlike [1] 875/2
unmarked [2] 837/15
837/17
unnecessary [1]
776/19
unplug [1] 754/20
until [3] 648/16 745/24
851/24
up [81] 638/12 639/21
647/25 648/16 651/7
651/23 652/14 664/3
670/4 672/10 673/2
676/2 677/12 678/15
678/19 684/17 688/2
691/3 693/11 703/9
703/14 705/16 711/4
711/17 720/1 721/22
722/15 725/6 732/10
736/14 736/17 736/23
737/3 737/8 738/4
739/24 740/20 741/24
743/14 745/14 745/18
752/25 755/7 756/12
756/13 757/20 763/4
763/6 763/8 763/8
763/15 770/17 778/16
792/14 792/20 813/8
817/20 819/22 821/3
822/8 822/10 822/11
825/20 838/11 838/22
838/23 842/15 843/6
843/23 844/12 851/23
855/12 855/13 855/22
863/24 869/20 872/20
873/10 873/24 877/13

updated [1] 747/5
upon [4] 724/6 786/7
789/4 800/4
upside [1] 833/19
upside-down [1]
833/19
upstairs [1] 785/19
urgency [2] 823/16
824/2
us [38] 635/23 636/4
637/22 646/11 651/8
656/10 676/16 694/4
711/4 736/13 737/4
740/4 745/20 746/3
746/23 747/5 747/13
747/19 752/2 753/22
768/21 787/3 787/6
791/5 814/9 822/8
824/8 824/14 834/18
840/10 843/19 844/25
845/1 845/2 845/3
845/15 858/20 868/15
USAO [2] 630/13
630/19
usdoj.gov [2] 630/17
630/21
use [3] 829/18 840/19
851/11
used [29] 678/16
701/15 713/23 730/10
766/3 772/10 774/6
774/21 785/8 786/2
786/11 786/14 786/15
786/19 786/19 786/25
796/15 798/24 799/1
826/12 829/4 829/16
829/20 841/18 850/24
851/8 851/9 859/17
860/18
useful [2] 748/7 875/20
user [2] 724/14 772/12
uses [4] 842/24 843/1
846/11 860/14
using [11] 693/7 759/9
761/16 773/1 777/22
778/15 844/11 845/1
845/3 864/10 865/18
usual [2] 751/15 878/2
usually [4] 836/13
846/17 847/15 853/6
UTC [1] 731/6
utilize [1] 824/16

**V**

valid [6] 730/8 769/5
772/21 773/3 775/1
778/11
value [7] 649/2 704/25
779/1 788/23 791/7
792/9 794/17
van [2] 837/22 869/6
vandalism [1] 743/23
vans [2] 837/15 837/17
vantage [1] 844/10
variety [1] 793/10
various [2] 668/3
712/16

vehicle [1] 802/2
versus [1] 635/4
very [22] 645/15
649/23 649/24 686/1
704/14 704/17 704/20
726/14 771/19 781/18
813/11 813/20 830/6
830/14 834/16 845/23
845/23 872/1 875/4
876/8 878/12 879/12
vest [5] 847/15 847/18
847/22 868/10 868/13
Vice [3] 724/9 742/5
743/19
video [239] 637/5
637/9 637/19 637/23
638/1 638/19 638/22
639/1 639/8 639/13
639/19 640/7 640/18
641/6 641/13 641/20
642/8 643/2 643/11
643/18 644/5 644/12
644/24 645/9 645/15
645/20 646/9 646/23
646/24 647/1 647/6
648/12 649/6 650/14
650/18 650/21 651/2
651/16 651/18 651/24
652/17 654/10 655/8
655/16 656/14 657/19
657/21 658/14 658/23
659/8 659/17 660/3
660/14 660/21 661/6
661/7 662/12 663/1
663/3 664/10 664/13
665/11 665/12 665/15
666/2 667/3 667/10
667/24 668/7 668/15
669/1 669/3 669/4
669/11 669/12 669/20
671/1 671/2 672/19
673/5 673/25 674/10
675/9 675/13 675/14
675/21 676/11 677/24
678/11 678/22 679/19
680/8 680/23 681/15
681/23 682/9 683/8
684/3 684/4 685/7
685/14 686/19 686/25
687/7 687/12 687/20
688/4 688/18 689/3
689/14 689/18 689/25
690/20 691/2 691/20
691/24 692/3 693/4
693/20 694/15 694/22
695/17 696/1 696/7
696/12 696/22 699/18
699/24 701/16 701/17
702/7 702/9 703/1
703/1 703/5 703/25
704/2 704/9 704/10
705/16 705/25 706/13
708/17 709/15 709/16
709/23 710/3 710/14
710/17 710/22 711/10
712/4 712/24 733/2
733/4 733/5 733/10
733/11 734/1 748/24

**V**

**video... [79]** 750/25
755/4 755/8 766/2
771/9 775/23 776/15
778/25 779/18 780/13
781/1 781/5 781/11
826/20 827/4 828/3
830/21 831/6 831/11
831/21 832/2 848/20
848/21 848/24 848/25
849/2 849/3 849/4
849/8 849/12 849/16
851/25 852/4 853/14
853/18 854/5 854/8
854/15 855/17 855/25
856/13 856/21 857/16
858/7 858/25 859/7
859/10 859/23 860/7
860/11 860/24 861/20
862/12 862/15 862/24
863/17 863/19 863/22
864/5 864/16 864/25
866/1 866/12 866/14
868/19 870/8 870/8
872/21 872/21 873/17
874/18 874/20 874/25
875/11 875/13 875/16
875/18 875/21 875/22

**videos [23]** 637/3
649/24 651/21 656/16
659/12 662/16 663/23
667/6 668/4 693/8
705/13 711/17 711/20
718/24 753/6 753/7
755/12 765/13 766/4
793/10 798/2 812/10
812/14

**view [15]** 647/21
647/23 647/23 656/3
656/20 692/10 692/11
692/14 694/19 704/21
706/4 779/2 788/21
792/8 800/12

**viewpoint [1]** 658/9

**views [1]** 706/6

**violence [4]** 727/1
727/10 727/14 748/9

**violent [2]** 704/15
840/7

**virtually [1]** 817/8

**virtue [1]** 775/9

**visited [2]** 739/7
821/22

**visitors [1]** 816/14

**vote [1]** 745/22

**voted [2]** 741/1 745/23

**voter [1]** 722/22

**voters [2]** 742/8 742/8

**votes [4]** 725/15
729/14 730/6 742/7

**voting [1]** 730/11

**vs [1]** 630/5

**W**

**wait [2]** 730/12 841/22

**waiting [2]** 853/4 853/8

**walk [4]** 786/7 788/3
788/15 836/4

**walk-through [2]** 706/1
788/15

**walk-throughs [1]**
788/3

**walked [3]** 786/8 795/9
838/8

**walking [4]** 644/14
662/21 676/2 752/10

**walks [1]** 788/8

**wall [9]** 642/6 642/23
642/23 653/13 794/8
857/2 865/13 866/5
866/8

**wanna [1]** 723/25

**want [27]** 638/23
648/22 648/24 649/23
657/22 658/1 660/24
668/3 672/14 690/11
708/6 714/11 724/7
742/7 745/21 747/9
756/19 761/23 762/16
763/14 787/24 812/4
820/16 828/1 874/8
874/21 878/4

**wanted [3]** 699/6
748/20 753/2

**wants [1]** 772/19

**war [1]** 728/10

**warm [1]** 738/21

**warrant [8]** 721/6
756/24 784/19 785/5
785/13 786/12 801/10
802/3

**was [286]**

**wash [2]** 841/22 862/1

**washed [1]** 869/12
869/23

**washington [13]** 630/5
630/20 631/4 631/11
677/5 702/7 733/5
736/19 738/16 756/16
764/5 812/6 837/6

**Washington
Monument [2]** 677/5
733/5

**wasn't [14]** 642/9
642/13 726/15 742/6
742/6 743/23 767/17
769/22 778/24 787/25
812/7 846/25 875/2
876/19

**watch [3]** 646/15
647/12 740/24

**watched [2]** 656/17
828/12

**watching [5]** 661/14
705/13 710/12 812/10
828/22

**water [5]** 663/21
836/16 847/14 869/13
869/23

**waterproof [1]** 868/12

**watter [1]** 841/24

**way [8]** 776/25 788/2
788/24 804/15 822/10
843/2 855/14 861/8

**we [422]**

**we believe [8]** 703/1

**we... through [2]** 706/3
788/15

**We do [1]** 814/1

**We were [1]** 837/15

**we will [8]** 670/23
685/24 722/24 722/25
751/13 753/5 771/19
813/19

**we would [3]** 665/24
729/3 820/25

**we'd [11]** 665/10
665/22 684/10 685/20
697/15 697/18 700/18
720/16 767/3 789/25
824/9

**we'll [13]** 635/21 666/9
674/12 685/25 727/16
751/14 751/22 814/9
814/10 877/15 878/12
879/2 879/12

**we're [23]** 635/13
656/24 666/6 707/19
712/21 760/16 769/24
773/11 774/21 775/19
776/9 777/12 779/20
791/19 816/13 819/2
819/5 820/17 832/4
836/15 846/17 853/21
876/18

**we've [21]** 656/16
661/14 662/17 663/8
666/12 687/5 692/8
696/10 702/12 705/13
710/12 711/24 712/16
733/17 751/1 779/18
779/20 846/6 874/14
875/6 875/21

**weapon [2]** 722/23
874/7

**weapons [6]** 704/22
788/6 873/16 874/7
874/12 874/17

**wear [1]** 847/13

**wearing [22]** 677/1
748/22 792/24 793/7
793/15 795/21 796/2
812/10 812/13 812/18
812/19 837/25 846/20
847/19 848/15 854/12
868/9 868/10 868/21
869/1 869/3 869/4

**Weaver [1]** 630/14

**weekend [4]** 769/25
878/8 878/22 879/13

**weeks [4]** 722/25
722/25 748/18 823/15

**weigh [1]** 811/2

**Weko [4]** 792/19 793/2
795/22 797/18

**welcome [5]** 636/3
686/12 782/3 814/25
835/1

**well [68]** 638/25 650/4
669/6 671/6 696/8
701/6 704/6 727/5
727/18 733/19 734/18
736/7 738/7 738/21

747/13 753/7 762/1
765/9 767/3 767/12
767/23 768/11 768/13
770/11 770/24 771/2
771/7 775/22 776/14
778/11 783/12 786/9
787/1 799/25 804/10
812/25 824/8 825/11
825/13 825/19 836/7
837/14 838/3 839/3
840/6 842/11 842/13
844/7 844/12 844/18
844/23 845/20 846/1
848/4 848/23 851/5
853/4 855/3 868/10
870/6 872/20 875/12
875/17 877/3 878/9

**went [8]** 667/18 685/19
825/20 852/17 859/15
859/19 861/25 862/5

**were [196]** 641/9
641/16 641/23 645/5
649/5 654/24 657/14
677/7 678/25 680/11
686/15 687/24 690/23
694/18 696/17 707/23
710/25 711/16 730/10
736/23 737/1 745/23
754/1 765/6 765/8
766/6 766/6 766/10
768/14 769/23 770/17
770/18 773/19 775/20
776/11 778/2 780/4
783/15 783/17 784/2
784/8 785/12 785/21
785/25 786/15 786/17
787/7 787/11 787/19
787/25 788/15 788/16
788/18 788/19 788/20
788/20 788/23 788/24
789/3 789/14 789/17
789/17 789/19 789/20
790/24 791/7 791/10
792/24 795/15 796/15
796/18 798/13 800/12
800/15 800/18 801/10
802/19 803/7 803/16
803/17 803/21 803/21
808/12 810/5 810/5
811/6 812/6 812/17
812/23 817/2 817/5
817/15 817/19 818/2
818/6 818/22 819/3
821/9 821/19 822/6
823/2 824/16 824/17
824/18 824/21 825/23
828/11 828/12 828/13
830/16 830/16 830/25
835/23 837/14 837/15
837/16 837/17 837/18
837/19 837/20 837/23
837/25 838/18 838/21
838/21 838/23 839/3
839/21 839/24 840/8
840/9 842/6 843/20
843/22 843/24 844/1
844/2 844/16 844/17

845/5 845/8 845/11
845/13 845/16 845/17
845/21 845/21 845/22
845/22 845/23 846/9
846/12 846/14 846/16
846/18 846/20 846/21
846/24 847/4 847/5
847/10 847/10 847/17
848/15 851/14 851/17
852/18 853/8 858/15
858/17 858/19 858/20
858/20 858/21 859/2
859/10 861/5 862/6
862/20 863/6 864/8
864/8 868/1 868/15
868/19 868/21 869/1
869/3 869/6 871/18
871/20 871/21 872/22

**weren't [4]** 768/22
839/6 872/5 879/3

**west [29]** 637/4 647/24
648/17 664/25 668/13
676/2 677/8 677/12
687/7 765/19 818/14
818/17 819/12 820/2
824/20 827/11 827/12
838/9 838/11 838/14
838/16 839/16 840/13
842/15 843/6 843/12
843/15 843/18 869/10

**wet [1]** 868/16

**what [264]**

**what's [38]** 645/16
651/12 652/2 652/8
656/7 667/23 669/4
697/22 699/22 704/16
705/17 714/22 715/21
717/13 719/18 721/14
722/17 723/14 725/23
743/7 748/8 752/19
758/16 768/1 777/18
780/12 797/14 804/12
807/15 817/22 819/8
828/25 829/5 829/15
832/18 847/22 852/12
874/25

**what-number [1]**
682/20

**whatever [5]** 649/16
650/1 738/15 744/24
875/8

**Wheeling [1]** 630/16

**when [75]** 636/14
659/4 669/19 669/19
686/15 719/3 733/4
734/20 739/7 740/25
742/4 743/19 744/1
754/20 786/12 787/4
788/5 788/12 790/24
798/8 798/11 798/15
798/15 800/16 802/2
803/21 805/5 807/5
807/22 809/2 809/17
810/5 811/6 812/17
820/16 821/10 821/22
828/11 834/4 836/13
836/25 837/13 837/16

**W**

**when... [32]** 838/3
838/6 838/14 838/17
839/1 839/21 840/5
840/15 841/19 843/6
843/17 844/2 844/5
844/6 844/7 847/5
847/7 848/3 848/19
848/23 849/3 852/16
852/18 858/19 862/5
864/8 868/1 868/20
869/5 869/7 869/9
876/22

**whenever [2]** 661/11
848/4

**where [85]** 635/20
641/1 641/9 641/16
643/4 643/7 643/23
644/18 645/5 649/5
649/11 651/1 652/11
652/19 653/2 653/7
658/6 660/11 661/5
661/24 664/15 664/24
667/13 669/2 669/11
671/5 672/25 673/19
677/2 677/4 677/7
677/11 677/14 678/7
680/14 684/20 703/6
703/9 703/23 705/16
709/23 713/19 730/8
730/9 731/7 733/4
733/7 739/6 755/6
763/24 766/4 783/4
787/15 789/3 791/5
792/14 792/24 796/13
797/1 798/13 798/21
798/22 799/17 799/20
802/19 803/4 814/9
815/14 816/24 817/5
835/14 838/23 839/20
842/13 843/20 846/9
847/4 847/5 849/15
856/7 861/2 861/24
868/1 877/15 879/3

**whether [56]** 637/22
646/16 649/15 652/19
653/15 654/4 654/15
655/11 655/20 662/2
663/19 667/7 672/4
672/22 673/8 678/2
678/7 678/25 680/11
681/2 682/2 682/15
682/25 684/24 685/10
685/17 687/24 688/7
688/12 689/6 689/21
690/3 690/23 691/9
693/2 693/23 694/2
694/18 694/25 704/21
707/4 707/13 709/1
717/18 721/4 724/13
760/3 774/11 775/10
778/16 778/17 795/14
813/3 826/24 828/12
863/12

**which [50]** 639/24
645/14 660/17 660/25
664/9 674/13 676/1
683/6 685/21 686/18

697/16 700/13 700/19
704/25 707/9 709/6
712/4 714/19 726/23
730/8 730/8 757/2
763/3 768/13 769/6
772/18 777/5 778/15
785/25 795/12 798/25
804/21 823/14 825/3
826/15 827/7 827/9
831/4 831/25 836/2
836/10 842/14 848/25
868/11 868/11 868/14
878/25

**while [9]** 744/3 752/16
813/18 825/14 840/8
846/21 859/16 868/15
872/22

**white [14]** 682/18
682/19 691/3 691/13
700/15 707/12 736/25
737/9 739/4 763/25
801/9 801/13 806/8
868/13

**White House [3]**
736/25 737/9 739/4

**who [36]** 640/24 641/2
647/8 652/14 664/3
693/10 724/1 730/4
730/7 756/8 757/22
769/2 772/10 772/12
772/22 774/1 774/17
778/8 782/24 784/6
791/25 817/14 817/24
822/23 825/12 827/15
843/17 854/8 854/19
854/23 864/2 864/15
865/5 871/23 872/6
872/20

**who's [2]** 700/2 772/20
**Whoever [1]** 853/6
**whole [6]** 638/13 649/8
775/9 775/12 794/10
846/25

**whose [3]** 715/13
762/15 853/19

**why [19]** 636/6 651/20
685/22 724/5 735/17
735/21 740/3 767/18
784/13 787/15 793/8
799/7 800/9 828/6
855/13 858/21 861/6
870/2 872/19

**wild [1]** 872/1
**wildprotest.com [2]**
757/22 757/23

**will [83]** 638/9 646/2
647/19 647/19 650/2
650/3 651/23 666/24
666/25 667/20 670/23
671/20 673/15 685/24
701/25 704/5 708/12
709/12 710/20 713/12
717/3 718/18 719/22
720/18 721/19 722/12
722/24 722/25 724/8
727/17 729/6 729/23
730/5 730/6 730/23

738/8 739/21 740/17
742/17 743/11 744/12
747/23 748/16 748/18
749/20 750/18 750/19
751/6 751/13 753/5
753/6 755/19 757/16
758/12 771/19 775/8
778/16 780/23 788/13
790/6 795/14 813/19
824/6 829/12 848/5
848/14 848/23 848/24
848/25 849/1 849/2
852/9 867/16 876/17
876/21 876/24 877/6
877/8 877/17 878/1

**William [3]** 631/8 880/2
880/8

**wincing [1]** 662/4
**wind [2]** 738/21 871/15
**window [85]** 664/22
665/1 666/8 666/16
667/18 668/13 669/7
669/9 669/15 669/21
671/5 671/9 672/4
713/1 752/23 752/24
755/7 766/3 766/19
767/1 767/6 767/11
767/22 769/13 770/6
770/6 770/9 773/6
773/11 773/16 773/20
773/23 774/7 774/15
774/18 774/19 774/22
775/3 775/10 775/12
775/20 776/1 776/6
776/6 776/11 776/12
776/21 777/2 777/7
777/10 777/14 777/16
778/2 778/4 778/9
778/13 778/23 818/17
819/19 820/1 820/12
820/13 820/16 820/18
820/18 820/20 820/21
820/24 821/3 821/5
821/5 821/9 821/23
821/9 825/1 825/10
826/24 827/7 827/10
827/16 828/2 828/16
831/15 834/5 834/5

**windows [3]** 796/15
819/1 820/8

**wish [4]** 726/22 728/6
734/19 779/5

**withdraw [1]** 780/5
**within [3]** 820/18
824/14 853/24

**without [4]** 696/1
789/2 825/24 875/11

**witness [94]** 632/2
636/17 637/6 640/11
640/14 642/21 643/6
644/19 646/25 651/5
652/21 654/14 655/6
658/3 660/1 660/12
660/19 661/25 663/18
664/1 672/17 673/1
673/16 674/6 675/1
675/3 679/8 679/10

689/11 690/7 693/13
693/17 694/1 696/3
699/7 699/14 700/7
700/11 702/4 705/8
706/25 707/8 708/25
709/5 711/13 733/25
740/6 741/3 754/16
759/15 761/21 764/2
764/7 768/15 770/17
770/25 779/6 780/12
781/8 781/20 782/1
782/7 794/1 804/25
805/3 806/6 808/2
808/17 809/7 809/22
810/10 811/12 813/16
814/20 814/23 815/4
819/8 826/14 827/14
828/1 828/8 830/19
831/4 834/19 834/24
835/5 866/24 874/11
876/14 876/19 877/14

**witness 116 [1]** 702/4
**witness's [1]** 696/2
**witnesses [4]** 632/4
813/24 813/25 877/6

**won't [1]** 752/3
**wood [2]** 822/5 832/15
**wooden [3]** 820/8
820/11 820/11

**words [7]** 726/13 727/6
770/18 772/24 775/13
777/3 777/11

**wore [5]** 639/23 794/25
795/2 797/14 813/4

**work [21]** 753/3 753/5
782/25 783/4 783/12
815/14 815/15 815/19
817/20 822/24 823/13
824/5 824/14 825/12
825/13 825/14 835/14
837/9 847/8 848/2
851/12

**worked [9]** 783/1 783/2
783/5 783/7 815/16
815/17 815/20 824/3
824/4

**working [14]** 783/11
784/8 815/20 817/8
835/16 835/22 835/23
837/5 846/21 848/3
851/17 863/6 878/17
879/1

**worn [20]** 639/3 710/4
791/14 792/12 795/3
797/11 846/20 846/23
847/2 847/6 847/8
848/2 848/19 849/4
850/4 850/13 850/15
850/20 862/3 870/8

**worried [1]** 770/10
**worry [1]** 762/6
**worth [1]** 776/3
**would [164] 636/25
638/3 639/12 644/17
645/13 646/22 648/6
649/12 649/12 654/13
657/2 657/18

662/10 664/8 665/2
665/24 668/5 668/18
668/20 669/3 670/4
670/15 674/6 675/1
675/7 675/20 676/6
682/5 682/20 683/5
691/24 692/20 695/7
697/17 700/13 700/25
701/2 701/22 702/18
703/5 704/19 705/7
705/12 705/21 705/23
707/16 708/9 709/6
709/19 710/15 713/14
714/22 715/3 717/6
720/23 721/12 722/9
724/1 725/6 725/19
726/6 726/7 727/3
728/5 729/3 729/9
729/12 730/3 731/2
732/12 734/15 737/3
738/6 740/2 741/24
748/1 752/21 754/6
754/16 756/8 756/10
757/15 757/21 757/24
758/18 758/22 760/9
761/21 762/6 762/9
763/8 767/20 768/3
768/13 769/21 770/11
772/6 772/9 773/24
774/20 777/14 777/15
777/17 779/16 780/21
781/2 784/25 785/7
785/9 790/23 793/23
794/15 794/16 795/8
804/18 813/3 815/8
816/20 818/2 820/9
820/20 820/21 820/25
821/9 823/1 823/8
825/16 826/11 826/14
828/20 828/22 828/23
829/10 829/13 830/12
830/19 831/3 831/17
831/24 832/12 832/18
833/1 833/3 833/24
834/18 841/24 847/12
847/13 847/15 849/5
849/13 851/14 851/16
851/17 851/21 853/6
853/7 870/3 874/20
875/15

**wouldn't [1]** 767/18
**writing [1]** 719/3
**wrong [2]** 675/5 741/2
**wrote [1]** 792/2
**WV [1]** 630/16

---

**X**

**X6039BF8H [1]** 850/17

---

**Y**

**y'all [2]** 736/24 747/8
**yeah [34]** 646/20
653/17 656/12 662/4
667/9 669/6 670/25
672/12 672/13 675/10
679/5 679/22 695/21
707/21 719/10 723/7

## Y

**yeah... [18]** 732/21
733/15 735/21 736/23
738/25 753/2 759/19
762/20 786/14 787/2
793/19 794/15 797/21
812/22 841/11 857/1
859/4 868/22
**year [1]** 786/5
**years [6]** 783/3 783/11
783/14 815/18 835/18
835/23
**yelled [1]** 858/10
**yelling [3]** 858/12
858/13 858/17
**yellow [1]** 791/22
**yep [6]** 675/25 699/8
722/3 801/18 865/14
870/1
**yes [490]**
**yesterday [1]** 752/4
**yet [4]** 652/12 669/16
722/24 722/25
**you [990]**
**you know [1]** 648/16
**You'd [1]** 844/16
**you'll [4]** 647/24
878/22 878/25 879/6
**you're [30]** 661/23
664/5 666/17 697/4
707/25 708/3 708/7
752/7 752/8 763/15
766/24 768/11 770/22
771/4 772/11 774/1
774/16 798/15 830/7
830/16 836/5 836/11
841/19 848/3 854/9
854/23 864/11 865/25
868/9 874/13
**you've [20]** 646/16
671/8 671/15 678/16
693/7 703/11 706/18
713/8 733/21 736/10
765/23 772/17 776/18
778/21 779/12 787/10
795/12 835/22 837/6
867/23
**your [306]**
**Your Honor [181]**
635/2 635/12 635/24
636/9 636/13 636/15
638/5 638/14 638/17
639/12 639/16 646/1
648/7 648/8 648/13
648/19 648/21 648/25
649/4 649/10 650/5
657/4 657/10 661/17
665/3 665/24 666/3
666/9 666/18 668/19
668/20 668/25 669/5
669/7 669/23 670/23
671/3 671/18 674/1
676/7 684/11 684/12
687/15 687/16 688/15
691/16 692/22 695/23
698/2 699/3 701/2
701/5 702/21 702/23
702/25 703/7 703/17
705/24 706/9 708/1
708/5 708/10 710/14
711/11 712/7 712/11
712/12 712/22 715/5
719/21 720/17 721/17
721/18 722/11 723/17
726/7 726/11 726/21
727/21 727/25 732/20
735/11 735/14 735/19
735/25 737/17 744/11
745/10 746/14 750/13
751/5 751/10 752/4
753/9 753/14 755/18
758/9 759/4 759/14
761/1 761/14 761/20
762/5 762/9 762/19
762/25 766/12 767/2
768/3 768/9 768/21
768/25 769/17 769/21
770/3 770/20 770/23
771/9 771/14 773/7
773/18 774/5 774/20
775/18 776/8 777/21
778/19 780/10 780/11
780/21 781/13 781/16
781/22 781/23 782/5
789/21 789/24 790/2
790/7 804/1 804/4
804/5 806/10 808/5
808/21 809/23 811/13
811/15 811/21 813/7
813/10 815/2 819/2
819/5 827/20 830/5
830/9 832/3 832/6
833/5 834/14 834/17
834/18 834/21 835/2
839/11 867/12 867/15
870/19 870/21 873/8
874/1 874/3 874/11
875/23 876/18 877/7
879/10
**yourself [4]** 782/14
835/11 861/16 867/24
**yourselves [1]** 751/16

## Z

**Zaremba [3]** 631/8
880/2 880/8
**zip [1]** 797/2